# EXHIBIT A

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Eric Hirsch, on behalf of the Docdeer Foundation ("Plaintiff"), duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I am duly authorized to act on behalf of Plaintiff.

2. On behalf of Plaintiff, I have reviewed a complaint filed in the action.

3. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

4. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. Plaintiff's transaction(s) in BioNTech SE which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, Plaintiff has not sought to serve nor have they served as class representatives in any federal securities fraud case.

7. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this _2/7/2024_____.

DocuSigned by:

*Eric R. Hirsch*

B49E247E1ED74C4...

Eric Hirsch,
Authorized Representative of the
Docdeer Foundation

| Case Name | BioNTech SE |
| Ticker | BNTX |
| Class Period | 03-30-2022 to 10-13-2023 |

**Account 1**

**Client Name**

Docdeer Foundation

| Date of Transaction | Transaction Type | Quantity | Price per Share |
| --- | --- | --- | --- |
| 04-06-2022 | P | 2000 | $ 163.3454 |
| 05-13-2022 | P | 500 | $ 160.3938 |
| 09-19-2022 | P | 500 | $ 135.9100 |

| Case Name | BioNTech SE |
| Ticker | BNTX |
| Class Period | 03-30-2022 to 10-13-2023 |

**Account 2**

**Client Name**

Docdeer Foundation

| Date of Transaction | Transaction Type | Quantity | Price per Share |
| --- | --- | --- | --- |
| 08-08-2022 | S | -400 | $ 168.2094 |
| 09-19-2022 | P | 500 | $ 135.4755 |
| 08-07-2023 | P | 1100 | $ 97.6400 |
| 08-23-2023 | S | -1600 | $ 121.6100 |