# EXHIBIT B

| | |
|---|---|
| Client Name | Docdeer Foundation |
| Company Name | BioNTech SE |
| Ticker Symbol | BNTX |
| Security Type | |
| Class Period Start | 03-30-2022 |
| Class Period End | 10-13-2023 |
| 90-DAY Lookback Period Start | 10-14-2023 |
| 90-DAY Lookback Period End | 01-11-2024 |
| 90-DAY Lookback Average | $ 100.38 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $173,704.08 |
| DURA LIFO* Total | $173,704.08 |
| *DURALIFO** Total* | $173,704.08 |
| Gross Shares Purchased | 3,000 |
| Net Shares Retained | 3,000 |
| Net Funds Expended | $474,842.60 |

**Docdeer Foundation - Account 1**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
| 04-06-2022 | 2000 | 163.34535 | $ 326,690.70 | | | | | | - | 2000 | 2000 | $ 100.38 | $ 200,759.02 | $ 125,931.68 | $ 125,931.68 | $ 125,931.68 |
| 05-13-2022 | 500 | 160.3938 | $ 80,196.90 | | | | | | - | 500 | 500 | $ 100.38 | $ 50,189.75 | $ 30,007.15 | $ 30,007.15 | $ 30,007.15 |
| 09-19-2022 | 500 | 135.91 | $ 67,955.00 | | | | | | - | 500 | 500 | $ 100.38 | $ 50,189.75 | $ 17,765.25 | $ 17,765.25 | $ 17,765.25 |
| **Total:** | **3,000** | | **$474,842.60** | | | | | | | **3,000** | **3,000** | | **$301,138.52** | **$173,704.08** | **$173,704.08** | **$173,704.08** |

| | |
|---|---|
| Client Name | Docdeer Foundation |
| Company Name | BioNTech SE |
| Ticker Symbol | BNTX |
| Security Type | |
| Class Period Start | 03-30-2022 |
| Class Period End | 10-13-2023 |
| 90-DAY Lookback Period Start | 10-14-2023 |
| 90-DAY Lookback Period End | 01-11-2024 |
| 90-DAY Lookback Average | $ 100.38 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($19,434.22) |
| DURA LIFO* Total | ($19,434.22) |
| *DURALIFO** Total* | $6,932.75 |
| Gross Shares Purchased | 1,600 |
| Net Shares Retained | -400 |
| Net Funds Expended | ($86,717.98) |

**Docdeer Foundation - Account 2**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
| 09-19-2022 | 500 | 135.47546 | $ 67,737.73 | 08-23-2023 | 500 | | $ 121.61 | $ 60,804.98 | - | - | - | $ 100.38 | | $ 6,932.75 | $ 6,932.75 | $ 6,932.75 |
| 08-07-2023 | 1100 | 97.63998182 | $ 107,403.98 | 08-23-2023 | 1100 | | $ 121.61 | $ 133,770.95 | - | - | - | $ 100.38 | | -$ 26,366.97 | -$ 26,366.97 | - |
| Matched against pre class period holdings | | | | 08-08-2022 | 400 | | $ 168.21 | $ 67,283.76 | - | - | - | $ 100.38 | | | | |
| **Total:** | **1,600** | | **$175,141.71** | | **2,000** | | | **$261,859.69** | | | | | | **($19,434.22)** | **($19,434.22)** | **$6,932.75** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $154,269.86 |
| DURALIFO* Total | $154,269.86 |
| *DURALIFO** Total* | $180,636.83 |
| Gross Shares Purchased | 4,600 |
| Net Shares Retained | 2,600 |
| Net Funds Expended | $388,124.62 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

** Disregarding gains and losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.