# EXHIBIT D

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Docdeer Foundation*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANO LADEWIG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIONTECH SE, UGUR SAHIN, and JENS HOLSTEIN,<br><br>Defendants. | No.: 2:24-cv-00337-DMG-SSC<br><br>**DECLARATION OF ERIC HIRSCH IN SUPPORT OF DOCDEER FOUNDATION'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>Judge: Hon. Dolly M. Gee<br>Date: April 12, 2024<br>Time: 9:30 a.m.<br>Courtroom: #8C |

DECLARATION OF ERIC HIRSCH
Case No. 2:24-cv-00337-DMG-SSC

I, Eric Hirsch, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of the Docdeer Foundation's motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") against BioNTech SE ("BioNTech" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      Docdeer Foundation (the "Foundation") is an investment company for family assets. I am authorized to act on behalf of the Foundation as its investment advisor. I currently reside in Cape Town, Western Cape, South Africa. I possess a Ph.D. in Law from the University of Münster in Germany and am a licensed attorney. I am currently retired, but prior to that, was CEO of Bankhaus Wölbern, a bank in Hamburg, Germany. I have been investing in securities for 36 years. Further, I also have experience hiring and overseeing attorneys for business related matters.

3.      I am both capable and qualified to serve as the lead plaintiff's authorized representative in the Action. By virtue of the Docdeer Foundation's significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for the Class that the foundation and I seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Action, I communicated with Levi & Korsinsky, LLP on behalf of the Docdeer Foundation about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

5.      I understand that the Docdeer Foundation was not required to seek appointment as lead plaintiff in order to recover. Rather, based on the foundation's financial interest, it decided to seek lead plaintiff appointment than remain an absent

class member.

6.    After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on behalf of the Docdeer Foundation. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on behalf of the foundation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on:

Date:  2/7/2024

Signed:    *Eric R. Hirsch*
           DocuSigned by:
           B49E247E1ED74C4...

Name: Eric Hirsch

DECLARATION OF ERIC HIRSCH
Case No. 2:24-cv-00337-DMG-SSC
3