# Exhibit 3

| BioNTech SE Loss Chart between March 30, 2022 and October 13, 2023 | | | | |
|---|---|---|---|---|
| Oranee Daniels | Description | Quantity | Price | Amount |
| **Date** | **Opening Position** | **100** | | |
| 10/7/2022 | Bought | 100 | ($135.83) | ($13,583.00) |
| 12/16/2022 | Sold | 100 | $139.42 | Matched to opening position |
| 2/28/2023 | Bought, Shares assigned per options contract | 200 | ($160.00) | ($32,000.00) |
| | Held | 300 | | |
| | Lookback Price | | $100.38 | $30,114.00 |
| | | | **Loss** | ($15,469.00) |