POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movant Xia Rongpeng and*
*Proposed Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANO LADEWIG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIONTECH SE, UGUR SAHIN, and JENS HOLSTEIN,<br><br>Defendants. | Case No. 2:24-cv-00337-DMG-SSC<br><br>**NOTICE OF MOTION OF XIA RONGPENG FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>DATE: April 12, 2024<br>TIME: 9:30 a.m.<br>JUDGE: Dolly M. Gee<br>CTRM: 8C |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Xia Rongpeng ("Rongpeng"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Rongpeng as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired BioNTech SE securities between March 30, 2022 and October 13, 2023, both dates inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, Rongpeng submits a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Rongpeng is aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. The conference must take place at least 7 days prior to the filing of the motion." Rongpeng is also aware of Rule 4.b. of this Court's Initial Standing Order, which provides, *inter alia*, that in complying with Local Civil Rule 7-3, "[c]ounsel should discuss the issues to a sufficient degree that if a motion is still necessary, the briefing may

be directed to those substantive issues requiring resolution by the Court", and that "[c]ounsel should resolve minor procedural or other non-substantive matters during the conference." Dkt. No. 10 at 3-4 § 4.b. Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the above-captioned action is March 12, 2024, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(I)-(II). Rongpeng will thus not know the identities of the other putative Class members who intend to file competing Lead Plaintiff motions until March 13, 2024—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of Rongpeng's motion papers impracticable. Under these circumstances, Rongpeng respectfully requests that compliance with Local Civil Rule 7-3 and Rule 4.b. of this Court's Initial Standing Order be waived in this instance.

Dated: March 12, 2024

Respectfully submitted,

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movant Xia Rongpeng and Proposed Lead Counsel for the Class*

HAO LAW FIRM
Junbo Hao
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street

100024  Beijing
People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

*Additional Counsel for Movant Xia Rongpeng*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti