# EXHIBIT A

**BioNTech SE (BNTX)**
**Class Period: March 30, 2022 - October 13, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $100.4310 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xia Rongpeng | | | | | Preclass | 2,700 | | | | | | |
| Xia Rongpeng | 5/23/2022 | 200 | $161.3800 | ($32,276) | 4/4/2022 | (200) | $183.8800 | $36,776 | | | | |
| Xia Rongpeng | 5/23/2022 | 200 | $162.3800 | ($32,476) | 4/4/2022 | (200) | $184.8800 | $36,976 | | | | |
| Xia Rongpeng | 5/24/2022 | 200 | $154.3800 | ($30,876) | 5/20/2022 | (200) | $163.8800 | $32,776 | | | | |
| Xia Rongpeng | 5/24/2022 | 200 | $155.0800 | ($31,016) | 5/20/2022 | (200) | $162.8600 | $32,572 | | | | |
| Xia Rongpeng | 6/2/2022 | 300 | $156.5000 | ($46,950) | 5/20/2022 | (200) | $162.0002 | $32,400 | | | | |
| Xia Rongpeng | 6/8/2022 | 200 | $160.2797 | ($32,056) | 5/20/2022 | (200) | $161.8800 | $32,376 | | | | |
| Xia Rongpeng | 6/15/2022 | 200 | $134.2800 | ($26,856) | 5/20/2022 | (200) | $161.9800 | $32,396 | | | | |
| Xia Rongpeng | 6/15/2022 | 200 | $134.6800 | ($26,936) | 5/20/2022 | (200) | $161.9800 | $32,396 | | | | |
| Xia Rongpeng | 6/21/2022 | 200 | $126.0800 | ($25,216) | 5/27/2022 | (200) | $167.6800 | $33,536 | | | | |
| Xia Rongpeng | 6/27/2022 | 200 | $141.8800 | ($28,376) | 5/31/2022 | (200) | $167.4358 | $33,487 | | | | |
| Xia Rongpeng | 7/14/2022 | 200 | $159.6600 | ($31,932) | 6/23/2022 | (200) | $129.0600 | $25,812 | | | | |
| Xia Rongpeng | 7/18/2022 | 200 | $160.8800 | ($32,176) | 7/6/2022 | (200) | $159.8800 | $31,976 | | | | |
| Xia Rongpeng | 7/18/2022 | 200 | $161.4800 | ($32,296) | 7/7/2022 | (200) | $167.2800 | $33,456 | | | | |
| Xia Rongpeng | 7/27/2022 | 200 | $154.2800 | ($30,856) | 7/11/2022 | (200) | $168.8800 | $33,776 | | | | |
| Xia Rongpeng | 8/8/2022 | 200 | $162.2800 | ($32,456) | 7/11/2022 | (200) | $167.0202 | $33,404 | | | | |
| Xia Rongpeng | 8/8/2022 | 200 | $163.6800 | ($32,736) | 7/11/2022 | (200) | $169.6600 | $33,932 | | | | |
| Xia Rongpeng | 8/10/2022 | 200 | $157.5800 | ($31,516) | 7/21/2022 | (200) | $168.8800 | $33,776 | | | | |
| Xia Rongpeng | 8/17/2022 | 200 | $151.4800 | ($30,296) | 7/25/2022 | (200) | $162.7800 | $32,556 | | | | |
| Xia Rongpeng | 8/18/2022 | 200 | $148.6800 | ($29,736) | 7/27/2022 | (200) | $155.6100 | $31,122 | | | | |
| Xia Rongpeng | 8/18/2022 | 200 | $147.8800 | ($29,576) | 8/3/2022 | (200) | $177.2800 | $35,456 | | | | |
| Xia Rongpeng | 8/23/2022 | 200 | $147.8800 | ($29,576) | 8/3/2022 | (200) | $178.2800 | $35,656 | | | | |
| Xia Rongpeng | 8/25/2022 | 200 | $146.5800 | ($29,316) | | | | | | | | |
| Xia Rongpeng | 8/26/2022 | 200 | $145.0800 | ($29,016) | | | | | | | | |
| Xia Rongpeng | 2/17/2023 | 200 | $138.2800 | ($27,656) | | | | | | | | |
| Xia Rongpeng | 2/17/2023 | 200 | $138.5800 | ($27,716) | | | | | | | | |
| Xia Rongpeng | 2/22/2023 | 150 | $136.7800 | ($20,517) | | | | | | | | |
| Xia Rongpeng | 2/22/2023 | 150 | $137.0800 | ($20,562) | | | | | | | | |
| Xia Rongpeng | 2/23/2023 | 200 | $130.8800 | ($26,176) | | | | | | | | |
| Xia Rongpeng | 3/1/2023 | 100 | $127.5800 | ($12,758) | | | | | | | | |
| Xia Rongpeng | 3/9/2023 | 100 | $128.6800 | ($12,868) | | | | | | | | |
| Xia Rongpeng | 4/19/2023 | 100 | $120.8800 | ($12,088) | | | | | | | | |
| Xia Rongpeng | 4/20/2023 | 100 | $120.8800 | ($12,088) | | | | | | | | |
| Xia Rongpeng | 4/25/2023 | 100 | $114.2800 | ($11,428) | | | | | | | | |
| Xia Rongpeng | 4/26/2023 | 100 | $111.6800 | ($11,168) | | | | | | | | |
| Xia Rongpeng | 5/4/2023 | 100 | $109.1800 | ($10,918) | | | | | | | | |

*Avg Closing Prices from October 16, 2023 to January 12, 2024

**BioNTech SE (BNTX)**
**Class Period: March 30, 2022 - October 13, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $100.4310 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xia Rongpeng | 5/4/2023 | 100 | $108.1800 | ($10,818) | | | | | | | | |
| Xia Rongpeng | 5/4/2023 | 100 | $109.3500 | ($10,935) | | | | | | | | |
| Xia Rongpeng | 5/5/2023 | 100 | $107.0800 | ($10,708) | | | | | | | | |
| Xia Rongpeng | 5/5/2023 | 100 | $106.8800 | ($10,688) | | | | | | | | |
| Xia Rongpeng | 5/5/2023 | 200 | $107.0200 | ($21,404) | | | | | | | | |
| Xia Rongpeng | 5/9/2023 | 200 | $102.1800 | ($20,436) | | | | | | | | |
| Xia Rongpeng | 5/15/2023 | 200 | $104.4310 | ($20,886) | | | | | | | | |
| Xia Rongpeng | 5/15/2023 | 200 | $104.2800 | ($20,856) | | | | | | | | |
| **Xia Rongpeng** | | **7,500** | | **($1,047,192)** | | **(4,200)** | | **$696,613** | **6,000** | **$602,586** | **($191,816)** | **($127,135)** |

*Avg Closing Prices from October 16, 2023 to January 12, 2024