Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant Oranee Daniels*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANO LADEWIG, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BIONTECH SE, UGUR SAHIN, and JENS HOLSTEIN, <br><br> Defendants. | Case No. 2:24-cv-00337-DMG-SSC <br><br> **NOTICE OF NON-OPPOSITION OF ORANEE DANIELS TO COMPETING LEAD PLAINTIFF MOTION** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: Dolly M. Gee <br> HEARING: April 12, 2024 <br> TIME: 9:30 a.m. <br> CTRM: 8C |

1

NOTICE OF NON-OPPOSITION OF ORANEE DANIELS TO COMPETING LEAD PLAINTIFF MOTION –
Case No. 2:24-cv-00337-DMG-SSC

On March 12, 2024, movant Oranee Daniels ("Movant") pursuant to the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), filed a motion for entry of an order appointing Movant as Lead Plaintiff, and approving Movant's selection of Counsel. Dkt. No. 15.

Having reviewed the competing motion filed in this action, Movant does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA. This notice of non-opposition shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

Dated: March 22, 2024

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant Oranee Daniels*

2

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On March 22, 2024, I electronically filed the following **NOTICE OF NON-OPPOSITION OF ORANEE DANIELS TO COMPETING LEAD PLAINTIFF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 22, 2024.

/s/ Laurence M. Rosen
Laurence M. Rosen

3