POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movant Xia Rongpeng*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANO LADEWIG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BIONTECH SE, UGUR SAHIN, and JENS HOLSTEIN, <br><br> Defendants. | Case No. 2:24-cv-00337-DMG-SSC <br><br> **NOTICE OF NON-OPPOSITION OF XIA RONGPENG TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** <br><br> DATE:  April 12, 2024 <br> TIME:  9:30 a.m. <br> JUDGE:  Dolly M. Gee <br> CTRM:  8C |

NOTICE OF NON-OPPOSITION - 2:24-cv-00337-DMG-SSC

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

On March 12, 2024, Xia Rongpeng ("Rongpeng"), by and through his counsel, filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Rongpeng as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired BioNTech SE securities between March 30, 2022 and October 13, 2023, both dates inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 19.

Having reviewed the competing motions before the Court, it appears that Rongpeng does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on Rongpeng's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  March 22, 2024                           Respectfully submitted,

                                                POMERANTZ LLP

                                                */s/ Jennifer Pafiti*
                                                Jennifer Pafiti (SBN 282790)
                                                1100 Glendon Avenue, 15th Floor
                                                Los Angeles, California 90024
                                                Telephone: (310) 405-7190
                                                jpafiti@pomlaw.com

                                                HAO LAW FIRM

Junbo Hao
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street
100024  Beijing
People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

*Counsel for Movant Xia Rongpeng*

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti