1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Attorney for Lead Plaintiff*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ADRIANO LADEWIG, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

BIONTECH SE, UĞUR ŞAHIN, and JENS HOLSTEIN,

Defendants.

24-CV-337-DMG-SSC

<u>CLASS ACTION</u>

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

<u>DEMAND FOR JURY TRIAL</u>

## **Table of Contents**

NATURE OF THE ACTION ............................................................................1

JURISDICTION AND VENUE .......................................................................6

PARTIES...........................................................................................................7

SUBSTANTIVE ALLEGATIONS ..................................................................9

     Background ...........................................................................................9

     Materially False and Misleading Statements Issued During the Class
     Period .................................................................................................17

     The Truth Begins to Gradually Emerge ...........................................29

     The Truth Fully Emerges..................................................................57

     Post-Class Period Developments.......................................................59

ADDITIONAL ALLEGATIONS OF SCIENTER ......................................61

PLAINTIFFS' CLASS ACTION ALLEGATIONS ....................................64

COUNT I.........................................................................................................66

COUNT II .......................................................................................................69

PRAYER FOR RELIEF ................................................................................71

DEMAND FOR TRIAL BY JURY...............................................................71

i

Lead Plaintiff Docdeer Foundation, and additional named plaintiff Xia Rongpeng (collectively defined herein as "Plaintiffs"), individually and on behalf of all others similarly situated, by Plaintiffs' undersigned attorneys, for Plaintiffs' complaint against Defendants, allege the following based upon personal knowledge as to Plaintiffs and Plaintiffs' own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiffs' attorneys, which included, among other things, a review of the Defendants' public documents, conference calls and announcements made by Defendants, United States ("U.S.") Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding BioNTech SE ("BioNTech" or the "Company"), wire and press releases published by collaboration partners of the Company, analysts' reports and advisories about the Company, interviews with former employees of the Company and of former employees of collaboration partners of the Company, and information readily obtainable on the Internet.

Plaintiffs believe that substantial, additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.    This is a federal securities class action on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired BioNTech American Depositary Shares ("ADS" or "ADS's") between March 30, 2022 and October 13, 2023, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

2.    BioNTech is a biotechnology company that in collaboration with Pfizer Inc. ("Pfizer"), developed Comirnaty, the first messenger RNA ("mRNA")

1

COVID-19 vaccine authorized for human use, which quickly became the leading COVID-19 vaccine administered in the United States and Europe. While the pandemic for most people in the world was a period of intense struggle and sadness, BioNTech achieved record-breaking sales and profits. In January 2020, the Company initiated its vaccine program aimed at preventing the spread of COVID-19. On April 9, 2020, effective as of March 17, 2020, BioNTech entered into the Collaboration Agreement with Pfizer to govern the research, development, manufacturing, and commercialization of the Comirnaty COVID-19 vaccine ("Collaboration Agreement"), which was first authorized for conditional or emergency uses in the United States and Europe in December, 2020. In 2021, governments around the globe ordered hundreds of millions of Comirnaty doses from BioNTech and its collaboration partner Pfizer, generating nearly €20 billion in revenue for the Company—almost forty times more than the previous year.

3.    Instead of portraying COVID-19 vaccine revenues as a temporary windfall, BioNTech and its senior officers touted their COVID-19 revenue success as an ongoing business condition. It was not though. Following the Company's unprecedented earnings in 2021, BioNTech faced a changed patient population comprised of individuals who had already been vaccinated and were now less inclined to go forward with serial booster doses in light of emerging perceptions about the risk/reward ratio of the vaccine program in general. This, in turn, led to large discrepancies around the world (and especially in Europe) between the number of doses BioNTech delivered versus the number of doses actually administered. As vaccine administration rates began to slow, inventory accumulated which led many of BioNTech's largest customers to renege on orders they had previously placed.

4.    In February 2022, just before the start of the Class Period, European Union members had already discarded 55 million vaccine doses because they had expired. European Union member states were already pushing back on their prior

contractual obligation to accept unneeded doses. For example, Romania was refusing to take delivery of 28 million doses worth over €550 million. In the months that followed, a dozen more European Union members followed suit with Poland, Estonia, Latvia, Lithuania, Denmark, Bulgaria, Croatia, Hungary, Slovenia, Czech Republic, Portugal, and Germany cancelling orders, refusing to take delivery, or discarding wasted doses, or otherwise seeking to renegotiate their purchase obligations downward.

5.     BioNTech was standing at the edge of a precipice in terms of demand for its Comirnaty vaccine. Yet its messaging to investors remained recklessly steadfast. With each passing quarter, the Company and its executive officers touted a backlog filled with orders for billions of doses and laid claim to an expanding vaccine pipeline. These statements signaled to investors that business remained strong and the demand BioNTech enjoyed in 2021 was just as strong, if not stronger. Investors relied on these claims and purchased BioNTech's ADS's at artificially inflated prices based on false perceptions about the demand for Comirnaty and the Company's potential earnings.

6.     Defendants' fraud began to emerge when, on August 8, 2022, during pre-market hours, BioNTech issued a press release announcing the Company's second quarter 2022 financial results, including, earnings-per-share ("EPS") of €6.45, missing consensus estimates by €0.63, and revenue of €3.2 billion, missing consensus estimates by €910 million and representing a 39.7% year-over-year ("Y/Y") decrease. The Company attributed the miss in part to the "dynamic" development of the pandemic, which "caus[ed] a re-phasing of orders and . . . le[d] to fluctuations in quarterly revenues." While BioNTech said that the "revenue fluctuation caused by the re-phasing of orders" was expected to continue "over the rest of the financial year," BioNTech's Chief Financial Officer ("CFO") Jens Holstein ("Holstein") softened the blow by telling investors to expect "an uptake in

demand in key markets in the fourth quarter of 2022 related to the Omicron-adapted bivalent vaccine, subject to regulatory approval."

7.    On this news, BioNTech's ADS price fell $13.81 per ADS, or 7.54%, to close at $169.30 per ADS on August 8, 2022.

8.    As the Company entered 2023, it defiantly guided investors to expect €5 billion for the year in vaccine revenue, while concealing the impact of then-known declines in vaccine demand, and a campaign from several of its largest buyers in Europe to stop shipments of the vaccine. Indeed, by January 2023, BioNTech already knew that vast numbers of vaccines were being unused and wasted. In Europe alone by the first week of 2023, 1,441,367,758 doses of COVID-19 vaccines had already been distributed, but only 975,339,947 doses had been administered. This meant that, even after the fall 2022 vaccine season, 466,027,811, or nearly a half a billion, vaccines were unused and facing expiration.

9.    On January 31, 2023, BioNTech partner Pfizer held a conference call with investors and analysts. During that call, Pfizer Chief Executive Officer ("CEO") Albert Bourla ("Bourla") disclosed that it then expected a massive write-off sometime in 2023 due to excessive inventory held by governments: "[i]n 2022, we sold at pandemic prices more doses than were eventually used. This resulted in a government inventory build that we expect to be absorbed some time in 2023 probably the second half of the year." BioNTech was not similarly candid with its own investors. Defendants continued to tout inflated, obsolete guidance, omitting both that a large write-off was already a certainty and that there was a massive overhang of government inventory, particularly in European markets for which BioNTech had sales responsibility under the Collaboration Agreement.

10.    BioNTech also faced pressure heading into 2023 due to the fact that a new Omicron subvariant, XBB.1.5, became the dominant strain in the United States. Despite not yet having a version of Comirnaty authorized by the U.S. Food

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

and Drug Administration (the "FDA") to treat this subvariant, BioNTech downplayed the widespread declining demand in its Comirnaty product.

11.    On March 27, 2023, during pre-market hours, BioNTech issued a press release announcing the Company's fourth quarter and full year 2022 financial results. The press release guided investors to expect 2023 vaccine revenue of approximately €5 billion, significantly below market estimates of over €8 billion. As investment research firm Third Bridge noted, the Company's guidance for full year 2023 COVID-19 vaccine revenue of approximately EUR 5.0B was significantly below current consensus of over EUR 8.0B, reflecting the "plummeting demand for population-wide levels of booster vaccinations[.]"

12.    On this partial but not full disclosure of the demand problems, BioNTech's ADS price fell $4.60 per ADS, or 3.59%, to close at $123.60 per ADS on March 27, 2023.

13.    On June 15, 2023, a scientist presenting on behalf of Pfizer and BioNTech informed the FDA that the XBB sub-lineages were more scientifically distinct from earlier Omicron lineages than prior Omicron sub-lineages were from the original disease, and discussed switching to a monovalent formulation that, for the first time, would not include materials targeting the original strain. This was a death knell for Comirnaty's obsolete doses. Despite knowing that this large switch would render finished doses of the prior formulation as well as inventory of component lipids targeting the original strain and other sub-variants unsuitable, and being aware of declining demand, the Company did not inform investors of its then-existing exposure to a large write-off.

14.    On Friday, October 13, 2023, during after-market hours, Pfizer issued a press release announcing, among other things, that "[d]ue to lower-than-expected utilization for our COVID products, Pfizer recorded a non-cash charge of $5.5 billion to Cost of Goods Sold in the third quarter of 2023 . . . related to [*inter alia*] . . . inventory write-offs and other charges for Comirnaty of $0.9 billion." Pfizer

further disclosed that it "is . . . reducing its full-year 2023 revenue expectations for Comirnaty by approximately $2.0 billion due to lower-than-expected vaccination rates."

15.    On Monday, October 16, 2023, during pre-market hours, BioNTech issued a press release announcing that, as a result of Pfizer's inventory write-offs and other charges related to Comirnaty, BioNTech, too would likely recognize up to €0.9 billion in inventory write-offs and other charges related to Comirnaty in the third quarter of 2023. These amounts represented BioNTech's half under the gross profit-sharing agreement with Pfizer, and would "reduce the revenues the Company would report for 2023." According to BioNTech, Pfizer informed the Company "that the majority of the write-offs relate to raw materials, mainly formulation-related lipids, purchased during the pandemic, as well as COVID-19 vaccine doses adapted to other, non-XBB.1.5 variants produced at risk."

16.    On this final disclosure, BioNTech's ADS price fell $6.61 per ADS, or 6.38%, to close at $96.97 per ADS on October 16, 2023.

17.    As a result of Defendants' wrongful acts and omissions, BioNTech's market capitalization declined by more than a billion dollars, causing Plaintiffs and other Class members to suffer significant damages.

## JURISDICTION AND VENUE

18.    The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

19.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act.

20.    Venue is proper in this Judicial District pursuant to Section 27 of the Exchange Act (15 U.S.C. § 78aa) and 28 U.S.C. § 1391(b). Pursuant to BioNTech's most recent annual report on Form 20-F, as of December 31, 2023, there were 237,725,735 of the Company's ordinary shares outstanding. BioNTech's ADS's,

each representing one of the Company's ordinary shares, trade in the U.S. on the Nasdaq Stock Market ("NASDAQ"). Accordingly, there are presumably hundreds, if not thousands, of investors in BioNTech's ADS's located in the U.S., some of whom undoubtedly reside in this Judicial District.

21.    While BioNTech's articles of incorporation contain a provision defining the forum for certain actions involving shareholders and capital markets, BioNTech concedes that the provision does not reach the claims brought in this action. As BioNTech's SEC filings clarify, its "choice of forum provision will not apply to suits brought to enforce duties or liabilities created by the Securities Exchange Act of 1934, as amended, which already provides that such federal district courts have exclusive jurisdictions over such suits." *See, e.g.,* BioNTech Quarterly Report on Form 10-Q filed November 6, 2023 at p. 118.

22.    In connection with the acts alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications, and the facilities of the national securities markets.

## **PARTIES**

23.    Plaintiffs, as set forth in the previously filed certifications (ECF Nos. 13-1 and 21-3), purchased BioNTech ADS's on a domestic exchange, at artificially inflated prices during the Class Period and were damaged upon the revelation of the alleged corrective disclosures. Plaintiffs' certifications evidencing their Class Period transactions are incorporated by reference herein.

24.    Defendant BioNTech is organized under the laws of the Federal Republic of Germany ("Germany") with principal executive offices located at An der Goldgrube 12, D-55131 Mainz, Germany. The Company's ADS's trade on the NASDAQ Global Select Market, the highest and most liquid tier of NASDAQ, under the ticker symbol "BNTX".

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

25.    Defendant Uğur Şahin ("Şahin") has served as BioNTech's Chief Executive Officer at all relevant times. Defendant Şahin is also BioNTech's Co-Founder. Şahin reviewed and approved all earnings announcements and press releases cited herein, and made representations regarding the success of Comirnaty at earnings calls throughout the Class Period. Şahin also signed the 20-F reports cited herein in Paragraphs 64, 66, 102, 125, and 127. Şahin was also quoted in each earnings announcement released during the Class Period. Şahin played an integral role in the formation of the Collaboration Agreement with Pfizer and in implementing the research program for Comirnaty. Şahin also made joint announcements with Pfizer concerning vaccine milestones.

26.    Defendant Holstein has served as BioNTech's Chief Financial Officer since July 2021. Holstein reviewed and approved all earnings announcements and press releases cited herein, and made representations regarding the success of Comirnaty and its commercial prospects at earnings calls throughout the Class Period. Holstein also signed the 20-F reports cited herein in Paragraphs 102, 125, and 127. Holstein was also quoted in each earnings announcement released during the Class Period, each time reporting on COVID-19 vaccine sales and forecasting.

27.    Defendants Şahin and Holstein are collectively referred to herein as the "Individual Defendants." BioNTech and the Individual Defendants are collectively referred to herein as "Defendants."

28.    The Individual Defendants possessed the power and authority to control the contents of BioNTech's SEC filings, press releases, and other market communications. The Individual Defendants were provided with copies of BioNTech's SEC filings and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or to cause them to be corrected. Because of their day-to-day control over BioNTech, and their access to material information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had

not been disclosed to and were being concealed from the public, and that the positive representations being made were then materially false and/or misleading. In addition, as alleged herein, the Individual Defendants had intricate knowledge of the workings of the Company's collaboration program with Pfizer for Comirnaty, and the day-to-day functions of the shared vaccine development program with Pfizer. The Individual Defendants are thus liable for the false statements and omissions pleaded herein.

