KATTEN MUCHIN ROSENMAN LLP

BRUCE VANYO (SBN 60134)
bruce@katten.com
CHRISTINA COSTLEY (SBN 303164)
christina.costley@katten.com
Paul S. YYONG (SBN 303164)
paul.yong@katten.com
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANO LADEWIG, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>       v.<br><br>BIONTECH SE, UGUR SAHIN, and JENS HOLSTEIN<br><br>              Defendants. | Case No. 2:24-cv-00337-DMG-SSC<br><br>**STIPULATION TO TRANSFER VENUE AND MODIFY SCHEDULE FOR BRIEFING DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Hon. Dolly Gee<br>Courtroom: 8C |

Katten Muchin Rosenman LLP
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-5010
+1.310.788.4400 tel  +1.310.788.4471 fax

Pursuant to Civil Local Rule 7-1, lead plaintiff Docdeer Foundation ("Lead Plaintiff"), and defendants BioNTech SE ("BioNTech"), Ugur Sahin, and Jens Holstein (together, "Defendants," and with Lead Plaintiff, the "Parties"), by and through their attorneys, stipulate, agree, and respectfully submit this Stipulation to Transfer Venue and Modify Schedule for Briefing Defendants' Motion to Dismiss.

WHEREAS, on January 12, 2024, Adriano Ladewig commenced the above-captioned action (the "Action") in the United States District Court for the Central District of California by filing a putative class action complaint against Defendants for alleged violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder (Dkt. 1);

WHEREAS, on April 4, 2024, pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, the Court appointed Docdeer Foundation as Lead Plaintiff and approved its selection of Levi & Korsinsky, LLP as Lead Counsel (Dkt. 36);

WHEREAS, on April 25, 2024, the Court issued an Order setting a schedule for Lead Plaintiff's amended complaint and briefing Defendants' anticipated motion to dismiss (Dkt. 38);

WHEREAS, on June 10, 2024, Lead Plaintiff and additional named plaintiff Xia Rongpeng ("Plaintiffs") filed their Amended Complaint (Dkt. 40);

WHEREAS, pursuant to the Court's April 25, 2024 Order, Defendants' deadline to file their anticipated motion to dismiss is August 9, 2024, Plaintiffs' deadline to file their opposition is September 23, 2024, and Defendants' deadline to file their reply is November 7, 2024 (Dkt. 38);

WHEREAS, 28 U.S.C. § 1404(a) provides that "[f]or the convenience of parties and witnesses . . . a district court may transfer any civil action to any

Katten Muchin Rosenman LLP
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-5010
+1.310.788.4400 tel  +1.310.788.4471 fax

Katten

other district or division where it might have been brought or to any district or division to which all parties have consented";

WHEREAS, the Southern District of New York is a proper venue for this action because, among other reasons, it is more convenient for numerous potential witnesses located in New York state and New York City, including (i) certain BioNTech investor relations personnel that were involved in the preparation or dissemination of statements challenged by Plaintiffs; (ii) employees of Pfizer, which is integral to Plaintiffs' allegations and theories of liability; and (iii) financial analysts that commented on Defendants' challenged disclosures;

WHEREAS, the Southern District of New York is also a proper venue for this action because each Defendant and numerous BioNTech officers and employees that may be called as witnesses are domiciled in Germany, from which travel to the Southern District of New York is considerably easier than to the Central District of California;

WHEREAS, travel to the Southern District of New York would also be easier for Lead Plaintiff Docdeer Foundation, given that its representative for the purposes of this action presently resides in Cape Town, Western Cape, South Africa; and

WHEREAS, in light of the Parties' stipulation to transfer this action to the Southern District of New York, the Parties have agreed to modify the schedule for briefing Defendants' anticipated motion to dismiss to the dates set forth below.

NOW, THEREFORE, for the foregoing reasons, and for the convenience of the Parties and potential witnesses to this action, IT IS HEREBY STIPULATED AND AGREED among the Parties, by and through their undersigned counsel and subject to the Court's approval, as follows:

Katten

Katten Muchin Rosenman LLP
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-5010
+1.310.788.4400 tel  +1.310.788.4471 fax

1. This action shall be, and hereby is, transferred to the U.S. District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1404(a).

2. Defendants shall answer, move, or otherwise respond to the Amended Complaint no later than 60 days after the date in which the U.S. District Court for the Southern District of New York dockets and assigns this case.

3. Should Defendants move to dismiss the Amended Complaint, Plaintiffs shall file any opposition no later than 45 days after Defendants file their motion.

4. Defendants shall file any reply in further support of their motion to dismiss no later than 45 days after Plaintiffs file their opposition.

Dated: June 21, 2024       KATTEN MUCHIN ROSENMAN LLP

By: */s/ Bruce Vanyo*
Bruce G. Vanyo (SBN 60134)
bruce@katten.com
Christina Costley (SBN 227134)
christina.costley@katten.com
Paul S. Yong (SBN 303164)
paul.yong@katten.com
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: (310) 788-4400
Fax: (310) 788-4471

*Counsel for Defendants*

Dated: June 21, 2024       LEVI & KORSINSKY, LLP

By: */s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Lead Counsel for Lead Plaintiff*

STIPULATION TO TRANSFER VENUE AND MODIFY
SCHEDULE FOR BRIEFING DEFENDANTS' MOTION TO DISMISS
Case No. 2:24-cv-00337-DMG-SSC

POMERANTZ LLP

Joshua B. Silverman (*pro hac vice* pending)
jbsilverman@pomlaw.com
Brian P. O'Connell (SBN 314318)
boconnell@pomlaw.com
Genc Arifi (*pro hac vice* pending)
garifi@pomlaw.com
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

HAO Law Firm

Junbo Hao
Jhao@haolaw.cn
Beijing Hao Junbo Law Firm
Rom 3-401 No. 2 Building,
No. 1 Shuangliubei Street
Beijing 100024
PR China
Tel: 0086 137 18052 888

*Additional Counsel for Named Plaintiff Xia Rongpeng*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC

Peretz Bronstein
peretz@bgandg.com
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296

*Additional Counsel for Plaintiffs*

Katten
Katten Muchin Rosenman LLP
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-5010
+1.310.788.4400 tel  +1.310.788.4471 fax

4

## <u>SIGNATURE ATTESTATION</u>

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatory has concurred in this filing's content and has authorized the filing.

*/s/ Bruce Vanyo*
Bruce Vanyo

STIPULATION TO TRANSFER VENUE AND MODIFY
SCHEDULE FOR BRIEFING DEFENDANTS' MOTION TO DISMISS
Case No. 2:24-cv-00337-DMG-SSC

**Katten**
Katten Muchin Rosenman LLP
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-5010
+1.310.788.4400 tel  +1.310.788.4471 fax