KATTEN MUCHIN ROSENMAN LLP

BRUCE VANYO (SBN 60134)
bruce@katten.com
CHRISTINA COSTLEY (SBN 303164)
christina.costley@katten.com
Paul S. YYONG (SBN 303164)
paul.yong@katten.com
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIANO LADEWIG, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>                    v.<br><br>BIONTECH SE, UGUR SAHIN, and JENS HOLSTEIN<br><br>                         Defendants. | Case No. 2:24-cv-00337-DMG-SSC<br><br>**[PROPOSED] ORDER TO TRANSFER VENUE AND MODIFY SCHEDULE FOR BRIEFING DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Hon. Dolly Gee<br>Courtroom: 8C |

Katten
Katten Muchin Rosenman LLP
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-5010
+1.310.788.4400 tel  +1.310.788.4471 fax

Upon consideration of the parties' accompanying stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.    This action shall be, and hereby is, transferred to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1404(a).

2.    Defendants shall answer, move, or otherwise respond to the Amended Complaint no later than 60 days after the date in which the U.S. District Court for the Southern District of New York dockets and assigns this case.

3.    Should Defendants move to dismiss the Amended Complaint, Plaintiffs shall file any opposition no later than 45 days after Defendants file their motion.

4.    Defendants shall file any reply in further support of their motion to dismiss no later than 45 days after Plaintiffs file their opposition.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. DOLLY M. GEE
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER TO TRANSFER VENUE AND MODIFY
SCHEDULE FOR BRIEFING DEFENDANTS' MOTION TO DISMISS
Case No. 2:24-cv-00337-DMG-SSC