**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ADRIANO LADEWIG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

    v.

BIONTECH SE, UGUR SAHIN, and JENS HOLSTEIN

    Defendants.

Case No. CV 24-00337-DMG (SSCx)

**ORDER TO TRANSFER VENUE AND MODIFY SCHEDULE FOR BRIEFING DEFENDANTS' MOTION TO DISMISS [41]**

Upon consideration of the parties' accompanying stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.      This action shall be, and hereby is, transferred to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1404(a).

2.      Defendants shall answer, move, or otherwise respond to the Amended Complaint no later than 60 days after the date in which the U.S. District Court for the Southern District of New York dockets and assigns this case.

3.      Should Defendants move to dismiss the Amended Complaint, Plaintiffs shall file any opposition no later than 45 days after Defendants file their motion.

4.      Defendants shall file any reply in further support of their motion to dismiss no later than 45 days after Plaintiffs file their opposition.

**IT IS SO ORDERED.**

DATED:  July 24, 2024

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE

2
ORDER TO TRANSFER VENUE AND MODIFY
SCHEDULE FOR BRIEFING DEFENDANTS' MOTION TO DISMISS
Case No. 2:24-cv-00337-DMG-SSC