# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:24–cv–00337–DMG–SSC

| | |
|---|---|
| Adriano Ladewig v. BioNTech SE et al | Date Filed: 01/12/2024 |
| Assigned to: Judge Dolly M. Gee | Date Terminated: 06/24/2024 |
| Referred to: Magistrate Judge Stephanie S. Christensen | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Adriano Ladewig**                                  represented by   **Jennifer Pafiti**
*Individually and*                                                    Pomerantz LLP
*on behalf of*                                                        1100 Glendon Avenue, 15th Floor
All others Similarly Situated                                         Los Angeles, CA 90024
                                                                      310–405–7190
                                                                      Email: jpafiti@pomlaw.com
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Docdeer Foundation**                               represented by   **Adam Marc Apton**
*Lead Plaintiff*                                                      Levi and Korsinsky LLP
                                                                      445 South Figueroa Street 31st Floor
                                                                      Los Angeles, CA 90071
                                                                      213–985–7290
                                                                      Fax: 212–363–7171
                                                                      Email: aapton@zlk.com
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Adam C McCall**
                                                                      Bleichmar Fonti and Auld LLP
                                                                      1330 Broadway, Suite 630
                                                                      Oakland, CA 94612
                                                                      212–789–1340
                                                                      Email: amccall@bfalaw.com
                                                                      *TERMINATED: 03/29/2024*

**Plaintiff**

**Xia Rongpeng**                                     represented by   **Brian O'Connell**
                                                                      Pomerantz LLP
                                                                      10 South LaSalle Street Suite 3505
                                                                      Chicago, IL 60603
                                                                      312–377–1181
                                                                      Fax: 312–229–8811
                                                                      Email: boconnell@pomlaw.com
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Jennifer Pafiti**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Adam Marc Apton**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Oranee Daniels**                          represented by  **Laurence M. Rosen**
*TERMINATED: 04/04/2024*                                   Rosen Law Firm PA
                                                           355 South Grand Avenue, Suite 2450
                                                           Los Angeles, CA 90071
                                                           213–785–2610
                                                           Fax: 213–226–4684
                                                           Email: lrosen@rosenlegal.com
                                                           *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BioNTech SE**                             represented by  **Bruce G Vanyo**
                                                           Katten Muchin Rosenman LLP
                                                           2121 Avenue of the Stars, Suite 1100
                                                           Los Angeles, CA 90067–5010
                                                           310–788–4401
                                                           Fax: 310–788–4471
                                                           Email: bruce@katten.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Christina Lucen Costley**
                                                           Katten Muchin Rosenman LLP
                                                           2121 Avenue of the Stars, Suite 1100
                                                           Los Angeles, CA 90067–5010
                                                           310–788–4485
                                                           Fax: 310–712–8235
                                                           Email: christina.costley@katten.com
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Paul Satoshi Yong**
                                                           Katten Muchin Rosenman LLP
                                                           2121 Avenue of the Stars, Suite 1100
                                                           Los Angeles, CA 90067–5010
                                                           310–788–4400
                                                           Fax: 310–788–4471
                                                           Email: paul.yong@katten.com
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Ugur Sahin**                              represented by

**Bruce G Vanyo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina Lucen Costley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Satoshi Yong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jens Holstein**                    represented by    **Bruce G Vanyo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina Lucen Costley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Satoshi Yong**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2024 | Ï 1 | COMPLAINT Receipt No: ACACDC–36721912 – Fee: $405, filed by Plaintiff Adriano Ladewig. (Attachments: # 1 Certification, # 2 Schedule A) (Attorney Jennifer Pafiti added to party Adriano Ladewig(pty:pla))(Pafiti, Jennifer) (Entered: 01/12/2024) |
| 01/12/2024 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Adriano Ladewig. (Pafiti, Jennifer) (Entered: 01/12/2024) |
| 01/12/2024 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Adriano Ladewig. (Pafiti, Jennifer) (Entered: 01/12/2024) |
| 01/12/2024 | Ï 4 | Certification and Notice of Interested Parties filed by Plaintiff Adriano Ladewig, (Pafiti, Jennifer) (Entered: 01/12/2024) |
| 01/16/2024 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Dolly M. Gee and Magistrate Judge Stephanie S. Christensen. (sh) (Entered: 01/16/2024) |
| 01/16/2024 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (sh) (Entered: 01/16/2024) |
| 01/16/2024 | Ï 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (sh) (Entered: 01/16/2024) |
| 01/16/2024 | Ï 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendants BioNTech SE, Jens Holstein, Ugur Sahin. (sh) (Entered: 01/16/2024) |
| 01/16/2024 | Ï 9 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non–Resident Attorney Peretz Bronstein. A document recently filed in this case lists you as an out–of–state attorney of record. However, the |

