**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIANO LADEWIG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BIONTECH SE, UGUR SAHIN, and JENS HOLSTEIN<br><br>　　　　　　Defendants. | Case No. 1:24-cv-05310-KPF |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS
ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Sarah Eichenberger dated November 18, 2024, and the exhibits thereto, and the memorandum of law submitted by Defendants BioNTech SE ("BioNTech"), Ugur Sahin, and Jens Holstein (collectively "Defendants"), and all of the prior pleadings and proceedings in this action, Defendants hereby move this Court for an order dismissing, pursuant to the Private Securities Litigation Reform Act of 1995, and Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, the Amended Class Action Complaint for Violation of the Federal Securities Laws filed by Plaintiffs on June 10, 2024.

Dated: November 18, 2024

**KATTEN MUCHIN ROSENMAN LLP**

/s/　Bruce G. Vanyo
Bruce G. Vanyo
bruce@katten.com
Jonathan Rotenberg
jrotenberg@katten.com
Sarah Eichenberger
sarah.eichenberger@katten.com
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 940-8800

*Attorneys for Defendants*