**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIANO LADEWIG, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>BIONTECH SE, UGUR SAHIN, and JENS HOLSTEIN<br>          Defendants. | Case No. 1:24-cv-05310-KPF |

**DECLARATION OF SARAH EICHEBERGER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, SARAH EICHENBERGER, declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a member of the bar of this Court and a partner of the law firm, Katten Muchin Rosenman LLP, counsel for Defendant BioNTech SE ("BioNTech"), Ugur Sahin, and Jens Holstein (collectively, "Defendants"). I respectfully make this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint for Violation of the Federal Securities Laws (the "Motion").[1]

2.    I submit this declaration to put before the Court true and correct copies of the following documents cited in the Memorandum of Law in Support of Defendants' Motion:

| Exhibit | Description |
|---|---|
| Exhibit A | BioNTech press release entitled, "Pfizer and BioNTech Announce Further Details on Collaboration to Accelerate Global COVID-19 Vaccine Development," published on April 9, 2020 |
| Exhibit B | Excerpts from BioNTech's annual report on Securities and Exchange Commission ("SEC") Form 20-F for the 2021 fiscal year, filed with the SEC on March 30, 2022 (cited ¶¶ 64-65) |

---

[1] References herein to "¶ __" are to paragraphs of the Amended Class Action Complaint for Violation of the Federal Securities Laws. All capitalized terms not defined herein have the same meaning as in the accompanying Memorandum of Law in Support of Defendants' Motion.

| Exhibit | Description |
|---|---|
| Exhibit C | BioNTech press release entitled, "BioNTech Announces Fourth Quarter and Full Year 2021 Financial Results and Corporate Update," published on March 30, 2022 (cited ¶¶ 61-63) |
| Exhibit D | BioNTech press release entitled, "BioNTech Announces First Quarter Financial Results and Corporate Update," published on May 9, 2022 (cited ¶¶ 75-76) |
| Exhibit E | BioNTech's SEC Form 6-K, attaching the press release entitled, "Pfizer and BioNTech Provide Update on COVID-19 Vaccine Supply Agreement with European Commission," filed with the SEC on May 16, 2022 |
| Exhibit F | Public materials issued by BioNTech in connection with its announcement of its financial results for Q2 2022:<br>a. Press release entitled, "BioNTech Announces Second Quarter Financial Results and Corporate Update," published on August 8, 2022 (cited ¶ 87)<br>b. Excerpts from BioNTech's SEC Form 6-K, attaching a quarterly report for the three and six months ended June 30, 2022, filed with the SEC on August 8, 2022 (cited ¶¶ 96-100) |
| Exhibit G | Public materials issued by BioNTech in connection with its announcement of its financial results for Q3 2022:<br>a. Press release entitled, "BioNTech Announces Third Quarter 2022 Financial Results and Corporate Update," published on November 7, 2022 (¶¶ 105-09)<br>b. Excerpts from BioNTech's SEC Form 6-K, attaching a quarterly report for the three and nine months ended September 30, 2022, filed with the SEC on November 7, 2022 (cited ¶¶ 110-12) |
| Exhibit H | Transcript of Pfizer Inc.'s January 31, 2023 earnings call for the fourth quarter of the 2022 fiscal year, published by S&P Global (cited ¶¶ 9, 117, 142, 157, 171) |
| Exhibit I | Excerpts from BioNTech's annual report on SEC Form 20-F for the 2022 fiscal year, filed with the SEC on March 27, 2023 (cited ¶¶ 125-28) |
| Exhibit J | BioNTech press release entitled, "BioNTech Announces Fourth Quarter and Full Year 2022 Financial Results and Corporate Update," published on March 27, 2023 (cited ¶¶ 11, 118, 121-24) |
| Exhibit K | Transcript of BioNTech's March 27, 2023 earnings call for the fourth quarter of the 2022 fiscal year, published by S&P Global |
| Exhibit L | Article published by FINANCIAL TIMES entitled, "BioNTech forecasts slump in sales as demand for Covid jab wanes," dated March 27, 2023 and available at https://www.ft.com/content/bdb3a125-7077-402d-9e0b-86acadcf1a26 (cited ¶ 130) |
| Exhibit M | Public materials issued by BioNTech in connection with its announcement of its financial results for Q1 2023:<br>a. Press release entitled, "BioNTech Announces First Quarter 2023 Financial Results and Corporate Update," published on May 8, 2023 (cited ¶¶ 132-33)<br>b. Excerpts from BioNTech's SEC Form 6-K, attaching a quarterly report for the three ended March 31, 2023, filed with the SEC on May 8, 2023 (cited ¶¶ 135-142) |
| Exhibit N | BioNTech press release entitled, "Pfizer and BioNTech Provide Update on COVID 19 Vaccine Supply Agreement with the European Commission," published on May 26, 2023 (cited ¶ 143) |

| Exhibit | Description |
|---|---|
| Exhibit O | European Commission press release entitled, "European Health Union: Commission secures agreement with BioNTech-Pfizer on the delivery of COVID-19 vaccines," published on May 26, 2023 |
| Exhibit P | Public materials issued by BioNTech in connection with its announcement of its financial results for Q2 2023:<br>a. Press release entitled, "BioNTech Announces Second Quarter 2023 Financial Results and Corporate Update," published on August 7, 2023 (cited ¶¶ 148-51)<br>b. Excerpts from BioNTech's SEC Form 6-K, attaching a quarterly report for the three and six months ended June 30, 2023, filed with the SEC on August 7, 2023 (cited ¶¶ 152-57) |

3.    I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  November 18, 2024
                       New York, New York

By:    */s/ Sarah Eichenberger*
           Sarah Eichenberger

3