# EXHIBIT F



## BioNTech Announces Second Quarter Financial Results and Corporate Update

August 8, 2022

- *Second quarter revenues of €3.2 billion[1], net profit of €1.7 billion and fully diluted earnings per share of €6.45 ($6.87[2]) as well as first half 2022 revenues of €9.6 billion, net profit of €5.4 billion and fully diluted earnings per share of €20.69 ($18.92[2])*
- *Reiterates BioNTech COVID-19 2022 vaccine revenue guidance of €13 billion to €17 billion*
- *Preparing for potential launch of two variant-adapted bivalent COVID-19 vaccines containing the original strain and Omicron BA.1 or BA.4/5 spike protein as recommended by U.S. Food and Drug Administration (FDA), European Medicines Agency (EMA) and other regulators; expect to be able to begin delivering Omicron-adapted vaccines as early as October 2022, subject to regulatory approval*
- *Signed agreement with U.S. government to provide additional 105 million doses of COVID-19 vaccine with option for another 195 million doses*
- *Received U.S. Emergency Use Authorization (EUA) for COVID-19 vaccine in children six months through four years of age and for a booster dose in children five through 11 years of age*
- *Continued pipeline expansion with initiation of two new Phase 1 clinical trials (BNT116 and BNT142) to 18 clinical-stage oncology programs in 23 ongoing clinical trials; BNT211, first-in-class CAR-T program targeting CLDN6, receives EMA Priority Medicines (PRIME) designation*
- *Commenced construction of first BioNTainer mRNA vaccine manufacturing facility in Africa*

Conference call and webcast scheduled for August 8, 2022, at 8:00 am ET (2:00 pm CET)

**MAINZ, Germany, August 8, 2022 (GLOBE NEWSWIRE)** -- BioNTech SE (Nasdaq: BNTX, "BioNTech" or the "Company") today reported financial results for the three and six months ended June 30, 2022 and provided an update on its corporate progress.

"In the first half of 2022, we achieved important milestones as we have further strengthened our COVID-19 vaccine leadership and have expanded our broad pipeline and accelerated its maturation. Our COVID-19 product pipeline includes variant-adapted and next-generation vaccine candidates, aimed at prolonged and broad protection," said **Prof. Ugur Sahin, M.D., CEO and Co-Founder of BioNTech.** "In oncology, we have presented encouraging data updates for our individualized mRNA cancer vaccine candidate BNT122 in pancreatic cancer and our novel CAR-T cell therapy candidate BNT211 in solid tumors, leading to our first PRIME designation by EMA. We drive toward the preparation of registrational trials as well as the delivery of our first BioNTainers to Africa, aiming to provide access to novel medicines."

**Key Second Quarter Financial Results**

| in millions, except per share data | Second Quarter 2022 | Second Quarter 2021 | First Half 2022 | First Half 2021 |
|---|---|---|---|---|
| Total Revenues[1] | €3,196.5 | €5,308.5 | €9,571.1 | €7,356.9 |
| Net Profit | €1,672.0 | €2,787.2 | €5,370.8 | €3,915.3 |
| Diluted Earnings per Share | €6.45 | €10.77 | €20.69 | €15.14 |

"With our strong performance year to date, we believe to be well on track to achieve our previous financial guidance for the ongoing financial year," said **Jens Holstein, CFO of BioNTech.** "With our initiatives around variant-adapted COVID-19 vaccine candidates, we expect an uptake in demand in our key markets in the fourth quarter of 2022, subject to regulatory approval. We will continue to invest heavily in research and development in 2022 and beyond and remain focused on furthering our oncology pipeline as well as driving our leadership in COVID-19 vaccine development. We are driving toward potential launches of multiple innovative products to address diseases with high unmet medical need in the coming three to five years."

**Outlook for the 2022 Financial Year Reiterated**

The Company reiterates its prior 2022 financial year outlook, which includes the following components:

*BioNTech COVID-19 Vaccine Revenues for the 2022 Financial Year:*

| Estimated BioNTech COVID-19 vaccine revenues for the full 2022 financial year | €13 billion - €17 billion |
|---|---|

This revenue estimate reflects expected revenues related to BioNTech's share of gross profit from COVID-19 vaccine sales in the collaboration partners' territories, from direct COVID-19 vaccine sales to customers in BioNTech's territory and expected revenues generated from products manufactured by BioNTech and sold to collaboration partners.

*Planned 2022 Financial Year Expenses and Capex:*

| R&D expenses | €1,400 million - €1,500 million |
|---|---|
| SG&A expenses | €450 million - €550 million |
| Capital expenditures | €450 million - €550 million |

The ranges reflect current base case projections and do not include potential effects caused by or driven from additional collaborations or potential merger and acquisition transactions.

*Estimated 2022 Financial Year Tax Assumptions:*

| | |
|---|---|
| BioNTech Group estimated annual effective income tax rate | ~28% |

**Detailed Second Quarter Financial Results**

- *Revenues*: Total revenues reported were €3,196.5 million[1] for the three months ended June 30, 2022, compared to €5,308.5 million[1] for the comparative prior year period. For the six months ended June 30, 2022, total revenues were €9,571.1 million[1], compared to €7,356.9 million[1] for the comparative prior year period. BioNTech believes the development of the pandemic remains dynamic, causing a re-phasing of orders and with this leading to fluctuations in quarterly revenues. This revenue fluctuation caused by the re-phasing of orders is expected to remain over the rest of the financial year with an uptake in demand in key markets in the fourth quarter of 2022 related to the Omicron-adapted bivalent vaccine, subject to regulatory approval. Under the collaboration agreements, territories have been allocated between BioNTech, Pfizer Inc. ("Pfizer") and Shanghai Fosun Pharmaceutical (Group) Co., Ltd. ("Fosun Pharma") based on marketing and distribution rights. During the three months ended June 30, 2022, BioNTech's commercial revenues included €1,987.4 million[1] gross profit share (€3,923.7 million[1] gross profit share and €168.6 million[1] sales milestones during the comparative prior year period). For the six months ended June 30, 2022, BioNTech's commercial revenues included €6,574.2 million[1] gross profit share (€5,428.4 million[1] gross profit share and €415.8 million[1] sales milestones during the comparative prior year period). BioNTech's share of the collaboration partners' gross profit is based on COVID-19 vaccine sales in Pfizer's and Fosun Pharma's territories and represents a net figure. In addition, during the three and six months ended June 30, 2022, BioNTech recognized €557.0 million and €1,720.1 million of direct COVID-19 vaccine sales to customers in BioNTech's territory, Germany and Turkey, as well as €608.3 million and €1,211.5 million from sales of products manufactured by BioNTech for its collaboration partners. During the comparative prior year periods, €1,035.6 million and €1,235.4 million were recognized from sales to customers in BioNTech's territory as well as €138.1 million and €202.0 million from sales of products manufactured by BioNTech for its collaboration partners, respectively.
- *Cost of Sales:* Cost of sales were €764.6 million for the three months ended June 30, 2022, compared to €883.8 million for the comparative prior year period. For the six months ended June 30, 2022, cost of sales were €2,058.7 million, compared to €1,116.9 million for the comparative prior year period. The change in cost of sales resulted mainly from the recognition of costs related to BioNTech's COVID-19 vaccine revenues which included the share of gross profit owed to its collaboration partner Pfizer. In addition, cost of sales was impacted by expenses arising from inventory write-offs and expenses for production capacities derived from contracts with contract manufacturing organizations.
- *Research and Development Expenses*: Research and development expenses were €399.6 million for the three months ended June 30, 2022, compared to €201.1 million for the comparative prior year period. For the six months ended June 30, 2022, research and development expenses were €685.4 million, compared to €417.3 million for the comparative prior year period. The increase was mainly due to recognizing costs related to the manufacturing of pre-launch Omicron vaccine candidates as research and development expenses in the period incurred and an increase in headcount.
- *General and Administrative Expenses*: General and administrative expenses were €130.0 million for the three months ended June 30, 2022, compared to €47.8 million for the comparative prior year period. For the six months ended June 30, 2022, general and administrative expenses were €220.8 million, compared to €86.7 million for the comparative prior year period. The increase was mainly due to recognizing increased expenses for purchased external services as well as an increase in headcount.
- *Income Taxes*: Income taxes were accrued with an amount of €647.3 million for the three months ended June 30, 2022, compared to €1,235.6 million for the comparative prior year period. For the six months ended June 30, 2022, income taxes were accrued in an amount of €1,966.6 million, compared to €1,749.8 million for the comparative prior year period. The derived effective income tax rate for the six months ended June 30, 2022 was 26.8%.
- *Net Profit*: Net profit was €1,672.0 million for the three months ended June 30, 2022, compared to €2,787.2 million for the comparative prior year period. For the six months ended June 30, 2022, net profit was €5,370.8 million, compared to €3,915.3 million for the comparative prior year period.
- *Cash, Cash Deposits and Trade Receivables*: As of June 30, 2022, cash and cash equivalents were €9,334.8 million. In addition, trade receivables remained outstanding as of June 30, 2022, mainly due to the contractual settlement of the gross profit share under the COVID-19 collaboration with Pfizer, which has a temporal offset of more than one calendar quarter. As Pfizer's fiscal quarter for subsidiaries outside the United States differs from BioNTech's financial reporting cycle, it creates an additional time lag between the recognition of revenues and the payment receipt. Trade receivables for example include the gross profit share for the first quarter of 2022 (as defined by the contract) for which the settlement payment was received subsequent to the end of the reporting period in July 2022. Of the total trade receivables of €10,382.9 million which were outstanding as of June 30, 2022, €5,581.1 million were received in cash as of July 15, 2022. The total cash and cash equivalents amounted to €14,884.5 million as of July 15, 2022.

- *Shares Outstanding*: Shares outstanding as of June 30, 2022, were 242,685,401.

The full interim unaudited condensed consolidated financial statements can be found in BioNTech's Report on Form 6-K, filed today with the SEC and available at https://www.sec.gov/.

[1] BioNTech's profit share is estimated based on preliminary data shared between Pfizer and BioNTech as further described in BioNTech's Annual Report on Form 20-F for the year ended December 31, 2021 as well as its Quarterly Report as of and for the three and six months ended June 30, 2022, filed as an exhibit to BioNTech's Current Report on Form 6-K filed on August 8, 2022. Any changes in the estimated share of the collaboration partner's gross profit will be recognized prospectively.

[2] Calculated applying the average foreign exchange rates for the three and six months ended June 30, 2022, respectively as published by the German Central Bank (*Deutsche Bundesbank*).

**Second Quarter 2022 and Subsequent Program Updates**

***COVID-19 Vaccine Program – BNT162***

BioNTech and Pfizer continue to build on their global COVID-19 vaccine leadership with further label expansions as well as development of a diverse pipeline of follow-on and next generation vaccine candidates. Subject to regulatory approval, Omicron-adapted vaccine launches and clinical trial starts, including trials for next generation vaccines, are expected to begin in the second half of 2022.

*Commercial updates*

As of the beginning of July 2022, BioNTech and Pfizer have delivered in total more than 3.6 billion doses to 180 countries or territories. The companies have signed orders for approximately 2.5 billion doses for 2022, and, in the first half of the year, invoiced approximately 1.2 billion doses. The cumulative share of doses[3] increased in the period between January 1, 2022 to July 20, 2022 from approximately 52% to 63% in all markets[4,5]. In developed markets[6], the share of doses for the same time period increased from approximately 59% to 68%.
As part of BioNTech and Pfizer's 2-billion-doses-pledge to support equitable access to medicines, the companies have delivered more than 1.5 billion doses of the companies' COVID-19 vaccine in total to low- and middle-income countries.

- In May 2022, BioNTech and Pfizer announced an agreement with the European Commission, or EC, to amend their originally agreed contractual delivery schedules for the COVID-19 vaccine. The amendment rephases planned deliveries to help support the EC and Member States' ongoing immunization programs and is aligned to the companies' commitment to working collaboratively to identify pragmatic solutions to address the evolving pandemic needs. Doses scheduled for delivery in June through August 2022 will now be delivered in September through to the fourth quarter of 2022. This change of delivery schedule did not impact the companies' full-year 2022 revenue guidance or the full-year commitment of doses to be delivered to EC Member States in 2022.
- In June 2022, BioNTech and Pfizer entered into a new vaccine supply agreement with the U.S. government. Under the terms of the agreement, the U.S. government will receive 105 million doses, including 30 μg, 10 μg and 3 μg doses, potentially including the Omicron-adapted adult vaccine, subject to granting of U.S. FDA Emergency Use Authorization, or EUA. The U.S. government also has the option to purchase up to an additional 195 million doses, bringing the potential total to 300 million vaccine doses. Delivery of the vaccine doses is scheduled to begin in late summer 2022 and will continue into the fourth quarter of this year. The U.S. government will pay the two companies $3.2 billion after receiving the first 105 million doses of vaccine.

[3] Market share data includes only those markets in which Pfizer operates and that report market share data
[4] Incl. all markets in Developed Markets (5) plus Emerging Markets (Argentina, Chile, Ecuador, Hong Kong, Nepal, Peru, South Africa, Uruguay)
[5] Includes the U.S., EU/EEA, other Int'l Developed markets (Japan, South Korea, Switzerland, Ukraine)
[6] Starting date of January 1, 2022 for this data set is from Q1 2022 earnings presentation

*Manufacturing updates*

BioNTech and Pfizer's global COVID-19 vaccine supply chain and manufacturing network includes 20 manufacturing facilities spanning four continents.

- BioNTech and Pfizer have started to manufacture bivalent Omicron BA.1- and BA.4/5-adapted vaccines. Pending regulatory approval, the companies expect to deliver the updated vaccines as soon as October 2022 and plan to supply both vaccines in time for fall booster campaigns.

