# EXHIBIT I

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## FORM 20-F

**(Mark One)**

☐    **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2022

OR

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☐    **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Commission file number: 001-39081

# BioNTech SE

(Exact name of Registrant as specified in its charter)

**Federal Republic of Germany**
(Jurisdiction of incorporation or organization)

**An der Goldgrube 12**
**D-55131 Mainz**
**Germany**
(Address of principal executive offices)

**Prof. Ugur Sahin, M.D.,**
**c/o BioNTech SE**
**An der Goldgrube 12**
**D-55131 Mainz**
**Germany**
**+49 6131-9084-0 (Tel), +49 6131 9084-390 (Fax), info@biontech.de (E-mail)**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered, pursuant to Section 12(b) of the Act

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| American Depositary Shares, each Representing one ordinary share | BNTX | The Nasdaq Stock Market LLC |
| Ordinary shares, no par value, with a notional amount attributable to each ordinary share of €1* | — | The Nasdaq Stock Market LLC* |

Securities registered or to be registered pursuant to Section 12(g) of the Act: None

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: None

Indicate the number of outstanding shares of each of the issuer's classes of capital stock or common stock as of the close of business covered by the annual report.

Ordinary shares, no par value, with a notional amount attributable to each share of €1 outstanding up until March 20, 2023, the most recent practicable date, no par value: 240,993,998

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | | |
|---|---|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ | Non-accelerated filer | ☐ |
| | | | | Emerging growth company | ☐ |

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards † provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

| U.S. GAAP ☐ | International Financial Reporting Standards as issued by the International Accounting Standards Board  ☒ | Other ☐ |

If "Other" has been checked in response to the previous question indicate by check mark which financial statement item the registrant has elected to follow.    Item 17 ☐    Item 18 ☐

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☒

\* Listed not for trading or quotation purposes, but only in connection with the registration of American Depositary Shares representing such ordinary shares pursuant to the requirements of the Securities and Exchange Commission. The American Depositary Shares are registered under the Securities Act of 1933, as amended, pursuant to a separate registration statement on Form F-6 (File No. 333-233898).

Table of Contents

**PART I**

**Item 1.        Identity of Directors, Senior Management and Advisers**

    Not applicable.

**Item 2.        Offer Statistics and Expected Timetable**

    Not applicable.

**Item 3.        Key Information**

**A. [Reserved]**

**B. Capitalization and Indebtedness**

    Not applicable.

**C. Reasons for the Offer and Use of Proceeds**

    Not applicable.

**D. Risk Factors**

    *Our business is subject to various risks, including those described below. You should consider carefully the risks and uncertainties described below and in our future filings. If any of the following risks are realized, our business, financial condition, results of operations and prospects could be materially and adversely affected. Additionally, risks and uncertainties not currently known to us or that we currently deem to be immaterial also may materially adversely affect our business, financial condition, results of operations and/or prospects.*

    *Investing in the ADSs involves various risks. You should carefully read and consider the matters discussed in this Annual Report under the heading "Risk Factors," which include the following risks:*

**Risk Factor Summary**

- Demand for our COVID-19 vaccine, though difficult to predict, is expected to decrease in the near future. Changing market dynamics will impact our revenue, which currently depends heavily on sales of our COVID-19 vaccine, and result in challenges relating to production of our COVID-19 vaccine.

- Our reported commercial revenue is partially based on preliminary estimates of COVID-19 vaccine sales and costs from Pfizer Inc., or Pfizer, that are likely to change in future periods, which may impact our reported financial results.

- We may be unsuccessful in adapting our COVID-19 vaccine or developing future versions of our COVID-19 vaccine to protect against variants of the SARS-CoV-2 virus and, even if we are successful, a market for vaccines against these variants may not develop.

- Significant adverse events may occur during our clinical trials or even after receiving regulatory approval, which could delay or terminate clinical trials, delay or prevent regulatory approval or market acceptance of any of our product candidates.

- We face significant competition from other makers of COVID-19 vaccines and may be unable to maintain a competitive market share for our COVID-19 vaccine.

- We have only recently built our marketing and sales organization. If we are unable to continue to increase our marketing and sales capabilities on our own or through third parties, we may not be able to market and sell our product candidates effectively in the United States and other jurisdictions, if approved, or generate product sales revenue.

- Other companies or organizations may challenge our intellectual property rights or may assert intellectual property rights that prevent us from developing and commercializing our COVID-19 vaccine or our product candidates and other technologies.

6

- Even if we obtain regulatory approval for our product candidates, the products may not gain the market acceptance among physicians, patients, hospitals, treatment centers and others in the medical community necessary for commercial success.