29.    The Individual Defendants were, at all relevant times, acting within their normal scopes of employment. Consequently, their intent and/or state of mind is imputed to BioNTech under the doctrine of *respondeat superior* and common law principles of agency.

## SUBSTANTIVE ALLEGATIONS

### Background

30.    BioNTech is a biotechnology company that develops and commercializes vaccines and immunotherapies for cancer and other infectious diseases. The Company was founded in 2008 by Şahin, Özlem Türeci, M.D., and Christoph Huber, M.D., with the goal to develop and produce treatments for individualized cancer immunotherapy. It has never had a cancer drug authorized for commercial use.

31.    In 2019, the Company went public on the NASDAQ Global Select Market. At that time, the Company had never had a commercial drug approved.

32.    In January 2020, the Company initiated its BNT162 vaccine program aimed at preventing the spread of COVID-19. On April 9, 2020, effective as of March 17, 2020, BioNTech entered into the Collaboration Agreement with Pfizer to govern the research, development, manufacturing, and commercialization of the Comirnaty COVID-19 vaccine. The Collaboration Agreement was amended on January 29, 2021 to reflect the payment of R&D costs from BioNTech to Pfizer, and otherwise remained in effect throughout the Class Period.

33.     Pursuant to this Collaboration Agreement, throughout the Class Period, BioNTech and Pfizer collaborated on research, development and commercialization of a COVID-19 vaccine worldwide, excluding China.[1] The two companies split costs and profits evenly. This cost and profit sharing also meant that any write-off by Pfizer of excess inventory was necessarily passed through to BioNTech as a reduction of its revenue under the agreement.

34.     Under the Collaboration Agreement, Pfizer led clinical development of and sought regulatory approval for vaccine candidates in the United States and BioNTech had the same responsibilities for the European Union. BioNTech and Pfizer shared responsibilities for manufacturing and supplying an authorized COVID-19 vaccine.

35.     The Collaboration Agreement further specified that gross profits recognized by Pfizer in the sale of Comirnaty are shared with BioNTech evenly, and likewise gross profits by BioNTech for Comirnaty are shared evenly with Pfizer. Similarly, any reduction in revenue, including write-offs by either party to the Collaboration Agreement, are recognized by the other company. Under the Collaboration Agreement, BioNTech has distribution rights in Germany and Turkey, while Pfizer has distribution rights in most of the rest of its authorized markets, such as the United States, the United Kingdom, Australia, Japan, and several other EU countries. But, regardless of distribution territory, profits and costs are equally split between the two companies.

36.     Throughout the Class Period, the Collaboration Agreement established a Joint Steering Committee to ensure that BioNTech and Pfizer made key decisions

---

[1] BioNTech entered into a separate agreement with Fosun Pharma, in which Fosun Pharma has the marketing and distribution rights of Comirnaty in mainland China—although the vaccine has not been authorized and was never authorized during the Class Period in China. The contract with Fosun Pharma also includes distribution rights in Hong Kong, Macau and Taiwan.

jointly and that information was shared jointly between the two parties. The Joint Steering Committee was chaired by a representative from BioNTech, and each Company had multiple members on the Joint Steering Committee. Under the Joint Steering Committee for the implementation of the Collaboration Agreement, members of Pfizer and BioNTech met weekly until the commencement of clinical trials, and then met bi-weekly on a continuing basis.

37.    Each bi-weekly meeting of the Joint Steering Committee required at least two representatives of both BioNTech and Pfizer. Each Joint Steering Committee meeting, under the Collaboration Agreement, had deck materials preceding the meeting, and had meeting minutes circulated following the meeting. None of these materials has been made public.

38.    The Joint Steering Committee coordinated and provided operational and strategic oversight of the development and manufacturing activities by both Pfizer and BioNTech. Among other things, the Joint Steering Committee decided the design of clinical trials, including the protocol governing the clinical trials, and provided that the Companies would each share preclinical and clinical data. The Joint Steering Committee also decided the research and development plan under the Collaboration Agreement, oversaw the manufacturing processes of all vaccines, discussed and reviewed any proposals by either party (Pfizer or BioNTech), sought regulatory approval of any vaccine candidates, and discussed, and agreed on, strategies to address mutations.

39.    Also, pursuant to the Collaboration Agreement, Pfizer and BioNTech established a Joint Commercialization Committee. This was formed to set pricing, marketing and patient access programs, and establish packaging guidance (including shelf life). The Joint Commercialization Committee consisted of joint chairpersons from each of the two companies.

40.    The Joint Commercialization Committee discussed and agreed to each annual budget. Under Joint Commercialization Committee rules, BioNTech and

Pfizer each were duty-bound to notify the Joint Commercialization Committee if it became aware of a deviation in the actual gross profit compared to budgeted gross profit above an agreed percentage threshold, which was known to the contracting parties but redacted from the filed version of the Collaboration Agreement to ensure that information could not be known by investors. Upon receiving budget variance notices, the Joint Commercialization Committee was tasked with discussing the reasons for the deviation and agreeing to measures to address and improve the deficiency.

41.     The Collaboration Agreement also established a Joint Finance Committee, whereby representatives from BioNTech and Pfizer worked with each other and with the other Committees under the Collaboration Agreement in financial, forecasting, budget and planning matters, including assisting the Joint Commercialization Committee in developing long-range forecasts for commercial supplies of the vaccine. The Joint Finance Committee was also responsible for reviewing calculations of the amount of any payments to be made by Pfizer and BioNTech, as well as for coordinating audits of financial data. The Joint Finance Committee rule required an equal number of representatives from BioNTech as from Pfizer.

42.     Given the severity and deadliness of the pandemic, worldwide demand for a COVID-19 vaccine was initially overwhelming. On July 22, 2020, the Company and Pfizer announced that the United States government had agreed to purchase 100 million doses at $19.50 per dose, for a total of $1.95 billion. On December 23, 2020, Pfizer and the Company announced that the United States government agreed to purchase an additional 100 million doses, at the same price of $19.50 per dose, for another total of $1.95 billion.

43.     Before Comirnaty became available, contracting countries with developed economies generally pre-ordered close to the same number of Comirnaty vaccine doses as they had people. For example, Japan (population 125 million)

ordered 120 million doses in 2020; Australia (population 26 million) ordered 30 million doses in 2020; the United Kingdom (population 66 million) ordered 40 million doses.

44.     Initial demand in the European Union was just as strong. On November 11, 2020, BioNTech announced that the European Commission ("EC") had agreed to purchase 200 million doses of Comirnaty at €15.50 per dose, or €3.1 billion in total. This agreement obligated each EU member country to purchase millions of doses. On December 29, 2020, BioNTech announced that the EC had agreed to purchase an additional 100 million doses, exercising an option it had under its original purchase agreement. This brought the total EC doses ordered to 300 million, driving revenue of over €4.6 billion—half of which went to BioNTech under the Collaboration Agreement.

45.     On December 11, 2020, the FDA first authorized Comirnaty on an Emergency Use Authorization ("EUA") basis. Similarly, in Europe, the European Medicines Agency ("EMA") authorized conditional use of the vaccine on December 21, 2020. Comirnaty was the first mRNA COVID-19 vaccine authorized for human use. An mRNA vaccine works by triggering the immune system to create antibodies. Antibodies are proteins in the body that fight viruses that cause disease. Unlike traditionally applied vaccines, mRNA vaccines do not introduce the pathogen to create an immune response, but rather, use genetic material to instruct cells to produce a harmless piece of the target pathogen, which then triggers the creation of antibodies. At that time, demand was enormous, both because the adult population was entirely unvaccinated and because the primary vaccine required a two-dose regimen. During the Class Period, Comirnaty was BioNTech's only marketed product, and constituted over 99% of the Company's revenue.

46.     On February 12, 2021, Pfizer and BioNTech announced that the U.S. government had exercised its option to purchase an additional 100 million Comirnaty doses, bringing the total number of U.S.-ordered doses to 300 million,

and the total dollar-value of doses ordered by the United States to $5.85 billion, or approximately €5.35 billion. Fifty percent of this revenue went to BioNTech under the Collaboration Agreement.

47.    On February 17, 2021, the EC and BioNTech announced an agreement under which BioNTech and Pfizer would supply an additional 200 million doses, on top of the 300 million doses ordered in 2020. The total vaccine revenue from contractual doses in EU states had, therefore, amounted to €7.750 billion, which represented €3.875 billion in revenue to BioNTech for its fifty percent share.

48.    On May 20, 2021, the EC announced that it had signed another contract to buy 900 million doses of Comirnaty, with 450 million to be delivered in 2022. The new contract also provided an option to buy an additional 900 million of Comirnaty doses by end of 2023. The EC said in its press release that the deal with Pfizer and BioNTech required that the production of doses be based in the EU and that essential components be sourced from the region. Pfizer and BioNTech's press release on May 20, 2021, announcing the EC purchase order, confirmed that all doses were planned to be manufactured in the EU. In total, if fully executed, the EC contract would have amounted to revenue of up to €35.1 billion for the total 1.8 billion doses—with half the proceeds belonging to BioNTech under the Collaboration Agreement.

49.    News reports noted the lack of transparency that surrounded the EC purchase contract, including that the contract is heavily redacted.

50.    In July 2021, the United States government agreed to purchase an additional 200 million doses for $24.35 per dose, or $4.87 billion total. In October 2021, the United States government agreed to purchase an additional 50 million doses for $24.35 per dose, or an additional $1.23 billion. BioNTech received half of the revenue from these purchase orders under the Collaboration Agreement.

51.    On September 22, 2021, BioNTech announced that the FDA had issued EUA for a booster dose of Comirnaty. Boosters provided far less revenue

opportunity than the initial doses for three reasons: (1) the initial dosages required two injections approximately one month apart, whereas a booster dose required only a single injection; (2) at least initially, boosters were only recommended for the most vulnerable population subsets; and (3) booster uptake was, at all times, only a fraction of vaccine uptake.

52.     On December 20, 2021, the EC exercised its option to purchase 200 million additional doses pursuant to its May 2021 purchase agreement with Pfizer and BioNTech. According to the Company, "[t]he number of doses to be delivered to the EC member states by the companies in 2022 will now total more than 650 million doses." The full delivery of said doses (450 million doses plus the additional 200 million purchase option) to Europe alone amounted to €12.675 billion Comirnaty revenue in 2022, half of which belonged to BioNTech under the Collaboration Agreement.

53.     Throughout 2021, other developed countries also ordered massive amounts of Comirnaty shots. For example, the United Kingdom ordered 149 million doses; Australia ordered 85 million doses; and Japan ordered 194 million doses.

54.     While BioNTech was quick to announce these immense government purchase orders, it did not disclose the enormous decline in demand as the 2021 vaccine season ended. In part, this was caused by the fact that the majority of adults had already been vaccinated by the end of 2021, but only about half had received a single booster, and very few received a second booster. Specifically, by March 2022, 84% of adults in the United States had been vaccinated, while at the same time, a little more than half of adults in the United States (63.4% of those vaccinated), had received even a single booster dose. Similarly, between January 1, 2021 and January 1, 2022, 73% of the population in the EU had been fully vaccinated with a two-dose regime, but only 54.8% received even a single booster. As shown below, these figures remained consistent throughout the full year 2022, 2023, and beyond:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16   55.   Omicron became the dominant COVID-19 variant toward the end of

17   2021. Omicron was highly transmissible but had lower risk of hospitalization and

18   death than prior variants. The relative lack of severity compared to prior variants

19   contributed to vaccine hesitancy as 2022 progressed.

20   56.   By January 22, 2022, Omicron accounted for 99% of COVID-19 cases

21   in the United States.[2] In early winter 2022, Pfizer and BioNTech began clinical

22   trials on vaccines targeting the Omicron BA.1 sub-lineage.

23   57.   In March 2022, the FDA expanded the Comirnaty EUA to allow for

24   second booster doses using the original vaccine formula. But as seen in the EU,

25   depicted in the chart above, demand for subsequent booster doses was always near

26   obsolete in comparison to that of the primary vaccination doses.

27
_____

28   [2] *See* https://www.cdc.gov/mmwr/volumes/71/wr/mm7106a4.htm.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

58.    By no later than February 2022, dwindling demand and mounting surplus of COVID-19 vaccines was known to Pfizer and BioNTech. Indeed, on February 16, 2022, Oxfam International, a global nonprofit organization, published a press release, citing an analysis completed by People's Vaccine Alliance, predicting that the EU would "have to throw away 55 million doses of COVID vaccines by the end of February [2022]."

59.    On April 4, 2022, *LE MONDE* published an article noting how "[m]ore than 240 million doses of Covid vaccines have passed their expiration dates since the beginning of the vaccination campaign" and that "73% are from Pfizer, the most widely used vaccine in Northern [European] countries." Notably, the Comirnaty labeling provided that "the vaccine should not be used after the expiration date printed on the vials."

60.    This decline in demand and growing risk of nonviable, unmarketable inventory was particularly evident in central and Eastern Europe, where EU member states had already begun to complain that they were oversupplied and expressed that their current purchase agreements needed to be renegotiated because Pfizer and BioNTech should not be able to require them to buy millions of unneeded vaccines only to destroy the doses when they expired. For example, before the Class Period even began, Romania had stopped taking deliveries of Comirnaty, under its previous commitment to purchase 28 million doses worth over €550 million.

**Materially False and Misleading Statements Issued During the Class Period**

61.    The Class Period begins on March 30, 2022, when BioNTech issued a press release during pre-market hours announcing the Company's fourth quarter and full year 2021 financial results (the "4Q/FY21 Earnings Release"). Defendants Şahin and Holstein were each quoted in the 4Q/FY21 Earnings Release, and each participated in an earnings call with investors held later that day to discuss the Company's 4Q/FY21 Earnings Release.

62.    The 4Q/FY21 Earnings Release provided updates on Comirnaty's commercial activity and prospects, stating, in relevant part:

> As of the beginning of March 2022, BioNTech and Pfizer delivered more than 3.1 billion doses of BNT162b2 to more than 170 countries and regions around the world. By early March 2022 . . . approximately 1.3 billion doses had been delivered to low- and middle-income countries. As of mid-March 2022, BioNTech and Pfizer have signed orders for approximately 2.4 billion doses in 2022. Further discussions for additional dose commitments are ongoing for 2022 and beyond.