| | | |
|---|---|---|
| | | Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G–64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (sh) (Entered: 01/16/2024) |
| 01/25/2024 | Ï 10 | INITIAL STANDING ORDER upon filing of the complaint by Judge Dolly M. Gee. (kd) (Entered: 01/25/2024) |
| 03/12/2024 | Ï 11 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* filed by Movant Docdeer Foundation. Motion set for hearing on 4/12/2024 at 09:30 AM before Judge Dolly M. Gee. (Attachments: # 1 Proposed Order) (Attorney Adam Marc Apton added to party Docdeer Foundation(pty:mov)) (Apton, Adam) (Entered: 03/12/2024) |
| 03/12/2024 | Ï 12 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 11 filed by Movant Docdeer Foundation. (Apton, Adam) (Entered: 03/12/2024) |
| 03/12/2024 | Ï 13 | DECLARATION of Adam M. Apton in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 11 filed by Movant Docdeer Foundation. (Attachments: # 1 Exhibit A– PSLRA Certification, # 2 Exhibit B– Loss Chart, # 3 Exhibit C– PSLRA Notice, # 4 Exhibit D– Movant Declaration, # 5 Exhibit E– Firm Resume)(Apton, Adam) (Entered: 03/12/2024) |
| 03/12/2024 | Ï 14 | CERTIFICATE of Interested Parties filed by Movant Docdeer Foundation, (Apton, Adam) (Entered: 03/12/2024) |
| 03/12/2024 | Ï 15 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* filed by Movant Oranee Daniels. Motion set for hearing on 4/12/2024 at 09:30 AM before Judge Dolly M. Gee. (Attachments: # 1 Proposed Order) (Attorney Laurence M. Rosen added to party Oranee Daniels(pty:mov)) (Rosen, Laurence) (Entered: 03/12/2024) |
| 03/12/2024 | Ï 16 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 15 filed by Movant Oranee Daniels. (Rosen, Laurence) (Entered: 03/12/2024) |
| 03/12/2024 | Ï 17 | DECLARATION of Laurence M. Rosen In support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 15 filed by Movant Oranee Daniels. (Attachments: # 1 Exhibit 1 – PSLRA Early Notice, # 2 Exhibit 2 – PSLRA Certification, # 3 Exhibit 3 – Loss Chart, # 4 Exhibit 4 – Rosen Law Firm Resume)(Rosen, Laurence) (Entered: 03/12/2024) |
| 03/12/2024 | Ï 18 | *Certification and* NOTICE of Interested Parties filed by Movant Oranee Daniels, (Rosen, Laurence) (Entered: 03/12/2024) |
| 03/12/2024 | Ï 19 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* filed by Movant Xia Rongpeng. Motion set for hearing on 4/12/2024 at 09:30 AM before Judge Dolly M. Gee. (Attachments: # 1 Proposed Order) (Attorney Jennifer Pafiti added to party Xia Rongpeng(pty:mov)) (Pafiti, Jennifer) (Entered: 03/12/2024) |
| 03/12/2024 | Ï 20 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 19 filed by Movant Xia Rongpeng. (Pafiti, Jennifer) (Entered: 03/12/2024) |
| 03/12/2024 | Ï 21 | |