*Clinical development and regulatory updates*

BioNTech and Pfizer's COVID-19 vaccine has received multiple regulatory approvals including expansions of authorizations for booster and pediatric vaccinations.

- In May 2022, the U.S. FDA expanded the EUA to include a booster dose in children five through 11 years of age. The EUA was granted based on data from the Phase 2/3 clinical trial demonstrating a high immune response following a booster dose after completion of the primary series of BNT162b2 in this age group. Data demonstrated that a booster dose given approximately six months after the second dose of the 10 μg primary series increased neutralizing antibodies by six-fold against the SARS-CoV-2 wild-type strain compared to levels observed after two doses. The vaccine was well

tolerated with no new safety signals observed. The data were also submitted to the EMA for a variation of the Conditional Marketing Authorization (CMA), in the European Union to include a booster dose in this age group and are being filed with other regulatory authorities worldwide.

- In June 2022, the U.S. FDA amended the EUA to include children six months of age through four years of age. The EUA was granted based on safety, immunogenicity and vaccine efficacy topline data from a Phase 2/3 study evaluating a third 3 µg dose in 1,678 children in this age group. Following a third dose in this age group, the vaccine elicited a strong immune response with a favorable safety profile similar to placebo. The vaccine met all immunobridging criteria required for an EUA, based on an immunogenicity analysis conducted on a subset of study participants one month following the third dose in this age group, compared to the second dose in the 16- to 25-year-old population. Further data on this age group will be shared in the coming weeks. The data were also submitted to the EMA for a line extension of the CMA in the European Union in this age group and are expected to be filed with other regulatory authorities in the coming weeks.

- In July 2022, the U.S. FDA also approved the supplemental Biologics License Application, or sBLA, to include individuals 12 through 15 years of age in the approved indication, expanding licensure of the vaccine to this age group, which was previously included under U.S. EUA.

BNT162b2 has demonstrated a high level of protection against several variants of concern, including Alpha, Beta, and Delta and continues to offer protection against severe disease, hospitalization and death for circulating Omicron-variants. BioNTech and Pfizer continue to monitor protection offered by BNT162b2 against emerging SARS-CoV-2 variants.

The companies are currently evaluating variant-adapted COVID-19 vaccines, including monovalent and bivalent vaccines directed against Omicron subvariants and other strains of SARS-CoV-2. Data from these studies were presented to regulatory agencies in June and July 2022, which supported the regulators' discussions for the development of Omicron-adapted vaccines and definition of the most appropriate regulatory pathways. BioNTech and Pfizer will continue to submit available data to regulatory authorities worldwide. In June 2022, the U.S. FDA advised vaccine manufacturers to develop modified vaccines that add an Omicron BA.4/5 spike protein encoding component to the current vaccine composition to create a bivalent booster vaccine.

- In June 2022, BioNTech and Pfizer announced positive safety, tolerability and immunogenicity data for two Omicron BA.1-adapted vaccine candidates, including data on a monovalent and a bivalent vaccine candidate combining the existing vaccine and a vaccine candidate targeting the Omicron variant BA.1 spike protein. Results from this Phase 2/3 trial in 1,234 subjects aged 56 years or older show that booster doses of 30 µg and 60 µg of both Omicron BA.1-adapted monovalent and bivalent vaccine candidates elicit significantly higher neutralizing antibody responses against Omicron BA.1 compared to BNT162b2, consistent with the regulatory requirements for superiority. The monovalent Omicron-adapted vaccine 30 µg and 60 µg achieved the regulatory requirement of super superiority. One month after administration, a booster dose of the Omicron BA.1-adapted monovalent candidates increased neutralizing geometric mean titers, or GMTs, against Omicron BA.1 13.5- and 19.6-fold above pre-booster dose levels. Booster vaccination with the bivalent Omicron BA.1-adapted vaccine candidates resulted in a 9.1- and 10.9-fold increase in neutralizing GMTs against Omicron BA.1, respectively. Both vaccine candidates demonstrated a favorable safety and tolerability profile similar to BNT162b2. In preclinical studies in mice, both monovalent and bivalent Omicron BA.4/5-adapted vaccine candidates were observed to substantially increase Omicron neutralization responses against all Omicron sublineages, including BA.1, BA.4/5 and the wild-type strain. Given the FDA guidance, BioNTech and Pfizer plan to distribute a bivalent vaccine encoding for the spike protein of the original strain as well as of the BA.4/BA.5 Omicron sublineage to be used as a booster, subject to regulatory authorizations. In addition, BioNTech and Pfizer plan to initiate a clinical trial in August 2022 to generate immunogenicity and safety data for an Omicron BA.4/5-adapted bivalent vaccine.

- In July 2022, BioNTech and Pfizer completed the submission to the EMA for an Omicron-adapted bivalent COVID-19 vaccine, based on the BA.1 sublineage, for individuals 12 years of age and older. This application follows guidance from the EMA to move forward with introducing an Omicron-adapted bivalent vaccine candidate to address the continued evolution of the SARS-CoV-2 virus. The companies are preparing to initiate the submission of pre-clinical and Chemistry, Manufacturing and Controls (CMC) data for a bivalent vaccine candidate encoding Omicron BA.4/5 spike protein to EMA beginning in August 2022.

- In a recent preprint publication ([bioRxiv](). Omicron BA.2 breakthrough infection enhances cross-neutralization of BA.2.12.1 and BA.4/BA.5; August 2022) BioNTech reported data demonstrating that sera from triple mRNA-vaccinated individuals who experienced Omicron sublineage BA.2 breakthrough infection demonstrated broad neutralizing activity against variants of concern, including Omicron BA.2 derived variants BA.2.12.1, BA.4/BA.5. In addition, the data showed that neutralization of BA.2 and BA.4/BA.5 sublineages by BA.2 convalescent sera is driven to a large extent by antibodies targeting the N-terminal domain, or NTD, of the spike glycoprotein. In comparison, neutralization by Omicron BA.1 convalescent sera depends on antibodies targeting the receptor binding domain. These findings suggest that Omicron BA.2 triggers significant NTD specific recall responses in vaccinated individuals, which enhances the neutralization of BA.4/BA.5 sublineages. Given the current epidemiology with a predominance of BA.2 derived sublineages like BA.4/BA.5 and rapidly ongoing evolution, these findings will increase current understanding on Omicron immune escape mechanisms and the effects of immunization on variant cross-neutralization, and thus will help guide further vaccine development.

BioNTech and Pfizer are investigating and identifying novel next-generation vaccine approaches to maintain a broad and longer lasting immune

response and high levels of protection against SARS-CoV-2 as it evolves. The long-term strategy takes a multipronged approach devised to develop and test multiple engineered vaccine candidates to achieve the goal of delivering a pan-SARS-CoV-2-type vaccine that will ultimately help to better manage upcoming variants of concern. The companies expect that scientific data derived from those different approaches will support the vaccine candidate selected for evaluation in a pivotal trial.

BioNTech and Pfizer plan to test several novel vaccine constructs that have been engineered to engage multiple arms of the immune system, including antibodies and T cells. These next-generation vaccine approaches the companies plan to evaluate include an enhanced SARS-CoV-2 spike antigen and a T cell enhancing vaccine candidate.

- In July 2022, as a first step of BioNTech and Pfizer's long-term strategy of developing a next-generation COVID-19 vaccine, a randomized, active-controlled, observer-blind, Phase 2 study was initiated to evaluate the safety, tolerability, and immunogenicity of a 30 µg dose of an enhanced spike antigen vaccine candidate. This first of multiple candidates with an engineered design, BNT162b5, consists of RNAs encoding for a sequence-modified spike protein of the SARS-CoV-2 ancestral strain and the Omicron BA.2 variant. The enhanced prefusion spike protein in BNT162b5 has been modified with the aim to increase the magnitude and breadth of antibody neutralization response to better protect against COVID-19.
- Additionally, in the second half of 2022, BioNTech and Pfizer anticipate progressing T cell enhancing and pan-SARS-CoV-2 vaccine candidates into the clinic.

### Additional Infectious Disease Programs

BioNTech is on track to initiate two first-in-human clinical trials in the second half of 2022 that include mRNA-based product candidates designed to address shingles (in collaboration with Pfizer), and herpes simplex virus type 2 (HSV 2; BNT163).

First-in-human clinical trials for tuberculosis (BNT164) and malaria (BNT165) are now expected to start in the second half of 2022 or early 2023.

#### Influenza Vaccine Program

BNT161 - BioNTech is collaborating with Pfizer to develop an influenza vaccine based on BioNTech's suite of mRNA platforms.

- A Phase 1/2 trial to evaluate BNT161, a quadrivalent nucleoside-modified RNA (modRNA) vaccine candidate, is ongoing and a dose-finding study for a self-amplifying RNA (saRNA) vaccine candidate has started.
- In July 2022, data were reported from the Phase 2 expansion study of BNT161 in subjects 65 years of age and older showing first evidence of substantial induction of strain specific CD4+ and CD8+ responses. At day seven after vaccination with BNT161, the geometric mean fold rise, or GMFR, for CD4+ T cells was more than two-fold for all four encoded strains. For strain specific CD8+ T cells, the GMFR was more than two-fold for the Victoria B subtype and influenza B subtype (H3N2). The GMFR was higher compared to the control quadrivalent influenza vaccine for both CD4+ and CD8+ strain specific T cell responses. Based on these encouraging T cell responses and observed seroconversion, a Phase 3 study of the quadrivalent modified mRNA influenza vaccine is planned to initiate in the second half of 2022.

### Oncology

BioNTech's immuno-oncology strategy is based on pioneering approaches that harness the immune response to treat cancer. The Company has multiple clinical stage assets across different therapeutic classes which may have the potential to tackle tumors using complementary strategies, either by targeting tumor cells directly or by modulating the immune response against the tumor. The Company's oncology pillars include mRNA therapeutic vaccines, cell therapies (CAR-, TCR-, and neoantigen-specific T cell therapies), mRNA-encoded effector molecules (RiboMabs and RiboCytokines), next-generation immune checkpoint inhibitors and agonists, anti-tumor antibodies and immune-modulatory small molecules. Many product candidates have the potential to be combined with other pipeline assets or already approved therapies.

BioNTech's clinical stage oncology pipeline includes a total of 18 product candidates in 23 ongoing clinical trials including five in randomized Phase 2 clinical trials: two FixVac programs (BNT111 and BNT113), two indications for the iNeST product candidate autogene cevumeran (BNT122/RO7198457), and the bispecific antibody immune checkpoint modulator BNT311 (GEN1046). BNT116, a FixVac program for non-small cell lung cancer (NSCLC) and BNT142, a RiboMab program targeting CD3 on T cells and Claudin-6 (CLDN6) in solid tumors, have recently entered first-in-human clinical testing.

BioNTech expects continued pipeline advancement and expansion, as well as further data readouts from the ongoing trials, for the remainder of 2022.

### mRNA programs

#### FixVac

BioNTech's off-the-shelf cancer immunotherapy approach, FixVac, leverages the Company's proprietary uridine mRNA (uRNA) backbone for full actualization of the intrinsic adjuvanticity of RNA that encodes cancer-specific shared antigens for intravenous administration using the proprietary RNA-LPX formulation and aiming for induction of strong antigen-specific immune responses. FixVac product candidates may be of clinical utility in combination with anti-PD1 in patients with lower mutational burden tumors, including those who have already experienced checkpoint inhibitor (CPI) therapy.

Two FixVac programs are in ongoing Phase 2 trials: BNT111 in PD1 inhibitor refractory/relapsed melanoma (in collaboration with Regeneron Pharmaceuticals, Inc., "Regeneron") and BNT113 in HPV16+ PDL1+ head and neck cancer.

BNT116 is being evaluated in a Phase 1 clinical trial. It is designed to elicit an immune response to six tumor-associated antigens that cover up to 100% of patients in all major histologic subtypes of non-small cell lung cancer.

- In July 2022, the first participant was dosed in a first-in-human clinical trial evaluating the safety, tolerability and preliminary efficacy of BNT116 alone and in combination in patients with advanced or metastasized NSCLC. The trial will comprise several cohorts and is intended to establish a safe dose for BNT116 monotherapy as well as for BNT116 in combination with cemiplimab (Regeneron's Libtayo®) in patients who have progressed on prior PD-1 inhibitor treatment or are not eligible for chemotherapy, and in combination with docetaxel in patients who have received prior platinum-based chemotherapy.

*Individualized neoantigen specific immunotherapy (iNeST)*

BioNTech's individualized cancer immunotherapy approach (iNeST) is also based on a pharmacologically optimized uridine mRNA (uRNA) backbone delivered in the Company's proprietary RNA-LPX formulation.

BioNTech's lead iNeST product candidate, autogene cevumeran (BNT122), is being developed together with Genentech, Inc. ("Genentech") as part of a co-development and co-commercialization collaboration.

Each patient is treated with a vaccine informed by the mutation profile of their personal cancer and manufactured on-demand. The RNA encodes a unique composition of the patient's own tumor mutations and results in generation of neoantigen specific CD4+ and CD8+ T cell responses . BioNTech believes this modality is well-suited for use in early-stage cancers and the adjuvant setting.

- A randomized Phase 2 trial of autogene cevumeran in the adjuvant treatment of circulating tumor DNA (ctDNA) positive, surgically resected Stage II (high-risk)/Stage III colorectal cancer is ongoing.
- A data update from the ongoing randomized Phase 2 trial of autogene cevumeran combined with pembrolizumab in patients with first-line metastatic melanoma is now expected in the first half of 2023.
- In June 2022, initial data from an investigator-initiated Phase 1 clinical trial of autogene cevumeran evaluating safety and tolerability in combination with the anti-PD-L1 immune checkpoint inhibitor atezolizumab and chemotherapy in patients with surgically removed pancreatic ductal adenocarcinoma, or PDAC, was presented at the 2022 American Society of Clinical Oncology (ASCO) Annual Meeting. 16 patients had their tumor surgically removed, were subsequently treated with a single dose of atezolizumab and received autogene cevumeran. Preliminary data from these 16 treated patients showed that autogene cevumeran was well tolerated. *De novo* neoantigen-specific T cell responses of high magnitude were induced in 50% (eight out of 16) of patients. After an early median follow-up of 18 months, patients with this type of immune response had a significantly longer recurrence-free survival, or RFS, than those without a high magnitude vaccine-induced immune response. Based on these data, BioNTech and Genentech are planning a randomized study to further evaluate the efficacy and safety of autogene cevumeran in combination with atezolizumab and chemotherapy in patients with resected PDAC.