- Our operating results may fluctuate significantly, which makes our future operating results difficult to predict. If our operating results fall below expectations, the price of the ADSs representing our shares could decline.

- We may require substantial additional financing to achieve our goals, and a failure to obtain this capital on acceptable terms, or at all, could force us to delay, limit, reduce or terminate our product development programs, commercialization efforts or other operations.

- If we identify material weaknesses in our internal control over financial reporting and fail to remediate such material weaknesses, we may not be able to report our financial results accurately or to prevent fraud.

- As a "foreign private issuer," we are exempt from a number of rules under U.S. securities laws, as well as Nasdaq rules, and we are permitted to file less information with the SEC than U.S. companies. This may limit the information available to holders of the ADSs and may make our ordinary shares and the ADSs less attractive to investors.

- Clinical development involves a lengthy and expensive process with an uncertain outcome, and delays can occur for a variety of reasons outside of our control. Clinical trials of our product candidates may be delayed, and certain programs may never advance in the clinic or may be more costly to conduct than we anticipate, any of which can affect our ability to fund our company and would have a material adverse impact on our business.

- mRNA drug development has substantial clinical development and regulatory risks due to limited regulatory experience with mRNA immunotherapies.

- Our approved product and product candidates are based on novel technologies and they may be complex and difficult to manufacture. We may encounter difficulties in manufacturing, product release, shelf life, testing, storage, supply chain management or shipping. If we or any of the third-party manufacturers we work with encounter such difficulties, our ability to supply materials for clinical trials or any approved product could be delayed or stopped.

- If our efforts to obtain, maintain, protect, defend and/or enforce the intellectual property related to our COVID-19 vaccine or our product candidates and technologies are not adequate, we may not be able to compete effectively in our market.

- We have experienced and may continue to experience significant volatility in the market price of the ADSs representing our ordinary shares.

- Our principal shareholders and management own a significant percentage of our ordinary shares and will be able to exert significant control over matters subject to shareholder approval.

**Risks Related to our COVID-19 Vaccine and the Commercialization of our Pipeline**

*Demand for our COVID-19 vaccine, though difficult to predict, is expected to decrease in the near future. Changing market dynamics will impact our revenue, which currently depends heavily on sales of our COVID-19 vaccine, and result in challenges relating to production of our COVID-19 vaccine.*

Prior to the commercialization of our COVID-19 vaccine, we had not sold or marketed any products in our pipeline. As a result, a majority of our total revenues to date are attributable to sales of our COVID-19 vaccine. However, we expect to experience increasing reductions in demand for COVID-19 vaccination generally, including for our vaccine, as the virus becomes endemic and as a growing proportion of the population becomes vaccinated. We expect that future revenues from sales of our COVID-19 vaccine will decrease as demand for vaccination wanes. Such revenues will depend on numerous factors, including:

- the extent to which a COVID-19 vaccine, including any booster shot, continues to be necessary beyond the current pandemic, including when COVID-19 becomes an endemic virus;

- competition from other COVID-19 vaccines, including those with different mechanisms of action and different manufacturing and distribution constraints, on the basis of, among other things, efficacy, cost, convenience of storage and distribution, breadth of approved use, side-effect profile and durability of immune response;

7

- our ability to successfully and timely develop effective vaccines targeting new variants and mutations of COVID-19;

- our ability to receive full regulatory approvals where we currently have emergency use authorizations or equivalents;

- our ability to expand our geographic customer base;

- our pricing and coverage negotiations with governmental authorities, private health insurers and other third-party payors after our initial sales to national governments, including the transition towards ordinary-course insurance coverage in the public and private sectors;

- the ability of countries and jurisdictions to store and distribute doses of our COVID-19 vaccine to end users at cold temperatures;

- the safety profile of our COVID-19 vaccine, including if previously unknown undesirable effects or increased incidence or severity of known undesirable effects are identified with our COVID-19 vaccine;

- intellectual property litigation involving our COVID-19 vaccine and COVID-19 vaccines in general; and

- our manufacturing and distribution capabilities for our COVID-19 vaccine.

We cannot accurately predict the revenues our COVID-19 vaccine will generate in future periods or for how long our COVID-19 vaccine will continue to generate material revenues and we cannot ensure it will maintain its competitive position. Uncertainty in the demand for our COVID-19 vaccine and difficulties in targeting appropriate supply of our COVID-19 vaccines have in the past resulted, and may in the future result, in significant inventory write-offs and cancellations of contract manufacturing orders. Our business and financial condition could be materially affected by lowered COVID-19 vaccine revenues resulting from any of the above factors, or by production and supply chain difficulties. In addition, if our revenues or market share of, or other financial metrics relating to our COVID-19 vaccine do not meet the expectations of investors or securities analysts, the market price of the ADSs representing our ordinary shares may decline.