> - BioNTech and Pfizer launched a new product formulation of their COVID-19 vaccine that simplifies vaccine handling and has improved storage and transport conditions . . . . To date, this formulation has been delivered to more than 50 countries.

> - In December 2021, BioNTech and Pfizer announced an agreement with the European Commission (EC) and its member states, pursuant to which the EC exercised its option to purchase more than 200 million additional doses of vaccine. The 200 million doses are in addition to the 450 million doses already planned to be delivered in 2022, based on an agreement signed in May 2021. **_The number of doses to be delivered to EC member states in 2022 will now total more than 650 million doses. In sum, the total number of potential doses delivered to the EC, inclusive of all agreements, is expected to be up to 2.4 billion by end of 2023._**[3]

63.    The statements identified in Paragraph 62 were materially false and misleading when made because: (a) statements touting 2.4 billion in vaccine doses to be delivered in 2022 based on back-logged contracts omitted that countries had already refused to take delivery of the doses, such as Romania, and therefore BioNTech's expected doses to be delivered concealed that it was then observing a massive decline in demand, particularly in Europe, and did not accurately reflect present or future demand for vaccine doses; (b) the statements failed to disclose that the referenced European contracts from 2021 no longer reflected then-observed

---

[3] Emphasis is added throughout unless otherwise indicated.

demand due to a vaccinated populace, declining consumer interest particularly in boosters and pushback from European states; and (c) by not disclosing the massive decline in demand, the Company concealed from investors its vulnerability to massive inventory write-offs.

64.     Also on March 30, 2022, BioNTech filed an annual report on Form 20-F with the SEC, reporting the Company's financial and operational results for the quarter and year ended December 31, 2021 (the "2021 20-F"). The 2021 20-F also provided an update on Comirnaty's commercial activity and attested to the strong demand for Comirnaty providing, in relevant part:

> **As of mid March 2022, we and our partner Pfizer have signed orders for approximately 2.4 billion doses to be delivered in 2022**. This includes agreements with the governments in the United States, United Kingdom, Japan, Canada and the European Union. ***Further discussions for additional dose commitments are ongoing and the order book is expected to further grow.*** Based on our order book and the expected continued need for booster vaccinations and vaccinations in the pediatric population, we and Pfizer are well positioned to continue to be a global leader in vaccines for the prevention of COVID-19.
>
> We and Pfizer have an agreement with the European Commission, or the EC, that includes supplying 600 million doses of our COVID-19 vaccine to the 27 EU member states by the end of 2021, and to supply 900 million doses in 2022 and 2023, with option to request up to an additional 900 million doses. ***This would also cover potential vaccines adapted to variants without additional costs, if a variant vaccine is determined to be needed and subsequently authorized or approved*** . . . ***In December 2021, we and Pfizer announced an agreement with the EC and its member states, pursuant to which the EC exercised its option to purchase more than 200 million additional doses of vaccine. The 200 million doses are in addition to the 450 million doses already planned to be delivered in 2022, based on an agreement signed in May 2021. The number of doses to be delivered to EC member states in 2022 will now total more than 650 million doses. In sum, the total number of potential doses delivered to the EC, inclusive of all agreements, is expected to be up to 2.4 billion by end of 2023.***

65.    The statements identified in Paragraph 64 were materially false and misleading when made because: (a) statements touting 2.4 billion in vaccine doses to be delivered in Europe by 2023 "inclusive of all agreements" failed to disclose that the referenced contracts from 2021 no longer reflected then-observed demand due to a vaccinated populace, declining consumer interest particularly in boosters and pushback from European states; (b) stating that the 2.4 billion number of vaccines to be delivered in 2022 alone was then "expected to grow" failed to disclose that the actual demand was then declining, rather than growing due to cancellations and pushback for contract renegotiation; (c) by not disclosing the massive decline in demand, the Company concealed from investors its vulnerability to massive inventory write-offs; and (d) they failed to disclose that Pfizer and BioNTech were then preparing to propose changes to the vaccine formula that, once authorized or approved, would render obsolete existing vaccine inventory manufactured to fulfill the EC contracts and therefore necessitate further write-offs, amounting to significant costs for the Company.

66.    The 2021 20-F reported BioNTech's inventory write-offs and reserves relating to Comirnaty stating, in relevant part:

> During the year ended December 31, 2021, inventory write-offs and reserves related to our COVID-19 vaccine amounting to €194.6 million were recognized in cost of sales as a result of the respective inventories not fulfilling the predefined quality-specifications (GMP) and / or regulatory requirements (approval of the respective authorities, *i.e.* FDA) and / or shelf-life expiration, compared to nil in the previous period … During the years ended December 31, 2021 and 2020, €1,255.1 million and €32.1 million, respectively costs of inventories were recognized as cost of sales.

67.    The statements identified in Paragraph 66 were materially false and misleading when made because: (a) they failed to disclose that BioNTech was then exposed to write-offs related to an observed decline in demand, not just for its early problems with doses that failed to fulfill quality specifications; (b) they failed to

1   explain that Pfizer and BioNTech were then preparing to propose to regulators
2   changes to the COVID-19 vaccine formula that would render certain inventory
3   obsolete and necessitate further write-offs; and (c) they failed to disclose that the
4   shelf life expiration was due to excess inventory from declining demand.

5       68.    On April 6, 2022, the FDA Vaccine and Related Biologic Products
6   Advisory Committee ("VRBPAC") held an open meeting to discuss COVID-19
7   vaccines. One topic discussed was the formulation of a strategy and protocol
8   concerning the need for new vaccine versions to address mutating strains of
9   COVID-19, including the dominant Omicron variant and newly-emerging
10  subvariants, which were generally identified by a combination of letters and
11  numbers. According to meeting minutes, members concluded that "ideally, a single
12  recommendation for strain composition apply to all available vaccines," *i.e.*,
13  VRBPAC would periodically identify a specific strain for all manufacturers to
14  target. The slide presentation shown at the meeting identified the conundrum that
15  manufacturers faced when building inventory before that strain had been defined,
16  namely that vaccine doses and precursors could be "at risk" if they did not target
17  the strain that was dominant at the time of sale, or if the demand for vaccines fell:

### How is the COVID-19 Vaccine Process Different – and What Drives the Timeline for Making a Decision

| DIFFERENCES ACROSS DIFFERENT PLATFORMS | DIFFERENCES WITHIN SAME PLATFORM | OTHER FACTORS THAT WILL DRIVE PRODUCTION TIMELINES |
|---|---|---|
| Time to create construct | Each manufacturer has a different production capacity | Level of testing to support new strains- for example, purification process development, or clinical trials |
| Time to make and release master and work banks | Vaccine yield varies greatly between vaccine manufacturers | Does the manufacturer have seed banks available for selected strains |
| Feasibility of multivalent vaccine | Different manufacturers are using a different dose | Ongoing need to produce prototype vaccine to vaccinate naïve individuals |
| | Global commitments-dictates how much production can be targeted for the US | How much 'at risk' production will manufacturers do prior to regulatory decisions and known demand |

» For all vaccines, ability to produce sufficient doses by a set time will depend in part on whether the vaccine is monovalent or mulit-valent, and if monovalent, if it is the current 'prototype' strain or a different strain

» Every manufacturer will have a different 'cut-off' date for producing a certain number of doses by a certain date

21

69.    That same month, April 2022, Poland's Health Minister, Adam Niedzielski ("Niedzielski"), announced that the Polish government had stopped taking deliveries, citing a force majeure clause in its contract with Pfizer and BioNTech. Niedzielski claimed Russia's invasion of Ukraine in February 2022, which drove millions of refugees to Poland, had drained its public finances, necessitating the refusal of dosage deliveries. In response, Pfizer sued Poland for payment of 60 million unpaid doses under the EC agreement.

70.    On April 29, 2022, the prime ministers of Estonia, Latvia, and Lithuania sent a joint letter (the "Joint Letter") to EC president, Ursula von der Leyen, expressing concerns about each member states' then-existing surplus of COVID-19 vaccines, including Comirnaty, and implications caused by the excess supply with unmatched demand. Specifically, the letter noted that the "Member States are facing a new challenge, ***which is over-production and over-supply of vaccines***…This puts pressure not only on logistics networks and storage but also has budgetary implications."[4]

71.    The Joint Letter also highlighted that vaccine manufacturers, including Pfizer and BioNTech, were likely violating an embedded "Reasonable Best Efforts" obligation by delivering doses which had already wasted half of their shelf lives before the member states received the doses and indicated that violation may be a reason to terminate the EC's contract for Comirnaty:

> The situation is further complicated as our countries have been receiving deliveries of vaccines with shorter and shorter shelf-life. In some cases, the vaccines received have already reached half of their shelf-life. ***In our view, in such cases, the manufacturers' actions possibly might not follow the Reasonable Best Efforts principle that is embedded in the agreements***. Such a short shelf-life of the vaccines, coupled with the restrictions of vaccines donations from the Member States to the COVAX's facility, puts the Member States at a

---

[4] *See* https://lrv.lt/en/news/joint-letter-of-the-prime-ministers-of-the-baltic-states-to-eu-commission-president-on-covid-19-vaccines/.

disadvantage and almost restricts the possibility of ensuring that vaccines are effectively used.

72.     The Joint Letter concluded by stating that "there is no other way but to continue the synergy between the Member States and the Commission, and to jointly find solutions that would ***allow us to avoid huge wastage of vaccines*** and financial losses for national budgets."

73.     On May 2, 2022, AL JAZEERA published an article detailing that Denmark (population 5.9 million) had resolved to discarding "1.1 million excess COVID-19 vaccines…because their expiration date is near, and efforts to donate them to developing countries have failed."

74.     In the same article, Denmark's Statens Serum Institut stated that "***Denmark, like many countries around the world, has a surplus of vaccines***" and added that "[n]ow there are global challenges with the donation of COVID-19 vaccines, [among others] because…a ***situation has arisen where the supply of vaccines exceeds the demand***."

75.     On May 9, 2022, BioNTech issued a press release announcing the Company's financial results for the quarter ended March 31, 2022 (the "1Q22 Earnings Release"). Defendants Şahin and Holstein were each quoted in the 1Q22 Earnings Release, and each participated in an earnings call with investors later that day to discuss the earnings release. The 1Q22 Earnings Release also provided updates on Comirnaty's commercial activity and prospects, stating, in relevant part, that "[i]n the first quarter of 2022, BioNTech and Pfizer have invoiced approximately 750 million COVID-19 vaccine doses"; and that, "[a]s of end-April 2022, the Companies have signed orders for approximately 2.4 billion doses in 2022." In addition, with respect to the impact of inventory write-offs on cost of sales incurred in the quarter, the 1Q22 Earnings Release stated, in relevant part:

Cost of sales was €1,294.1 million for the three months ended March 31, 2022, compared to €233.1 million for the comparative prior year

period . . . This increase in cost of sales is [parti]ally attributed to expenses arising from inventory write-offs and for production capacities derived from contracts with Contract Manufacturing Organizations.

76.   The statements identified in Paragraph 75 were materially false and misleading when made because: (a) in touting a backlog of signed orders for 2.4 billion in vaccines to be delivered in 2022, BioNTech did not disclose that the Company was then observing a massive decline in demand, particularly in Europe where it had its largest number of dose orders, and that countries had already refused to accept delivery of doses notwithstanding their purchase orders, meaning that BioNTech's expected delivery number was not an accurate indicator of the Company's current performance; (b) the statements failed to disclose that the referenced signed orders contracts no longer reflected then-observed demand due to a vaccinated populace, declining consumer interest particularly in boosters and pushback from European states; and (c) by not disclosing the massive decline in demand, the Company was concealing its vulnerability to significant subsequent inventory write-offs.

77.   Also on May 9, 2022, BioNTech filed a report of foreign issuer on Form 6-K with the SEC, appended to which as an exhibit was the Company's quarterly report for the three months ending March 31, 2022 (the "1Q22 6-K"). The 1Q22 6-K contained substantively the same statements as referenced in Paragraph 75, *supra*, regarding BioNTech's updates on Comirnaty's commercial activity and prospects. The 1Q22 6-K also stated, in relevant part, that "[d]uring the three months ended March 31, 2022 and 2021, inventory write-offs and reserves related to our COVID-19 vaccine amount[ed] to €156.0 million and nil, respectively, and were recognized in cost of sales as a result of the introduction of a new COVID-19 vaccine formulation."

78.   The statements identified in Paragraph 77 were materially false and misleading when made because: (a) they failed to disclose that the Company was

24

then experiencing a decline in demand which made inventory write-offs of several orders of magnitude larger a near certainty; and (b) by not disclosing the massive decline in demand, the Company was concealing its vulnerability to much more massive inventory write-offs from investors.

79.     On May 20, 2022, *POLITICO* published an article stating that EU member states were pressuring the EC to renegotiate its contract for Comirnaty doses, among others, and detailed how EU member states discarded "55 million doses of COVID vaccines" by February 2022 due to "***leveling off of vaccination campaigns and the improving pandemic situation, coupled with the vast increase in vaccine production capacity over the past two years***." In early June 2022, Poland's Health Minister, Niedzielski, together with his counterparts from Bulgaria, Croatia, Estonia, Hungary, Latvia, Lithuania and Romania called for a "reduction of the amounts" of vaccines being ordered.

80.     On June 13, 2022, the Employment, Social Policy Health and Consumer Affairs Council of the European Union ("EPSCO") held a public meeting to discuss among other matters, issues raised by several EU member states regarding the surplus of COVID-19 vaccines member states were struggling with, including doses received under the EC's agreement with BioNTech and Pfizer.[5]

81.     During this meeting, Mr. Niedzielski explained that the "[c]urrent contracts with vaccine manufacturers significantly exceed the member states' needs" and the member states "will not be able to avoid the wastage of the covid vaccines." Mr. Niedzielski proclaimed that "the revision of the contracts is essential and we cannot risk Europe's financial mismanagement" explaining that, "they cannot spend public funds on activities that do not bring benefits to public health." Breda Boznik, Slovenia's state secretary of the ministry of health, agreed and added that "[m]ember states are faced with surpluses of COVID-19 vaccines that cannot

---

[5] *See* https://video.consilium.europa.eu/event/en/25911.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

also be donated." Ms. Boznik urged the EC to "as quickly as possible revise contractual agreements and align them with the situation on the ground," mainly the drastic decrease in demand, and warned "that is the only way to prevent destruction of vaccines." Portugal's deputy minister of health, Antonio Lacerda Sales, stated that Portugal also had a surplus of COVID-19 vaccines.