| | | |
|---|---|---|
| | | DECLARATION of Jennifer Pafiti in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 19 filed by Movant Xia Rongpeng. (Attachments: # 1 Exhibit A – Damages Analysis, # 2 Exhibit B – PSLRA Notice, # 3 Exhibit C – Certification & Schedule A, # 4 Exhibit D – Movant Declaration, # 5 Exhibit E – Pomerantz LLP Firm Resume)(Pafiti, Jennifer) (Entered: 03/12/2024) |
| 03/12/2024 | Ï 22 | Certification and Notice of Interested Parties filed by Movant Xia Rongpeng, (Pafiti, Jennifer) (Entered: 03/12/2024) |
| 03/22/2024 | Ï 23 | Notice of Non−Opposition to Competing Lead Plaintiff Motions filed by Movant Oranee Daniels. (Rosen, Laurence) (Entered: 03/22/2024) |
| 03/22/2024 | Ï 24 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 15 , NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 19 filed by Movant Docdeer Foundation. (Apton, Adam) (Entered: 03/22/2024) |
| 03/22/2024 | Ï 25 | NOTICE OF NON−OPPOSITION to NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 19 *Notice of Non−Opposition of Xia Rongpeng to Competing Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel* filed by Movant Xia Rongpeng. (Pafiti, Jennifer) (Entered: 03/22/2024) |
| 03/28/2024 | Ï 26 | REPLY Memorandum of Points and Authorities NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 11 filed by Movant Docdeer Foundation. (Apton, Adam) (Entered: 03/28/2024) |
| 03/29/2024 | Ï 27 | Notice of Appearance or Withdrawal of Counsel: for attorney Bruce G Vanyo counsel for Defendants BioNTech SE, Jens Holstein, Ugur Sahin. Adding Bruce Gordon Vanyo as counsel of record for BioNTech SE, Ugur Sahin, and Jens Holstein for the reason indicated in the G−123 Notice. Filed by Defendants BioNTech SE, Ugur Sahin, and Jens Holstein. (Attorney Bruce G Vanyo added to party BioNTech SE(pty:dft), Attorney Bruce G Vanyo added to party Jens Holstein(pty:dft), Attorney Bruce G Vanyo added to party Ugur Sahin(pty:dft))(Vanyo, Bruce) (Entered: 03/29/2024) |
| 03/29/2024 | Ï 28 | Notice of Appearance or Withdrawal of Counsel: for attorney Christina Lucen Costley counsel for Defendants BioNTech SE, Jens Holstein, Ugur Sahin. Adding Christina Lucan Costley as counsel of record for BioNTech SE, Ugur Sahin, and Jens Holstein for the reason indicated in the G−123 Notice. Filed by defendants BioNTech SE, Ugur Sahin, and Jens Holstein. (Attorney Christina Lucen Costley added to party BioNTech SE(pty:dft), Attorney Christina Lucen Costley added to party Jens Holstein(pty:dft), Attorney Christina Lucen Costley added to party Ugur Sahin(pty:dft))(Costley, Christina) (Entered: 03/29/2024) |
| 03/29/2024 | Ï 29 | CORPORATE DISCLOSURE STATEMENT filed by Defendants BioNTech SE, Jens Holstein, Ugur Sahin (Costley, Christina) (Entered: 03/29/2024) |
| 03/29/2024 | Ï 30 | Notice of Appearance or Withdrawal of Counsel: for attorney Paul Satoshi Yong counsel for Defendants BioNTech SE, Jens Holstein, Ugur Sahin. Adding Paul Satoshi Yong as counsel of record for BioNTech SE, Ugur Sahin, and Jens Holstein for the reason indicated in the G−123 Notice. Filed by defendants BioNTech SE, Ugur Sahin, Jens Holstein. (Attorney Paul Satoshi Yong added to party BioNTech SE(pty:dft), Attorney Paul Satoshi Yong added to party Jens Holstein(pty:dft), Attorney Paul Satoshi Yong added to party Ugur Sahin(pty:dft))(Yong, Paul) (Entered: 03/29/2024) |
| 04/01/2024 | Ï 31 | Notice of Appearance or Withdrawal of Counsel: for attorney Adam Marc Apton counsel for Movant Docdeer Foundation. Adam C. McCall is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G−123 Notice. Filed by Lead Plaintiff Movant Docdeer Foundation. (Apton, Adam) (Entered: 04/01/2024) |