*RiboMabs*

BioNTech's RiboMab product candidates, BNT141 and BNT142, are based on mRNA and designed to encode cancer cell targeting antibodies. These product candidates leverage the Company's proprietary optimized mRNA technology combining nucleoside modifications to minimize immunogenicity with modifications in the mRNA backbone with the aim of maximizing protein expression. RiboMabs may address the limitations of recombinant antibodies, including avoidance of protein manufacturing challenges and short plasma half-life.

BNT141 encodes an antibody targeting Claudin-18.2, expressed in high unmet medical need tumors, including multiple epithelial solid tumors, such as gastric, biliary and pancreatic cancers.

BNT142 encodes a bispecific T cell engaging antibody that targets CD3, a T cell receptor component, and CLDN6, an oncofetal cell surface antigen found in solid tumors such as testicular and ovarian cancers.

- BNT142 – In July 2022, the first participant was dosed in an open-label, multi-center, Phase 1/2 dose escalation, safety, and pharmacokinetic trial of BNT142 followed by expansion cohorts in patients with CLDN6-positive advanced solid tumors. The trial is evaluating BNT142 as monotherapy in patients that have exhausted therapy or are not eligible for standard of care therapy. After dose escalation, BNT142 will be evaluated in expansion cohorts in testicular cancer, ovarian cancer, and non-squamous NSCLC.

**Cell therapies**

*CAR-T cell immunotherapy*

BNT211, BioNTech's first chimeric antigen receptor, or CAR-T cell product candidate, targets CLDN6-positive solid tumors in combination with a CAR-T cell-amplifying RNA vaccine, or CARVac, encoding CLDN6. CARVac is also based on a pharmacologically optimized uridine mRNA (uRNA) backbone delivered in the Company's proprietary RNA-LPX formulation. CLDN-6 CAR-T cells are equipped with a second-generation CAR of high sensitivity and specificity for the tumor-specific carcino-embryonic antigen CLDN6. CARVac drives *in vivo* expansion of transferred CAR-T cells, aiming to increase their persistence and efficacy. BNT211 is designed to overcome CAR-T cell therapy limitations in patients with solid tumors.

- BNT211 – A Phase 1/2 open-label dose escalation and dose expansion trial evaluating BNT211 in patients with CLDN6-positive solid tumors is ongoing. Data from the ongoing trial were presented at the American Association for Cancer Research (AACR) Conference in April 2022 and at the annual meeting of the Association for Cancer Immunotherapy (CIMT) in May 2022. The preliminary efficacy data showed encouraging signs of clinical activity with a disease control rate of 86% and an overall response rate of 43%. The results also demonstrated an encouraging safety profile as adverse

- events and dose limiting toxicities were manageable. Another data update from the ongoing Phase 1/2 trial is expected in the second half of 2022.
- In June 2022, the EMA granted Priority Medicines (PRIME) designation to BNT211 for the third- or later-line treatment of testicular germ cell tumors. The PRIME status is granted to drug candidates that may offer a major therapeutic advantage over existing treatments and provides early and proactive EMA support to developers of medicines that target an unmet medical need. BNT211 will benefit from this interaction with the EMA through the next development phase.

**Antibodies**

*Next generation immunomodulators*

In August 2022, BioNTech announced the expansion of its global strategic collaboration with Genmab A/S ("Genmab") for the joint development of BNT313 (GEN1053), a CD27 antibody, applying Genmab's proprietary HexaBody® technology. Under this 50/50 collaboration, the development costs and potential future profits for BNT313 will be shared equally.

- BNT313 (GEN1053) – A Phase 1 trial to evaluate the safety, tolerability, and preliminary efficacy of BNT313 on malignant solid tumors as monotherapy is expected to be initiated in the second half of 2022. The trial will consist of two parts. The dose escalation part will explore the safety of escalating doses of BNT313 as monotherapy. The expansion part is planned to provide additional safety and initial antitumor activity information on the selected dose regimen for BNT313 monotherapy in selected tumor indications, as well as more detailed data related to the mode of action.

**Corporate Updates**

A key component of BioNTech's corporate strategy is strengthening the Company's technology platforms, digital capabilities and infrastructure through select strategic partnerships and acquisitions. In April 2022, BioNTech was granted a pandemic preparedness contract by the Federal Republic of Germany and the Company entered into an exclusive research collaboration with Matinas BioPharma Holdings, Inc. ("Matinas BioPharma").

- In June 2022, BioNTech began construction of its first Africa-based mRNA vaccine manufacturing facility in Kigali, Rwanda, with a target for the first set of manufacturing BioNTainers to be delivered to the site by the end of 2022. The facility will initially include two BioNTainers equipped to manufacture a range of mRNA-based vaccines targeted to the needs of the African Union member states, including potentially the COVID-19 vaccine and investigational malaria and tuberculosis vaccine candidates if approved or authorized by regulatory authorities. The Company believes the estimated initial annual capacity of, for example, the COVID-19 vaccine may be as high as approximately 50 million doses and manufacturing in the BioNTainers could commence as soon as approximately 12 to 18 months after their installation.

BioNTech also provides an update on key Supervisory Board developments and the status of the return of capital to shareholders

- In June 2022, at the Annual General Meeting (AGM) the Company's shareholders voted to reappoint Helmut Jeggle as a member of the Supervisory Board and appointed two additional Supervisory Board members, Prof. Dr. Anja Morawietz and Prof. Dr. Rudolf Staudigl. In a meeting following the AGM, the Supervisory Board re-elected Helmut Jeggle as its Chairman. All three members will serve in their roles until the 2026 AGM.
- In June 2022, at the Annual General Meeting, the Company's shareholders approved the proposed special cash dividend of €2.00 per ordinary share (including those held in the form of ADSs), which led to an aggregate payment of €484.3 million.
- During the three months ended June 30, 2022, 2,078,207 American Depositary Shares (ADSs) were repurchased under the Company's share repurchase program at an average price of $145.65, for total consideration of $302.7 million (€286.9 million).

In light of the potential energy supply issues in Europe, BioNTech is evaluating its ongoing mitigation efforts to ensure business continuity.

- BioNTech monitors the natural gas supply situation as part of its regular business continuity management and is evaluating possible additional energy supply measures. BioNTech's commercial production of its COVID-19 vaccine is currently run on natural gas, but the Company expects that it could be powered by alternative fuel sources without interruption, if needed. According to the Company's most recent information and analyses, commercial mRNA manufacturing in BioNTech's facilities is not expected to be impacted by a natural gas shortage, such as the current one. Nonetheless, the Company cannot predict with certainty the impact that a continuing or more severe natural gas shortage would have on its operations. BioNTech's R&D and clinical development activities are currently dependent on gas, and the Company is putting measures in place to mitigate related risks. BioNTech is also currently evaluating the impact to its partners, including Pfizer, suppliers and other service providers. BioNTech is proactively engaging with collaboration partners and governmental authorities to mitigate adverse impacts from any potential energy shortage.

**Environmental, Social, and Governance (ESG)**

The rating agency ISS ESG, part of the Institutional Shareholder Services group (ISS) reiterated BioNTech's "Prime" ESG rating. BioNTech improved its rating from "C+" to "B-" compared to the previous year and remains in the top 10% of the biopharmaceutical industry, according to the ISS ESG Rating.

**Conference Call and Webcast Information**

BioNTech invites investors and the general public to join a conference call and webcast with investment analysts on the same day at 8.00 a.m. EDT (2.00 p.m. CEST) to report its financial results and provide a corporate update for the second quarter of 2022.

To access the live conference call via telephone, please register via this link. Once registered, dial-in numbers and a pin number will be provided. It is recommended to register at least a day in advance.
The slide presentation and audio of the webcast will be available via this link.

Participants may also access the slides and the webcast of the conference call via the "Events & Presentations" page of the Investor Relations section of the Company's website at  https://biontech.de/. A replay of the webcast will be available shortly after the conclusion of the call and archived on the Company's website for 30 days following the call.

**About BioNTech**
Biopharmaceutical New Technologies (BioNTech) is a next generation immunotherapy company pioneering novel therapies for cancer and other serious diseases. The Company exploits a wide array of computational discovery and therapeutic drug platforms for the rapid development of novel biopharmaceuticals. Its broad portfolio of oncology product candidates includes individualized and off-the-shelf mRNA-based therapies, innovative chimeric antigen receptor T cells, bispecific immune checkpoint modulators, targeted cancer antibodies and small molecules. Based on its deep expertise in mRNA vaccine development and in-house manufacturing capabilities, BioNTech and its collaborators are developing multiple mRNA vaccine candidates for a range of infectious diseases alongside its diverse oncology pipeline. BioNTech has established a broad set of relationships with multiple global pharmaceutical collaborators, including Genmab, Sanofi, Genentech, a member of the Roche Group, Regeneron, Genevant, Fosun Pharma and Pfizer.
For more information, please visit www.BioNTech.de

**Forward-Looking Statements**
This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, as amended, including, but not limited to, statements concerning: BioNTech's expected revenues and net profit related to sales of BioNTech's COVID-19 vaccine, referred to as COMIRNATY$^{®}$ where approved for use under full or conditional marketing authorization, in territories controlled by BioNTech's collaboration partners, particularly for those figures that are derived from preliminary estimates provided by BioNTech's partners; BioNTech's pricing and coverage negotiations with governmental authorities, private health insurers and other third-party payors after BioNTech's initial sales to national governments; the future commercial demand and medical need for initial or booster doses of a COVID-19 vaccine; competition from other COVID-19 vaccines or related to BioNTech's other product candidates, including those with different mechanisms of action and different manufacturing and distribution constraints, on the basis of, among other things, efficacy, cost, convenience of storage and distribution, breadth of approved use, side-effect profile and durability of immune response; the rate and degree of market acceptance of BioNTech's COVID-19 vaccine and, if approved, BioNTech's investigational medicines; the initiation, timing, progress, results, and cost of BioNTech's research and development programs, including those relating to additional formulations of BioNTech's COVID-19 vaccine, and BioNTech's current and future preclinical studies and clinical trials, including statements regarding the timing of initiation and completion of studies or trials and related preparatory work, the period during which the results of the trials will become available and BioNTech's research and development programs; the timing of and BioNTech's ability to obtain and maintain regulatory approval for BioNTech's product candidates; the ability of BNT162b2 to prevent COVID-19 caused by emerging virus variants; BioNTech's and its counterparties ability to manage and source necessary energy resources; BioNTech's ability to identify research opportunities and discover and develop investigational medicines; the ability and willingness of BioNTech's third-party collaborators to continue research and development activities relating to BioNTech's development candidates and investigational medicines; the impact of the COVID-19 pandemic on BioNTech's development programs, supply chain, collaborators and financial performance; unforeseen safety issues and claims for personal injury or death arising from the use of BioNTech's COVID-19 vaccine and other products and product candidates developed or manufactured by us; BioNTech's ability to progress BioNTech's Malaria, Tuberculosis and HIV programs, including timing for selecting clinical candidates for these programs and the commencement of a clinical trial, as well as any data readouts; the development of sustainable vaccine production and supply solutions on the African continent, including its BioNTainers, and the nature and feasibility of these solutions; BioNTech's estimates of vaccine revenues, and projections of estimated research and development expenses, selling, general and administrative expenses, capital expenditures, and income taxes; BioNTech's ability and that of BioNTech's collaborators to commercialize and market BioNTech's product candidates, if approved, including BioNTech's COVID-19 vaccine; BioNTech's ability to manage BioNTech's development and expansion; regulatory developments in the United States and foreign countries; BioNTech's ability to effectively scale BioNTech's production capabilities and manufacture BioNTech's products, including BioNTech's target COVID-19 vaccine production levels, and BioNTech's product candidates; and other factors not known to BioNTech at this time. In some cases, forward-looking statements can be identified by terminology such as "will," "may," "should," "expects," "intends," "plans," "aims," "anticipates," "believes," "estimates," "predicts," "potential," "continue," or the negative of these terms or other comparable terminology, although not all forward-looking statements contain these words. The forward-looking statements in this press release are neither promises nor guarantees, and you should not place undue reliance on these forward-looking statements because they involve known and unknown risks, uncertainties, and other factors, many of which are beyond BioNTech's control and which could cause actual results to differ materially from those expressed or implied by these forward-looking statements. You should review the risks and uncertainties described under the heading "Risk Factors" in BioNTech's quarterly report on Form 6-K for the quarter ended June 30, 2022 and in subsequent filings made by BioNTech with the SEC, which are available on the SEC's website at  https://www.sec.gov/. Except as required by law, BioNTech disclaims any intention or responsibility for updating or revising any forward-looking statements contained in this press release in the event of new information, future developments or otherwise. These forward-looking statements are based on BioNTech's current expectations and speak only as of the date hereof.