***Our reported commercial revenue is based on preliminary estimates of COVID-19 vaccine sales and costs from Pfizer that are likely to change in future periods, which may impact our reported financial results.***

Our reported commercial revenue is based on preliminary estimates from Pfizer, and other assumptions and judgments that we have made, which may be subject to significant uncertainties. Our commercial revenue includes preliminary estimates in part due to a difference in Pfizer's fiscal quarter for subsidiaries outside the United States, which consequently creates an additional time lag between the recognition of revenues and the receipt of payment. Although our revenue recognition policy is based on facts and circumstances known to us and various other assumptions that we believe to be reasonable under the circumstances, our actual results may deviate from such reported revenue.

We depend on Pfizer to determine and provide estimates of the costs and profits to be shared with us in the countries where it is commercializing our COVID-19 vaccine under our collaboration agreement with Pfizer for our COVID-19 vaccine, which we refer to as the Pfizer Agreement. Because the information supplied by Pfizer is preliminary and subject to change, the commercial revenue we report based on such information is also subject to finalization. This is particularly true for vaccine sales outside of the United States, where Pfizer has a different reporting cycle than ours. As a result, we may not have the complete sales and costs results outside of the United States for months not covered by the reporting period, but we are nonetheless required to report estimated figures.

For example, for the year ended December 31, 2022, Pfizer provided us with profit figures for our COVID-19 vaccine sales in the United States using standard U.S. transfer prices and manufacturing and shipping cost variances (as far as those have been identified) that could be subject to adjustment (e.g., due to changes in manufacturing costs or the price of our COVID-19 vaccine). Pfizer also provided estimated profits for COVID-19 vaccine sales outside of the United States that were preliminary in nature for the last month of a quarter, as Pfizer's subsidiaries outside of the United States have a different reporting cycle than ours. These estimated figures are likely to change as we receive final data from Pfizer for the year ended December 31, 2022 in accordance with the reporting cycle of its ex-U.S. subsidiaries and as actual costs become known. Further, to the extent that Pfizer does not provide such preliminary information in the future, our provisional sales figures for territories outside of the United States will be subject to an even greater level of estimate and judgment. Any changes to the preliminary data we report herein may have an impact on our reported revenues and expenses, profitability or financial position.

8

- batch-specific manufacturing failures or issues that arise due to the uniqueness of each patient-specific batch that may not have been foreseen;

- quality control testing failures;

- unexpected failures of batches placed on stability;

- shortages or quality control issues with single-use assemblies, consumables or critical parts sourced from third-party vendors that must be changed out for each patient-specific batch;

- significant costs associated with individualized manufacturing that may adversely affect our ability to continue development;

- successful and timely manufacture and release of the patient-specific batch;

- shipment issues encountered during transport of the batch to the site of patient care;

- the ability to define a consistent safety profile at a given dose when each participant receives a unique treatment; and

- our reliance on single source suppliers.

We also continue to evolve our own custom manufacturing equipment. This equipment may not function as designed, which may lead to deviations in the drug product being produced. This can lead to increased batch failure and the inability to supply patients enrolled in the clinical trial. If our clinical development plans are expanded, due to the custom nature of the equipment and single-use assemblies, we may not be able to supply this expanded need reliably without significant investments. In addition, there will be considerable time to scale up our facilities or build new facilities before we can begin to meet any commercial demand if one or more of our product candidates are approved. This expansion or addition of new facilities could also lead to product comparability issues, which can further delay introduction of new capacity.

As certain of our product candidates are manufactured for each individual patient, we will be required to maintain a chain of identity with respect to each patient's tissue sample, sequence data derived from such tissue sample, analyze results of such patient's genomic analysis and the custom manufactured product for each patient. Maintaining such a chain of identity is difficult and complex, and failure to do so could result in product mix-up, adverse patient outcomes, loss of product, or regulatory action, including withdrawal of any approved products from the market. Further, as our product candidates are developed through early-stage clinical studies to later-stage clinical trials towards approval and commercialization, we expect that multiple aspects of the complicated collection, analysis, manufacture and delivery processes will be modified in an effort to optimize processes and results. These changes may not achieve the intended objectives, and any of these changes could cause our product candidates to perform differently than we expect, potentially affecting the results of clinical trials.