82.    Vlastimil Valek, deputy prime minister and minister of health for the Czech Republic echoed Mr. Niedzielski and Ms. Boznik stating that, the "Czech Republic is aware of the significance of this point and we are fully prepared to support the Commission when negotiating with the producers." Mr. Valek added that negotiation should go forward on July 15, 2022, during a scheduled meeting with the two largest EU providers, including Pfizer and BioNTech.

83.    German state secretary of the federal ministry of health, Thomas Steffen, further supported re-negotiation of the EC's vaccine contracts stating that, "[a]ll agree that the current contracts need to be more flexible with regards to shelf-life and shifting delivery dates so that supply and demand can be reconciled" and noting that all "know that global demand is very low for vaccines."

84.    In the United States, the second largest Comirnaty market after the EU, the demand trend was also on downward spiral. Confidential Witness 1 ("CW1") was a Vaccine and Health Science Specialist at Pfizer from March 2018 to August 2022. CW1's role as Vaccine and Health Specialist was to communicate directly with doctors and healthcare professionals about the Comirnaty vaccine and to serve as a salesperson for the Comirnaty vaccine. CW1 reported to David Ballowe, District Business Manager. In August 2022, CW1 transitioned into a more clinical or educational role as a U.S. Comirnaty Navigator Account Specialist. In this job, CW1 was brought in by the sales team to speak directly with doctors and healthcare professionals about the clinical aspects of the Comirnaty vaccine. During 2022, CW1 observed a steep decline in demand from consumers for the Comirnaty vaccine. CW1 further observed during 2022 an increasing number of doctors who

did not want to administer the vaccine. CW1 recalled that doctors were experiencing vaccine fatigue and said doctors' offices wanted to be vaccinating less and had started pushing that task towards retails pharmacies. CW1 observed in 2022 that declining patient demand for vaccines led to widespread expired doses at doctors' offices. CW1 also explained that doctors reported to CW1 their displeasure with having to answer extensive questions about potential side effects, which led to a further reluctance by doctors to procure and administer doses.

85.     CW1 and CW1's colleagues reported back to Pfizer sales managers about the decreasing demand for the Comirnaty vaccines, including patients' reluctance to pursue booster shots, and doctors' waning willingness to administer the shots. CW1 and salespeople at Pfizer provided reports to the Pfizer senior management about doctors and healthcare professionals demand for the Comirnaty vaccine. Each quarter, CW1 would contact its customers and try to find out if they planned to offer the COVID-19 vaccine, how much they anticipated using, and would gather feedback throughout the year and have to input that into Pfizer's database that tracks customer feedback. CW1 reported that it was widely known throughout 2022 that demand was dipping precipitously. Despite that, senior management kept pushing the sales team to promote the vaccine to doctors. CW1's Regional Business Director (Mary Beth Freeman initially, then Emily Carter) reported the feedback from customers to higher level management at Pfizer. The Collaboration Agreement required such commercial information to be shared with BioNTech, including via the Joint Commercialization Committee's task to provide information on marketing strategy and the Joint Finance Committee's obligation that financial data be shared.

86.     In addition to a decline in demand, by early Spring 2022, the prevalence of BA.1 (the original strain of COVID-19) had declined and other strains were dominant. On June 30, 2022, the FDA notified BioNTech and Pfizer of its recommendation to develop a bivalent COVID-19 vaccine, meaning a vaccine

27

intended to target two different strains of the disease. Here, the recommendation was to specifically target the original COVID-19 strain and Omicron BA.4/BA.5 sub-lineages. As shown in the chart below, by early Summer 2022, Omicron BA.5 had become the most prevalent COVID-19 strain in the United States:



AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

1

**The Truth Begins to Gradually Emerge**

2    87.    On August 8, 2022, during pre-market hours, BioNTech issued a press

3   release announcing the Company's financial results for the quarter ended June 30,

4   2022 (the "2Q22 Earnings Release"). Defendants Şahin and Holstein were each

5   quoted in the 2Q22 Earnings Release, and each participated in an earnings call with

6   investors later that day to discuss the earnings release. For the quarter, the 2Q22

7   Earnings Release reported EPS of €6.45, missing consensus estimates by €0.63, and

8   revenue of €3.2 billion, missing consensus estimates by €910 million, and

9   representing a 39.7% Y/Y decrease. The Company attributed the result, in part, to

10   the "dynamic" development of the pandemic, which "caus[ed] a re-phasing of

11   orders and . . . le[d] to fluctuations in quarterly revenues." According to BioNTech,

12   "[t]his revenue fluctuation caused by the re-phasing of orders is expected to remain

13   over the rest of the financial year with an uptake in demand in key markets in the

14   fourth quarter of 2022 related to the Omicron-adapted bivalent vaccine, subject to

15   regulatory approval."

16    88.    The market quickly understood the foregoing disclosures for what they

17   were—sales of Comirnaty were declining. As reported, in relevant part, by *SEEKING*

18   *ALPHA* that day, "BioNTech stock falls on Q2 miss as vaccine sales slump; eyes

19   uptick in Q4 with Omicron shot delivery in October":

20    BioNTech (NASDAQ:BNTX) stock fell ~5% premarket Aug. 8 after
      the company's Q2 results missed analysts estimates, however the
21    company reaffirmed its COVID-19 vaccine revenues outlook for 2022.

22
      Q2 EPS slumped -40.11% Y/Y to €6.45, while revenue fell -39.79%
23    Y/Y to ~€3.2B.

24    Revenue from direct COVID-19 vaccine sales to customers in
25    BioNTech's territory, Germany and Turkey, declined to €557M,
      compared to ~€1.04B in Q1 2021. Meanwhile, sales from products
26    manufactured by BioNTech for its collaboration partners increased to
      €608.3M, compared to €138.1M in the prior year period.
27

28

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

The German company said that due to the dynamic nature of the pandemic there was a re-phasing of orders causing fluctuations in quarterly revenues, which is expected to remain over the rest of the year with an uptake in demand in key markets in Q4 related to the Omicron-adapted bivalent vaccine, if approved.

\* \* \*

Net Profit declined to €1,67B, compared to €2,.79B in Q2 2021. Research and development expenses were €399.6M, compared to €201.1M in Q2 2021.

89.    On this news, BioNTech's ADS price fell $13.81, or 7.54%, to close at $169.30 per ADS on August 8, 2022. In response, Leerink lowered its price target by $11, from $224 to $213, noting "[w]e are raising our cost-of-sales projections to reflect that dose waste will likely remain a cost-of-sales driver until the COVID-19 vaccine evolution and market is more predictable and stable." The price of BioNTech's ADS's, however, remained artificially inflated as this disclosure did not fully reveal the truth. Specifically, it did not disclose that demand was then drastically falling in the EU and worldwide.

90.    Moreover, Defendants stemmed the decline by making additional misstatements and omissions with respect to demand and inventory for Comirnaty, as well as the vaccine's commercial prospects. For example, the 2Q22 Earnings Release quoted Defendant Şahin as follows:

In the first half of 2022, we achieved important milestones as we have further strengthened our COVID-19 vaccine leadership and have expanded our broad pipeline and accelerated its maturation. Our COVID-19 product pipeline includes variant-adapted and next-generation vaccine candidates, aimed at prolonged and broad protection[.]

91.    The statements identified in Paragraph 90 were materially false and misleading when made because: (a) in touting the Company's "accelerat[ion]" of "vaccine leadership" the statements failed to disclose the rapid decline in demand, which made inventory write-offs of several orders of magnitude larger a near

certainty; (b) the discussion of "variant-adapted and next generation vaccines" omitted that adopting such next generation vaccines would render certain existing inventory obsolete, necessitating write-offs; and (c) the statements failed to then explain that multiple nation purchasers, such as Romania, Poland, Estonia, Latvia, Lithuania, Denmark, Bulgaria, Croatia, Hungary, Slovenia, Czech Republic, Germany, were then seeking to renegotiate their purchase contracts, rendering statements about "expand[ing] [BioNTech's] broad pipeline" and strengthening "vaccine leadership" misleading.

92.    In that same 2Q22 Earnings Release, Defendant Holstein downplayed the impact of declining demand and reassured investors of the Company's prospects stating, "[w]ith our initiatives around variant-adapted COVID-19 vaccine candidates, we expect an uptake in demand in our key markets in the fourth quarter of 2022, subject to regulatory approval."

93.    The statements identified in Paragraph 92 were materially false and misleading when made because: (a) in touting an "uptake in demand" they failed to disclose that demand was no longer what it had resembled in the height of the pandemic in the Company's largest markets and, in fact, contrary to rising demand numerous countries throughout Europe had indicated a refusal to accept delivery of doses or order more doses in light of the inventory they already had in their possession and the number of doses that were being discarded because they had expired; and (b) they failed to disclose that there was already excessive inventory in BioNTech's key markets that was then negatively impacting revenue.

94.    The 2Q22 Earnings Release also provided updates on Comirnaty's commercial activity and prospects, stating, in relevant part:

As of the beginning of July 2022, BioNTech and Pfizer have delivered in total more than 3.6 billion doses to 180 countries or territories. **_The companies have signed orders for approximately 2.5 billion doses for 2022_**, and, in the first half of the year, invoiced approximately 1.2 billion doses. The cumulative share of doses[] increased in the period

31

between January 1, 2022 to July 20, 2022 from approximately 52% to 63% in all markets[]. In developed markets[], the share of doses for the same time period increased from approximately 59% to 68%.

* * *

- ***In May 2022, BioNTech and Pfizer announced an agreement with the European Commission, or EC, to amend their originally agreed contractual delivery schedules for the COVID-19 vaccine. The amendment rephases planned deliveries to help support the EC and Member States' ongoing immunization programs . . . . Doses scheduled for delivery in June through August 2022 will now be delivered in September through to the fourth quarter of 2022. This change of delivery schedule did not impact the companies' full-year 2022 revenue guidance or the full-year commitment of doses to be delivered to EC Member States in 2022.***

- In June 2022, BioNTech and Pfizer entered into a new vaccine supply agreement with the U.S. government. Under the terms of the agreement, the U.S. government will receive 105 million doses . . . potentially including the Omicron-adapted adult vaccine, subject to granting of U.S. FDA Emergency Use Authorization, or EUA. The U.S. government also has the option to purchase up to an additional 195 million doses, bringing the potential total to 300 million vaccine doses. Delivery of the vaccine doses is scheduled to begin in late summer 2022 and will continue into the fourth quarter of this year. The U.S. government will pay the two companies $3.2 billion after receiving the first 105 million doses of vaccine.

95.    The statements identified in Paragraph 94 were materially false and misleading when made because: (a) statements touting 2.5 billion "signed orders" no longer reflected then-observed demand due to a vaccinated populace, declining consumer interest particularly in boosters and pushback at least ten European states that had either noted violation of implied contract terms or structural problems requiring renegotiation or termination of the backlogged contracts and therefore did not accurately reflect BioNTech's future success; (b) they omitted to disclose that demand for vaccines was then falling rather than being shifted out to later in the

32

year; and (c) they omitted to disclose that multiple European countries were then refusing to accept delivery of doses.

96.    Also on August 8, 2022, BioNTech filed a report of foreign issuer on Form 6-K with the SEC, appended to which as an exhibit was the Company's quarterly report for the three and six months ending June 30, 2022 (the "2Q22 6-K"). The 2Q22 6-K contained substantively the same statements as referenced in Paragraphs 90 and 94, *supra*, regarding BioNTech and Pfizer's continued execution on plans for global COVID-19 vaccine leadership and updates on Comirnaty's commercial activity and prospects.

97.    With respect to inventory write-offs, reserves, and provisions related to Comirnaty, the 2Q22 6-K stated, in relevant part:

> During three and six months ended June 30, 2022, inventory write-offs and reserves related to our COVID-19 vaccine amounting to €247.1 million and €403.1 million, respectively, were recognized in cost of sales as a result of the planned introduction of a new COVID-19 vaccine formulation and the potential switch from the BNT162b2 vaccine to an Omicron-adapted bivalent vaccine. During the comparative periods, three and six months ended June 30, 2021 no inventory write-offs were recorded.

> \* \* \*

> As of June 30, 2022, our current provisions include €207.8 million (nil as of December 31, 2021) of obligations for production capacities derived from contracts with Contract Manufacturing Organizations, or CMOs, that became redundant as a direct result of the planned introduction of a new COVID-19 vaccine formulation, the potential switch from the BNT162b2 vaccine to an Omicron-adapted bivalent vaccine and due to increased internal manufacturing capacities during the three and six months ended June 30, 2022. The related expenses were recognized in cost of sales in our unaudited interim condensed consolidated statements of profit or loss.

98.    The statements identified in Paragraph 97 were materially false and misleading when made because, they failed to disclose that BioNTech and Pfizer

1   were then experiencing a decline in demand which made further inventory write-
2   offs a near certainty.

3        99.    The 2Q22 6-K also reiterated that "[w]e believe the development of
4   the pandemic remains dynamic which influences the potential switch from the
5   BNT162b2 vaccine to an Omicron-adapted bivalent vaccine, subject to regulatory
6   approval, thereby causing a re-phasing of orders from those made earlier in the year
7   to a later time in the year" and that "[t]hese developments are leading to fluctuations
8   in quarterly revenues which we expect to remain over the rest of the financial year
9   with an uptake in demand in our key markets in the fourth quarter of 2022 related
10  to the Omicron-adapted bivalent vaccine, subject to regulatory approval."

11       100.    The statements identified in Paragraph 99 were materially false and
12  misleading when made because: (a) they omitted to disclose that nearly all
13  European states, including but not limited to, Romania, Poland, Estonia, Latvia,
14  Lithuania, Denmark, Bulgaria, Croatia, Hungary, Slovenia, Czech Republic, and
15  Germany, were seeking to lower their commitments under the agreement, rather
16  than a rephasing; (b) demand for the Comirnaty vaccine was not just being shifted
17  between quarters, but no longer existed at the levels it had height of the pandemic;
18  and (c) they failed to disclose that there was already excessive inventory in the
19  Company's key markets that the Defendants claimed would see an "uptake in
20  demand" and that inventory excess was then negatively impacting revenue.