| 04/02/2024 | Ï 32 | Notice Waive Oral Argument per L.R. 7–15 filed by Lead Plaintiff Movant Docdeer Foundation. (Apton, Adam) (Entered: 04/02/2024) |
|---|---|---|
| 04/04/2024 | Ï 33 | WAIVER OF SERVICE Returned Executed filed by Plaintiff Adriano Ladewig. upon BioNTech SE waiver sent by Plaintiff on 3/29/2024, answer due 5/28/2024. Waiver of Service signed by Christina L. Costley. (Pafiti, Jennifer) (Entered: 04/04/2024) |
| 04/04/2024 | Ï 34 | WAIVER OF SERVICE Returned Executed filed by Plaintiff Adriano Ladewig. upon Ugur Sahin waiver sent by Plaintiff on 3/29/2024, answer due 5/28/2024. Waiver of Service signed by Christina L. Costley. (Pafiti, Jennifer) (Entered: 04/04/2024) |
| 04/04/2024 | Ï 35 | WAIVER OF SERVICE Returned Executed filed by Plaintiff Adriano Ladewig. upon Jens Holstein waiver sent by Plaintiff on 3/29/2024, answer due 5/28/2024. Waiver of Service signed by Christina L. Costley. (Pafiti, Jennifer) (Entered: 04/04/2024) |
| 04/04/2024 | Ï 36 | MINUTES (IN CHAMBERS) ORDER GRANTING MOTION FOR APPOINTMENT OF LEAD PLAINTIFF THE DOCDEER FOUNDATION AND COUNSEL AND DENYING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFFS ORANEE DANIELS AND XIA RONGPENG AS MOOT by Judge Dolly M. Gee: The Court GRANTS Docdeer Foundation's motion to be appointed as lead plaintiff 11 and DENIES AS MOOT Oranee Daniels' 15 and Xia Rongpeng's Motions 19 . The Court APPOINTS the Docdeer Foundation as lead plaintiff and Levi & Korsinksy LLP as lead counsel. The 4/12/2024 hearing on the motions is VACATED. Court Reporter: Not Reported. (gk) (Entered: 04/04/2024) |
| 04/19/2024 | Ï 37 | STIPULATION for Extension of Time to File Amended Complaint and Responsive Briefing Schedule filed by Lead Plaintiff Docdeer Foundation. (Attachments: # 1 Proposed Order)(Apton, Adam) (Entered: 04/19/2024) |
| 04/25/2024 | Ï 38 | ORDER ON JOINT STIPULATION RE SCHEDULE FOR AMENDED COMPLAINT AND MOTION TO DISMISS DEADLINES by Judge Dolly M. Gee: Upon consideration of the parties' Stipulation 37 , IT IS HEREBY ORDERED THAT: Lead Plaintiff shall file a consolidated amended complaint no later than 6/10/2024. Defendants shall answer, move against, or otherwise respond to the amended complaint on or before 8/9/2024. The hearing on any motion to dismiss shall be set for a date no earlier than 11/22/2024 at 9:30 AM. (gk) (Entered: 04/26/2024) |
| 06/06/2024 | Ï 39 | Notice of Appearance or Withdrawal of Counsel: for attorney Brian O'Connell counsel for Movant Xia Rongpeng. Adding Brian P. O'Connell as counsel of record for Xia Rongpeng for the reason indicated in the G–123 Notice. Filed by Plaintiff Xia Rongpeng. (Attorney Brian O'Connell added to party Xia Rongpeng(pty:mov))(O'Connell, Brian) (Entered: 06/06/2024) |
| 06/10/2024 | Ï 40 | FIRST AMENDED COMPLAINT against Defendant All Defendants amending Complaint (Attorney Civil Case Opening) 1 , filed by Plaintiff Xia Rongpeng, Docdeer Foundation(Attorney Adam Marc Apton added to party Xia Rongpeng(pty:mov))(Apton, Adam) (Entered: 06/10/2024) |
| 06/21/2024 | Ï 41 | STIPULATION to Transfer Case to the Southern District of New York and Modify Schedule for Briefing Defendants' Motion to Dismiss filed by Defendants BioNTech SE, Jens Holstein, Ugur Sahin. (Attachments: # 1 Proposed Order)(Vanyo, Bruce) (Entered: 06/21/2024) |
| 06/24/2024 | Ï 42 | ORDER TO TRANSFER VENUE AND MODIFY SCHEDULE FOR BRIEFING DEFENDANTS' MOTION TO DISMISS by Judge Dolly M. Gee: Upon consideration of the parties' Stipulation 41 , IT IS HEREBY ORDERED that this action shall be, and hereby is, transferred to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. Section 1404(a). Defendants shall answer, move, or otherwise respond to the Amended Complaint no later than 60 days after the date in which the U.S. District Court for the Southern District of New York dockets and assigns this case. Should Defendants move to dismiss the Amended Complaint, Plaintiffs shall file any opposition no later than 45 days after Defendants file their motion. Defendants shall file any reply in further support of their motion to dismiss no later than 45 days after Plaintiffs file their |

opposition. Case electronically transferred. (MD JS–6. Case Terminated.) (gk) (Entered: 06/25/2024)