**CONTACTS**

**Investor Relations**
Sylke Maas, Ph.D.
VP Investor Relations & Strategy
Tel: +49 (0)6131 9084 1074
E-mail: Investors@biontech.de

**Media Relations**
Jasmina Alatovic

VP Corporate Communications
Tel: +49 (0)6131 9084 1513
E-mail: Media@biontech.de

**Interim Condensed Consolidated Statements of Profit or Loss**

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | **2022** | **2021** | **2022** | **2021** |
| *(in millions, except per share data)* | *(unaudited)* | *(unaudited)* | *(unaudited)* | *(unaudited)* |
| Revenues | | | | |
| Commercial revenues | €3,166.3 | €5,280.5 | €9,528.5 | €7,3 08.0 |
| Research & development revenues | 30.2 | 28.0 | 42.6 | 48.9 |
| **Total revenues** | **€3,196.5** | **€5,308.5** | **€9,571.1** | **€7,356.9** |
| Cost of sales | (764.6) | (883.8) | (2,058.7) | (1,116.9) |
| Research and development expenses | (399.6) | (201.1) | (685.4) | (417.3) |
| Sales and marketing expenses | (17.8) | (13.3) | (32.1) | (22.0) |
| General and administrative expenses | (130.0) | (47.8) | (220.8) | (86.7) |
| Other operating expenses | (240.7) | (0.3) | (309.5) | (0.9) |
| Other operating income | 565.8 | 36.2 | 697.7 | 147.5 |
| **Operating income** | **€2,209.6** | **€4,198.4** | **€6,962.3** | **€5,860.6** |
| Finance income | 115.5 | 0.3 | 387.6 | 24.8 |
| Finance expenses | (5.8) | (175.9) | (12.5) | (220.3) |
| **Profit before tax** | **€2,319.3** | **€4,022.8** | **€7,337.4** | **€5,665.1** |
| Income taxes | (647.3) | (1,235.6) | (1,966.6) | (1,749.8) |
| **Profit for the period** | **€1,672.0** | **€2,787.2** | **€5,370.8** | **€3,915.3** |
| **Earnings per share** | | | | |
| Basic profit for the period per share | €6.86 | €11.42 | €22.00 | €16.07 |
| Diluted profit for the period per share | €6.45 | €10.77 | €20.69 | €15.14 |

**Interim Condensed Consolidated Statements of Financial Position**

| | June 30, 2022 | December 31, 2021 |
|---|---|---|
| *(in millions)* | | |
| **Assets** | *(unaudited)* | |
| **Non-current assets** | | |
| Intangible assets | €221.4 | €202.4 |
| Property, plant and equipment | 420.4 | 322.5 |
| Right-of-use assets | 243.7 | 197.9 |
| Other financial assets | 51.5 | 21.3 |
| Other assets | 0.9 | 0.8 |
| Deferred expenses | 9.4 | 13.6 |
| **Total non-current assets** | **€947.3** | **€758.5** |
| **Current assets** | | |
| Inventories | 367.7 | 502.5 |
| Trade and other receivables | 10,382.9 | 12,381.7 |
| Other financial assets | 0.1 | 381.6 |
| Other assets | 46.6 | 64.9 |
| Income tax assets | 0.4 | 0.4 |
| Deferred expenses | 75.6 | 48.5 |
| Cash and cash equivalents | 9,334.8 | 1,692.7 |
| **Total current assets** | **€20,208.1** | **€15,072.3** |
| **Total assets** | **€21,155.4** | **€15,830.8** |
| **Equity and liabilities** | | |
| **Equity** | | |
| Share capital | 248.6 | 246.3 |
| Capital reserve | 1,689.8 | 1,674.4 |

| | | |
|---|---:|---:|
| Treasury shares | (5.9) | (3.8) |
| Retained earnings | 14,769.4 | 9,882.9 |
| Other reserves | 128.8 | 93.9 |
| **Total equity** | **€16,830.7** | **€11,893.7** |
| **Non-current liabilities** | | |
| Loans and borrowings | 206.6 | 171.6 |
| Other financial liabilities | 6.1 | 6.1 |
| Income tax liabilities | 6.8 | 4.4 |
| Provisions | 7.3 | 184.9 |
| Contract liabilities | 55.9 | 9.0 |
| Other liabilities | 17.9 | 12.8 |
| Deferred tax liabilities | 100.4 | 66.7 |
| **Total non-current liabilities** | **€401.0** | **€455.5** |
| **Current liabilities** | | |
| Loans and borrowings | 32.3 | 129.9 |
| Trade payables | 291.1 | 160.0 |
| Other financial liabilities | 807.3 | 1,190.4 |
| Government grants | 3.0 | 3.0 |
| Refund liabilities | — | 90.0 |
| Income tax liabilities | 1,417.9 | 1,568.9 |
| Provisions | 596.2 | 110.2 |
| Contract liabilities | 656.3 | 186.1 |
| Other liabilities | 119.6 | 43.1 |
| **Total current liabilities** | **€3,923.7** | **€3,481.6** |
| **Total liabilities** | **€4,324.7** | **€3,937.1** |
| **Total equity and liabilities** | **€21,155.4** | **€15,830.8** |

**Interim Condensed Consolidated Statements of Cash Flows**

| | Three months ended June 30, | | Six months ended June, 30 | |
|---|---:|---:|---:|---:|
| | **2022** | **2021** | **2022** | **2021** |
| *(in millions)* | *(unaudited)* | *(unaudited)* | *(unaudited)* | *(unaudited)* |
| **Operating activities** | | | | |
| Profit for the period | €1,672.0 | €2,787.2 | €5,370.8 | €3,915.3 |
| Income taxes | 647.3 | 1,235.6 | 1,966.6 | 1,749.8 |
| **Profit before tax** | **€2,319.3** | **€4,022.8** | **€7,337.4** | **€5,665.1** |
| Adjustments to reconcile profit before tax to net cash flows: | | | | |
| Depreciation and amortization of property, plant, equipment, intangible assets and right-of-use assets | 33.2 | 16.4 | 60.8 | 29.4 |
| Share-based payment expense | 12.6 | 22.0 | 22.0 | 39.3 |
| Net foreign exchange differences | (344.6) | (70.1) | (338.5) | (101.3) |
| Gain on disposal of property, plant and equipment | 0.2 | 0.2 | 0.2 | 0.4 |
| Finance income | (1.5) | (0.3) | (218.8) | (0.6) |
| Finance expense | 5.8 | 175.6 | 12.5 | 220.3 |
| Movements in government grants | — | (20.9) | — | (88.8) |
| Net loss on derivative instruments at fair value through profit or loss | 86.5 | — | 84.6 | — |
| Working capital adjustments: | | | | |
| Decrease / (increase) in trade and other receivables, contract assets and other assets | 3,174.8 | (4,651.0) | 2,771.3 | (6,751.5) |
| Decrease / (increase) in inventories | 91.6 | (158.5) | 134.8 | (241.3) |
| (Decrease) / increase in trade payables, other financial liabilities, other liabilities, contract liabilities, refund liabilities and provisions | (663.1) | 565.5 | 194.4 | 821.0 |
| Interest received | 1.5 | 0.3 | 2.2 | 0.6 |
| Interest paid | (5.8) | (2.1) | (12.2) | (3.9) |
| Income tax paid | (791.4) | (0.2) | (2,081.4) | (0.3) |
| **Net cash flows from / (used in) operating activities** | **€3,919.1** | **€(100.3)** | **€7,969.3** | **€(411.6)** |
| **Investing activities** | | | | |
| Purchase of property, plant and equipment | (70.6) | (25.9) | (114.7) | (47.6) |
| Proceeds from sale of property, plant and equipment | — | 0.3 | — | 1.2 |
| Purchase of intangible assets and right-of-use assets | (4.8) | (4.2) | (21.5) | (11.7) |

| | | | | |
|---|---|---|---|---|
| Purchase of financial instruments | (3.0) | — | (30.0) | — |
| Proceeds from maturity of other financial assets | — | — | 375.2 | — |
| **Net cash flows from / (used in) investing activities** | **€(78.4)** | **€(29.8)** | **€209.0** | **€(58.1)** |
| | | | | |
| **Financing activities** | | | | |
| Proceeds from issuance of share capital and treasury shares, net of costs | — | 160.9 | 110.5 | 160.9 |
| Proceeds from loans and borrowings | 0.2 | — | 0.2 | — |
| Repayment of loans and borrowings | — | (0.7) | (18.8) | (1.4) |
| Payments related to lease liabilities | (10.5) | (7.3) | (21.9) | (11.1) |
| Share repurchase program | (286.9) | — | (286.9) | — |
| Dividends | (484.3) | — | (484.3) | — |
| **Net cash flows from / (used in) financing activities** | **€(781.5)** | **€152.9** | **€(701.2)** | **€148.4** |
| | | | | |
| Net increase / (decrease) in cash and cash equivalents | 3,059.2 | 22.8 | 7,477.1 | (321.3) |
| Change in cash and cash equivalents resulting from exchange rate differences | 111.5 | (0.2) | 165.0 | 25.2 |
| Cash and cash equivalents at the beginning of the period | 6,164.1 | 891.5 | 1,692.7 | 1,210.2 |
| **Cash and cash equivalents at June 30** | **€9,334.8** | **€914.1** | **€9,334.8** | **€914.1** |

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 6-K

**REPORT OF FOREIGN PRIVATE ISSUER PURSUANT TO RULE 13a‑16 OR 15d‑16
UNDER THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE MONTH OF AUGUST 2022**

**COMMISSION FILE NUMBER 001-39081**

# BioNTech SE

(Translation of registrant's name into English)

**An der Goldgrube 12
D-55131 Mainz
Germany
+49 6131-9084-0**

(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover Form 20-F or Form 40-F: Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

**DOCUMENTS INCLUDED AS PART OF THIS FORM 6-K**

On August 8, 2022, BioNTech SE (the "Company") provided a development update and reported its financial results for the three and six months ended June 30, 2022. The interim condensed consolidated financial statements as well as the operating and financial review and prospects of the Company, for the three months and six months ended June 30, 2022, are attached hereto as Exhibit 99.1 and shall be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act") and incorporated by reference herein.

**SIGNATURE**

Pursuant to the requirements of s the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**BioNTech SE**

By:   /s/ Jens Holstein
       Name: Jens Holstein
       Title: Chief Financial Officer

Date: August 8, 2022

**EXHIBIT INDEX**

<u>Exhibit</u>      <u>Description of Exhibit</u>

99.1      <u>Quarterly Report for the Three and Six Months Ended June 30, 2022</u>

# BIONTECH



**BioNTech SE**

**Quarterly Report BioNTech SE for the Three And Six Months Ended June 30, 2022**

counterparties and governmental authorities to address any potential risks at an early stage to mitigate any impacts due to an energy shortage.

**3    Revenues from Contracts with Customers**

**Disaggregated information on revenues**

Set out below is the disaggregation of our revenues from contracts with customers:

| (in millions) | Three months ended June 30, 2022 | Three months ended June 30, 2021 | Six months ended June 30, 2022 | Six months ended June 30, 2021 |
|---|---:|---:|---:|---:|
| **Commercial revenues** | **€3,166.3** | **€5,280.5** | **€9,528.5** | **€7,308.0** |
| COVID-19 vaccine revenues | 3,152.7 | 5,266.0 | 9,505.8 | 7,281.6 |
| *Sales to collaboration partners*[(1)] | *608.3* | *138.1* | *1,211.5* | *202.0* |
| *Direct product sales to customers* | *557.0* | *1,035.6* | *1,720.1* | *1,235.4* |
| *Share of collaboration partners' gross profit and sales milestones* | *1,987.4* | *4,092.3* | *6,574.2* | *5,844.2* |
| Other sales | 13.6 | 14.5 | 22.7 | 26.4 |
| **Research & development revenues from collaborations** | **€30.2** | **€28.0** | **€42.6** | **€48.9** |
| **Total** | **€3,196.5** | **€5,308.5** | **€9,571.1** | **€7,356.9** |

(1)    Represents sales to our collaboration partners of products manufactured by us.

**Commercial Revenues**

During the three and six months ended June 30, 2022 and 2021, commercial revenues were recognized from the supply and sales of our COVID-19 vaccine worldwide. We are the marketing authorization holder in the United States, the European Union, the United Kingdom, Canada and other countries, and holder of emergency use authorizations or equivalents in the United States (jointly with Pfizer Inc., or Pfizer) and other countries; submissions to pursue regulatory approvals in those countries where emergency use authorizations or equivalent were initially granted are ongoing. Pfizer has marketing and distribution rights worldwide with the exception of China, Germany and Turkey. Fosun Pharma has marketing and distribution rights in China, Hong Kong special administrative region, or SAR, Macau SAR and the region of Taiwan. The allocation of marketing and distribution rights defines territories in which the collaboration partners act as a principal.

Whenever responsibilities in the manufacturing and supply process of the COVID-19 vaccine shift and our COVID-19 vaccine is transferred, the vaccine is sold from one partner to the other. During the three and six months ended June 30, 2022, we recognized €608.3 million and €1,211.5 million of revenues, respectively, from selling drug product batches manufactured by us to our partners. During the comparative periods, three and six months ended June 30, 2021, the revenues derived from sales to collaboration partners amounted to €138.1 million and €202.0 million were recognized, respectively.

By supplying our territories during the three and six months ended June 30, 2022, we recognized €557.0 million and €1,720.1 million of revenues, respectively, from direct COVID-19 vaccine sales in Germany and Turkey. During the comparative periods, three and six months ended June 30, 2021, recognized revenues derived from those sales amounted to €1,035.6 million and €1,235.4 million, respectively. The share of gross profit that we owe our collaboration partner Pfizer based on our sales is recognized as cost of sales. During the three months ended June 30, 2022 an upfront payment of €564.4 million became due and was recognized as current contract liability in our unaudited interim condensed consolidated statements of financial position.