***Our inability to manufacture sufficient or appropriate quantities of our COVID-19 vaccine or any of our product candidates, or our failure to comply with applicable regulatory requirements, could materially and adversely affect our business.***

Manufacturing is a vital component of our individualized immunotherapy approach, and we have invested significantly in our manufacturing facilities, including the acquisition of a manufacturing site in Marburg, Germany and the construction of a novel modular manufacturing facilities in Africa and Australia that we refer to as "*BioNTainers*". All internal manufacturing is performed under GMP guidelines. We also rely on a network of CMOs for the manufacture of our COVID-19 vaccine. We do not rely on any external CMOs for the manufacture of our individualized product candidates and at this time, and we have limited redundancy among our facilities. Due to the individualized nature of our product candidates, we do not maintain product reserves. If any of our or our external CMOs' manufacturing facilities, including our recently introduced *BioNTainers*, experience difficulties, including related to manufacturing, product release, shelf life, testing, storage and supply chain management or shipping, our clinical development programs may be delayed or suspended until we or our external CMOs can resume operations. We may also be required to incur significant expenditures to resolve such difficulties.

We also face the risk of inventory write-offs or redundant production capacities with respect to our COVID-19 vaccine. Planned new formulations of our COVID-19 vaccine, including versions that could protect against new variants of COVID-19, have resulted or may result in significant research and development expense that was not or may not be recouped. In addition, we have experienced in the past, and may experience in the future, redundant production capacities

43

under our agreements with CMOs due to planned new formulations, adaptations of our COVID-19 vaccine and increased internal manufacturing capacities. Significant inventory write-offs or redundant manufacturing expenses would negatively impact our results of operations.

Our facilities are subject to various regulatory requirements and may be subject to the inspection of the FDA or other regulatory authorities.

If we or our external CMOs cannot successfully manufacture material that conforms to our specifications and the strict regulatory requirements of the FDA, the EMA or comparable regulatory authorities in other jurisdictions, we may not be able to rely on our or our external CMOs' manufacturing facilities for the manufacture of our product candidates. If the FDA, the EMA or another comparable regulatory authority finds our facilities inadequate for the manufacture of our COVID-19 vaccine or our product candidates or if such facilities are subject to enforcement action in the future or are otherwise inadequate, we may need to find alternative manufacturing facilities, which would significantly impact our ability to develop, obtain regulatory approval for or market our COVID-19 vaccine or our product candidates.

Additionally, we may experience manufacturing difficulties due to resource constraints or as a result of labor disputes or, in the case of jurisdictions into which we intend to expand our operations, unstable political environments. If we were to encounter any of these difficulties, our ability to provide our COVID-19 vaccine or our product candidates to patients in clinical trials, or to provide products for the treatment of patients, once approved, would be jeopardized.

***We are subject to regulatory and operational risks associated with the physical and digital infrastructure at both our internal manufacturing facilities and at those of our external service providers.***

The designs of our facilities are based on current standards for biotechnology facilities. They have been reviewed and approved by local authorities and have also received GMP manufacturing licenses. We have designed our facilities to incorporate a significant level of automation of equipment with integration of several digital systems to improve efficiency of operations. We have attempted to achieve a high level of digitization for clinical and commercial manufacturing facilities relative to industry standards. While this is meant to improve operational efficiency, this may pose additional risk of process equipment malfunction and even overall manufacturing system failure or shutdown due to internal or external factors including, but not limited to, design issues, system compatibility or potential cybersecurity breaches. This may lead to delay in supply or shutdown of our facilities. Any disruption in our manufacturing capabilities could cause delays in our production capacity for our drug substances or drug products, impose additional costs, or may require us to identify, qualify and establish an alternative manufacturing site, the occurrence of which could have a material adverse effect on our business, financial condition, results of operations and prospects.

As we expand our development and commercial capacity, we may establish additional manufacturing capabilities and expand to other locations or geographies, which may lead to regulatory delays or prove costly. If we fail to select the correct location, complete the construction in an efficient manner, recruit the required personnel, and generally manage our growth effectively, the development and production of our product candidates could be delayed or curtailed. Additional investments may be needed if changes in our manufacturing process lead to required changes in our infrastructure.

***Our COVID-19 vaccine and certain of our product candidates rely on the availability of specialty raw materials, which may not be available to us on acceptable terms or at all.***

Our product candidates require many specialty raw materials, some of which are manufactured by small companies with limited resources and experience to support a commercial product, and the suppliers may not be able to deliver raw materials to our specifications. In addition, some such suppliers normally support blood-based hospital businesses and generally do not have the capacity to support commercial products manufactured under GMP by biopharmaceutical firms. These suppliers may be ill-equipped to support our needs, especially in non-routine circumstances like an FDA inspection or medical crisis, such as widespread contamination. We also do not have contracts with many of these suppliers, and we may not be able to contract with them on acceptable terms or at all. Accordingly, we have experienced and we may in the future experience delays in receiving key raw materials to support clinical or commercial manufacturing.