21       101.    On August 22, 2022, BioNTech announced that the Company and
22  Pfizer had submitted an amended EUA application to the FDA for its bivalent
23  (original and Omicron BA.4/BA.5 targeted) vaccine booster, and in effect,
24  withdrew its application for the original booster it replaced. BioNTech also
25  announced the completion of its submissions to the EMA to authorize adaptations
26  of its vaccine targeting the original strain in combination with either Omicron BA.1
27  or Omicron BA.4/BA.5. On August 31, 2022, the FDA granted EUA of the
28  BA.4/BA.5 bivalent vaccine. On September 1, 2022, the EMA granted a conditional

34

marketing authorization for the Omicron BA.1-adapted bivalent vaccine for primary or booster usage in addition to the originally authorized versions and emphasized that each national health authority should decide "who should receive each vaccine and when." On September 12, 2022, the EMA granted conditional marketing authorization for the Omicron BA.4/BA.5-adapted bivalent vaccine.

102.    On October 26, 2022, BioNTech filed an amendment on Form 20-F/A with the SEC, amending the 2021 20-F to attach as exhibits previously omitted signed certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX"), signed by both of the Individual Defendants, wherein both certified that the 2021 20-F "does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by" the 2021 20-F, and that "the financial statements, and other financial information included in [the 2021 20-F], fairly present in all material respects the financial condition, results of operations and cash flows of the company as of, and for, the periods presented in [the 2021 20-F.]" Holstein and Şahin thus attested to the accuracy of the 2021 Form 20-F and, in particular, the statements identified in Paragraphs 64 and 66, *supra*.

103.    The SOX certifications identified in Paragraph 102 were false and misleading when made because: (a) statements touting 2.4 billion in vaccine doses to be delivered in 2022 and an order book that was "expected to grow" omitted that BioNTech was then observing a massive decline in demand, particularly in Europe, and multiple countries in Europe had refused to take delivery of doses and/or indicated their refusal to order more doses in light of expiring inventory; (b) the statements failed to disclose that the referenced European contracts no longer reflected then-observed demand due to a vaccinated populace, declining consumer interest particularly in boosters and pushback from European states, including but not limited to, Romania, Poland, Estonia, Latvia, Lithuania, Denmark, Bulgaria,

Croatia, Hungary, Slovenia, Czech Republic, and Germany; (c) by not disclosing the massive decline in demand, the Company concealed from investors its vulnerability to massive inventory write-offs; and (d) they failed to disclose that Pfizer and BioNTech were then preparing to propose changes to the vaccine formula that, once authorized or approved, would render obsolete existing vaccine inventory manufactured to fulfill the EC contracts and therefore necessitate further write-offs, amounting to significant costs for the Company.

104.    By then, pushback throughout the EU had only continued to grow. For example, in August 2022 the Czech Republic reported that it had used less than a third of its doses received that year. In addition, in early November 2022, the government of Hungary informed Pfizer that it would stop taking deliveries of Comirnaty vaccines.

105.    On November 7, 2022, BioNTech issued a press release announcing the Company's financial results for the quarter ended September 30, 2022 (the "3Q22 Earnings Release"). Defendants Şahin and Holstein were each quoted in the 3Q22 Earnings Release, and each participated in an earnings call with investors later that day to discuss the earnings release. In the 3Q22 Earnings Release, the Company highlighted, in relevant part, that "BioNTech and Pfizer continue to build on global COVID-19 vaccine leadership with first-to-market Original/Omicron BA.4/BA.5-adapted bivalent vaccine launches across multiple countries and regions worldwide" and that "[a]pproximately 300 million doses of the Original/Omicron BA.1- and BA.4/BA.5-adapted bivalent vaccines [have been] invoiced as of mid-October 2022[.]"

106.    With respect to updates on Comirnaty's commercial activity and prospects, the 3Q22 Earnings Release stated, in relevant part:

> Following regulatory approvals, BioNTech and Pfizer immediately began shipping Original/Omicron BA.1 and BA.4/BA.5-adapted bivalent COVID-19 vaccines in September 2022 in time for fall and

winter booster campaigns. Shipments in the United States began approximately two months after the [FDA] provided its guidance for the BA.4/BA.5-adapted bivalent COVID-19 vaccine.

As of mid-October 2022, BioNTech and Pfizer have invoiced approximately 300 million doses of Original/Omicron-adapted bivalent vaccine.

\* \* \*

**BioNTech expects to invoice up to 2.1 billion doses of the COVID-19 vaccine in 2022. Some dose deliveries have been shifted into 2023 due to the evolving dynamics of demand.**

107.   The statements identified in Paragraph 106 were materially false and misleading when made because: (a) they omitted to disclose that nearly all European member states, including but not limited to, Romania, Poland, Estonia, Latvia, Lithuania, Denmark, Bulgaria, Croatia, Hungary, Slovenia, Czech Republic, and Germany, had already reneged on their purchase orders or were seeking to lower their commitments under the agreement; and (b) demand for the Comirnaty vaccine was not just being shifted between quarters, but instead no longer existed at the levels it had during the height of the pandemic; and (c) they failed to disclose that the reason expected 2022 dosage declined from 2.5 billion to 2.1 billion in just one quarter was due to an already vaccinated populace, and declining consumer interest particularly in boosters and pushback from European states.

108.   In addition, with respect to the impact of inventory write-offs on cost of sales incurred in the quarter, the 3Q22 Earnings Release stated, in relevant part:

Cost of sales were €752.8 million for the three months ended September 30, 2022 (Q3 2021: €1,211.4 million) . . . . **[C]ost of sales were [partially] impacted by expenses arising from inventory write-offs and expenses for production capacities derived from contracts with contract manufacturing organizations**.

109.   The statements identified in Paragraph 108 were materially false and misleading when made because they failed to disclose that BioNTech and Pfizer

1  were then experiencing a rapid decline in demand for Comirnaty which made
2  further inventory write-offs a near certainty.

3    110.   Also on November 7, 2022, BioNTech filed a report of foreign issuer
4  on Form 6-K with the SEC, appended to which as an exhibit was the Company's
5  quarterly report for the three and nine months ended September 30, 2022 (the "3Q22
6  6-K"). The 3Q22 6-K contained substantively the same statements as referenced in
7  Paragraphs 105 and 106, *supra*, regarding BioNTech and Pfizer's continued
8  execution on plans for global COVID-19 vaccine leadership and updates on
9  Comirnaty's commercial activity and prospects.

10    111.   With respect to inventory write-offs, reserves, and provisions related
11  to Comirnaty, the 3Q22 6-K stated, in relevant part:

12  > During three and nine months ended September 30, 2022, inventory
13  > write-offs and reserves related to our COVID-19 vaccine amounting to
14  > €138.4 million and €559.4 million, respectively, were recognized in
15  > cost of sales due to the switch from the BNT162b2 vaccine to an
16  > Omicron-adapted bivalent vaccine and further raw materials reserves.
17  > During the comparative periods, three and nine months ended
18  > September 30, 2021, inventory write-offs amounting to €88.0 million
19  > and €107.8 million, respectively, were recognized in cost of sales.

* * *

> As of September 30, 2022, our current provisions include
> €321.2 million (nil as of December 31, 2021) of obligations for
> production capacities derived from contracts with Contract
> Manufacturing Organizations, or CMOs, that became redundant as a
> direct result of the introduction of a new COVID-19 vaccine
> formulation, the switch from the BNT162b2 vaccine to an Omicron-
> adapted bivalent vaccine and due to increased internal manufacturing
> capacities during the three and nine months ended September 30, 2022.
> The related expenses were recognized in cost of sales in our unaudited
> interim condensed consolidated statements of profit or loss.

26    112.   The statements identified in Paragraph 111 were materially false and
27  misleading when made because they failed to disclose that BioNTech and Pfizer

28

were then experiencing a rapid decline in demand for Comirnaty which made further inventory write-offs a near certainty.

113.    On November 18, 2022, EPSCO met once again to discuss COVID-19 vaccine procurement. The summary of the meeting reflected that "many Member States found themselves facing an excessive burden on state budgets, caused by the delivery of unnecessary amounts of vaccines" and that "Member States proposed that the APA [Advanced Purchase Agreements] with BioNTech/Pfizer be amended not only to postpone deliveries – something which already happened in spring 2022, in a welcome sign of goodwill on the part of the producers – but also to allow for deliveries to be cancelled and/or made subject to the availability of adapted vaccines." The same meeting summary noted that the "major outstanding issue of oversupply remains unaddressed" despite the fact that "[r]egular meetings involving the Joint Negotiation Team, HERA [European Health Emergency Preparedness and Response Authority] and the [Czech Presidency of the Council of the EU] took place with the two biggest producers of COVID-19 vaccines on the EU market throughout the summer of 2022" and reemphasized the concerns shared by Member States and their continued "struggle with an excess of Comirnaty [] vaccines . . . Although proposals to postpone deliveries and extend expiry dates may be assessed positively, in reality this does not solve the current problem, it merely postpones the inevitable, *i.e.* the problem of disposing of vaccines."[6]

114.    On December 8-9, 2022, EPSCO reconvened to discuss among other matters, the COVID-19 vaccine procurement. According to a summary published by EPSCO, the ministers discussed "an oversupply of vaccines" within "the current stage of the pandemic," which was causing "several member states … budgetary and logistical [issues]." The summary further reflected that "[m]inisters will discuss future steps in view of a possible adaptation of the contracts."

---

[6] *See* https://data.consilium.europa.eu/doc/document/ST-14607-2022-INIT/en/pdf.

115.   By early January 2023, EU member states were inundated with unused vaccines that were largely rendered useless after the fall 2022 vaccine season had concluded. Indeed, by the first week of 2023, 1,441,367,758 doses of COVID-19 vaccines had already been distributed to EU and European Economic Area member states, but only 975,339,947 doses had been administered.

116.   Then, on January 28, 2023, the FDA's VRBPAC met again to consider vaccine strain composition in the face of shifting COVID-19 mutations. By that time, the Omicron BA.4 and BA.5 variants had both waned considerably, together accounting for less than 1 in 6 COVID-19 cases. As depicted below, the BQ.1 variant was then dominant and the XBB subvariants were the fastest growing:



Dr. Kena Swanson presented on behalf of Pfizer and BioNTech and stressed the need for a strain selection process that provided manufacturers with a lead time of at least 100 days (at least until a "variant proof vaccine" was developed).

117.   On January 31, 2023, Pfizer hosted a call with investors and analysts to discuss its financial results for the quarter and year ended December 31, 2022. During that call, Pfizer CEO Bourla disclosed to their investors that "[i]n 2022, we sold at pandemic prices more doses than were eventually used. This resulted in a

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

government inventory build that we expect to be absorbed some time in 2023 probably the second half of the year."

118.   BioNTech ultimately acknowledged, in a series of partial disclosures, the impact of this inventory overhang but was less candid with its investors. On March 27, 2023, during pre-market hours, BioNTech issued a press release announcing the Company's fourth quarter and full year 2022 financial results (the "4Q/FY22 Earnings Release"). Defendants Şahin and Holstein were each quoted in the 4Q/FY22 Earnings Release, and each participated in an earnings call with investors later that day to discuss the earnings release. Among other results, the 4Q/FY22 Earnings Release forecasted approximately €5 billion in COVID-19 vaccine revenues for the 2023 financial year, significantly below market estimates of over €8 billion.

119.   In response, on March 30, 2023, UBS lowered its price target for BioNTech ADS's from $168 to $153, noting the "negative surprise" from the Company's revenue guidance. UBS also cut modeled revenue from €6.2 billion to €5.1 billion, in line with the Company's revised guidance, noting that the revised Company guidance "baked in" some reduction to revenue from delivery delays in Europe. As investment research firm Third Bridge noted, the Company's 2023 COVID-19 vaccine revenue guidance to approximately €5.0 billion was significantly below then-existing consensus estimates of over €8.0 billion, and the revised forecast reflected "plummeting demand for population-wide levels of booster vaccinations[.]"

120.   On this additional partial disclosure, BioNTech's ADS price fell $4.60 per share, or 3.59%, to close at $123.60 on March 27, 2023. Despite this decline in price, BioNTech ADS's continued trading at artificially inflated prices throughout the remainder of the Class Period because of Defendants' continued misstatements and omissions with respect to demand for Comirnaty, obsolescence of inventory, and the vaccine's commercial prospects.

121. For example, with respect to updates on Comirnaty's commercial activity and prospects, the 4Q/FY22 Earnings Release stated, in relevant part:

- In December 2022, BioNTech and Pfizer announced that approximately 2 billion doses of COMIRNATY were invoiced globally in 2022 between the two companies, including approximately 550 million doses of the Original/Omicron BA.4-5-adapted bivalent COVID-19 vaccine, as of mid-December 2022.

- In January 2023, BioNTech and Pfizer announced that negotiations were ongoing for the re-phasing of delivery timelines for the COMIRNATY supply agreement with the European Commission (EC). The agreement with the EC was signed in May 2021 and a rephasing agreement was previously reached in May 2022.

122. The statements identified in Paragraph 121 were materially false and misleading when made because: (a) they omitted to disclose that nearly all European states, including but not limited to Romania, Poland, Estonia, Latvia, Lithuania, Denmark, Bulgaria, Croatia, Hungary, Slovenia, Czech Republic, and Germany, already reneged on their purchase orders or were seeking to lower their commitments under the agreement; (b) demand for the Comirnaty vaccine was not just being shifted between quarters, but instead demand no longer resembled the levels it had during the height of the pandemic and therefore BioNTech's expected deliveries was not an accurate indicator of its future success; and (c) they omitted that the reason that 2022 invoiced doses missed prior guidance was because of an oversupply of vaccines, not simply a rephasing of deliveries.

123. In addition, with respect to the impact of inventory write-offs on cost of sales incurred, the 4Q/FY22 Earnings Release stated, in relevant part:

The cost of sales was €183.5 million for the three months ended December 31, 2022, compared to €583.2 million for the prior year period. For the year ended December 31, 2022, cost of sales were €2,995.0 million, compared to €2,911.5 million for the comparative prior year period. Cost of sales were impacted by expenses arising from

inventory write-offs and expenses for production capacities derived from agreements with contract manufacturing organizations that became redundant. In addition, during the three months ended December 31, 2022, cost of sales were impacted by the release of provisions.