Based on COVID-19 vaccine sales in the collaboration partners' territories, we are eligible to receive a share of their gross profit which represents a net figure and is recognized as collaboration revenues during the commercial phase together with sales milestones that are recorded once the underlying thresholds are met. During the three months ended June 30, 2022, €1,987.4 million gross profit share was recognized as revenues. During the comparative period, three months ended June 30, 2021, €3,923.7 million gross profit share and €168.6 million of sales milestones were recognized as revenues. During the six months ended June 30, 2022, €6,574.2 million of gross profit share were recognized. During the comparative period, six months ended June 30, 2021, €5,428.4 million of gross profit share and €415.8 million of sales milestones were recognized as revenues. In order to determine our share of our collaboration partners' gross profits, we used certain information from the collaboration partners, some of which is based on preliminary data shared

10

BIONTECH

between the partners and might vary once final data is available. The true-up recognized prospectively during the three and six months ended June 30, 2022 and 2021, with respect to the previous period, was not material.

**Research & Development Revenues from Collaborations**

During the three and six months ended June 30, 2022 and 2021, research and development revenues were mainly derived from our collaborations with Sanofi S.A. and Genentech Inc., or Genentech. In addition, during the six months ended June 30, 2022, we entered into a new research, development and commercialization collaboration with Pfizer to develop a potential first mRNA-based vaccine for the prevention of shingles (herpes zoster virus, or HZV). Under the terms of the agreement, an amount of €67.5 million was classified as upfront payment and recognized as contract liability in our unaudited interim condensed consolidated statements of financial position. The amount is recognized as revenues upon advancement of research and development activities.

Revenues from contracts with customers were recognized as follows:

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| (in millions) | 2022 | 2021 | 2022 | 2021 |
| Timing of revenue recognition | | | | |
| Goods and services transferred at a point in time | €1,177.6 | €1,186.3 | €2,951.0 | €1,459.7 |
| Goods and services transferred over time | 31.5 | 29.9 | 45.9 | 53.0 |
| Revenue recognition applying the sales-based or usage-based royalty recognition constraint model[1] | 1,987.4 | 4,092.3 | 6,574.2 | 5,844.2 |
| **Total** | **€3,196.5** | **€5,308.5** | **€9,571.1** | **€7,356.9** |

[1]   Represents sales based on the share of the collaboration partners' gross profit and sales milestones.

## 4    Income and Expenses

### 4.1    Cost of Sales

The cost of sales recognized during the three and six months ended June 30, 2022 and 2021 are shown in the following table:

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| (in millions) | 2022 | 2021 | 2022 | 2021 |
| Cost of sales related to COVID-19 vaccine revenues | €753.3 | €872.1 | €2,041.6 | €1,095.3 |
| Cost related to other sales | 11.3 | 11.7 | 17.1 | 21.6 |
| **Total** | **€764.6** | **€883.8** | **€2,058.7** | **€1,116.9** |

### 4.2    Research and Development Expenses

The research and development expenses recognized during the three and six months ended June 30, 2022 and 2021 are shown in the following table:

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| (in millions) | 2022 | 2021 | 2022 | 2021 |
| Purchased services | €230.0 | €99.9 | €361.4 | €241.8 |
| Wages, benefits and social security expense | 85.5 | 68.2 | 156.3 | 115.7 |
| Laboratory supplies | 48.1 | 16.5 | 105.7 | 27.9 |
| Depreciation and amortization | 11.6 | 7.1 | 22.4 | 14.6 |
| Other | 24.4 | 9.4 | 39.6 | 17.3 |
| **Total** | **€399.6** | **€201.1** | **€685.4** | **€417.3** |

**BIONTECH**

**4.3    General and Administrative Expenses**

The general and administrative expenses recognized during the three and six months ended June 30, 2022 and 2021 are shown in the following table:

| (in millions) | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | **2022** | **2021** | **2022** | **2021** |
| Wages, benefits and social security expense | €43.0 | €17.1 | €70.5 | €31.4 |
| Purchased services | 34.6 | 11.5 | 64.9 | 23.5 |
| IT and office equipment | 22.5 | 5.4 | 33.8 | 8.0 |
| Insurance premiums | 8.5 | 4.4 | 14.5 | 8.7 |
| Other | 21.4 | 9.4 | 37.1 | 15.1 |
| **Total** | **€130.0** | **€47.8** | **€220.8** | **€86.7** |

**4.4    Other Operating Expenses**

The other operating expenses recognized during the three and six months ended June 30, 2022 and 2021 are shown in the following table:

| (in millions) | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | **2022** | **2021** | **2022** | **2021** |
| Loss on derivative instruments at fair value through profit or loss | €229.7 | €— | €299.0 | — |
| Other | 11.0 | 0.3 | 10.5 | 0.9 |
| **Total** | **€240.7** | **€0.3** | **€309.5** | **€0.9** |

The loss on derivative instruments at fair value through profit or loss related to foreign exchange forward contracts that did not qualify for hedge accounting (see Note 6).

**4.5    Other Operating Income**

The other operating income recognized during the three and six months ended June 30, 2022 and 2021 is shown in the following table:

| (in millions) | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | **2022** | **2021** | **2022** | **2021** |
| Foreign exchange differences, net | €517.0 | €34.4 | €641.0 | €75.1 |
| Government grants | — | 0.1 | — | 68.0 |
| Other | 48.8 | 1.7 | 56.7 | 4.4 |
| **Total** | **€565.8** | **€36.2** | **€697.7** | **€147.5** |

The foreign exchange differences included in operating income primarily arose from valuing our U.S. dollar denominated trade receivables which mainly resulted from our COVID-19 collaboration with Pfizer, compensated by the foreign exchange rate effects of our U.S. dollar denominated trade payables as well as our U.S. dollar denominated other financial liabilities which mainly resulted from obligations incurred from our license agreements.

12

**4.6    Finance Income**

The finance income recognized during the three and six months ended June 30, 2022 and 2021 is shown in the following table:

| (in millions) | Three months ended June 30, 2022 | 2021 | Six months ended June 30, 2022 | 2021 |
|---|---|---|---|---|
| Foreign exchange differences, net | €114.0 | €— | €168.8 | €24.2 |
| Interest income | 1.5 | 0.3 | 2.0 | 0.6 |
| Fair value adjustments of financial instruments measured at fair value | — | — | 216.8 | — |
| **Total** | **€115.5** | **€0.3** | **€387.6** | **€24.8** |

The foreign exchange differences included in finance income primarily arose from valuing our U.S. dollar denominated cash and cash equivalents.

The fair value adjustments were derived from remeasuring the derivative embedded in our convertible note (see Note 6) and are reflecting the change in the derivative's fair value related to the equity investment of Pfizer mainly derived from our share price development between contract signing and closing (see Note 8).

**4.7    Finance Expenses**

The finance expenses recognized during the three and six months ended June 30, 2022 and 2021 are shown in the following table:

| (in millions) | Three months ended June 30, 2022 | 2021 | Six months ended June 30, 2022 | 2021 |
|---|---|---|---|---|
| Interest expenses related to financial assets | €5.1 | €— | €8.3 | €— |
| Interest expenses related to lease liabilities | 0.7 | 0.5 | 1.6 | 1.2 |
| Amortization of financial instruments | — | 4.7 | 2.6 | 7.2 |
| Fair value adjustments of financial instruments measured at fair value | — | 170.4 | — | 211.9 |
| Foreign exchange differences, net | — | 0.3 | — | — |
| **Total** | **€5.8** | **€175.9** | **€12.5** | **€220.3** |

The fair value adjustments were derived from remeasuring the derivative embedded in our convertible note (see Note 6).

**5    Income Tax**

For the six months ended June 30, 2022 and 2021, income taxes were calculated based on the best estimate of the weighted average annual income tax rates expected for the full financial years (estimated annual effective income tax rates) on ordinary income before tax plus the tax effect of any discrete items. For the six months ended June 30, 2022 and 2021, our effective income tax rates were approximately 26.8% and 30.9%, respectively. The effective income tax rate decreased in part due to average trade tax rates in Mainz, Marburg and Idar-Oberstein decreasing from 2022 onward. During the three and six months ended June 30, 2022, current income taxes were recognized with respect to the German tax group. Deferred tax effects were recognized with respect to identified discrete items. In addition, the non-tax effective fair value measurement of the convertible note was considered as permanent difference for the six months ended June 30, 2022. As of June 30, 2022, we continue to maintain a valuation allowance against deferred tax assets of our U.S. tax group as there is not sufficient probability in terms of IAS 12 that there will be future taxable profits available against which the unused tax losses and temporary differences can be utilized.

 

The income taxes recognized during the three and six months ended June 30, 2022 and 2021 are shown in the following table:

| (in millions) | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | 2022 | 2021 | 2022 | 2021 |
| Current income taxes | €597.8 | €1,257.0 | €1,932.9 | €1,752.1 |
| Deferred taxes | 49.5 | (21.4) | 33.7 | (2.3) |
| **Income taxes** | **€647.3** | **€1,235.6** | **€1,966.6** | **€1,749.8** |

## 6   Financial Assets and Financial Liabilities

### Financial Assets

Set out below is an overview of financial assets, other than cash and cash equivalents, held as of June 30, 2022 and December 31, 2021.

| (in millions) | June 30, 2022 | December 31, 2021 |
|---|---|---|
| **Derivatives not designated as hedging instruments** | | |
| Foreign exchange forward contracts | €— | €5.7 |
| **Equity instruments designated at fair value through OCI** | | |
| Non-listed equity investments | 46.5 | 19.5 |
| **Financial assets at amortized cost** | | |
| Trade and other receivables | 10,382.9 | 12,381.7 |
| Cash deposit with an original term of six months | — | 375.2 |
| Other financial assets | 5.1 | 2.5 |
| **Total** | **€10,434.5** | **€12,784.6** |
| Total current | 10,383.0 | 12,763.3 |
| Total non-current | 51.5 | 21.3 |

### Equity Instruments Designated at Fair Value through Other Comprehensive Income

Equity investments generally are made in conjunction with our existing commercial partnerships. In accordance with IFRS 9 we elected to present gains and losses on our equity investments in other comprehensive income to avoid fluctuation to be disclosed in our unaudited interim condensed consolidated statements of profit or loss. During the six months ended June 30, 2022, no material gains and losses on our equity investments have occurred.

### Financial Assets at Amortized Cost

Trade and other receivables slightly decreased and predominantly comprise trade receivables from our COVID-19 collaboration with Pfizer as well as our direct product sales to customers in our territory. The contractual settlement of the gross profit share has a temporal offset of more than one calendar quarter. As Pfizer's fiscal quarter for subsidiaries outside the United States differs from ours, it creates an additional time lag between the recognition of revenues and the payment receipt. Consequently, as of June 30, 2022, our trade receivables included trade receivables which related to the gross profit share for the first and second quarter of 2022. The payment settling our gross profit share for the first quarter of 2022 (as defined by the contract) was received from our collaboration partner in July 2022, subsequent to the end of the reporting period. Of our trade receivables outstanding as of June 30, 2022, we collected €5,581.1 million in cash as of July 15, 2022.

**Financial Liabilities**

Set forth below is an overview of financial liabilities, other financial liabilities and trade payables held as of June 30, 2022 and December 31, 2021.

**Loans and borrowings**

| (in millions) | June 30, 2022 | December 31, 2021 |
|---|---|---|
| Lease liabilities | €237.4 | €181.6 |
| Convertible note – host contract[1] | — | 99.7 |
| Loans and borrowings | 1.5 | 20.2 |
| **Total** | **€238.9** | **€301.5** |
| Total current | 32.3 | 129.9 |
| Total non-current | 206.6 | 171.6 |

[1]  The convertible note was fully redeemed by exercising our early redemption option as of March 1, 2022, the redemption date.

**Other financial liabilities**

| (in millions) | June 30, 2022 | December 31, 2021 |
|---|---|---|
| **Derivatives not designated as hedging instruments** | | |
| Convertible note – embedded derivative[1] | €— | €308.7 |
| Foreign exchange forward contracts | 141.9 | 63.0 |
| **Financial liabilities at fair value through profit or loss** | | |
| Contingent consideration | 6.1 | 6.1 |
| **Total financial liabilities at fair value** | **€148.0** | **€377.8** |
| | | |
| **Trade payables and other financial liabilities at amortized cost, other than loans and borrowings** | | |
| Trade payables | 291.1 | 160.0 |
| Other financial liabilities | 665.4 | 818.7 |
| **Total trade payables and other financial liabilities at amortized cost, other than loans and borrowings** | **€956.5** | **€978.7** |
| | | |
| **Total other financial liabilities** | **€1,104.5** | **€1,356.5** |
| Total current | 1,098.4 | 1,350.4 |
| Total non-current | 6.1 | 6.1 |

[1]  The convertible note was fully redeemed by exercising our early redemption option as of March 1, 2022, the redemption date.

**Total financial liabilities**

| (in millions) | June 30, 2022 | December 31, 2021 |
|---|---|---|
| Loans and borrowings | €238.9 | €301.5 |
| Other financial liabilities | 1,104.5 | 1,356.5 |
| **Total** | **€1,343.4** | **€1,658.0** |
| Total current | 1,130.7 | 1,480.3 |
| Total non-current | 212.7 | 177.7 |

***Loans and Borrowings and Derivatives Not Designated as Hedging Instrument***

*Convertible Note*

In February 2022, we gave notice to a fund associated with Temasek Capital Management Pte. Ltd., or Temasek, of the exercise of our early redemption option and the full redemption of our convertible note as of March 1, 2022, the redemption date. As of the redemption date, the conversion features provided for in the contract initially identified as a

BIONTECH

combined embedded derivative were finally measured at fair value through profit and loss and recognized as finance income in our unaudited interim condensed consolidated statements of profit or loss (see Note 4.6). During April 2022, the early redemption was fulfilled by issuing the number of our ordinary shares calculated pursuant to the early redemption provisions of the convertible note (see Note 8), plus paying a fractional share and accrued but unpaid interest up to (but excluding) the redemption date.