In addition, some raw materials are currently available from a single supplier, or a small number of suppliers. We cannot be sure that these suppliers will remain in business or that they will not be purchased by one of our competitors or another company that is not interested in continuing to produce these materials for our intended purpose. In addition, the lead time needed to establish a relationship with a new supplier can be lengthy, and we may experience delays in meeting

44

Under our collaboration with Pfizer, we are the Marketing Authorization Holder in the U.S., the European Union, the United Kingdom, Canada and other countries, and the holder of emergency use authorizations or equivalents in the U.S. (jointly with Pfizer) and other countries. Pfizer has marketing and distribution rights worldwide with the exception of China, Germany, and Turkey. Fosun Pharmaceutical Industrial Development, Co., Ltd, or Fosun Pharma, has marketing and distribution rights in Mainland China, Hong Kong Special Administrative Region, or SAR, Macau SAR and the region of Taiwan. We have the marketing and distribution rights to *Comirnaty* in Germany and Turkey.

1.    **Commercial Update**

In 2022, we and Pfizer continued our global COVID-19 vaccine leadership with the first-to-market Original/Omicron BA.4-5-adapted bivalent COVID-19 vaccine directed against both the original COVID-19 virus and the Omicron BA.4-5 adapted COVID-19 virus. We now have three commercial COVID-19 vaccine products on the market: the original COVID-19 vaccine, and two Original/Omicron-adapted bivalent vaccines: Original/BA.1- and Original/Omicron BA.4-5-adapted bivalent vaccines, which are all referred to as *Comirnaty*.

In 2022, together with Pfizer, we invoiced approximately two billion doses of *Comirnaty*. As part of our and Pfizer's two-billion-doses pledge to support equitable access to medicines, we and Pfizer have delivered approximately 1.7 billion doses of *Comirnaty* to low- and middle-income countries in line with demand.

In June 2022, Pfizer entered into a new vaccine supply agreement with the U.S. government. Under the terms of the agreement, the U.S. government received 105 million doses, including 30 μg, 10 μg and 3 μg doses, including the Original/Omicron BA.4-5-adapted bivalent COVID-19 vaccine for adults. The U.S. government also has the option to purchase up to an additional 195 million doses, bringing the potential total to 300 million vaccine doses. Delivery of the vaccine doses began in late summer 2022. The U.S. government was contractually required to pay the two companies $3.2 billion after receiving the first 105 million doses of vaccine.

In September 2022, following regulatory approvals, we and Pfizer began shipping Original/Omicron BA.1- and BA.4-5-adapted bivalent COVID-19 vaccines in time for fall and winter booster campaigns. Shipments to the U.S. began approximately two months after the FDA provided its guidance for the Original/Omicron BA.4-5-adapted bivalent COVID-19 vaccines. As of mid-December 2022, we and Pfizer have shipped approximately 550 million doses of Original/Omicron-adapted bivalent vaccine.

In December 2022, we and Fosun Pharma provided approximately 11,500 doses of *Comirnaty* which were delivered to Mainland China to enable a vaccination campaign for German expatriates. The delivery contained both the Original/Omicron BA.4-5-adapted bivalent COVID-19 vaccine and the original COVID-19 vaccine.

We believe that we and Pfizer are well positioned for the future as leading COVID-19 vaccine providers. We expect that as the market dynamics evolve, there will be continued vaccine boosting and vaccinations of immunologically naive populations. To meet this need, in 2023, we plan to deliver doses originally scheduled for delivery in 2022 in some geographies. We also expect that in 2023, some governments will no longer be the main COVID-19 vaccine purchasers for their populations, and that commercial buyers will assume that role. In the U.S., for example, we expect that shift to happen in the third quarter of 2023.

**2. Manufacturing and Distribution**

We and Pfizer continue to collaborate with governments and health ministries around the world to efficiently distribute *Comirnaty*. We have developed a global COVID-19 vaccine supply chain and manufacturing network spanning four continents to meet the ongoing global demand of *Comirnaty*. More details on our manufacturing operations and facilities can be found in "VII. Manufacturing."