124.    The statements identified in Paragraph 123 were materially false and misleading when made because they failed to disclose that BioNTech and Pfizer were then experiencing a rapid decline in demand for Comirnaty which made further inventory write-offs a near certainty.

125.    On March 27, 2023, BioNTech filed an annual report on Form 20-F with the SEC, reporting the Company's financial and operational results for the quarter and year ended December 31, 2022 (the "2022 20-F"). The 2022 20-F also provided an update on Comirnaty's commercial activity, which similarly claimed strong demand and bright commercial prospects, stating, in relevant part:

In 2022, we and Pfizer continued our global COVID-19 vaccine leadership with the first-to-market Original/Omicron BA.4-5-adapted bivalent COVID-19 vaccine directed against both the original COVID-19 virus and the Omicron BA.4-5 adapted COVID-19 virus. We now have three commercial COVID-19 vaccine products on the market: the original COVID-19 vaccine, and two Original/Omicron-adapted bivalent vaccines: Original/BA.1- and Original/Omicron BA.4-5-adapted bivalent vaccines, which are all referred to as *Comirnaty*.

In 2022, together with Pfizer, we invoiced approximately two billion doses of *Comirnaty*. As part of our and Pfizer's two-billion-doses pledge to support equitable access to medicines, we and Pfizer have delivered approximately 1.7 billion doses of *Comirnaty* to low- and middle-income countries in line with demand.

In June 2022, Pfizer entered into a new vaccine supply agreement with the U.S. government. Under the terms of the agreement, the U.S. government received 105 million doses . . . including the Original/Omicron BA.4-5-adapted bivalent COVID-19 vaccine for adults. The U.S. government also has the option to purchase up to an additional 195 million doses, bringing the potential total to 300 million vaccine doses. Delivery of the vaccine doses began in late summer

2022. The U.S. government was contractually required to pay the two companies $3.2 billion after receiving the first 105 million doses of vaccine.

***In September 2022, following regulatory approvals, we and Pfizer began shipping Original/Omicron BA.1- and BA.4-5-adapted bivalent COVID-19 vaccines in time for fall and winter booster campaigns. Shipments to the U.S. began approximately two months after the FDA provided its guidance for the Original/Omicron BA.4-5-adapted bivalent COVID-19 vaccines. As of mid-December 2022, we and Pfizer have shipped approximately 550 million doses of Original/Omicron-adapted bivalent vaccine.***

126.    The statements identified in Paragraph 125 were materially false and misleading when made because they failed to disclose that BioNTech and Pfizer were then experiencing a rapid decline in demand for Comirnaty, even with the bivalent adapted formulations, which made further inventory write-offs a near certainty.

127.    With respect to the impact of inventory write-offs on cost of sales incurred in the year, the 2022 20-F stated, in relevant part:

From the year ended December 31, 2021 to the year ended December 31, 2022, cost of sales increased by €83.5 million or 3% from €2,911.5 million to €2,995.0 million . . . . [C]ost of sales was [partially] impacted by expenses arising from inventory write-offs and expenses for production capacities derived from contracts with Contract Manufacturing Organizations, or CMOs, that became redundant. The effects were driven by the introduction of a new COVID-19 vaccine formulation, the switch from the monovalent vaccine to our Omicron-adapted bivalent COVID-19 vaccines and due to accelerating internal manufacturing capacities during the year ended December 31, 2022.

* * *

***During the year ended December 31, 2022, inventory write-offs to net realizable value and reserves related to our COVID-19 vaccine amounting to €484.6 million were recognized in cost of sales due to the switch from the BNT162b2 vaccine to an Omicron-adapted bivalent vaccine and further raw materials reserves recognized with respect to our excess stock***, compared to €194.6 million in the previous period. The inventories valued at net realizable value in our

consolidated statements of financial position as of December 31, 2022, consider contractual compensation payments . . . . During the years ended December 31, 2022, and 2021, costs of inventories in the amount of €1,550.6 million and €1,255.1 million, respectively, were recognized as cost of sales.

128.    The statements identified in Paragraph 127 were materially false and misleading when made because: (a) they failed to disclose that BioNTech and Pfizer were then experiencing a rapid decline in demand for Comirnaty, even with the bivalent adapted formulations, which made further inventory write-offs a near certainty; and (b) they failed to disclose that BioNTech and Pfizer were then preparing to propose further vaccine formula changes to the FDA and EU, which would render additional inventory obsolete, and require additional write-offs.

129.    An article published by *Fierce Pharma* that same day noted that "[a]fter garnering worldwide acclaim over the past three years thanks to its pandemic response, 2023 is shaping up to be an onerous period of change for BioNTech." The decline was attributed to "plummeting demand for population-wide levels of booster vaccinations" and "the renegotiation of the German biotech's supply contract with the [EC]" which analysts explained "has the potential to delay deliveries over multiple years or to cut the previously contracted volume."

130.    Similarly, on March 27, 2023, *Financial Times* pointed to the continued decline of demand for COVID-19 vaccines since 2022 and noted "while vaccine makers had begun raising prices, this would not fully compensate for the drop in demand for jabs in 2023. It expects 1.6bn Covid vaccine doses to be delivered this year, compared with 3bn in 2022 and 5.7bn in 2021."

131.    In Spring 2023, the campaign by several European states to reduce their purchase requirements under the EC's vaccine contracts reached a tipping point. In a letter to Pfizer shareholders dated May 2, 2023, the Poland's Health Minister, Mr. Niedzielski, wrote that continuing to ship vaccines to Poland would be "utterly pointless" as most of them would be destroyed thanks to a lack of

45

demand and limited shelf life. The shelf life for Comirnaty was 12 months, and less if stored at lower than -80 degrees Celsius. Therefore, any doses not used within a year were wholly unusable and needed to be destroyed. The problem was not limited to Poland; by March 2023, more than 1.3 million doses of the delivered quantities of Comirnaty vaccines had already been disposed of in Bulgaria due to their expiration date, and slightly more than 2.3 million doses of all types of vaccines had been destroyed. Bulgaria was also expecting to dispose of 2.8 million doses in 2023 due to their expiration date. The 2.8 million doses that were expected to be destroyed on top of the 2.3 million doses already disposed of (5.1 million total) meant that the number of doses disposed of in 2023 nearly equaled the 6.5 million total population of Bulgaria.

132.    While government across Europe and throughout the world were grappling with expiring doses and declining demand, on May 8, 2023, BioNTech issued a press release announcing the Company' financial results for the quarter ended March 31, 2023 (the "1Q23 Earnings Release"). Defendants Şahin and Holstein were each quoted in the 1Q23 Earnings Release, and each participated in an earnings call with investors later that day to discuss the earnings release. The 1Q23 Earnings Release claimed demand would increase despite mounting evidence to the contrary stating, in relevant part:

> [E]stimated BioNTech COVID-19 vaccine revenues reflect expected deliveries under existing or committed supply contracts and anticipated sales through traditional commercial orders. A re-negotiation of the existing supply contract with the European Commission is ongoing, with the potential for a rephasing of deliveries of doses across multiple years and/or a volume reduction. While a ***vaccine adaptation is expected to lead to increased demand***, fewer primary vaccinations and lowered population-wide levels of boosting are anticipated. Seasonal demand is assumed, moving expected revenue generation significantly to the second half of the year 2023.

133.    The statements identified in Paragraph 132 were materially false and misleading when made because: (a) they failed to disclose that BioNTech and Pfizer

46

were then experiencing a rapid decline in demand for Comirnaty, even with the bivalent adapted formulations, which required further inventory write-offs; and (b) they failed to disclose that the referenced "vaccine adaptation" would render certain existing inventory obsolete, and require additional write-offs.

134.    In reality, demand for vaccines only collapsed further during this time. For example, as seen below, in Germany, BioNTech's home country, the daily doses administered dropped over 90% from late 2021:



Available at https://impfdashboard.de/en/.

135.    Also on May 8, 2023, BioNTech filed a report of foreign issuer on Form 6-K with the SEC, attaching the Company's quarterly report for the three months Ended March 31, 2023 (the "1Q23 6-K"). The 1Q23 6-K provided an update on Comirnaty's commercial activity and prospects stating, in relevant part:

> We expect that as SARS-CoV-2 continues to evolve, and the risk of severe COVID-19 disease and deaths continues especially for high risk populations, there will be continued demand for vaccine boosting and

47

vaccinations, especially for at-risk and immunocompromised groups. To meet this need, in 2023, we plan to deliver doses originally scheduled for delivery in 2022 in some geographies. We also expect that in 2023, the transition from an advanced purchase agreement environment to commercial market ordering will start in some geographies and that there may be a regulatory recommendation to adapt the COVID-19 vaccines to address newly circulating variants or sublineages of SARS-CoV-2. Our estimated COVID-19 vaccine revenues reflect expected deliveries under existing or committed supply contracts and anticipated sales through traditional commercial orders. **_A re-negotiation of the existing supply contract with the European Commission is ongoing, with the potential for rephasing deliveries of doses across multiple years and/or a volume reduction._**

136.   The statements identified in Paragraph 135 were materially false and misleading when made because: (a) they omitted to disclose that nearly all European states, including but not limited to Romania, Poland, Estonia, Latvia, Lithuania, Denmark, Bulgaria, Croatia, Hungary, Slovenia, Czech Republic, and Germany, already reneged on their purchase orders or were seeking to lower their commitments under the agreement; (b) they failed to disclose that BioNTech and Pfizer were then experiencing a rapid decline in demand for Comirnaty, even with the bivalent adapted formulations, which required further inventory write-offs; and (c) they failed to disclose that given widespread surplus, expired doses, and political pressure, a volume reduction was a near certainty rather than a "potential" outcome.

137.   In addition, with respect to the impact of inventory write-offs on cost of sales incurred in the quarter, the 1Q23 6-K stated, in relevant part:

During the three months ended March 31, 2023 and 2022 expenses from inventory write-downs to net realizable value and inventory write-offs due to inventories expected to be unsaleable, not fulfilling the specification defined by our quality standards, shelf-life expiry or disposals resulted in €73.7 million and €156.0 million, respectively, included in cost of sales.

138.   The statements identified in Paragraph 137 were materially false and misleading when made because: (a) they failed to disclose that BioNTech and Pfizer

were then experiencing a rapid decline in demand for Comirnaty, even with the bivalent adapted formulations, which required further inventory write-offs; and (b) they failed to disclose that BioNTech and Pfizer were then preparing to propose further vaccine formula changes to the FDA and EU, which would render additional inventory obsolete, and require additional write-offs.

139.    The 1Q23 6-K also purported to warn that uncertainty in demand for COVID-19 vaccines "may" lead to significant inventory write-offs that "could" materially affect BioNTech's COVID-19-related revenues, when in fact it was known that significant write-offs were not just a possibility but a certainty:

> We cannot accurately predict the revenues our COVID-19 vaccine will generate in future periods or for how long our COVID-19 vaccine will continue to generate material revenues and we cannot ensure it will maintain its competitive position. Uncertainty in the demand for our COVID-19 vaccine and difficulties in targeting appropriate supply of our COVID-19 vaccines have in the past resulted, and **may** in the future result, in significant inventory write-offs and cancellations of contract manufacturing orders. Our business and financial condition **could** be materially affected by lowered COVID-19 vaccine revenues resulting from any of the above factors, or by production and supply chain difficulties. In addition, **if** our revenues or market share of, or other financial metrics relating to our COVID-19 vaccine do not meet the expectations of investors or securities analysts, the market price of the ADSs representing our ordinary shares may decline.

140.    The statements identified in Paragraph 139 were materially false and misleading when made because: (a) they failed to disclose that BioNTech and Pfizer were then experiencing a rapid decline in demand for Comirnaty, even with the bivalent adapted formulations, which required further inventory write-offs; and (b) they failed to disclose that BioNTech and Pfizer were then preparing to propose further vaccine formula changes to the FDA and EU, which would render additional inventory obsolete, and require additional write-offs.

141.    The 1Q23 6-K also provided the potential risk that new formulations may result in significant research and development expenses, but did not disclose

that the new formulations would lead to the discarding of existing vaccine doses, leading to significant write-offs stating, in relevant part:

> ***Our inability to manufacture sufficient or appropriate quantities of our COVID-19 vaccine or any of our product candidates, or our failure to comply with applicable regulatory requirements, could materially and adversely affect our business.*** (emphasis in original)

***

> We also face the risk of inventory write-offs or redundant production capacities with respect to our COVID-19 vaccine. ***Planned new formulations of our COVID-19 vaccine, including versions that could protect against new variants of COVID-19, have resulted or may result in significant research and development expense that was not or may not be recouped. In addition, we have experienced in the past, and may experience in the future, redundant production capacities under our agreements with CMOs due to planned new formulations, adaptations of our COVID-19 vaccine and increased internal manufacturing capacities.*** Significant inventory write-offs or redundant manufacturing expenses would negatively impact our results of operations.

142.   The statements identified in Paragraph 141 were materially false and misleading when made because: (a) planned new formulations rendered existing doses obsolete, and did not merely cause "significant research and development expense" or redundant production capacities; (b) they did not disclose that there were imminent write-offs due to declining demand; and (c) did not disclose as Pfizer CEO Bourla had on January 31, 2023, that a write-off was imminent due to the failure to deliver previously guided doses in the prior fiscal year.

143.   With demand plummeting globally for COVID-19 vaccinations, in May 2023, the EC renegotiated its purchase agreement with BioNTech and Pfizer just as Defendants knew they would. The renegotiated contracts reduced purchase volumes by roughly 35%, according to sources who spoke with *BLOOMBERG NEWS*, as reported on May 26, 2023. That same day, BioNTech and Pfizer issued a press release that provided little information on the renegotiation, calling it a "rephasing

of delivery doses annually through 2026," without specifying the degree of volume reduction.

144.   In addition, the Company's BA.4/BA.5 bivalent vaccine was a flop in the United States. Indeed, from September 2022 to May 10, 2023, just 36 million bivalent Comirnaty doses were administered in the United States—a mere one third of the 105 million doses ordered in Summer 2022.