*Foreign Exchange Forward Contracts*

Derivatives not designated as hedging instruments reflect the fair value of those foreign exchange forward contracts that were outstanding as of June 30, 2022 and were entered into to manage some of our transaction exposures. The foreign exchange forward contracts are intended to reduce the level of foreign currency risk related to trade receivables denominated in U.S. dollar. The fair value adjustments derived from remeasuring the foreign exchange forward contracts during the three and six months ended June 30, 2022 were recognized as other operating expenses in our unaudited interim condensed consolidated statements of profit or loss (see Note 4.4).

***Other Financial Liabilities at Amortized Cost***

Other financial liabilities increased mainly due to obligations incurred from our license agreements.

**Risk Management Activities**

No changes have occurred regarding our risk management activities as disclosed in the notes to our audited consolidated financial statements included in our Annual Report on Form 20-F as of and for the year ended December 31, 2021.

**Fair Values**

Fair values of cash and cash equivalents, trade receivables, trade payables, and other current financial assets and liabilities approximate their carrying amounts largely due to the short-term maturities of these instruments.

The fair values of financial instruments measured at fair value are reassessed on a quarterly basis. The money market funds, or MMFs, which are recognized as cash and cash equivalents in the amount of €2,943.4 million as of June 30, 2022, are valued using quoted prices on the valuation date in active markets (Level 1). The change in the derivative's fair value related to the equity investment of Pfizer (see Note 8) was derived from our share price development between contract signing and closing (Level 1). As described above, as of the redemption date, the fair value of the derivative embedded in our convertible note was finally assessed by applying the Cox-Rubinstein binomial tree model which is based on significant observable inputs (Level 2) and described in further detail in Note 12 to our audited consolidated financial statements included in our Annual Report on Form 20-F as of and for the year ended December 31, 2021. The foreign exchange forward contracts are valued using valuation techniques, which employ the use of foreign exchange spot and forward rates (Level 2). The fair values of non-listed equity investments are measured based on observable inputs e.g. based on multiple analyses (Level 2). The initial fair value of the contingent consideration determined at acquisition was based on cash flow projections (unobservable Level 3 input factors) and remains valid since no changes of the underlying performance criteria have occurred.

## 7    Inventories

Set out below is an overview of inventories held as of June 30, 2022 and December 31, 2021.

| (in millions) | June 30, 2022 | December 31, 2021 |
|---|---:|---:|
| Raw materials and supplies | €264.0 | €248.3 |
| Unfinished goods | 95.4 | 84.5 |
| Finished goods | 8.3 | 169.7 |
| **Total** | **€367.7** | **€502.5** |

During three and six months ended June 30, 2022, inventory write-offs and reserves related to our COVID-19 vaccine amounting to €247.1 million and €403.1 million, respectively, were recognized in cost of sales as a result of the planned introduction of a new COVID-19 vaccine formulation and the potential switch from the BNT162b2 vaccine to an Omicron-adapted bivalent vaccine. During the comparative periods, three and six months ended June 30, 2021 no inventory write-offs were recorded.

16

**BIONTECH**

---

**8    Issued Capital and Reserves**

In January 2022, we announced a new research, development and commercialization collaboration with Pfizer to develop a potential first mRNA-based vaccine for the prevention of shingles (herpes zoster virus, or HZV). In connection with this collaboration, Pfizer has agreed to make an equity investment and acquired 497,727 ordinary shares paying a total amount of €110.6 million. The issuance of 497,727 ordinary shares with the nominal amount of €0.5 million was registered with the commercial register (*Handelsregister*) on March 24, 2022. The equity investment which was issued in a foreign currency represents a derivative from the date of signing until the date of closing of the transaction. From the fair value measurement of this derivative €43.0 million were recognized in finance income in our unaudited interim condensed consolidated statements of profit or loss during the six months ended June 30, 2022. At closing date, in February 2022, this derivative and the agreed investment amount were recognized in our capital reserve and, taking an increase in share capital of €0.5 million into account, led to a net increase of the capital reserve of €67.1 million in our unaudited interim condensed consolidated statements of financial position.

In March 2022, we redeemed our convertible note by exercising our early redemption option and reclassified the convertible note host contract as well as the embedded derivative which previously were recognized as separate financial liabilities into our capital reserve (see Note 6). In April 2022, the early redemption was fulfilled by issuing 1,744,392 ordinary shares. The nominal amount of €1.7 million was recorded in share capital and, finally, as a result of the transaction, the capital reserve increased by €233.2 million in our unaudited interim condensed consolidated statements of financial position. The declaratory registration with the commercial register (*Handelsregister*) was made on May 20, 2022.

In March 2022, our Management Board and Supervisory Board authorized a share repurchase program of American Depositary Shares, or ADSs, pursuant to which we may repurchase ADSs in the amount of up to $1.5 billion over the next two years. On May 2, 2022, the first tranche of our share repurchase program of ADSs, with a value of up to $1.0 billion, commenced. During the three months ended June 30, 2022, 2,078,207 ADSs were repurchased at an average price of $145.65, for total consideration of $302.7 million (€286.9 million). As a result of these repurchases, treasury shares changed by €2.1 million and the capital reserve decreased by €284.8 million.

In June 2022, at the Annual General Meeting, our shareholders approved the proposed special cash dividend of €2.00 per ordinary share (including those held in the form of ADSs), which led to an aggregate payment of €484.3 million.

17

**9   Share-Based Payments**

**Expenses Arising from Share-Based Payment Arrangements**

During the three and six months ended June 30, 2022 and 2021, the following share-based payment arrangements led to the expenses recognized for services received during the respective periods as shown in the following table:

| (in millions) | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | **2022** | **2021** | **2022** | **2021** |
| Expense arising from equity-settled share-based payment arrangements | €12.8 | €17.3 | €25.0 | €32.5 |
| *Employee Stock Ownership Plan* | *4.5* | *7.1* | *9.2* | *11.6* |
| *Chief Executive Officer Grant* | *0.9* | *1.6* | *1.8* | *3.3* |
| *Management Board Grant* | *1.7* | *0.4* | *2.7* | *0.9* |
| *BioNTech 2020 Employee Equity Plan for Employees Based Outside North America* | *5.7* | *8.2* | *11.3* | *16.7* |
| (Income) / expense arising from cash-settled share-based payment arrangements | 2.0 | 9.8 | — | 11.9 |
| *Employee Stock Ownership Plan* | *0.5* | *—* | *0.3* | *—* |
| *Management Board Grant* | *(0.4)* | *1.2* | *(1.2)* | *1.3* |
| *BioNTech Restricted Stock Unit Plan for North America Employees* | *1.9* | *8.6* | *0.9* | *10.6* |
| **Total** | **€14.8** | **€27.1** | **€25.0** | **€44.4** |
| | | | | |
| Cost of sales | 0.7 | 1.9 | 1.5 | 3.6 |
| Research and development expenses | 9.7 | 18.8 | 17.0 | 30.9 |
| Sales and marketing expenses | 0.3 | 0.3 | 0.4 | 0.3 |
| General and administrative expenses | 4.1 | 6.1 | 6.1 | 9.6 |
| **Total** | **€14.8** | **€27.1** | **€25.0** | **€44.4** |

**Changes in Share-Based Payment Arrangements**

New share-based payment arrangements and material changes to arrangements that occurred during the three and six months ended June 30, 2022 are shown below. A detailed description of our share-based payment arrangements is included in Note 17 to our audited consolidated financial statements included in our Annual Report on Form 20-F as of and for the year ended December 31, 2021.

*BioNTech 2020 Employee Equity Plan for Employees Based Outside North America (Equity-Settled)*

In December 2020, we approved the BioNTech 2020 Employee Equity Plan for employees based outside North America, or the European Plan. Under the European Plan, Restricted Cash Units, or RSUs, are offered to our employees. Following the initial issuance of RSUs for the calendar year 2020 in what we refer to as the LTI 2020 program, and, for employees who did not participate in the Employee Stock Ownership Plan, or ESOP, the LTI-plus program, as of the grant date in January 2022, the European Plan was implemented again for the calendar year 2021 by entering into award agreements with our employees, which we refer to as the LTI 2021 program. RSUs issued under the LTI 2021 program vest annually in equal installments after four years commencing in December 2021. As we have the

18

ability to determine the method of settlement, the program was classified as equity-settled. The cost of the awards will be recognized over the service period, applying the graded vesting method.

Set out below is an overview of the RSUs granted and subsequent changes to RSUs outstanding during the six months ended June 30, 2022.

| | Restricted stock units | Weighted average fair value (€) |
|---|---|---|
| Outstanding under LTI 2020 and LTI-plus program as of January 1, 2022 | 614,427 | 78.61 |
| Granted under LTI 2021 program | 109,202 | 203.22 |
| Forfeited | (9,455) | 203.22 |
| **As of June 30, 2022** | **714,174** | **97.34** |

The fair value of the awards is based upon the price of our ADSs representing ordinary shares at grant date. A retention assumption is applied when estimating the number of equity instruments for which service conditions are expected to be satisfied and will be revised in case material differences arise. Ultimately, a true-up to the number satisfied until settlement date will be recorded.

*Management Board Grant (partly Equity-Settled, partly Cash-Settled)*

With effect as of March 1, 2022, the service agreement with Prof. Özlem T✔reci, M.D. (Chief Medical Officer (CMO)) was renewed until May 31, 2025. With effect as of April 1, 2022, the service agreement with Sean Marett (Chief Business Officer (CBO) and Chief Commercial Officer (CCO)) was renewed until December 31, 2024. The short-term and long-term incentive compensation provided for by the extended term of the service agreements is in line with the provisions of the original terms and those of our other Management Board members as described in further detail in Note 17 to our audited consolidated financial statements included in our Annual Report on Form 20-F as of and for the year ended December 31, 2021 and has been reflected when accounting for the share-based payment arrangements during the three and six months ended June 30, 2022.

In May 2022, the allocation date, phantom options equivalent to the number of options the Management Board members would have been entitled to receive for the 2022 year were allocated under the Management Board Grant which led to a modification from equity-settled to cash-settled share-based payment arrangement and a reclassification of €3.5 million between equity and non-current other liabilities. The awards are expected to be granted to the Management Board via individual grant agreements which will outline specific terms relating to the exercise of the Phantom Options. Those agreements will include the provisions that are in line with general provisions of our Management Board Grant as outlined in our Annual Report on Form 20-F as of and for the year ended December 31, 2021. The rights to receive options in future years remain determined as equity-settled, share-based payment arrangements.

The phantom options allocated to BioNTech's Management Board as of May 2022 allocation date are presented in the tables below.

| Phantom options outstanding | Allocation date May 2022 |
|---|---|
| Prof. Ugur Sahin, M.D. | 19,997 |
| Sean Marett | 14,664 |
| Dr. Sierk Poetting | 14,664 |
| Prof. Özlem T✔reci, M.D. | 14,664 |
| Ryan Richardson | 7,465 |
| Jens Holstein | 14,664 |

*Measurement of Fair Values*

Under this cash-settled, share-based payment arrangement, the fair values of the liabilities will be remeasured until the settlement date continuously using a Monte-Carlo simulation model which incorporates the impact of the performance criteria regarding share price and index development as described in Note 17 to our audited consolidated financial statements included in our Annual Report on Form 20-F as of and for the year ended December 31, 2021. Continuously, the fair values are recognized over the award's vesting period beginning as of the service commencement

19

**BIONTECH**

dates (dates when the respective service agreements became effective) until four years commencing on the first anniversary of the allocation date have lapsed.

## 10    Provisions and Contingencies

### Provisions

As of June 30, 2022, certain claims were pending or threatened against us, mainly related to purported obligations arising out of certain contractual disputes unrelated to the below mentioned patent proceedings. Our best estimate of potential outflow of economic resources from such proceedings amounts to €304.5 million as of June 30, 2022 (€178.1 million as of December 31, 2021), which was reclassified into current provisions during the three months ended June 30, 2022 in our consolidated statements of financial position due to the current estimated timing of the proceeding and was recognized in cost of sales in our unaudited interim condensed consolidated statements of profit or loss. This assessment is based on assumptions deemed reasonable by management including those about future events and uncertainties. Although we believe our position is strong, the outcome of these matters is ultimately uncertain, such that unanticipated events and circumstances might occur that might cause us to change those assumptions and give rise to a material adverse effect on our financial position in the future.

As of June 30, 2022, our current provisions include €207.8 million (nil as of December 31, 2021) of obligations for production capacities derived from contracts with Contract Manufacturing Organizations, or CMOs, that became redundant as a direct result of the planned introduction of a new COVID-19 vaccine formulation, the potential switch from the BNT162b2 vaccine to an Omicron-adapted bivalent vaccine and due to increased internal manufacturing capacities during the three and six months ended June 30, 2022. The related expenses were recognized in cost of sales in our unaudited interim condensed consolidated statements of profit or loss.

As of June 30, 2022, our current provisions include €41.2 million (€58.5 million as of December 31, 2021) of international trade obligations, including customs value calculation, customs tariff number classification and other related securities requirements. The majority of related expenses related to our commercial sales and were recognized as cost of sales in our unaudited interim condensed financial statements as of and for the three and six months ended June 30, 2022.

### Contingencies

In addition to the above, from time to time, in the normal course and conduct of our business, we may be involved in discussions with third parties about considering, for example, the use and/or remuneration for use of such third party's intellectual property. As of June 30, 2022, none of such intellectual property-related considerations that we have been notified of and for which potential claims could be brought against us or our subsidiaries in the future, fulfill the criteria for recording a provision. We will continue to evaluate whether, if circumstances were to change in the future, the recording of a provision may be needed and whether potential indemnification entitlements exist against any such claim. It is currently impractical for us to estimate the respective contingent liabilities.