Table of Contents

**A. Operating Results**

**Financial Operations Overview**

The following table shows our consolidated statements of profit or loss for each period presented:

| (in millions) | 2022 | 2021 | 2020 |
|---|---|---|---|
| Revenues | | | |
| Commercial revenues | €17,194.6 | €18,874.0 | € 303.5 |
| Research & development revenues | 116.0 | 102.7 | 178.8 |
| **Total revenues** | **€17,310.6** | **€18,976.7** | **€ 482.3** |
| Cost of sales | (2,995.0) | (2,911.5) | (59.3) |
| Research and development expenses | (1,537.0) | (949.2) | (645.0) |
| Sales and marketing expenses | (59.5) | (50.4) | (14.5) |
| General and administrative expenses | (484.7) | (285.8) | (94.0) |
| Other operating expenses | (407.0) | (94.4) | (2.4) |
| Other operating income | 815.3 | 598.4 | 250.5 |
| **Operating income / (loss)** | **€12,642.7** | **€15,283.8** | **€ (82.4)** |
| Finance income | 330.3 | 67.7 | 1.6 |
| Finance expenses | (18.9) | (305.1) | (65.0) |
| **Profit / (loss) before tax** | **€12,954.1** | **€15,046.4** | **€(145.8)** |
| Income taxes | (3,519.7) | (4,753.9) | 161.0 |
| **Profit for the period** | **€ 9,434.4** | **€10,292.5** | **€ 15.2** |
| **Earnings per share** | | | |
| Basic profit for the period per share | € 38.78 | € 42.18 | € 0.06 |
| Diluted profit for the period per share | € 37.77 | € 39.63 | € 0.06 |

161

**Comparison of the year ended December 31, 2022 and the year ended December 31, 2021**

*Revenues*

The following is a summary of revenues recognized for the periods indicated:

| (in millions) | Years ended December 31, 2022 | Years ended December 31, 2021 | Change € | % |
|---|---|---|---|---|
| **Revenues** | | | | |
| **Commercial revenues** | **€17,194.6** | **€18,874.0** | **€(1,679.4)** | **(9)** |
| COVID-19 vaccine revenues | 17,145.2 | 18,806.8 | (1,661.6) | (9) |
| *Sales to collaboration partners*[(1)] | *1,224.3* | *970.9* | *253.4* | *26* |
| *Direct product sales to customers* | *3,184.7* | *3,007.2* | *177.5* | *6* |
| *Share of collaboration partners' gross profit and sales milestones* | *12,736.2* | *14,828.7* | *(2,092.5)* | *(14)* |
| Other sales | 49.4 | 67.2 | (17.8) | (26) |
| **Research & development revenues from collaborations** | **116.0** | **102.7** | **13.3** | **13** |
| **Total revenues** | **€17,310.6** | **€18,976.7** | **€(1,666.1)** | **(9)** |

[(1)] Represents sales to our collaboration partners of products manufactured by us and reflects manufacturing costs and variances to the extent identified.

*Commercial Revenues*

From the year ended December 31, 2021 compared to the year ended December 31, 2022 commercial revenues decreased by €1,679.4 million from €18,874.0 million to €17,194.6 million, mainly due to the slightly decreased demand for our COVID-19 vaccine. We are the marketing authorization holder in the United States, the European Union, the United Kingdom, Canada and other countries, and holder of emergency use authorizations or equivalents in the United States (jointly with Pfizer) and other countries. Submissions to pursue regulatory approvals in those countries where emergency use authorizations or equivalents were initially granted are ongoing. Pfizer has marketing and distribution rights worldwide with the exception of China, Germany and Turkey. Fosun Pharma has marketing and distribution rights in China, Hong Kong special administrative region, or SAR, Macau SAR and the region of Taiwan. The allocation of marketing and distribution rights defines territories in which the collaboration partners act as a principal.

Sales to collaboration partners represent sales of products manufactured by us to collaboration partners. Whenever responsibilities in the manufacturing and supply process of the COVID-19 vaccine shift and the COVID-19 vaccine is transferred, the vaccine is sold from one partner to the other. Under the collaboration with Pfizer, from time to time, those sales are significantly influenced by amounts due to write-offs of inventories as well as costs related to production capacities derived from contracts with Contract Manufacturing Organizations (CMOs) that became redundant. Those costs represent accrued manufacturing variances and are charged to our partner once finally materialized. These manufacturing variances are reflected as transfer price adjustment once identified and assessed highly probable. Sales to collaboration partners during the years ended December 31, 2022, and 2021, amounted to €1,224.3 million and €970.9 million, respectively. During the years ended December 31, 2022, and 2021 those sales included €850.0 million and €31.0 million, respectively, related to the aforementioned manufacturing variances.