145.   And the blows kept coming when on June 7, 2023, the EMA and European Centre for Disease Prevention and Control ("EU CDC") announced that they recommended updating vaccines to target the XBB strain.

146.   Likewise, on June 15, 2023, VRBPAC again met. At the meeting, the FDA explained that the XBB 1.5 subvariant then accounted for nearly all COVID-19 cases in the United States. During this meeting, VRBPAC presented the following chart which demonstrates XBB 1.5's then-dominance:



147.   At the June 15, 2023 VRBPAC meeting, Dr. Swanson again presented on behalf of both Pfizer and BioNTech. During his presentation, Dr. Swanson noted that "the XBB sublineages of Omicron continue to dominate the SARS-CoV-2 variant landscape, with XBB.1.5 being the most dominant." According to Dr.

Swanson, this created a need for vaccine changes because "the antigenic distance of these XBB sublineages from the earlier Omicron BA.5 is even more so than the distance of Omicron BA.5 was from the original SARS-CoV-2." For this reason, Dr. Swanson explained that Pfizer and BioNTech recommended "a monovalent XBB containing vaccine for the 2023-24 formula." The following day, the FDA put out a press release accepting that recommendation and specifying that new vaccines should be monovalent and target XBB 1.5. Because precursors and vaccines targeting the original strain and Omicron BA.5 were no longer part of the formula, inventory of these doses and precursors was rendered obsolete. As with prior obsolescence based on changes in recommended strain composition, a write-off of obsolete inventory was then a certainty. But unlike in 2022 with the transition from the original strain to the Omicron BA.5 vaccine—where the original strain materials were still mixed into the formula—here, both the original strain material and prior variant-targeted material were not used at all. This meant that original and previous strain materials needed to be fully written off. Thus, Defendants were aware that more obsolete inventory had to be written off than with prior strain adaptations.

148.    On August 7, 2023, BioNTech issued a press release announcing the Company's financial results for the quarter ended June 30, 2023 (the "2Q23 Earnings Release"). Defendants Şahin and Holstein were each quoted in the 2Q23 Earnings Release, and each participated in an earnings call with investors later that day to discuss the earnings release. In the 2Q23 Earnings Release, the Company highlighted its "[p]reparation for launch of Omicron XBB.1.5-adapted monovalent COVID-19 vaccine as recommended by the [FDA], European Medicines Agency (EMA) and other health authorities" with "deliveries expected to start as early as September, subject to regulatory approval"; while "[r]eiterat[ing] COVID-19 vaccine revenue guidance of approximately €5 billion in 2023[.]"

149.    The statements identified in Paragraph 148 were materially false and misleading when made because: (a) they omitted to disclose that the demand for

COVID-19 vaccines had already cratered; (b) they did not account for the vast reduction in purchase orders as a result of major renegotiated contracts, such as those with EU member states; and (c) they omitted both the fact and revenue impact of the inventory write-off required by the large shift in vaccine formula.

150.    Although a massive inventory write-off could not then have been avoided, as huge amounts of lipids and other inventory had been amassed aimed at the prior variant, the 2Q23 Earnings Release deceptively portrayed the write-off as a mere possibility and gave no indication that the amounts involved differed dramatically from the prior relatively minor write-offs, stating that 2023 revenue estimates "***may*** be influenced by costs such as inventory write-offs once materialized and shared with the collaboration partner Pfizer."

151.    The statements identified in Paragraph 150 were materially false and misleading when made because: (a) the foregoing risk warning was a generic, boilerplate provision that was not tailored to BioNTech's actual then-known risks related to the demand for Comirnaty and formula change; (b) they failed to disclose that the Company was then experiencing a massive decline in demand which made further write-offs a certainty; and (c) they did not disclose that the formula change BioNTech and Pfizer proposed months earlier and had already begun utilizing in the manufacturing of new doses, rendered large parts of its inventory obsolete, requiring further write-offs.

152.    Also on August 7, 2023, BioNTech filed a report of foreign issuer on Form 6-K with the SEC, appended to which as an exhibit was the Company's quarterly report for the three and six months ending June 30, 2023 (the "2Q23 6-K"). With respect to updates on Comirnaty's commercial activity and prospects, the 2Q23 6-K stated, in relevant part:

> In May 2023, we and Pfizer announced an agreement had been reached with the European Commission, or the EC, to amend the previous COVID-19 Vaccine Purchase Agreement to deliver COVID-19

vaccines to the European Union, or the EU. The amended agreement reflects ours and Pfizer's commitment to working collaboratively to help address ongoing public health needs, while respecting the principles of the original agreement. The agreement rephased delivery of doses annually through 2026. In addition, the agreement includes an aggregate volume reduction, providing additional flexibility for EU Member States. The EC will maintain access to future adapted COVID-19 vaccines and the ability to donate doses, in alignment with the original agreement.

We expect that as SARS-CoV-2 continues to evolve, and the risk of severe COVID-19 disease and deaths continues, especially for high risk populations, there will be continued demand for vaccine boosting and vaccinations, especially for at-risk and immunocompromised groups. We also expect to begin the transition from an advanced purchase agreement environment to commercial market ordering in some geographies, driven by regulatory recommendations to adapt COVID-19 vaccines to newly circulating variants or sublineages of SARS-CoV-2, namely XBB.1.5 for the fall and winter seasons in 2023 and 2024.

153.  The statements identified in Paragraph 152 were materially false and misleading when made because: (a) they omitted that demand for vaccines was then falling rather than being shifted out; and (b) they omitted to disclose that the rephasing of deliveries caused an excess in inventory that was then unsaleable due to limited shelf life and a global inventory glut, requiring a substantial write-off.

154.  In addition, with respect to the impact of inventory write-offs on the cost of sales incurred in the quarter, the 2Q23 6-K stated, in relevant part:

During the three and six months ended June 30, 2023 expenses from inventory write-downs to net realizable value and inventory write-offs due to inventories expected to be unsaleable, not fulfilling the specification defined by our quality standards, shelf-life expiry or disposals resulted in €40.2 million and €113.9 million, respectively, included in cost of sales. (€247.1 million and €403.1 million with respect to write-offs during the three and six months ended June 30, 2022).

155.  The statements identified in Paragraph 154 were materially false and misleading when made because: (a) they did not account for the vast reduction in

demand globally, the then-existing inventory glut, or the renegotiation of major contracts, such as Europe's, all of which were certain to require additional write-offs; and (b) they omitted both the fact and impact of the inventory write-off required by the large shift in vaccine formula.

156.    The 2Q23 6-K also provided the potential risk that new formulations may result in significant research and development expenses, the same generic risk language it used in the 2Q23 6-K, but did not disclose that the new formulation would lead to the discarding of existing doses, leading to a substantial write-off stating, in relevant part:

> ***Our inability to manufacture sufficient or appropriate quantities of our COVID-19 vaccine or any of our product candidates, or our failure to comply with applicable regulatory requirements, could materially and adversely affect our business.*** (emphasis in original)
>
> ***
>
> We also face the risk of inventory write-offs or redundant production capacities with respect to our COVID-19 vaccine. ***Planned new formulations of our COVID-19 vaccine, including versions that could protect against new variants of COVID-19, have resulted or may result in significant research and development expense that was not or may not be recouped. In addition, we have experienced in the past, and may experience in the future, redundant production capacities under our agreements with CMOs due to planned new formulations, adaptations of our COVID-19 vaccine and increased internal manufacturing capacities***. Significant inventory write-offs or redundant manufacturing expenses would negatively impact our results of operations.

157.    The statements identified in Paragraph 156 were materially false and misleading when made because: (a) planned new formulations at this time were not a mere hypothetical, the FDA had already recommended a new formula that would cause massive write-offs; (b) planned new formulations rendered existing doses obsolete, and did not merely cause "significant research and development expense" or redundant production capacities; (c) they did not disclose that an unprecedented

write-off at a level of magnitude previously unseen was imminent; (d) at this point the write-off was a certainty rather than a mere hypothetical, as BioNTech was already aware through the June 15, 2023 meeting with VRBPAC that XBB.1.5 was more scientifically distinct from earlier Omicron lineages than prior Omicron sub-lineages were from the original disease, that, for the first time, they would not include materials targeting the original strain, which lead to write-offs of greater orders of magnitude; and (e) they did not disclose that write-offs were also imminent, as Bourla had disclosed on January 31, 2023 due to the failure to deliver previously guided doses in the prior fiscal year.

158.    The EU CDC tracked COVID-19 vaccine distribution and administration throughout its member states. As shown in the chart below, the EU CDC statistics, which run through October 5, 2023, confirm that many members had 40% or more of doses purchased go unused, with a rapidly wasting shelf-life:

| Member State | Total Doses Distributed | Total Doses Administered | Surplus of Doses |
|---|---|---|---|
| Austria | 52,273,943 | 20,468,731 | 31,805,212 |
| Czech Republic | 35,358,390 | 18,630,582 | 16,727,808 |
| France | 260,480,930 | 160,412,817 | 100,068,113 |
| Ireland | 16,347,750 | 12,891,953 | 3,455,797 |
| Netherlands | 68,378,626 | 39,758,492 | 28,620,134 |
| Poland | 105,449,730 | 58,240,570 | 47,209,160 |
| Spain | 214,870,071 | 112,969,821 | 101,900,250 |
| Total Across All Member States | 1,485,522,082 | 981,454,243 | 504,067,839 |

//
//
//

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

1

**The Truth Fully Emerges**

2      159.   On Friday, October 13, 2023, after the market closed, Pfizer issued a

3   press release announcing, among other things, that "[d]ue to lower-than-expected

4   utilization for our COVID products, Pfizer recorded a non-cash charge of ***$5.5***

5   ***billion to Cost of Goods Sold in the third quarter of 2023 . . . related to [inter alia]***

6   ***. . . inventory write-offs and other charges for Comirnaty of $0.9 billion***." Pfizer

7   further disclosed that it was "reducing its full-year 2023 revenue expectations for

8   Comirnaty by approximately $2.0 billion due to lower-than-expected vaccination

9   rates."

10     160.   Then, on Monday, October 16, 2023, before market open, BioNTech

11  issued a press release announcing that BioNTech, too, would likely recognize up to

12  €0.9 billion in inventory write-offs and other charges related to Comirnaty in the

13  third quarter of 2023, which represents BioNTech's half under the gross profit-

14  sharing agreement with Pfizer, stating, in relevant part:

15        On October 13, 2023, Pfizer Inc. (NYSE: PFE, "Pfizer"), a
16        collaboration partner of BioNTech SE (Nasdaq: BNTX, "BioNTech"
          or "the Company"), announced a non-cash charge for inventory write-
17        offs and other charges related to COMIRNATY of $0.9 billion. The
          Company has been informed by Pfizer that the majority of the write-
18        offs relate to raw materials, mainly formulation-related lipids,
19        purchased during the pandemic, as well as COVID-19 vaccine doses
          adapted to other, non-XBB.1.5 variants produced at risk. According to
20        Pfizer, the write-offs do not address the Pfizer-BioNTech COVID-19
          Vaccine adapted to the XBB.1.5 variant, which has been approved and
21        is being marketed in key geographies.
22
23        BioNTech is evaluating the potential impact of Pfizer's write-offs and
          other charges related to COMIRNATY on the Company's financial
24        results. ***BioNTech's current expectation is that the Company is likely***
25        ***to recognize the effect of Pfizer's inventory write-offs and other***
          ***charges related to COMIRNATY in the third quarter of 2023 up to***
26        ***€0.9 billion***, which represents BioNTech's half under the gross profit-
27        sharing agreement with Pfizer. ***Any such write-offs will reduce the***
          ***revenues the Company would report for 2023.*** BioNTech expects to

28

57

release its financial report for the third quarter of 2023 on November 6, 2023.

161.   Analyst reaction was harsh: that same day, HSBC downgraded BioNTech to hold and cut its price target by $13, and lowered its 2023 revenue forecast for BioNTech by €1 billion. Leerink cut its price target by $36, from $173 to $137, noting the "unprecedented" write-off of up to $900 Mn for BioNTech.

162.   On this news, the market finally learned the full extent of BioNTech's write-offs and the impact it had on the Company as evident by analyst and investor reaction. For example, that same day, SEEKING ALPHA issued an article titled "BioNTech stock dips after warning write-off of up to €900M on COVID vaccine":

> BioNTech (NASDAQ:BNTX) stock fell ~5% premarket on Monday after the biotech said that it is likely to recognize write-downs of up to €900M in Q3 related to its COVID vaccine Comirnaty, after its partner Pfizer (NYSE:PFE) reported similar charges on Friday.

> Last week, Pfizer cut its full-year 2023 revenue and earnings outlook due to lower-than-expected sales for its COVID products driven by a supply deal amendment with the U.S. government. Pfizer had announced a non-cash charge for inventory write-offs and other charges related to Comirnaty of $0.9B and its own COVID therapy Paxlovid of $4.6B.

> BioNTech said that it was informed by Pfizer that the majority of the write-offs relate to raw materials, mainly formulation-related lipids, bought during the pandemic, and COVID-19 vaccine doses adapted to other, non-XBB.1.5 variants produced at risk.

> The German biotech noted that it is likely to recognize the effect of Pfizer's inventory write-offs and other charges related to the vaccine in Q3 of up to €0.9B, which represents BioNTech's half under the gross profit-sharing agreement with Pfizer.

163.   Likewise, REUTERS reported on the extent of the economic intertwining between Pfizer and BioNTech:

> BioNTech, which relies on vaccine-related profit-sharing payments from Pfizer for much of its revenue, said it would take a write-down

of up to 900 million euros ($947 million), the same size charge Pfizer announced for it on Friday.

BioNTech added that it had been told by Pfizer that most of the write-offs relate to raw materials, as well as to inventories of vaccine versions that are older or different from the updated one currently in use.

164.    Following these announcements, BioNTech's ADS price fell $6.61 per ADS, or 6.38%, to close at $96.97 per ADS on October 16, 2023.

165.    Plaintiffs and other Class members suffered actual economic loss and were damaged when the material facts and/or the foreseeable risks concealed or otherwise obscured by Defendants' misrepresentations or omissions were revealed and/or materialized through the disclosure of new information concerning BioNTech. Though each of the disclosures alleged herein was incomplete, each disclosure revealed some relevant truth and/or materialization of the foreseeable risks concealed by the Defendants' fraud directly and proximately caused foreseeable declines in the price of BioNTech ADS's by removing the artificial inflation in the price of BioNTech ADS's that resulted from Defendants' fraud.