*Alnylam Proceedings*

In March 2022, Alnylam Pharmaceuticals, Inc., or Alnylam, filed a lawsuit against Pfizer and Pharmacia & Upjohn    Co. LLC in the U.S. District Court for the District of Delaware alleging that an existing patent owned by Alnylam, U.S. Patent No. 11,246,933, or the '933 Patent, is infringed by the cationic lipid used in COMIRNATY, and seeking monetary relief.

We filed a counterclaim to become party to the Alnylam proceeding, and in June 2022, Alnylam added to its claims allegations that we induced infringement of the '933 Patent. Additionally, in July 2022, Alnylam filed a lawsuit against us, our wholly owned subsidiary, BioNTech Manufacturing GmbH, Pfizer, and Pharmacia & Upjohn Co. LLC in the U.S. District Court for the District of Delaware alleging that we also induced infringement of a newly issued patent, U.S. Patent No. 11,382,979, or the '979 Patent, which is a continuation of the '933 Patent.

We believe we have strong defenses against the allegations claimed relative to each of the patents and intend to vigorously defend ourselves in the proceedings mentioned above. However, we are in the early stages of conducting an analysis of Alnylam's claims, which is ongoing and complex, and we believe the outcome of the suit remains substantially uncertain. Thus, we believe the probability of a loss, if any, being sustained by us and the estimate of the amount of any possible loss to us remains difficult to ascertain.

*CureVac Proceedings*

20

**Comparison of the three and six months ended June 30, 2022 and 2021**

### Revenues

The following is a summary of revenues recognized for the periods indicated:

| (in millions) | Three months ended June 30, | | Change | |
| --- | --- | --- | --- | --- |
| | **2022** | **2021** | **€** | **%** |
| **Revenues** | | | | |
| **Commercial revenues** | **€3,166.3** | **€5,280.5** | **€(2,114.2)** | **(40)** |
| COVID-19 vaccine revenues | 3,152.7 | 5,266.0 | (2,113.3) | (40) |
| *Sales to collaboration partners*[(1)] | *608.3* | *138.1* | *470.2* | *340* |
| *Direct product sales to customers* | *557.0* | *1,035.6* | *(478.6)* | *(46)* |
| *Share of collaboration partners' gross profit and sales milestones* | *1,987.4* | *4,092.3* | *(2,104.9)* | *(51)* |
| Other sales | 13.6 | 14.5 | (0.9) | (6) |
| **Research & development revenues from collaborations** | **€30.2** | **€28.0** | **€2.2** | **8** |
| **Total revenues** | **€3,196.5** | **€5,308.5** | **€(2,112.0)** | **(40)** |

[(1)] Represents sales to our collaboration partners of products manufactured by us.

| (in millions) | Six months ended June 30, | | Change | |
| --- | --- | --- | --- | --- |
| | **2022** | **2021** | **€** | **%** |
| **Revenues** | | | | |
| **Commercial revenues** | **€9,528.5** | **€7,308.0** | **€2,220.5** | **30** |
| COVID-19 vaccine revenues | 9,505.8 | 7,281.6 | 2,224.2 | 31 |
| *Sales to collaboration partners*[(1)] | *1,211.5* | *202.0* | *1,009.5* | *500* |
| *Direct product sales to customers* | *1,720.1* | *1,235.4* | *484.7* | *39* |
| *Share of collaboration partners' gross profit and sales milestones* | *6,574.2* | *5,844.2* | *730.0* | *12* |
| Other sales | 22.7 | 26.4 | (3.7) | (14) |
| **Research & development revenues from collaborations** | **€42.6** | **€48.9** | **€(6.3)** | **(13)** |
| **Total revenues** | **€9,571.1** | **€7,356.9** | **€2,214.2** | **30** |

[(1)] Represents sales to our collaboration partners of products manufactured by us.

For the three months ended June 30, 2022 compared to the three months ended June 30, 2021, our total revenues from contracts with customers decreased by €2,112.0 million from €5,308.5 million to €3,196.5 million, but on a year-to-date basis still increased by €2,214.2 million from €7,356.9 million during the six months ended June 30, 2021 to €9,571.1 million during the six months ended June 30, 2022. We believe the development of the pandemic remains dynamic which influences the potential switch from the BNT162b2 vaccine to an Omicron-adapted bivalent vaccine, subject to regulatory approval, thereby causing a re-phasing of orders from those made earlier in the year to a later time in the year. These developments are leading to fluctuations in quarterly revenues which we expect to remain over the rest of the financial year with an uptake in demand in our key markets in the fourth quarter of 2022 related to the Omicron-adapted bivalent vaccine, subject to regulatory approval.

We are the marketing authorization holder in the United States, the European Union, the United Kingdom, Canada and other countries, and holder of emergency use authorizations or equivalents in the United States (jointly with Pfizer) and other countries; submissions to pursue regulatory approvals in those countries where emergency use authorizations or equivalent were initially granted are ongoing. Pfizer has marketing and distribution rights worldwide with the exception of China, Germany and Turkey. Fosun Pharma has marketing and distribution rights in China, Hong Kong special administrative region, or SAR, Macau SAR and the region of Taiwan. The allocation of marketing and distribution rights defines territories in which the collaboration partners act as a principal.

Whenever responsibilities in the manufacturing and supply process of the COVID-19 vaccine shift and our COVID-19 vaccine is transferred, the vaccine is sold from one partner to the other. During the three and six months ended June 30, 2022, we recognized €608.3 million and €1,211.5 million of revenues, respectively, from selling drug product batches manufactured by us to our partners. During the comparative periods, three and six months ended

36

June 30, 2021, the revenues derived from sales to collaboration partners amounted to €138.1 million and €202.0 million were recognized, respectively.

By supplying our territories during the three and six months ended June 30, 2022, we recognized €557.0 million and €1,720.1 million of revenues, respectively, from direct COVID-19 vaccine sales in Germany and Turkey. During the comparative periods, three and six months ended June 30, 2021, recognized revenues derived from those sales amounted to €1,035.6 million and €1,235.4 million, respectively. The share of gross profit that we owe our collaboration partner Pfizer based on our sales is recognized as cost of sales.

Based on COVID-19 vaccine sales in the collaboration partners' territories, we are eligible to receive a share of their gross profit which represents a net figure and is recognized as collaboration revenues during the commercial phase together with sales milestones that are recorded once the underlying thresholds are met. During the three months ended June 30, 2022, €1,987.4 million gross profit share was recognized as revenues. During the comparative period, three months ended June 30, 2021, €3,923.7 million gross profit share and €168.6 million of sales milestones were recognized as revenues. During the six months ended June 30, 2022, €6,574.2 million of gross profit share were recognized. During the comparative period, six months ended June 30, 2021, €5,428.4 million of gross profit share and €415.8 million of sales milestones were recognized as revenues. In order to determine our share of our collaboration partners' gross profits, we used certain information from the collaboration partners, some of which is based on preliminary data shared between the partners and might vary once final data is available. The true-up recognized prospectively during the three and six months ended June 30, 2022 and 2021, with respect to the previous period, was not material.

**Cost of Sales**

The following table summarizes our cost of sales for the periods indicated:

| | Three months ended June 30, | | Change | |
| --- | --- | --- | --- | --- |
| *(in millions)* | **2022** | **2021** | **€** | **%** |
| **Cost of sales** | | | | |
| Cost of sales related to COVID-19 vaccine revenues | €753.3 | €872.1 | €(118.8) | (14) |
| Cost related to other sales | 11.3 | 11.7 | (0.4) | (3) |
| **Total cost of sales** | **€764.6** | **€883.8** | **€(119.2)** | **(13)** |

| | Six months ended June 30, | | Change | |
| --- | --- | --- | --- | --- |
| *(in millions)* | **2022** | **2021** | **€** | **%** |
| **Cost of sales** | | | | |
| Cost of sales related to COVID-19 vaccine revenues | €2,041.6 | €1,095.3 | €946.3 | 86 |
| Cost related to other sales | 17.1 | 21.6 | (4.5) | (21) |
| **Total cost of sales** | **€2,058.7** | **€1,116.9** | **€941.8** | **84** |

From the three months ended June 30, 2022 compared to the three months ended June 30, 2021, our cost of sales decreased by €119.2 million from €883.8 million to €764.6 million but on a year-to-date basis still increased by €941.8 million from €1,116.9 million during the six months ended June 30, 2021 to €2,058.7 million during the six months ended June 30, 2022. The change in cost of sales resulted mainly from the recognition of costs related to our COVID-19 vaccine revenues which included the share of gross profit owed to our collaboration partner Pfizer. In addition, cost of sales was impacted by expenses arising from inventory write-offs and expenses for production capacities derived from contracts with Contract Manufacturing Organizations, or CMOs, that became redundant as a direct result of the planned introduction of a new COVID-19 vaccine formulation, the potential switch from the BNT162b2 vaccine to an Omicron-adapted bivalent vaccine and due to increased internal manufacturing capacities during the three and six months ended June 30, 2022.

***Failure to comply with continuing regulatory requirements by us or our collaboration partners could adversely impact regulatory approvals for our products, result in product recalls or suspensions, subject us to fines and/or other types of liabilities.***

If we or our collaborators fail to comply with applicable continuing regulatory requirements, including good industry practices, such as good manufacturing practices (GMP), we or our collaborators may be subject to fines, suspension or withdrawal of regulatory approvals for specific drugs, product recalls and seizures, operating restrictions and/or criminal prosecutions. In addition, the manufacturers we engage to make our products and the manufacturing facilities in which our products are made are subject to periodic review and inspection by the U.S. Food and Drug Administration, or the FDA, and foreign regulatory authorities. If problems are identified during the review or inspection of these manufacturers or manufacturing facilities, it could result in our inability to use the facility to make our product or a determination that inventories are not safe for commercial sale. Any of these factors could adversely affect our business prospects and our financial position could be materially harmed.

***We may be unsuccessful in adapting our COVID-19 vaccine or developing future versions of our COVID-19 vaccine to protect against variants of the SARS-CoV-2 virus, and even if we are successful, a market for vaccines against these variants may not develop.***

Our COVID-19 vaccine was developed based upon the genetic sequence of the ancestral SARS-CoV-2 virus that was first detected. The SARS-CoV-2 virus continues to evolve, and new strains of the virus or those that are already in circulation may prove more transmissible or cause more severe forms of COVID-19 disease than the predominant strains observed to date. Our vaccine may not be as effective in protecting against existing and future variant strains of the SARS-CoV-2 virus as it is against the ancestral virus. While we continue to monitor emerging SARS-CoV-2 strains, undertake preclinical investigations into the immunogenicity of our COVID-19 vaccine against new variants as they emerge, and develop modified versions of our COVID-19 vaccine against new variants, these efforts may be unsuccessful, and failure to adapt our vaccine to variants of the SARS-CoV-2 virus could lead to significant reputational harm and adversely affect our financial results. It is also possible that we may expend significant resources adapting our COVID-19 vaccine to protect against variants of the SARS-CoV-2 virus, but that a market for adapted vaccines does not develop or demand does not align with our projections or cost expenditures. Moreover, even if we are successful in developing an adapted vaccine and there is a market for the new vaccine, new variants continue to emerge and any adapted vaccine may not be as effective in protecting against such future variant strain.

***The successful commercialization of our product candidates will depend in part on the extent to which governmental authorities, private health insurers and other third-party payors provide coverage and adequate reimbursement levels and implement pricing policies favorable for our product candidates. Failure to obtain or maintain coverage and adequate reimbursement for our product candidates, if approved, and/or delayed payments from government authorities could limit our ability to market those products and decrease our ability to generate revenue.***

The availability and extent of reimbursement by governmental and private payors is essential for most patients to be able to afford certain treatments, including our COVID-19 vaccine and other product candidates we may develop and sell. In addition, because our mRNA product candidates represent an entirely new therapeutic modality, we cannot accurately estimate how future products we may develop and sell would be priced, whether reimbursement could be obtained, or any potential revenue. Sales of our product candidates will depend substantially, both domestically and abroad, on the extent to which the costs of our product candidates will be paid by health maintenance, managed care, pharmacy benefit, and similar healthcare management organizations, or reimbursed by government health administration authorities, private health coverage insurers and other third-party payors. If reimbursement is not available, or is available only to limited levels, we may not be able to successfully commercialize our product candidates. Even if coverage is provided, the approved reimbursement amount may not be high enough to allow us to establish or maintain pricing sufficient to realize an adequate return on our investment in any of our products. Additionally, even if pricing terms with governmental authorities are agreed upon, there may be delayed or denied payments.

There is significant uncertainty related to the insurance coverage and reimbursement of newly approved products in particular in the United States, including genetic medicines. In the United States, the principal decisions about reimbursement for new medicines are typically made by the Centers for Medicare & Medicaid Services, or CMS, an agency within the U.S. Department of Health and Human Services, or HHS, as CMS decides whether and to what extent a new medicine will be covered and reimbursed under Medicare. Private payors tend to follow CMS to a substantial degree. It is difficult to predict what CMS will decide with respect to reimbursement for novel products such as ours. Reimbursement agencies in Europe may be more conservative than CMS. For example, a number of cancer drugs have been approved for reimbursement in the United States but have not been approved for reimbursement in certain European countries.

51

**BIONTECH**

***Our operating results may fluctuate significantly, which makes our future operating results difficult to predict. If our operating results fall below expectations, the price of the ADSs representing our shares could decline.***

Our financial condition and operating results have varied in the past and will continue to fluctuate from one financial period to the next due to a variety of factors, many of which are beyond our control.