By supplying our territories during the years ended December 31, 2022, and 2021, we recognized €3,184.7 million and €3,007.2 million of revenues, respectively, from direct COVID-19 vaccine sales in Germany and Turkey. The share of gross profit that we owe our collaboration partner Pfizer based on our sales is recognized as cost of sales.

Based on COVID-19 vaccine sales in the collaboration partners' territories, we are eligible to receive a share of their gross profit, which represents a net figure and is recognized as collaboration revenue during the commercial phase, together with sales milestones that are recorded once the underlying thresholds are met. When determining the gross profit, manufacturing cost variances either reflected as transfer price adjustment as described above, or resulting from costs highly probable to be incurred by the partner were considered. During the year ended December 31, 2022, €12,736.2 million gross profit share has been recognized as revenue. During the year ended December 31, 2021, €14,352.1 million gross profit share and €476.6 million of sales milestones have been recognized as revenues.

162

*Research & Development Revenues from Collaborations*

From the year ended December 31, 2021 compared to the year ended December 31, 2022, research and development revenues from collaborations increased by €13.3 million or 13% from €102.7 million to €116.0 million. This was mainly derived from our collaborations with Pfizer and Sanofi S.A, or Sanofi.

*Cost of Sales*

The following table summarizes our cost of sales for the periods indicated:

| (in millions) | Years ended December 31, 2022 | 2021 | Change € | % |
|---|---|---|---|---|
| **Cost of sales** | | | | |
| Cost of sales related to COVID-19 vaccine revenues | €2,960.1 | €2,855.6 | €104.5 | 4 |
| Cost related to other sales | 34.9 | 55.9 | (21.0) | (38) |
| **Total cost of sales** | **€2,995.0** | **€2,911.5** | **€ 83.5** | **3** |

From the year ended December 31, 2021 to the year ended December 31, 2022, cost of sales increased by €83.5 million or 3% from €2,911.5 million to €2,995.0 million, mainly due to recognizing cost of sales from our COVID-19 vaccine sales, which included the share of gross profit that we owe our collaboration partner Pfizer based on our sales. In addition, cost of sales was impacted by expenses arising from inventory write-offs and expenses for production capacities derived from contracts with Contract Manufacturing Organizations, or CMOs, that became redundant. The effects were driven by the introduction of a new COVID-19 vaccine formulation, the switch from the monovalent vaccine to our Omicron-adapted bivalent COVID-19 vaccines and due to accelerating internal manufacturing capacities during the year ended December 31, 2022.

*Research and Development Expenses*

The following table summarizes our research and development expenses for the periods indicated:

| (in millions) | Years ended December 31, 2022 | 2021 | Change € | % |
|---|---|---|---|---|
| **Research and development expenses** | | | | |
| Purchased services | € 621.6 | €572.6 | € 49.0 | 9 |
| Wages, benefits and social security expense | 385.9 | 233.1 | 152.8 | 66 |
| Laboratory supplies | 398.0 | 53.8 | 344.2 | 640 |
| Depreciation and amortization | 49.3 | 32.9 | 16.4 | 50 |
| Other | 82.2 | 56.8 | 25.4 | 45 |
| **Total research and development expenses** | **€1,537.0** | **€949.2** | **€587.8** | **62** |

From the year ended December 31, 2021 to the year ended December 31, 2022, our research and development expenses increased by €587.8 million or 62% from €949.2 million to €1,537.0 million, mainly due to expenses in connection with the development and production of our Omicron-adapted bivalent COVID-19 vaccines and from progressing the clinical studies for our pipeline candidates. The increase was further driven by an increase in wages, benefits and social security expenses resulting from an increase in headcount as well as expenses incurred under our share-based-payment arrangements.

163

*Sales and Marketing Expenses*

The following table summarizes our sales and marketing expenses for the periods indicated:

| (in millions) | Years ended December 31, | | Change | |
| | 2022 | 2021 | € | % |
|---|---|---|---|---|
| **Sales and marketing expenses** | | | | |
| Purchased services | €24.0 | €26.5 | €(2.5) | (9) |
| IT costs | 11.2 | 5.0 | 6.2 | 124 |
| Wages, benefits and social security expense | 7.8 | 4.3 | 3.5 | 81 |
| Other | 16.5 | 14.6 | 1.9 | 13 |
| **Total sales and marketing expenses** | **€59.5** | **€50.4** | **€ 9.1** | **18** |

From the year ended December 31, 2021 to the year ended December 31, 2022, our sales and marketing expenses increased by €9.1 million or 18% from €50.4 million to €59.5 million, mainly due to increased expenses for IT consulting and an increase in wages, benefits and social security expenses resulting from an increase in headcount.