166.    The timing and magnitudes of the price declines in BioNTech ADS's negate any inference that the loss suffered by Plaintiffs and other Class members was caused by facts unrelated to Defendants' fraudulent conduct. The news of the write-offs the market's reactions demonstrate that investors understood that the Company, Şahin, and Holstein's attempt to downplay the declining demand for Comirnaty, and that this declining demand exposed the Company to large, undisclosed write-offs.

**Post-Class Period Developments**

167.    On December 18, 2023, an investigation by *POLITICO* revealed that at least 215 million doses of COVID-19 vaccines purchased by EU countries at the height of the pandemic had been thrown away at an estimated cost to the taxpayer

of €4 billion. As shown below, among the nations with the highest number of wasted doses was Germany, BioNTech's home country, with over 83 million wasted:



**JETTISONED JABS**

The number of wasted vaccines tends to correspond to countries' size, with Germany accounting for 83 million discarded doses and Luxembourg just under half a million.

168.   According to Germany's Federal Ministry of Health, it received 164.7 million doses of the BioNTech/Pfizer vaccine, which accounted for the vast majority of its received doses.

169.   On March 20, 2024, the Company disclosed that it had only administered slightly over 400 million doses of Comirnaty worldwide in 2023, a decline of 80% from the year prior. The Company also disclosed that it had generated only €3.8 billion in vaccine revenue in FY23, a miss of 24% relative to even its reduced guidance of €5 billion.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

1

## <u>ADDITIONAL ALLEGATIONS OF SCIENTER</u>

2      170.   ***Actual knowledge of concealed information:*** During the Class Period,

3   Defendants had actual knowledge of the information their Class Period

4   misrepresentations concealed from investors. Given the terms of the Collaboration

5   Agreement, in which BioNTech was tasked with seeking authorization with

6   European Regulators and each party to the agreement shared profits and losses

7   equally, the Company had full knowledge of the declining demand, excess

8   inventory, and looming substantial write-offs. This was facilitated, in part, by the

9   joint committees detailed above in Paragraphs 35 to 41, staffed by executives of

10  both companies. Indeed, at the 2022 Davos conference, Pfizer CEO Bourla

11  described the Pfizer-BioNTech Collaboration Agreement as the "best partnership

12  we ever had." BioNTech and Pfizer closely worked with and tracked demand for

13  Comirnaty as well as inventory throughout the Class Period.

14      171.   Additionally, Defendants had actual knowledge of the strains for

15  which the inventory had been developed from the Collaboration Agreement, and

16  actual knowledge of the obsolescence of older-strain inventory from the VRBPAC

17  strain selection advisory committee meetings. Indeed, Defendant Şahin was

18  extremely aware of the intricate details of the development of Comirnaty. In

19  Bourla's book *Moonshot: Inside Pfizer's Nine-Month Race to Make the Impossible*

20  *Possible*, he describes Şahin's laser focus on manufacturing details, including that

21  Şahin noticed that the Collaboration team had been "significantly overfilling [the]

22  vials and told [Bourla] that according to his calculations we were wasting 40

23  percent" of the vial formula.[7] Şahin and Defendants were thus closely hands-on

24  with the development, manufacturing, sales, and distribution of Comirnaty. Further,

25  given the Collaboration Agreement's required close working relationship between

26

27  ───────────────

[7] Bourla, Albert, *Moonshot: Inside Pfizer's Nine-Month Race to Make the*

28  *Impossible Possible* (2022) at 99.

Pfizer and BioNTech through the Joint Steering Committee, Joint Finance Committee, and Joint Commercialization Committee. As such, the Individual Defendants had the same information Pfizer had regarding the massive 2023 write-offs and understood that BioNTech would need to take the same write-off that Bourla disclosed to Pfizer investors on January 31, 2023.

172. ***Core Operations***: Throughout the Class Period, Comirnaty was BioNTech's only commercial product, and the Company relied on Comirnaty for over 99% of its revenue. Under the Collaboration Agreement with Pfizer, the Company was also directly responsible for regulatory approval in the EU, where massive pushback from nearly a dozen member states began to stymie demand. In addition, BioNTech alone was responsible for commercialization of Comirnaty in Germany, where 83 million doses were wasted during the Class Period. As such, it would be absurd to assume that Individual Defendants were unaware of the massive decline in demand and the obsolete inventory from planned, internally measured and debated formula changes that required the alleged write-offs.

173. ***Defendants Held Themselves out as Knowledgeable about Vaccine Development, Distribution and Company Revenue.*** According to the Company's website, Şahin "initiated and oversaw" the development of Comirnaty. Defendant Holstein said on August 7, 2023, that he "carefully" was watching company costs in response to lower vaccine revenue. Each quarter during the Class Period, Holstein personally reported on vaccine revenue and held himself out as an authority on the topic. Throughout the Class Period, the Individual Defendants boasted to investors about their Collaboration Agreement with Pfizer, and how carefully the two parties worked together. Either these Defendants informed themselves of the topics about which they claimed to investors to know, in which case they had actual knowledge of the concealed information, or they held themselves out falsely when they were in fact ignorant, in which case they were deliberately reckless to the risk of misleading investors.

174. ***Temporal Proximity of Misrepresentations to Admissions and Adverse News Enhances Scienter.*** The Company's failure to disclose the possibility of the €900 million write-off as it was observing declining vaccine demand in summer 2023 and advocating for formula changes that would render existing inventory obsolete further enhances the inference of scienter. For example, on August 7, 2023, the Company reiterated its €5 billion guidance and stated that revenue estimates for the full-year 2023 "***may*** be influenced by costs such as inventory write-offs once materialized and shared with the collaboration partner Pfizer." By this point, the FDA Advisory Committee had already recommended the new vaccine, and BioNTech was fully aware of its declining number of administered doses, as the year was more than halfway over at this point. The temporal proximity between these August 7, 2023 statements and Defendants' October 16, 2023 admission to the contrary further enhances an inference of scienter.

175. ***Defendants' Own Statements Support an Inference of Scienter.*** Defendants knew, at the very least in 2023, that shifting from a bivalent vaccine targeting prior strains to a monovalent XBB.1.5 formula would lead to the obsolescence of previous doses. When previous formula changes were authorized, each time BioNTech recognized inventory write-offs due to obsolescence of old materials. For example, after the first BA.1 and BA.4/BA.5 bivalent doses received authorization, on November 7, 2022, the Company stated that it recognized a write-off due to "the switch from the BNT162b2 vaccine to an Omicron-adapted bivalent vaccine and due to increased internal manufacturing capacities during the three and nine months ended September 30, 2022." Given that the changes planned in Spring and Summer of 2023 were greater in magnitude than prior changes, the Individual Defendants knew that substantial write-offs were a certainty at this point. That they did not disclose this already required event as anything more than a mere possibility indicates, at a minimum, deliberate recklessness.

## PLAINTIFFS' CLASS ACTION ALLEGATIONS

176. Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired BioNTech ADS's during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosures. Excluded from the Class are Defendants herein, current and former officers and directors of the Company, Pfizer, current and former officers and directors of Pfizer, and for each of these categories, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

177. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, BioNTech ADS's were actively traded on the NASDAQ in large volumes suggesting a substantial number of shareholders. While the exact number of Class members is unknown to Plaintiffs at this time and can be ascertained only through appropriate discovery, Plaintiffs believe that there are several hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by BioNTech or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

178. Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

179. Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained counsel competent and experienced in class and securities litigation. Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

180.   Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of BioNTech;

- whether the Individual Defendants caused BioNTech to issue false and misleading financial statements during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

- whether the prices of BioNTech ADS's during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

181.   A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

182.   Plaintiffs will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

- the omissions and misrepresentations were material;

- BioNTech securities are traded in an efficient market;

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

- the Company's shares were liquid and traded with heavy volume during the Class Period;

- the Company traded on the NASDAQ Global Select Market and was covered by multiple analysts;

- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

- Plaintiffs and members of the Class purchased, acquired and/or sold BioNTech ADS's between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

183.    Based upon the foregoing, Plaintiffs and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

184.    Alternatively, Plaintiffs and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## <u>COUNT I</u>

### Violations of Section 10(b) of the Exchange Act and Rule 10b-5 (Against All Defendants)

185.    Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth herein.

186.    This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

187.    During the Class Period, Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

fraud and deceit upon Plaintiffs and the other members of the Class; made various untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities. Such scheme was intended to, and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiffs and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of BioNTech ADS's; and (iii) cause Plaintiffs and other members of the Class to purchase or otherwise acquire BioNTech ADS's and options at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each of them, took the actions set forth herein.

188.   Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the Defendants participated directly or indirectly in the preparation and/or issuance of the quarterly and annual reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for BioNTech ADS's. Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about BioNTech's finances and business prospects.

189.   As the architects of the BioNTech/Pfizer collaboration, the executives responsible for communicating the impact of the collaboration agreement as well as other relevant financial and commercial information to investors and analysts, and the most senior executives overall at BioNTech, Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiffs and the other members of the Class, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would

reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants. Said acts and omissions of Defendants were committed willfully or with deliberately reckless disregard for the truth. In addition, each Defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

190.   Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within Defendants' knowledge and control. As the most senior executives of BioNTech, the Individual Defendants had knowledge of the details of BioNTech's internal affairs.

191.   The Individual Defendants are liable both directly and indirectly for the wrongs complained of herein. Because of their positions of control and authority, the Individual Defendants were able to and did, directly or indirectly, control the content of the statements of BioNTech. As BioNTech's most senior officers, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to BioNTech's businesses, operations, future financial condition and future prospects. As a result of the dissemination of the aforementioned false and misleading reports, releases and public statements, the market price of BioNTech ADS's was artificially inflated throughout the Class Period. In ignorance of the adverse facts concerning BioNTech's business and financial condition which were concealed by Defendants, Plaintiffs and the other members of the Class purchased or otherwise acquired BioNTech ADS's at artificially inflated prices and relied upon the price of the securities, the integrity of the market for the securities and/or upon statements disseminated by Defendants, and were damaged thereby.

192.   During the Class Period, BioNTech ADS's were traded on an active and efficient market. Plaintiffs and the other members of the Class, relying on the materially false and misleading statements described herein, which the Defendants made, issued or caused to be disseminated, or relying upon the integrity of the

market, purchased or otherwise acquired shares of BioNTech ADS's at prices artificially inflated by Defendants' wrongful conduct. Had Plaintiffs and the other members of the Class known the truth, they would not have purchased or otherwise acquired said ADS's or would not have purchased or otherwise acquired them at the inflated prices that were paid. At the time of the purchases and/or acquisitions by Plaintiffs and the Class, the true value of BioNTech ADS's was substantially lower than the prices paid by Plaintiffs and the other members of the Class. The market price of BioNTech ADS's declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiffs and Class members.

193.    By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

194.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the other members of the Class suffered damages in connection with their respective purchases, acquisitions and sales of the Company's securities during the Class Period, upon the disclosures of the truth alleged herein.

## COUNT II

### Violations of Section 20(a) of the Exchange Act
### (Against the Individual Defendants)

195.    Plaintiffs repeat and re-allege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

196.    During the Class Period, the Individual Defendants participated in the day-to-day operation and management of BioNTech, and conducted and participated, directly and indirectly, in the conduct of BioNTech's business affairs. Because of their senior positions, they knew the adverse non-public information regarding demand for Comirnaty, its excess inventory and impacting write-offs related to Comirnaty, and other adverse non-public information concealed from investors as alleged in detail above.

197.   As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to BioNTech's financial condition and results of operations, and to correct promptly any public statements issued by BioNTech which had become materially false or misleading.

198.   Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which BioNTech disseminated in the marketplace during the Class Period concerning BioNTech's results of operations. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause BioNTech to engage in the wrongful acts complained of herein. The Individual Defendants, therefore, were "controlling persons" of BioNTech within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of BioNTech ADS's.

199.   Each of the Individual Defendants, therefore, acted as a controlling person of BioNTech. By reason of their senior management positions and/or being directors of BioNTech, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, BioNTech to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of BioNTech and possessed the power to control the specific activities which comprise the primary violations about which Plaintiffs and the other members of the Class complain.

200.   By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by BioNTech.

//

1

## **PRAYER FOR RELIEF**

2      **WHEREFORE**, Plaintiffs demand judgment against Defendants as follows:

3      A.     Determining that the instant action may be maintained as a class action

4 under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiffs as

5 Class representatives;

6      B.     Requiring Defendants to pay damages sustained by Plaintiffs and the

7 Class by reason of the acts and transactions alleged herein;

8      C.     Awarding Plaintiffs and the other members of the Class prejudgment

9 and post-judgment interest, as well as their reasonable attorneys' fees, expert fees

10 and other costs; and

11      D.     Awarding such other and further relief as this Court may deem just and

12 proper.

13

## **DEMAND FOR TRIAL BY JURY**

14      Plaintiffs hereby demand a trial by jury.

15 Dated: June 10, 2024          Respectfully submitted,

16                              **LEVI & KORSINSKY, LLP**

17

18                              */s/ Adam M. Apton*
                               Adam M. Apton (SBN 316506)
19                              445 South Figueroa Street, 31st Floor
                               Los Angeles, CA 90071
20                              Tel: (213) 985-7290
21                              Email: aapton@zlk.com

22                              *Lead Counsel for Lead Plaintiff Docdeer*
23                              *Foundation and the Class*

24

25                         *[Signature block continues next page]*

26

27

28

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

**POMERANTZ LLP**
Joshua B. Silverman (*pro hac vice pending*)
Brian P. O'Connell (SBN 314318)
Genc Arifi (*pro hac vice pending*)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
E-mail: jbsilverman@pomlaw.com
          boconnell@pomlaw.com
          garifi@pomlaw.com

**HAO Law Firm**
Junbo Hao
Beijing Hao Junbo Law Firm
Rom 3-401 No. 2 Building,
No. 1 Shuangliubei Street
Beijing 100024
PR China
Tel: 0086 137 18052 888
Email: Jhao@haolaw.cn

*Additional Counsel for Named Plaintiff Xia Rongpeng*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Plaintiffs*

72