Factors relating to our business that may contribute to these fluctuations include the following, as well as other factors described elsewhere in this report:

- the size and timing of orders for our COVID-19 vaccine;
- delays or failures in advancement of existing or future product candidates into the clinic or in clinical trials;
- the occurrence of adverse events during our clinical trials or post marketing authorization;
- our ability to develop and manufacture our product candidates and commercialize and manufacture our COVID-19 vaccine at commercial scale;
- our ability to manage our growth;
- our ability execute our corporate objectives;
- the outcomes of research programs, clinical trials, or other product development or approval processes conducted by us and our collaborators;
- the ability of our collaborators to develop and successfully commercialize products developed from our suite of therapeutic classes;
- our relationships, and any associated exclusivity terms, with collaborators;
- our contractual or other obligations to provide resources to fund our product candidates, and to provide resources to our collaborators or to the collaborations themselves;
- the extent to which we repurchase outstanding ADSs under our share repurchase plan;
- risks associated with the international aspects of our business outside Germany, including the conduct of clinical trials in multiple locations and potential commercialization in such locations;
- our ability to minimize and manage product recalls or inventory losses caused by unforeseen events, cold chain interruption or testing difficulties;
- our ability to report our financial results accurately and in a timely manner;
- our dependence on, and the need to attract and retain, key management and other personnel;
- our ability to obtain, protect, maintain, defend and enforce our intellectual property rights;
- our ability to prevent the theft or infringement, misappropriation or other violation of our intellectual property, trade secrets, know- how or technologies;
- our and our collaborators' ability to defend against claims of infringement of the intellectual property rights of third parties;
- potential advantages that our competitors and potential competitors may have in securing funding, obtaining the rights to critical intellectual property or developing competing technologies or products;
- our ability to obtain additional capital that may be necessary to expand our business;
- our collaborators' ability to obtain and devote additional capital that may be necessary to develop and commercialize products under our collaboration agreements, including our COVID-19 vaccine;
- our ability to minimize and manage product liability claims arising from the use of our COVID-19 vaccine and our product candidates and other future products, if approved;
- business interruptions such as power outages, strikes, acts of terrorism or natural disasters; and
- our ability to use our net operating loss carryforwards to offset future taxable income.

Each of the factors listed above may be affected by the COVID-19 pandemic or its impact on the global community and the global economy. Due to the various factors mentioned above, and others, the results of any of our periods should not be relied upon as indications of our future operating performance. Our operating results may fluctuate significantly from one reporting period to the next, such that a period-to-period comparison of our results of operations may not be a good indication of our future performance.

In any particular period, our operating results could be below the expectations of securities analysts or investors, which could cause the price of the ADSs to decline. While as a general matter we intend to periodically report on the status of our product candidate pipeline, including articulating anticipated next steps in the form of development plans or potential data readouts, we may not always be able to provide forward-looking guidance on the timing of those next steps. In addition, we do not control the timing of disclosures of any milestones related to any of our programs that are managed by our collaborators. Any disclosure by a collaborator of data that are perceived as negative, whether or not such data are related to other data that we or others release, may have a material adverse impact on the price of the ADSs or overall valuation. The price of the ADSs may decline as a result of unexpected clinical trial results in one or more of our programs, including adverse safety events reported for any of our programs.

- batch-specific manufacturing failures or issues that arise due to the uniqueness of each patient-specific batch that may not have been foreseen;
- quality control testing failures;
- unexpected failures of batches placed on stability;
- shortages or quality control issues with single-use assemblies, consumables or critical parts sourced from third-party vendors that must be changed out for each patient-specific batch;
- significant costs associated with individualized manufacturing that may adversely affect our ability to continue development;
- successful and timely manufacture and release of the patient-specific batch;
- shipment issues encountered during transport of the batch to the site of patient care;
- the ability to define a consistent safety profile at a given dose when each participant receives a unique treatment; and
- our reliance on single source suppliers.

We also continue to evolve our own custom manufacturing equipment. This equipment may not function as designed, which may lead to deviations in the drug product being produced. This can lead to increased batch failure and the inability to supply patients enrolled in the clinical trial. If our clinical development plans are expanded, due to the custom nature of the equipment and single-use assemblies, we may not be able to supply this expanded need reliably without significant investments. In addition, there will be considerable time to scale up our facilities or build new facilities before we can begin to meet any commercial demand if one or more of our product candidates are approved. This expansion or addition of new facilities could also lead to product comparability issues, which can further delay introduction of new capacity.

As certain of our product candidates are manufactured for each individual patient, we will be required to maintain a chain of identity with respect to each patient's tissue sample, sequence data derived from such tissue sample, analyze results of such patient's genomic analysis and the custom manufactured product for each patient. Maintaining such a chain of identity is difficult and complex, and failure to do so could result in product mix-up, adverse patient outcomes, loss of product, or regulatory action, including withdrawal of any approved products from the market. Further, as our product candidates are developed through early-stage clinical studies to later-stage clinical trials towards approval and commercialization, we expect that multiple aspects of the complicated collection, analysis, manufacture and delivery processes will be modified in an effort to optimize processes and results. These changes may not achieve the intended objectives, and any of these changes could cause our product candidates to perform differently than we expect, potentially affecting the results of clinical trials.

***Our inability to manufacture sufficient or appropriate quantities of our COVID-19 vaccine or any of our product candidates, or our failure to comply with applicable regulatory requirements, could materially and adversely affect our business.***

Manufacturing is a vital component of our individualized immunotherapy approach, and we have invested significantly in our manufacturing facilities, including the acquisition of a manufacturing site in Marburg, Germany and the construction of a new manufacturing facility in Africa. All internal manufacturing is performed under GMP guidelines. We also rely on a network of CMOs for the manufacture of our COVID-19 vaccine. We do not rely on any external CMOs for the manufacture of our individualized product candidates and at this time, and we have limited redundancy among our facilities. Due to the individualized nature of our product candidates, we do not maintain product reserves. If any of our or our external CMOs' manufacturing facilities experience difficulties, including related to manufacturing, product release, shelf life, testing, storage and supply chain management or shipping, our clinical development programs may be delayed or suspended until we or our external CMOs can resume operations. We may also be required to incur significant expenditures to resolve such difficulties.

We also face the risk of inventory write-offs or redundant production capacities with respect to our COVID-19 vaccine. Planned new formulations of our COVID-19 vaccine, including versions that protect against new variants of COVID-19, have resulted in inventory write-offs, and may lead to additional write-offs in the future. In addition, we have experienced in the past, and may experience in the future, redundant production capacities under our agreements with CMOs, due to planned new formulations as well as adaptations of our COVID-19 vaccine and increased internal manufacturing capacities. Significant inventory write-offs or redundant manufacturing expenses would negatively impact our results of operations.

Our facilities are subject to various regulatory requirements and may be subject to the inspection of the FDA or other regulatory authorities.

81

BIONTECH logo on left.

If we or our external CMOs cannot successfully manufacture material that conforms to our specifications and the strict regulatory requirements of the FDA, the EMA or comparable regulatory authorities in other jurisdictions, we may not be able to rely on our or our external CMOs' manufacturing facilities for the manufacture of our product candidates. If the FDA, the EMA or another comparable regulatory authority finds our facilities inadequate for the manufacture of our COVID-19 vaccine or our product candidates or if such facilities are subject to enforcement action in the future or are otherwise inadequate, we may need to find alternative manufacturing facilities, which would significantly impact our ability to develop, obtain regulatory approval for or market our COVID-19 vaccine or our product candidates.

Additionally, we may experience manufacturing difficulties due to resource constraints or as a result of labor disputes or unstable political environments. If we were to encounter any of these difficulties, our ability to provide our COVID-19 vaccine or our product candidates to patients in clinical trials, or to provide products for the treatment of patients, once approved, would be jeopardized.

*We are subject to regulatory and operational risks associated with the physical and digital infrastructure at both our internal manufacturing facilities and at those of our external service providers.*

The designs of our facilities are based on current standards for biotechnology facilities. They have been reviewed and approved by local authorities and have also received GMP manufacturing licenses. We have designed our facilities to incorporate a significant level of automation of equipment with integration of several digital systems to improve efficiency of operations. We have attempted to achieve a high level of digitization for clinical and commercial manufacturing facilities relative to industry standards. While this is meant to improve operational efficiency, this may pose additional risk of process equipment malfunction and even overall manufacturing system failure or shutdown due to internal or external factors including, but not limited to, design issues, system compatibility or potential cybersecurity breaches. This may lead to delay in supply or shutdown of our facilities. Any disruption in our manufacturing capabilities could cause delays in our production capacity for our drug substances or drug products, impose additional costs, or may require us to identify, qualify and establish an alternative manufacturing site, the occurrence of which could have a material adverse effect on our business, financial condition, results of operations and prospects.

As we expand our development and commercial capacity, we may establish additional manufacturing capabilities and expand to other locations or geographies, which may lead to regulatory delays or prove costly. If we fail to select the correct location, complete the construction in an efficient manner, recruit the required personnel, and generally manage our growth effectively, the development and production of our product candidates could be delayed or curtailed. Additional investments may be needed if changes in our manufacturing process lead to required changes in our infrastructure.

*Our COVID-19 vaccine and certain of our product candidates rely on the availability of specialty raw materials, which may not be available to us on acceptable terms or at all.*

Our product candidates require many specialty raw materials, some of which are manufactured by small companies with limited resources and experience to support a commercial product, and the suppliers may not be able to deliver raw materials to our specifications. In addition, some such suppliers normally support blood-based hospital businesses and generally do not have the capacity to support commercial products manufactured under GMP by biopharmaceutical firms. These suppliers may be ill-equipped to support our needs, especially in non-routine circumstances like an FDA inspection or medical crisis, such as widespread contamination. We also do not have contracts with many of these suppliers, and we may not be able to contract with them on acceptable terms or at all. Accordingly, we have experienced and we may in the future experience delays in receiving key raw materials to support clinical or commercial manufacturing.

In addition, some raw materials are currently available from a single supplier, or a small number of suppliers. We cannot be sure that these suppliers will remain in business or that they will not be purchased by one of our competitors or another company that is not interested in continuing to produce these materials for our intended purpose. In addition, the lead time needed to establish a relationship with a new supplier can be lengthy, and we may experience delays in meeting demand in the event we must switch to a new supplier. The time and effort to qualify a new supplier could result in additional costs, diversion of resources or reduced manufacturing yields, any of which would negatively impact our operating results. Further, we may be unable to enter into agreements with a new supplier on commercially reasonable terms, which could have a material adverse impact on our business.

82

**BIONTECH**

## Disclaimer

### Forward-Looking Statements

This quarterly report contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, as amended, including, but not limited to, statements concerning: our expected revenues and net profit related to sales of our COVID-19 vaccine, referred to as COMIRNATY® where approved for use under full or conditional marketing authorization, in territories controlled by our collaboration partners, particularly for those figures that are derived from preliminary estimates provided by our partners; our pricing and coverage negotiations with governmental authorities, private health insurers and other third-party payors after our initial sales to national governments; the future commercial demand and medical need for initial or booster doses of a COVID-19 vaccine; competition from other COVID-19 vaccines or related to our other product candidates, including those with different mechanisms of action and different manufacturing and distribution constraints, on the basis of, among other things, efficacy, cost, convenience of storage and distribution, breadth of approved use, side-effect profile and durability of immune response; the rate and degree of market acceptance of our COVID-19 vaccine and, if approved, our investigational medicines; the initiation, timing, progress, results, and cost of our research and development programs, including those relating to additional formulations of our COVID-19 vaccine, and our current and future preclinical studies and clinical trials, including statements regarding the timing of initiation and completion of studies or trials and related preparatory work, the period during which the results of the trials will become available and our research and development programs; the timing of and our ability to obtain and maintain regulatory approval for our product candidates; the ability of BNT162b2 to prevent COVID-19 caused by emerging virus variants; our and our counterparties' ability to manage and source necessary energy resources; our ability to identify research opportunities and discover and develop investigational medicines; the ability and willingness of our third-party collaborators to continue research and development activities relating to our development candidates and investigational medicines; the impact of the COVID-19 pandemic on our development programs, supply chain, collaborators and financial performance; unforeseen safety issues and claims for personal injury or death arising from the use of our COVID-19 vaccine and other products and product candidates developed or manufactured by us; our ability to progress our Malaria, Tuberculosis and HIV programs, including timing for selecting clinical candidates for these programs and the commencement of a clinical trial, as well as any data readouts; the nature and duration of support from the World Health Organization, the European Commission and other organizations with establishing infrastructure; the development of sustainable vaccine production and supply solutions on the African continent, including our BioNTainers, and the nature and feasibility of these solutions; our estimates of research and development revenues, commercial revenues, cost of sales, research and development expenses, sales and marketing expenses, general and administrative expenses, capital expenditures, income taxes, shares outstanding; our ability and that of our collaborators to commercialize and market our product candidates, if approved, including our COVID-19 vaccine; our ability to manage our development and expansion; regulatory developments in the United States and foreign countries; our ability to effectively scale our production capabilities and manufacture our products, including our target COVID-19 vaccine production levels, and our product candidates; and other factors not known to us at this time. In some cases, forward-looking statements can be identified by terminology such as "will," "may," "should," "expects," "intends," "plans," "aims," "anticipates," "believes," "estimates," "predicts," "potential," "continue," or the negative of these terms or other comparable terminology, although not all forward-looking statements contain these words. The forward-looking statements in this quarterly report are neither promises nor guarantees, and you should not place undue reliance on these forward-looking statements because they involve known and unknown risks, uncertainties, and other factors, many of which are beyond BioNTech's control and which could cause actual results to differ materially from those expressed or implied by these forward-looking statements. You should review the risks and uncertainties described under the heading "Risk Factors" in this quarterly report for the three months ended June 30, 2022 and in subsequent filings made by BioNTech with the SEC, which are available on the SEC's website at https://www.sec.gov/. Except as required by law, BioNTech disclaims any intention or responsibility for updating or revising any forward-looking statements contained in this quarterly report in the event of new information, future developments or otherwise. These forward-looking statements are based on BioNTech's current expectations and speak only as of the date hereof.