*General and Administrative Expenses*

The following table summarizes our general and administrative expenses for the periods indicated:

| (in millions) | Years ended December 31, | | Change | |
| | 2022 | 2021 | € | % |
|---|---|---|---|---|
| **General and administrative expenses** | | | | |
| Wages, benefits and social security expense | €145.9 | € 90.5 | € 55.4 | 61 |
| Purchased services | 143.9 | 70.2 | 73.7 | 105 |
| IT and office equipment | 88.1 | 25.1 | 63.0 | 251 |
| Insurance premiums | 21.3 | 30.4 | (9.1) | (30) |
| Other | 85.5 | 69.6 | 15.9 | 23 |
| **Total general and administrative expenses** | **€484.7** | **€285.8** | **€198.9** | **70** |

From the year ended December 31, 2021 to the year ended December 31, 2022, our general and administrative expenses increased by €198.9 million or 70% from €285.8 million to €484.7 million, mainly due to increased expenses for IT consulting and IT services, increased expenses for purchased management consulting and legal services as well as an increase in wages, benefits and social security expenses resulting mainly from an increase in headcount. Our business development transactions also contributed to the increase in general and administrative expenses.

Table of Contents

**SIGNATURES**

The Registrant hereby certifies that it meets all of the requirements for filing on Form 20-F and that it has duly caused and authorized the undersigned to sign this Annual Report on Form 20-F on its behalf.

BioNTech SE

Date: March 27, 2023                    By:            /s/ Prof. Ugur Sahin, M.D.

                                                **Prof. Ugur Sahin, M.D.**
                                                **Chief Executive Officer**

233

**Year ended December 31, 2021**

| (in millions) | January 1, 2021 | Cash flows | Acquisition of subsidiaries and businesses | Changes in fair value | New leases and disposals | Reclassification | Other | December 31, 2021 |
|---|---|---|---|---|---|---|---|---|
| Current obligations under lease contracts | € 6.1 | €(14.1) | € — | € — | € 22.1 | € 13.4 | € 0.4 | € 27.9 |
| Non-current obligations under lease contracts | 78.1 | — | — | — | 87.7 | (13.4) | 1.3 | 153.7 |
| Loans and borrowings | 155.9 | (52.6) | 1.3 | — | — | — | 15.3 | 119.9 |
| Convertible note – embedded derivative | 30.9 | — | — | 277.8 | — | — | — | 308.7 |
| **Total** | **€ 271.0** | **€(66.7)** | **€ 1.3** | **€ 277.8** | **€ 109.8** | **€ —** | **€17.0** | **€ 610.2** |

**13  Inventories**

| (in millions) | December 31, 2022 | December 31, 2021 |
|---|---|---|
| Raw materials and supplies | € 409.7 | € 248.3 |
| Unfinished goods | 21.0 | 84.5 |
| Finished goods | 8.9 | 169.7 |
| **Total** | **€ 439.6** | **€ 502.5** |

During the year ended December 31, 2022, inventory write-offs to net realizable value and reserves related to our COVID-19 vaccine amounting to €484.6 million were recognized in cost of sales due to the switch from the BNT162b2 vaccine to an Omicron-adapted bivalent vaccine and further raw materials reserves recognized with respect to our excess stock, compared to €194.6 million in the previous period. The inventories valued at net realizable value in our consolidated statements of financial position as of December 31, 2022, consider contractual compensation payments. We have not pledged any inventories as securities for liabilities. During the years ended December 31, 2022, and 2021, costs of inventories in the amount of €1,550.6 million and €1,255.1 million, respectively, were recognized as cost of sales.

**14  Other Non-Financial Assets**

| (in millions) | December 31, 2022 | December 31, 2021 |
|---|---|---|
| Sales tax receivable | € 93.8 | € 26.7 |
| Deferred expenses | 88.7 | 62.1 |
| Prepayments related to CRO and CMO contracts | 35.3 | 22.8 |
| Prepayments related to service contracts | 31.3 | 6.5 |
| Other | 29.3 | 9.7 |
| **Total** | **€ 278.4** | **€ 127.8** |
| Total current | 271.9 | 113.4 |
| Total non-current | 6.5 | 14.4 |

**15  Issued Capital and Reserves**

As of December 31, 2022, the number of shares outstanding was 243,215,169. This amount excludes 5,337,031 shares held in treasury. For the year ended December 31, 2021, the number of shares outstanding was 242,521,489, excluding 3,788,592 shares held in treasury.

F-52