# EXHIBIT P



## BioNTech Announces Second Quarter 2023 Financial Results and Corporate Update

August 7, 2023

- *Significant pipeline advancement highlighted by the initiation of BNT316/ONC-392 Phase 3 pivotal trial and multiple trials planned to start across the oncology portfolio*
- *Positive data updates across multiple technology platforms including ADC candidate BNT323/DB-1303, anti-CTLA4 monoclonal antibody candidate BNT316/ONC-392 and CAR-T candidate BNT211*
- *Preparation for launch of Omicron XBB.1.5-adapted monovalent COVID-19 vaccine as recommended by the U.S. Food and Drug Administration (FDA), European Medicines Agency (EMA) and other health authorities; deliveries expected to start as early as September, subject to regulatory approval*
- *Reiterates COVID-19 vaccine revenue guidance of approximately €5 billion in 2023*
- *First half[1] of 2023 revenues of €1.4 billion[2], net profit of €311.8 million and fully diluted earnings per share of €1.28 ($1.38[3])*

**Conference call and webcast scheduled for August 7, 2023, at 8:00 am EDT (2:00 pm CEST)**

**MAINZ, Germany, August 7, 2023 (GLOBE NEWSWIRE)** -- BioNTech SE (Nasdaq: BNTX, "BioNTech" or "the Company") today reported financial results for the three and six months ended June 30, 2023, and provided an update on its corporate progress.

"We are progressing our oncology pipeline into late-stage development, having launched a pivotal Phase 3 trial and preparing for additional trials with registrational potential in the coming months," **said Prof. Ugur Sahin, M.D., CEO and Co-Founder of BioNTech**. "Simultaneously, we are enhancing our infectious disease pipeline to address global health needs and are developing an Omicron XBB.1.5-adapted monovalent COVID-19 vaccine to become available for the upcoming fall-winter season, subject to regulatory approvals."

**Financial Review for the Second Quarter and First Half of 2023**

| in millions €, except per share data | Second Quarter 2023 | Second Quarter 2022 | First Half 2023 | First Half 2022 |
|---|---|---|---|---|
| Total Revenues[2] | 167.7 | 3,196.5 | 1,444.7 | 9,571.1 |
| Net Profit / (Loss) | (190.4) | 1,672.0 | 311.8 | 5,370.8 |
| Diluted Earnings / (Loss) per Share | (0.79) | 6.45 | 1.28 | 20.69 |

**Total revenues** reported were €167.7 million[2] for the three months ended June 30, 2023, compared to €3,196.5 million for the comparative prior year period. For the six months ended June 30, 2023, total revenues were €1,444.7 million[2], compared to €9,571.1 million for the comparative prior year period. Write-offs by BioNTech's collaboration partner Pfizer, Inc. ("Pfizer") significantly reduced the Company's gross profit share in the second quarter and hence negatively influenced its revenues for the three months ended June 30, 2023.

**Cost of sales** were €162.9 million for the three months ended June 30, 2023, compared to €764.6 million for the comparative prior year period. For the six months ended June 30, 2023, cost of sales were €258.9 million, compared to €2,058.7 million for the comparative prior year period. The change was in line with decreasing COVID-19 vaccine sales.

**Research and development** expenses were €373.4 million for the three months ended June 30, 2023, compared to €399.6 million for the comparative prior year period. For the six months ended June 30, 2023, research and development expenses were €707.4 million, compared to €685.4 million for the comparative prior year period. Research and Development (R&D) expenses are mainly influenced by progressing clinical studies for pipeline candidates, the development of variant adapted as well as next generation COVID-19 vaccines and expanding R&D headcount.

**General and administrative** expenses were €122.7 million for the three months ended June 30, 2023, compared to €130.0 million for the comparative prior year period. For the six months ended June 30, 2023, general and administrative expenses were €242.1 million, compared to €220.8 million for the comparative prior year period. G&A expenses were mainly influenced by increased expenses for IT services as well as expanding the G&A headcount.

**Income taxes** were realized with an amount of €221.8 million tax income for the three months ended June 30, 2023, compared to €647.3 million of tax expenses accrued for the comparative prior year period. For the six months ended June 30, 2023, income taxes were realized with an amount of €16.3 million tax income, compared to €1,966.6 million tax expenses accrued for the comparative prior year period. The derived annual effective income tax rate for the six months ended June 30, 2023, was minus 5.5% which is expected to change over the 2023 financial year to be in line with the updated estimated annual cash effective income tax rate of somewhere around 21% for the BioNTech Group.

**Net loss** was €190.4 million for the three months ended June 30, 2023, compared to €1,672.0 million net profit for the comparative prior year period. For the six months ended June 30, 2023, **net profit** was €311.8 million, compared to €5,370.8 million net profit for the comparative prior year period.

**Cash and cash equivalents as well as security investments** were €14,166.6 million as well as €2,667.0 million, respectively, as of June 30, 2023. Subsequent to the end of the reporting period, the payment settling BioNTech's gross profit share for the first quarter of 2023 (as defined by the contract with Pfizer) in the amount of €1,059.2 million was received from BioNTech's collaboration partner as of July 17, 2023. In addition, until early August 2023, €437.7 million was received in connection with the amended COVID-19 Vaccine Purchase Agreement with the European Commission (EC).

**Loss per share** was €0.79 for the three months ended June 30, 2023, compared to a diluted earnings per share €6.45 for the comparative prior year period. For the six months ended June 30, 2023, diluted **earnings per share** was €1.28, compared to €20.69 diluted earnings per share for the comparative prior year period.

**Shares outstanding** as of June 30, 2023, were 239,771,156, excluding 8,781,044 shares in treasury.
In March 2023, BioNTech initiated a new share repurchase program pursuant to which the Company may purchase American Depositary Shares, or ADSs, each representing one ordinary share of the Company, in the amount of up to $0.5 billion during the remainder of 2023. During the three months ended June 30, 2023, 1,532,685 American Depositary Shares were repurchased under the share repurchase program of ADSs at an average price of €100.45 ($108.92[3]), for total consideration of €154.0 million ($166.9 million[3]).

**Cash outflows and share consideration** in connection with the acquisition of InstaDeep Ltd. ("InstaDeep") on July 31, BioNTech invested approximately €450 million not including potential future milestones.

"We enter the second half of 2023 with a strong financial position, on track to launch our new variant-adapted COVID-19 vaccine and to conduct multiple clinical trials with registrational potential across our oncology and infectious disease pipeline. The COVID-19 vaccine market remains highly dynamic and difficult to fully predict. Along with our partner Pfizer, the Company continues to focus on supporting successful vaccinations during the autumn respiratory infection season," **said Jens Holstein, CFO of BioNTech.** "It is our goal to become a multi-product company by investing in our own clinical programs and by complementing them with additional compounds from our partners. With some uncertainty on the revenue line, we are also carefully watching our spending by revisiting our cost base while remaining focused on executing against our strategic goals and providing value to the public and our shareholders."

**Outlook for the 2023 Financial Year**
The Company reiterates its COVID-19 vaccine revenue guidance and updates its previous expense and capex guidance for the 2023 financial year:

*BioNTech COVID-19 Vaccine Revenues for the 2023 Financial Year:*

| | |
|---|---|
| Estimated BioNTech COVID-19 vaccine revenues for the full 2023 financial year | ~ €5 billion |

This estimate reflects expected revenues related to BioNTech's share of gross profit from COVID-19 vaccine sales in the collaboration partners' territories, from direct COVID-19 vaccine sales to customers in BioNTech's territory and expected revenues generated from products manufactured by BioNTech and sold to collaboration partners, which may be influenced by costs such as inventory write-offs once materialized and shared with the collaboration partner Pfizer.

Revenue guidance is based on various assumptions, including, but not limited to, the expected transition from an advanced purchase agreement environment to commercial market ordering starting in some geographies and an expected regulatory recommendation to adapt the COVID-19 vaccines to address newly circulating variants or sublineages of SARS-CoV-2. While vaccine adaptation is expected to lead to increased demand, fewer primary vaccinations and lowered population-wide levels of boosting are anticipated. In addition, seasonal demand is assumed, moving expected revenue generation to the second half of the year 2023 as previously reported. The revenues guidance reflects the revenues as specified by the amendment of the contractual agreement with the EC on behalf of the member states while it largely remains dependent on revenues generated in BioNTech's collaboration partner's territories. The market dynamics for COVID-19 vaccines are influenced by various factors which underlie substantial uncertainties and might affect the demand for COVID-19 vaccines in general as well as the Company's estimated revenues.

*Planned 2023 Financial Year Expenses and Capex[4]:*

| | Previous Guidance | Updated Guidance |
|---|---|---|
| R&D expenses[5] | €2,400m - €2,600m | €2,000m - €2,200m |
| SG&A expenses | €650m - €700m | €600m - €700m |
| Capital expenditures for operating activities[6] | €500m - €600m | €350m - €450m |

*Estimated 2023 Financial Year Tax Assumptions:*

| | Previous Guidance | Updated Guidance |
|---|---|---|
| BioNTech Group estimated annual cash effective income tax rate[7] | ~ 27% | ~ 21% |

The full interim unaudited condensed consolidated financial statements can be found in BioNTech's Report on Form 6-K, filed today with the United States Securities and Exchange Commission ("SEC") and available at  https://www.sec.gov/.

**Endnotes**

[1] Financial information is prepared and presented in Euros and numbers are rounded to millions and billions of Euros in accordance with standard commercial practice.

[2] BioNTech's profit share is estimated based on preliminary data shared between Pfizer and BioNTech as further described in the Annual Report. Any changes in the estimated share of the collaboration partner's gross profit will be recognized prospectively.

[3] Calculated applying the average foreign exchange rate for the three and six months ended June 30, 2023, as published by the German Central Bank (Deutsche Bundesbank).

[4] Numbers reflect current base case projections and are calculated based on constant currency rates.

[5] Numbers include effects identified from additional collaborations or potential M&A transactions to the extent disclosed and will be updated as needed.

[6] Numbers exclude potential effects caused by or driven from collaborations or M&A transactions.

[7] Numbers exclude potential effects caused by or driven from share-based payment settlements in the course of 2023.

**Operational Review and Pipeline Update for the Second Quarter 2023 and Key Post Period-End Events**

*COVID-19 Marketed Products*

- In May, BioNTech and Pfizer announced an agreement with the EC to amend the previous COVID-19 Vaccine Purchase Agreement to deliver COVID-19 vaccines doses to the European Union. The amended agreement reflects BioNTech and Pfizer's commitment to working collaboratively to help address ongoing public health needs, while respecting the principles of the original agreement. It includes re-phasing of delivery of doses annually through 2026. In addition, the agreement includes an aggregate volume reduction, providing additional flexibility for EU Member States. The EC will maintain access to future adapted COVID-19 vaccines and the ability to donate doses, in alignment with the original agreement.
- In June, BioNTech and Pfizer submitted regulatory applications to the EMA and to the U.S. FDA for their Omicron XBB.1.5-adapted monovalent COVID-19 vaccine for individuals 6 months of age and older in line with recommendations from both regulatory agencies. Regulatory submissions in other territories have also been initiated.
- BioNTech and Pfizer have manufactured Omicron XBB.1.5-adapted monovalent COVID-19 vaccine doses at risk to ensure readiness ahead of the fall and winter seasons in various regions worldwide. The companies plan to prepare shipments of Omicron XBB.1.5-adapted monovalent COVID-19 vaccine doses for fast delivery following potential regulatory approval.

*Oncology Pipeline Highlights - Recent and upcoming trial starts and data readouts*

**BNT316/ONC-392 (gotistobart)** is a next-generation anti-CTLA-4 monoclonal antibody candidate jointly developed by BioNTech and OncoC4, Inc. ("OncoC4"). BNT316/ONC-392 offers a potentially differentiated safety profile that may allow for higher dosing and longer duration of treatment both as a monotherapy and in combination with other therapies.

- In June, BioNTech and OncoC4 initiated a Phase 3 clinical trial (NCT05671510) to evaluate BNT316/ONC-392 as monotherapy in non-small cell lung cancer (NSCLC) patients whose disease progressed on anti-PD-1/PD-L1 antibody-based therapy. The program received Fast Track Designation from the FDA in 2022.
- Data from a dose escalation and an expansion cohort evaluating BNT316/ONC-392 as monotherapy in NSCLC patients that had progressed on prior immune-checkpoint inhibitor (ICI) therapy as part of the ongoing Phase 1/2 clinical trial (NCT04140526) were presented at the American Society of Clinical Oncology (ASCO) Annual Meeting in June 2023. BNT316/ONC-392 was generally well-tolerated with a manageable safety profile. Early readout of the expansion cohort showed encouraging clinical activity in patients with ICI-resistant NSCLC.

**BNT323/DB-1303** is a HER2-targeted antibody-drug conjugate (ADC) candidate, being developed in collaboration with Duality Biologics (Suzhou) Co. Ltd. ("DualityBio").

- BNT323/DB-1303 is being evaluated in a Phase 1/2 clinical trial (NCT05150691) in patients with advanced/unresectable, recurrent, or metastatic HER2-expressing solid tumors. Data from the ongoing trial were presented at the 2023 ASCO Annual Meeting suggesting that BNT323/DB-1303 was well tolerated and adverse events (AEs) were manageable. Preliminary antitumor activity was observed in heavily pretreated HER2-expressing patients with a median of seven prior systemic treatment regimens, including other HER2 ADCs.

**BNT324/DB-1311** is a topoisomerase-1 inhibitor-based ADC candidate being developed in collaboration with DualityBio.

- A first-in-human, open-label Phase 1/2 clinical trial evaluating BNT324/DB-1311 in multiple advanced solid tumors is planned to start this year.

**BNT116** is based on BioNTech's FixVac platform, a wholly owned, systemically administered, off-the-shelf mRNA-based cancer vaccine candidate. This candidate is being evaluated for the treatment of advanced NSCLC.

- In July 2023, BioNTech and Regeneron Pharmaceuticals Inc. ("Regeneron") initiated a randomized, controlled, Phase 2 clinical trial (NCT05557591) to evaluate BNT116 in combination with cemiplimab (Regeneron's Libtayo) and cemiplimab alone as first-line treatment of patients with advanced NSCLC whose tumors express PD-L1 in ≥ 50% of tumor cells.

**BNT122 (Autogene cevumeran)** is an mRNA cancer vaccine candidate based on an individualized neoantigen-specific immunotherapy (iNeST) approach being developed in collaboration with Genentech, a member of the Roche Group ("Roche").

- A randomized Phase 2 clinical trial (NCT05968326) is planned to start in 2H 2023 to further evaluate the safety and efficacy of BNT122 in the adjuvant setting in combination with atezolizumab (Genentech's Tecentriq) followed by chemotherapy in patients with resected pancreatic ductal adenocarcinoma (PDAC) supported by data from an investigator-initiated Phase 1 trial (NCT04161755). In May 2023, results from the Phase 1 trial were published in the peer-reviewed journal *Nature*. Trials in other indications are ongoing.

**BNT211** is an autologous Claudin-6 (CLDN6)-targeting chimeric antigen receptor (CAR) T cell therapy candidate that is being tested alone and in combination with an investigational CAR-T cell Amplifying RNA Vaccine compound, or CARVac, encoding CLDN6.

- A data update from the ongoing Phase 1/2 clinical trial (NCT04503278) was provided at the 2023 ASCO Annual Meeting detailing the new dose escalation of CLDN6 CAR-T cells with and without a CLDN6-encoding mRNA vaccine for the

treatment of CLDN6-positive relapsed/refractory solid tumors using an automated manufacturing process. CLDN6 CAR-T cells ± CLDN6 CARVac showed a moderate safety profile in line with that of manually produced CLDN6 CAR-T cells. Encouraging signs of clinical activity for dose level 1 and 2 were confirmed, including dose-dependent expansion of CAR-T cells demonstrated by an objective response rate (ORR) of 41% in all 17 evaluable patients and an ORR of 75% in patients at dose level 2. Follow-up of treated patients and further enrollment of patients into dose level 2 and 3 are ongoing. After determination of a recommended Phase 2 dose for CLDN6 CAR-T cells, a pivotal trial in germ cell tumors is planned to start in 2024.

**Corporate Update for the Second Quarter 2023 and Key Post Period-End Events**

- In April, BioNTech entered into exclusive license and collaboration agreements with DualityBio to develop, manufacture and commercialize two investigational topoisomerase-1 inhibitor-based ADC assets, BNT323/DB-1303 and BNT324/DB-1311. In August 2023, BioNTech signed another agreement with DualityBio to develop, manufacture and commercialize an additional antibody-drug conjugate, DB-1305.
- In July, following on a memorandum of understanding announced in January, BioNTech signed a long-term strategic partnership agreement with the UK Government, NHS England and Genomics England Limited with the aim to provide access to personalized treatments for up to 10,000 patients by 2030, either in clinical trials or as authorized treatment. To execute this, BioNTech plans to set up new laboratories in Cambridge with an expected capacity of more than 70 highly skilled scientists as well as a new regional hub for the United Kingdom.
- In July, BioNTech also successfully completed its previously announced acquisition of InstaDeep, following the satisfaction of all customary closing conditions. The acquisition supports the Company's strategy to build world-leading capabilities in Artificial Intelligence ("AI")-driven drug discovery and development. InstaDeep will operate as a UK-based global subsidiary of BioNTech. The transaction adds approximately 290 highly skilled professionals to BioNTech's workforce, including teams in AI, machine learning ("ML"), bioengineering, data science, and software development.

**Environmental, Social, and Governance (ESG)**

BioNTech was founded out of a responsibility to patients and to society and this is still the vision that drives the Company. It gives grounds for BioNTech's enhanced responsibility: for translating the Company's science into the health of people worldwide and democratizing access to innovative medicines, for environmental and climate protection, for respecting human rights and for fostering the full potential of all employees.

In March 2023, BioNTech published its third ESG report (Sustainability Report 2022). The report highlights the Company's progress in developing novel medicines and introducing scalable technological innovations. It describes BioNTech's science-based climate goals (under SBTi review), actions and climate risk management as well as the status of the Companies' human rights strategy and due diligence. The report addresses diversity, inclusion, equity and belonging, and highlights the importance of BioNTech's values and culture.

BioNTech recognizes its responsibility as a corporate citizen and is committed to supporting its local communities and beyond through donations, sponsorships and volunteer activities.

**Upcoming Investor and Analyst Events**

- BioNTech's third quarter 2023 financial results and corporate update are scheduled for Monday, November 6, 2023.
- BioNTech will host its 2nd Innovation Day on Tuesday, November 7, 2023, in Boston, USA.

**Conference Call and Webcast Information**

BioNTech invites investors and the general public to join a conference call and webcast with investment analysts today, August 7, 2023, at 8.00 a.m. EDT (2.00 p.m. CEST) to report its financial results and provide a corporate update for the second quarter of 2023.

To access the live conference call via telephone, please register via this link. Once registered, dial-in numbers and a pin number will be provided.

The slide presentation and audio of the webcast will be available via this link.

Participants may also access the slides and the webcast of the conference call via the "Events & Presentations" page of the Investor Relations section of the Company's website at  https://biontech.com. A replay of the webcast will be available shortly after the conclusion of the call and archived on the Company's website for 30 days following the call.

**About BioNTech**

Biopharmaceutical New Technologies (BioNTech) is a next generation immunotherapy company pioneering novel therapies for cancer and other serious diseases. The Company exploits a wide array of computational discovery and therapeutic drug platforms for the rapid development of novel biopharmaceuticals. Its broad portfolio of oncology product candidates includes individualized and off-the-shelf mRNA-based therapies, innovative chimeric antigen receptor T cells, bispecific immune checkpoint modulators, targeted cancer antibodies and small molecules. Based on its deep expertise in mRNA vaccine development and in-house manufacturing capabilities, BioNTech and its collaborators are developing multiple mRNA vaccine candidates for a range of infectious diseases alongside its diverse oncology pipeline. BioNTech has established a broad set of relationships with multiple global pharmaceutical collaborators, including DualityBio, Fosun Pharma, Genentech, a member of the Roche Group, Genevant, Genmab, OncoC4, Regeneron, Sanofi, and Pfizer.

For more information, please visit www.BioNTech.com

**Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, as amended, including, but not limited to, statements concerning: BioNTech's expected revenues and net profit related to sales of BioNTech's COVID-19 vaccine, referred to as COMIRNATY where approved for use under full or conditional marketing authorization, in territories controlled by BioNTech's collaboration partners, particularly for those figures that are derived from preliminary estimates provided by BioNTech's partners; the rate and degree of market acceptance of BioNTech's COVID-19 vaccine and, if approved, BioNTech's investigational medicines; expectations regarding anticipated changes in COVID-19 vaccine demand, including changes to the ordering environment and expected regulatory recommendations to adapt vaccines to address new variants or sublineages; the initiation, timing, progress, results, and cost of BioNTech's research and development programs, including those relating to additional formulations of BioNTech's COVID-19 vaccine, and BioNTech's current and future preclinical studies and clinical trials, including statements regarding the timing of initiation and completion of studies or trials and related preparatory work and the availability of results; our expectations with respect to our intellectual property;  the  impact of the Company's acquisition of InstaDeep Ltd. and collaboration and licensing agreements with OncoC4, Inc., Duality Biologics (Suzhou) Co. Ltd. and others; the development of sustainable vaccine production and supply solutions, and the nature and feasibility of these solutions; and BioNTech's estimates of commercial and other revenues, cost of sales, research and development expenses, sales and marketing expenses, general and administrative expenses, capital expenditures, income taxes, net profit, cash, cash equivalents and security investments, shares outstanding and cash outflows and share consideration. In some cases, forward-looking statements can be identified by terminology such as "will," "may," "should," "expects," "intends," "plans," "aims," "anticipates," "believes," "estimates," "predicts," "potential," "continue," or the negative of these terms or other comparable terminology, although not all forward-looking statements contain these words. The forward-looking statements in this press release are neither promises nor guarantees, and you should not place undue reliance on these forward-looking statements because they involve known and unknown risks, uncertainties, and other factors, many of which are beyond BioNTech's control and which could cause actual results to differ materially from those expressed or implied by these forward-looking statements. These risks and uncertainties include, but are not limited to: BioNTech's pricing and coverage negotiations with governmental authorities, private health insurers and other third-party payors after BioNTech's initial sales to national governments; the future commercial demand and medical need for initial or booster doses of a COVID-19 vaccine; competition from other COVID-19 vaccines or related to BioNTech's other product candidates, including those with different mechanisms of action and different manufacturing and distribution constraints, on the basis of, among other things, efficacy, cost, convenience of storage and distribution, breadth of approved use, side-effect profile and durability of immune response; the timing of and BioNTech's ability to obtain and maintain regulatory approval for BioNTech's product candidates; the ability of BioNTech's COVID-19 vaccines to prevent COVID-19 caused by emerging virus variants; BioNTech's and its counterparties' ability to manage and source necessary energy resources; BioNTech's ability to identify research opportunities and discover and develop investigational medicines; the ability and willingness of BioNTech's third-party collaborators to continue research and development activities relating to BioNTech's development candidates and investigational medicines; the impact of the COVID-19 pandemic on BioNTech's development programs, supply chain, collaborators and financial performance; unforeseen safety issues and potential claims that are alleged to arise from the use of BioNTech's COVID-19 vaccine and other products and product candidates developed or manufactured by BioNTech; BioNTech's and its collaborators' ability to commercialize and market BioNTech's COVID-19 vaccine and, if approved, its product candidates; BioNTech's ability to manage its development and expansion; regulatory developments in the United States and other countries; BioNTech's ability to effectively scale BioNTech's production capabilities and manufacture BioNTech's products, including BioNTech's target COVID-19 vaccine production levels, and BioNTech's product candidates; risks relating to the global financial system and markets; and other factors not known to BioNTech at this time. You should review the risks and uncertainties described under the heading "Risk Factors" in BioNTech's Report on Form 6-K for the period ended June 30, 2023 and in subsequent filings made by BioNTech with the SEC, which are available on the SEC's website at  www.sec.gov. Except as required by law, BioNTech disclaims any intention or responsibility for updating or revising any forward-looking statements contained in this press release in the event of new information, future developments or otherwise. These forward-looking statements are based on BioNTech's current expectations and speak only as of the date hereof.

**Contacts**

**Investor Relations**
Victoria Meissner, M.D.
+1 617 528 8293
Investors@biontech.de

**Media Relations**
Jasmina Alatovic
+49 (0)6131 9084 1513
Media@biontech.de

**Interim Consolidated Statements of Profit or Loss**

| (in millions €, except per share data) | Three months ended June 30, | | Six months ended June 30, | |
| --- | ---: | ---: | ---: | ---: |
| | **2023** | **2022** | **2023** | **2022** |
| | (unaudited) | (unaudited) | (unaudited) | (unaudited) |
| Revenues | | | | |
| Commercial revenues | 166.4 | 3,166.3 | 1,442.9 | 9,528.5 |
| Research & development revenues | 1.3 | 30.2 | 1.8 | 42.6 |
| **Total revenues** | **167.7** | **3,196.5** | **1,444.7** | **9,571.1** |
| | | | | |
| Cost of sales | (162.9) | (764.6) | (258.9) | (2,058.7) |
| Research and development expenses | (373.4) | (399.6) | (707.4) | (685.4) |
| Sales and marketing expenses | (18.1) | (17.8) | (30.3) | (32.1) |
| General and administrative expenses | (122.7) | (130.0) | (242.1) | (220.8) |
| Other operating expenses | (74.2) | (240.7) | (192.3) | (309.5) |
| Other operating income | 20.3 | 565.8 | 77.4 | 697.7 |
| **Operating income / (loss)** | **(563.3)** | **2,209.6** | **91.1** | **6,962.3** |

| | | | | |
|---|---|---|---|---|
| Finance income | 152.4 | 115.5 | 208.9 | 387.6 |
| Finance expenses | (1.3) | (5.8) | (4.5) | (12.5) |
| **Profit / (loss) before tax** | **(412.2)** | **2,319.3** | **295.5** | **7,337.4** |
| | | | | |
| Income taxes | 221.8 | (647.3) | 16.3 | (1,966.6) |
| **Profit / (Loss) for the period** | **(190.4)** | **1,672.0** | **311.8** | **5,370.8** |
| | | | | |
| **Earnings per share** | | | | |
| Basic profit / (loss) for the period per share | (0.79) | 6.86 | 1.29 | 22.00 |
| Diluted profit / (loss) for the period per share | (0.79) | 6.45 | 1.28 | 20.69 |

## Interim Consolidated Statements of Financial Position

| | June 30, | December 31, |
|---|---|---|
| *(in millions € )* | **2023** | **2022** |
| **Assets** | *(unaudited)* | |
| **Non-current assets** | | |
| Intangible assets | 501.4 | 219.7 |
| Property, plant and equipment | 691.1 | 609.2 |
| Right-of-use assets | 202.9 | 211.9 |
| Other financial assets | 1,374.3 | 80.2 |
| Other non-financial assets | 2.5 | 6.5 |
| Deferred tax assets | 239.5 | 229.6 |
| **Total non-current assets** | **3,011.7** | **1,357.1** |
| **Current assets** | | |
| Inventories | 448.9 | 439.6 |
| Trade and other receivables | 2,657.9 | 7,145.6 |
| Contract assets | 5.9 | — |
| Other financial assets | 1,390.7 | 189.4 |
| Other non-financial assets | 212.3 | 271.9 |
| Income tax assets | 331.6 | 0.4 |
| Cash and cash equivalents | 14,166.6 | 13,875.1 |
| **Total current assets** | **19,213.9** | **21,922.0** |
| **Total assets** | **22,225.6** | **23,279.1** |
| | | |
| **Equity and liabilities** | | |
| **Equity** | | |
| Share capital | 248.6 | 248.6 |
| Capital reserve | 1,424.4 | 1,828.2 |
| Treasury shares | (8.8) | (5.3) |
| Retained earnings | 19,144.8 | 18,833.0 |
| Other reserves | (902.5) | (848.9) |
| **Total equity** | **19,906.5** | **20,055.6** |
| **Non-current liabilities** | | |
| Lease liabilities, loans and borrowings | 167.1 | 176.2 |
| Other financial liabilities | 6.1 | 6.1 |
| Income tax liabilities | — | 10.4 |
| Provisions | 8.6 | 8.6 |
| Contract liabilities | 302.1 | 48.4 |
| Other non-financial liabilities | 11.7 | 17.0 |
| Deferred tax liabilities | 4.5 | 6.2 |
| **Total non-current liabilities** | **500.1** | **272.9** |
| **Current liabilities** | | |
| Lease liabilities, loans and borrowings | 38.6 | 36.0 |
| Trade payables and other payables | 228.6 | 204.1 |
| Other financial liabilities | 172.5 | 785.1 |
| Refund liabilities | — | 24.4 |
| Income tax liabilities | 554.9 | 595.9 |
| Provisions | 374.8 | 367.2 |
| Contract liabilities | 201.2 | 77.1 |
| Other non-financial liabilities | 248.4 | 860.8 |

| | | |
|---|---|---|
| **Total current liabilities** | 1,819.0 | 2,950.6 |
| **Total liabilities** | 2,319.1 | 3,223.5 |
| **Total equity and liabilities** | 22,225.6 | 23,279.1 |

**Interim Consolidated Statements of Cash Flows**

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | **2023** | **2022** | **2023** | **2022** |
| (in millions €) | (unaudited) | (unaudited) | (unaudited) | (unaudited) |
| **Operating activities** | | | | |
| Profit / (Loss) for the period | (190.4) | 1,672.0 | 311.8 | 5,370.8 |
| Income taxes | (221.8) | 647.3 | (16.3) | 1,966.6 |
| **Profit / (Loss) before tax** | **(412.2)** | **2,319.3** | **295.5** | **7,337.4** |
| Adjustments to reconcile profit before tax to net cash flows: | | | | |
| Depreciation and amortization of property, plant, equipment, intangible assets and right-of-use assets | 31.9 | 33.2 | 63.3 | 60.8 |
| Share-based payment expenses | 13.1 | 14.8 | 21.7 | 25.0 |
| Net foreign exchange differences | (397.0) | (344.6) | (343.9) | (338.5) |
| Loss on disposal of property, plant and equipment | 0.1 | 0.2 | 0.3 | 0.2 |
| Finance income excluding foreign exchange differences | (126.6) | (1.5) | (208.9) | (218.8) |
| Finance expense excluding foreign exchange differences | 1.3 | 5.8 | 2.5 | 12.5 |
| Movements in government grants | — | — | (3.0) | — |
| Net loss on derivative instruments at fair value through profit or loss | 12.0 | 86.5 | 88.2 | 84.6 |
| Working capital adjustments: | | | | |
| Decrease in trade and other receivables, contract assets and other assets | 5,123.6 | 3,174.8 | 6,017.4 | 2,771.3 |
| Decrease / (increase) in inventories | (24.8) | 91.6 | (9.3) | 134.8 |
| (Decrease) / increase in trade payables, other financial liabilities, other liabilities, contract liabilities, refund liabilities and provisions | 592.7 | (663.1) | (268.9) | 194.4 |
| Interest received | 42.5 | 1.5 | 96.1 | 2.2 |
| Interest paid | (1.3) | (5.8) | (2.5) | (12.2) |
| Income tax paid | (437.3) | (791.4) | (1,282.2) | (2,081.4) |
| Share-based payments | (31.3) | (2.2) | (757.0) | (3.0) |
| **Net cash flows from operating activities** | **4,386.7** | **3,919.1** | **3,709.3** | **7,969.3** |
| | | | | |
| **Investing activities** | | | | |
| Purchase of property, plant and equipment | (67.2) | (70.6) | (112.4) | (114.7) |
| Purchase of intangible assets and right-of-use assets | (242.1) | (4.8) | (251.7) | (21.5) |
| Investment in other financial assets | (1,982.5) | (3.0) | (2,663.1) | (30.0) |
| Proceeds from maturity of other financial assets | — | — | — | 375.2 |
| **Net cash flows from / (used in) investing activities** | **(2,291.8)** | **(78.4)** | **(3,027.2)** | **209.0** |
| | | | | |
| **Financing activities** | | | | |
| Proceeds from issuance of share capital and treasury shares, net of costs | — | — | — | 110.5 |
| Proceeds from loans and borrowings | — | 0.2 | — | 0.2 |
| Repayment of loans and borrowings | — | — | — | (18.8) |
| Payments related to lease liabilities | (9.4) | (10.5) | (18.7) | (21.9) |
| Share repurchase program | (154.0) | (286.9) | (436.0) | (286.9) |
| Dividends | — | (484.3) | — | (484.3) |
| **Net cash flows used in financing activities** | **(163.4)** | **(781.5)** | **(454.7)** | **(701.2)** |
| | | | | |
| Net increase in cash and cash equivalents | 1,931.5 | 3,059.2 | 227.4 | 7,477.1 |
| Change in cash and cash equivalents resulting from exchange rate differences | 91.2 | 111.5 | 64.1 | 165.0 |
| Cash and cash equivalents at the beginning of the period | 12,143.9 | 6,164.1 | 13,875.1 | 1,692.7 |
| **Cash and cash equivalents as of June 30** | **14,166.6** | **9,334.8** | **14,166.6** | **9,334.8** |

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 6-K

**REPORT OF FOREIGN PRIVATE ISSUER PURSUANT TO RULE 13a-16 OR 15d-16
UNDER THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE MONTH OF AUGUST 2023**

**COMMISSION FILE NUMBER 001-39081**

# BioNTech SE

(Translation of registrant's name into English)

**An der Goldgrube 12
D-55131 Mainz
Germany
+49 6131-9084-0**
(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover Form 20-F or Form 40-F: Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

**DOCUMENTS INCLUDED AS PART OF THIS FORM 6-K**

On August 7, 2023, BioNTech SE (the "Company") provided a development update and reported its financial results for the three and six months ended June 30, 2023. The interim condensed consolidated financial statements as well as the operating and financial review and prospects of the Company for the three and six months ended June 30, 2023 are attached hereto as Exhibit 99.1 and shall be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act") and incorporated by reference herein.

**SIGNATURE**

Pursuant to the requirements of the Exchange Act, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**BioNTech SE**

By:   /s/ Jens Holstein

Name: Jens Holstein
Title: Chief Financial Officer

Date: August 7, 2023

**EXHIBIT INDEX**

<u>Exhibit</u>      <u>Description of Exhibit</u>

99.1      <u>Quarterly Report for the Three and Six Months Ended June 30, 2023</u>



**BioNTech SE**

**Quarterly Report of BioNTech SE for the Three And Six Months Ended June 30, 2023**

changes or circumstances arising that are beyond our control. Such changes are reflected in the assumptions when they occur.

Previously, we had assessed that inventory produced prior to successful regulatory approval did not meet the criteria for capitalization as an asset, and accordingly expensed the costs of pre-launch inventory as research and development costs. Based on the experience of the past years and the developments since our COVID-19 vaccine was first authorized or approved for emergency or temporary use, our assessment regarding the potential to produce economic benefits changed. Beginning with the second quarter of 2023, pre-launch products from the *Comirnaty* product family with their potential for economic benefit fulfill the recognition criteria for an asset under the IFRS Conceptual Framework. At each reporting date, the respective inventory is measured at the lower of cost and net realizable value. However, because is not probable until regulatory approval is obtained, we consider the net realizable value to be zero, as this is the probable amount expected to be realized from its sale until approval is obtained. The write-down is recognized in the statements of profit or loss as research and development expenses. If regulatory approval for a product candidate is obtained, the relevant write-down would be reversed to a maximum of the original cost. Subsequently, inventory will be recognized as cost of sales. This reassessment has been treated as a change in estimate and has no impact on current period inventories or research and development expenses.

The accounting policies adopted in the preparation of the unaudited interim condensed consolidated financial statements are consistent with those followed in the preparation of our audited consolidated financial statements as of and for the year ended December 31, 2022, except for income taxes, which are accounted for using the expected annual tax rate in our unaudited interim condensed consolidated financial statements (see Note 5). Certain policies are described further below due to the activities and transactions during the three and six months ended June 30, 2023.

*Standards Applied for the First Time*

The IFRS standards applied for the first time as of January 1, 2023, as disclosed in the notes to the audited consolidated financial statements as of and for the year ended December 31, 2022, had no impact on our unaudited interim condensed consolidated financial statements as of and for the three and six months ended June 30, 2023.

**3    Revenues from Contracts with Customers**

**Disaggregated information on revenues**

Set out below is the disaggregation of our revenues from contracts with customers:

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| *(in millions €)* | **2023** | **2022** | **2023** | **2022** |
| **Commercial revenues** | **166.4** | **3,166.3** | **1,442.9** | **9,528.5** |
| COVID-19 vaccine revenues | 158.2 | 3,152.7 | 1,421.7 | 9,505.8 |
| *Sales to collaboration partners*[1] | *75.2* | *608.3* | *146.6* | *1,211.5* |
| *Direct product sales to customers* | *—* | *557.0* | *65.2* | *1,720.1* |
| *Share of collaboration partners' gross profit* | *83.0* | *1,987.4* | *1,209.9* | *6,574.2* |
| Other sales | 8.2 | 13.6 | 21.2 | 22.7 |
| **Research & development revenues from collaborations** | **1.3** | **30.2** | **1.8** | **42.6** |
| **Total** | **167.7** | **3,196.5** | **1,444.7** | **9,571.1** |

[1]    Represents sales to our collaboration partners of products manufactured by us and reflects manufacturing costs and variances to the extent identified.

**Commercial Revenues**

During the three and six months ended June 30, 2023, and 2022, commercial revenues were recognized from the supply and sales of our COVID-19 vaccine worldwide. During the three and six months ended June 30, 2023 our commercial revenues decreased corresponding with a lower COVID-19 vaccine market demand. Write-offs by our collaboration partner Pfizer Inc, or Pfizer, significantly reduced our gross profit share and hence negatively influenced our revenues for three months ended June 30, 2023. We are the marketing authorization holder in the United States, the European Union, the United Kingdom, Canada and other countries, and holder of emergency use authorizations or equivalents in the United States (jointly with Pfizer Inc., or Pfizer) and other countries; submissions to pursue regulatory approvals in countries where emergency use authorizations or equivalent were initially granted are ongoing. Pfizer has marketing and distribution rights worldwide with the exception of China, Germany and Turkey. Shanghai Fosun Pharmaceutical (Group) Co., Ltd, or Fosun Pharma, has marketing and distribution rights in China, Hong Kong

*BIONTECH*

*Derivatives Not Designated as Hedging Instruments*

Derivatives not designated as hedging instruments related to foreign exchange forward contracts that were entered to manage some of our foreign currency exposures. The foreign exchange forward contracts are measured at fair value through profit or loss and are intended to reduce the exposure to foreign currency risk resulting from trade receivables denominated in U.S. dollar.

*Derivatives Designated as Hedging Instruments*

Derivatives designated as hedging instruments related to foreign exchange forward contracts that were entered into during the six months ended June 30, 2023, to hedge the cash flow risk associated with the purchase price in British pound (GBP) of the intended acquisition (forecasted transaction) of InstaDeep Ltd.

*Other Financial Liabilities at Amortized Cost*

Other financial liabilities at amortized cost mainly included obligations derived from license agreements which are being incurred with respect to our COVID-19 vaccine sales in our and our collaboration partners' territories where we and our partners are using third party intellectual property.

**Risk Management Activities**

No changes have occurred regarding our risk management activities as disclosed in the notes to our audited consolidated financial statements included in our Annual Report on Form 20-F as of and for the year ended December 31, 2022.

*Fair Values*

The financial instruments at fair value are measured at fair value on a quarterly basis. Money market funds, or MMFs, which were recognized as cash and cash equivalents in the amount of €7,194.7 million as of June 30, 2023 (€3,148.9 million as of December 31, 2022), were valued using quoted prices on the valuation date in active markets (Level 1). The foreign exchange forward contracts were valued using valuation techniques, which involved the use of foreign exchange spot and forward rates (Level 2). The fair values of listed equity investments were measured based on the stock prices of the listed companies (Level 1). The fair values of non-listed equity investments were measured based on observable inputs, e.g., used for multiple analyses (Level 2). The initial fair value of contingent considerations determined at acquisition was based on cash flow projections (unobservable Level 3 input factors) and remained unchanged since no material changes of the underlying performance criteria had occurred.

## 8    Inventories

Below is an overview of inventories held as of June 30, 2023 and December 31, 2022.

| *(in millions €)* | June 30, 2023 | December 31, 2022 |
|---|---:|---:|
| Raw materials and supplies | 407.5 | 409.7 |
| Unfinished goods | 9.6 | 21.0 |
| Finished goods | 31.8 | 8.9 |
| **Total** | **448.9** | **439.6** |

During the three and six months ended June 30, 2023 expenses from inventory write-downs to net realizable value and inventory write-offs due to inventories expected to be unsaleable, not fulfilling the specification defined by our quality standards, shelf-life expiry or disposals resulted in €40.2 million and €113.9 million, respectively, included in cost of sales. (€247.1 million and €403.1 million with respect to write-offs during the three and six months ended June 30, 2022).

## 9    Issued Capital and Reserves

As of June 30, 2023, the number of shares outstanding was 239,771,156. This amount excludes 8,781,044 shares held in treasury. As of December 31, 2022, the number of shares outstanding was 243,215,169, excluding 5,337,031 shares held in treasury.

*Second Tranche Share Repurchase Program*

In November 2022, our Management Board and Supervisory Board authorized the second tranche of our share repurchase program of ADSs, with a value of up to $0.5 billion, commencing on December 7, 2022. Between January 1,

14

2023 and March 17, 2023, the date on which the trading plan for the second tranche of our share repurchase program expired, the following repurchases under the program occurred:

**Second Tranche ($0.5 billion)**

| Period | Number of ADSs purchased | Average price paid per ADS | Net amount spent (in millions) |
|---|---|---|---|
| January 2023 | 618,355 | $142.26 (€131.12) | $88.0 (€81.1) |
| February 2023 | 857,620 | $138.05 (€129.06) | $118.4 (€110.7) |
| March 2023[(1)] | 745,196 | $128.49 (€121.08) | $95.7 (€90.2) |
| **Total** | **2,221,171** | | **$302.1(€282.0)** |

(1) Ending March 17, 2023.

*2023 Share Repurchase Program*

On March 27, 2023, our Management Board and Supervisory Board authorized a new share repurchase program under which we may purchase ADSs, each representing one ordinary share, with a value of up to $0.5 billion until the end of 2023. During the three months ended June 30, 2023 the following repurchases under the program occurred:

**Program 2023 ($0.5 billion)**

| Period | Number of ADSs purchased | Average price paid per ADS | Net amount spent (in millions) |
|---|---|---|---|
| June 2023 | 1,532,685 | $108.92 (€100.45) | $166.9 (€154.0) |
| **Total** | **1,532,685** | | **$166.9 (€154.0)** |

## 10    Share-Based Payments

### Expenses Arising from Share-Based Payment Arrangements

During the three and six months ended June 30, 2023, and 2022, the following share-based payment arrangements led to the expenses recognized for services received during the respective periods as shown in the following table:

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| (in millions €) | **2023** | **2022** | **2023** | **2022** |
| Expense arising from equity-settled share-based payment arrangements | 11.3 | 12.8 | 22.0 | 25.0 |
| *Employee Stock Ownership Plan* | — | *4.5* | *0.1* | *9.2* |
| *Chief Executive Officer Grant* | *0.4* | *0.9* | *0.8* | *1.8* |
| *Management Board Grant* | *1.6* | *1.7* | *2.7* | *2.7* |
| *BioNTech 2020 Employee Equity Plan for Employees Based Outside North America* | *9.3* | *5.7* | *18.4* | *11.3* |
| Expense / (Income) arising from cash-settled share-based payment arrangements | 2.2 | 2.0 | (0.3) | — |
| *Employee Stock Ownership Plan* | *1.0* | *0.5* | *(1.4)* | *0.3* |
| *Management Board Grant* | *(0.5)* | *(0.4)* | *(1.8)* | *(1.2)* |
| *BioNTech Restricted Stock Unit Plan for North America Employees* | *1.7* | *1.9* | *2.9* | *0.9* |
| **Total** | **13.5** | **14.8** | **21.7** | **25.0** |
| | | | | |
| Cost of sales | 1.6 | 0.7 | 3.1 | 1.5 |
| Research and development expenses | 8.7 | 9.7 | 15.2 | 17.0 |
| Sales and marketing expenses | — | 0.3 | 0.1 | 0.4 |
| General and administrative expenses | 3.2 | 4.1 | 3.3 | 6.1 |
| **Total** | **13.5** | **14.8** | **21.7** | **25.0** |

15

campaign in Europe helped reopen millions of large and small businesses across the region and helped stabilize the wider European economy, which saw an average 7% reduction in GDP by country during the first pandemic year, 2020.

Under our collaboration with Pfizer Inc., or Pfizer, we are the Marketing Authorization Holder in the U.S., the European Union, the United Kingdom, Canada and other countries, and the holder of emergency use authorizations, or EUAs, or equivalents in the U.S. (jointly with Pfizer) and other countries for the COVID-19 vaccine program. Pfizer has marketing and distribution rights worldwide with the exception of Greater China, Germany, and Turkey. Fosun Pharmaceutical Industrial Development, Co., Ltd, or Fosun Pharma, has marketing and distribution rights in Mainland China, Hong Kong Special Administrative Region, or SAR, Macau SAR and the region of Taiwan. We have the marketing and distribution rights to *Comirnaty* in Germany and Turkey.

**A. Commercial Updates**

In May 2023, we and Pfizer announced an agreement had been reached with the European Commission, or the EC, to amend the previous COVID-19 Vaccine Purchase Agreement to deliver COVID-19 vaccines to the European Union, or the EU. The amended agreement reflects ours and Pfizer's commitment to working collaboratively to help address ongoing public health needs, while respecting the principles of the original agreement. The agreement rephased delivery of doses annually through 2026. In addition, the agreement includes an aggregate volume reduction, providing additional flexibility for EU Member States. The EC will maintain access to future adapted COVID-19 vaccines and the ability to donate doses, in alignment with the original agreement.

We expect that as SARS-CoV-2 continues to evolve, and the risk of severe COVID-19 disease and deaths continues, especially for high risk populations, there will be continued demand for vaccine boosting and vaccinations, especially for at-risk and immunocompromised groups. We also expect to begin the transition from an advanced purchase agreement environment to commercial market ordering in some geographies, driven by regulatory recommendations to adapt COVID-19 vaccines to newly circulating variants or sublineages of SARS-CoV-2, namely XBB.1.5 for the fall and winter seasons in 2023 and 2024.

**B. Clinical Development, Regulatory and Manufacturing Updates**

In April 2023, we and Pfizer received an update to the EUA to simplify the vaccination schedule for most individuals. This included authorizing the current Omicron BA.4-5-adapted bivalent COVID-19 vaccine to be used for all doses administered to individuals 6 months of age and older.

The Omicron XBB sublineages currently account for the majority of COVID-19 cases globally and are antigenically distant from prior circulating SARS-CoV-2 lineages, including Omicron BA.4/BA.5 and the original SARS-CoV-2 strain. Although Omicron BA.4-5-adapted bivalent vaccines provide some protection against a range of outcomes from XBB-related COVID-19, evidence suggests that vaccines better matched to currently circulating sublineages should further improve protection against symptomatic disease and severe COVID-19.

In May 2023, the European Medicines Agency, or the EMA, and other health authorities provided guidance highlighting that updated vaccines targeting Omicron XBB.1. sublineages may contribute to maintaining protection against COVID-19 during the upcoming fall and winter season, when COVID-19 case rates and hospitalizations are expected to increase. On June 15, 2023, the U.S. Food and Drug Administration's, or FDA's, Vaccines and Related Biological Products Advisory Committee (VRBPAC) issued guidance recommending manufacture of an Omicron XBB.1.5-adapted monovalent COVID-19 vaccine for the 2023-2024 fall and winter seasons. On June 23, 2023, we and Pfizer submitted regulatory applications to the EMA and the FDA for our Omicron XBB.1.5-adapted monovalent COVID-19 vaccine for individuals 6 months of age and older.

These filings are based on the full body of clinical, pre-clinical, and real-world evidence supporting the safety and efficacy of the Pfizer-BioNTech COVID-19 vaccines. Following guidance from regulatory authorities on the requirements for strain changes, the applications include data suggesting that the Omicron XBB.1.5-adapted monovalent COVID-19 vaccine may generate improved responses against circulating XBB sublineages, compared to the current Omicron BA.4-5-adapted bivalent COVID-19 vaccine.

We and Pfizer have manufactured Omicron XBB.1.5-adapted monovalent COVID-19 vaccines at risk to ensure readiness ahead of the fall and winter season. The companies plan to prepare shipments of Omicron XBB.1.5-adapted monovalent COVID-19 vaccines for fast delivery following potential regulatory approval, currently expected in September 2023.

Should the applications be approved, the Omicron XBB.1.5-adapted monovalent COVID-19 vaccine will be distributed under the brand name *Comirnaty* Omicron XBB.1.5 for individuals 6 months of age and older.

23

**BIONTECH**

## Risk Factors

*Our business is subject to various risks, including those described below. You should consider carefully the risks and uncertainties described below and in our future filings. If any such risks are realized, our business, financial condition, results of operations and prospects could be materially and adversely affected. Additionally, risks and uncertainties not currently known to us or that we currently deem to be immaterial also may materially adversely affect our business, financial condition, results of operations and/or prospects.*

**Risk Factor Summary**

- Demand for our COVID-19 vaccine, though difficult to predict, is expected to continue to decrease in the near future. Changing market dynamics will impact our revenue, which currently depends heavily on sales of our COVID-19 vaccine, and result in challenges relating to production of our COVID-19 vaccine.

- Our reported commercial revenue is partially based on preliminary estimates of COVID-19 vaccine sales and costs from Pfizer Inc., or Pfizer, that are likely to change in future periods, which may impact our reported financial results.

- We may be unsuccessful in adapting our COVID-19 vaccine or developing future versions of our COVID-19 vaccine to protect against variants of the SARS-CoV-2 virus and, even if we are successful, a market for vaccines against these variants may not develop.

- Significant adverse events may occur during our clinical trials or even after receiving regulatory approval, which could delay or terminate clinical trials, delay or prevent regulatory approval or market acceptance of any of our product candidates. Since commercialization, we have received, and expect to continue to receive, product liability claims related to our COVID-19 vaccine.

- We face significant competition from other makers of COVID-19 vaccines and may be unable to maintain a competitive market share for our COVID-19 vaccine.

- We have only recently built our marketing and sales organization. If we are unable to continue to increase our marketing and sales capabilities on our own or through third parties, we may not be able to market and sell our product candidates effectively in the United States and other jurisdictions, if approved, or generate product sales revenue.

- Other companies or organizations may challenge our intellectual property rights or may assert intellectual property rights that prevent us from developing and commercializing our COVID-19 vaccine or our product candidates and other technologies, or that negatively affect our results of operations.

- Even if we obtain regulatory approval for our product candidates, the products may not gain the market acceptance among physicians, patients, hospitals, treatment centers and others in the medical community necessary for commercial success.

- Our operating results may fluctuate significantly, which makes our future operating results difficult to predict. If our operating results fall below expectations, the price of the ADSs representing our shares could decline.

- We may require substantial additional financing to achieve our goals, and a failure to obtain this capital on acceptable terms, or at all, could force us to delay, limit, reduce or terminate our product development programs, commercialization efforts or other operations.

- If we identify material weaknesses in our internal control over financial reporting and fail to remediate such material weaknesses, we may not be able to report our financial results accurately or to prevent fraud.

- As a "foreign private issuer," we are exempt from a number of rules under U.S. securities laws, as well as Nasdaq rules, and we are permitted to file less information with the SEC than U.S. companies. This may limit the information available to holders of the ADSs and may make our ordinary shares and the ADSs less attractive to investors.

- Clinical development involves a lengthy and expensive process with an uncertain outcome, and delays can occur for a variety of reasons outside of our control. Clinical trials of our product candidates may be delayed, and certain programs may never advance in the clinic or may be more costly to conduct than we anticipate, any of which can affect our ability to fund our company and would have a material adverse impact on our business.

- mRNA drug development has substantial clinical development and regulatory risks due to limited regulatory experience with mRNA immunotherapies.

45

- Our approved product and product candidates are based on novel technologies and they may be complex and difficult to manufacture. We may encounter difficulties in manufacturing, product release, shelf life, testing, storage, supply chain management or shipping. If we or any of the third-party manufacturers we work with encounter such difficulties, our ability to supply materials for clinical trials or any approved product could be delayed or stopped.

- If our efforts to obtain, maintain, protect, defend and/or enforce the intellectual property related to our COVID-19 vaccine or our product candidates and technologies are not adequate, we may not be able to compete effectively in our market.

- We have experienced and may continue to experience significant volatility in the market price of the ADSs representing our ordinary shares.

- Our principal shareholders and management own a significant percentage of our ordinary shares and will be able to exert significant control over matters subject to shareholder approval.

**Risks Related to our COVID-19 Vaccine and the Commercialization of our Pipeline**

*Demand for our COVID-19 vaccine, though difficult to predict, is expected to continue to decrease in the near future. Changing market dynamics will impact our revenue, which currently depends heavily on sales of our COVID-19 vaccine, and result in challenges relating to production of our COVID-19 vaccine.*

Prior to the commercialization of our COVID-19 vaccine, we had not sold or marketed any products in our pipeline. As a result, a majority of our total revenues to date are attributable to sales of our COVID-19 vaccine. However, we have experienced and we expect to continue to experience increasing reductions in demand for COVID-19 vaccination generally, including for our vaccine, as the virus becomes endemic and as a growing proportion of the population becomes vaccinated. We expect that future revenues from sales of our COVID-19 vaccine will decrease as demand for vaccination wanes. Such revenues will depend on numerous factors, including:

- the extent to which a COVID-19 vaccine, including any booster shot, continues to be necessary as COVID-19 becomes an endemic virus;

- competition from other COVID-19 vaccines, including those with different mechanisms of action and different manufacturing and distribution constraints, on the basis of, among other things, efficacy, cost, convenience of storage and distribution, breadth of approved use, side-effect profile and durability of immune response;

- our ability to successfully and timely develop effective vaccines targeting new variants and mutations of COVID-19;

- our ability to receive full regulatory approvals where we currently have emergency use authorizations or equivalents;

- our ability to expand our geographic customer base;

- our pricing and coverage negotiations with governmental authorities, private health insurers and other third-party payors after our initial sales to national governments, including the transition towards ordinary-course insurance coverage in the public and private sectors;

- the ability of countries and jurisdictions to store and distribute doses of our COVID-19 vaccine to end users at cold temperatures;

- the safety profile of our COVID-19 vaccine, including if previously unknown undesirable effects or increased incidence or severity of known undesirable effects are identified with our COVID-19 vaccine;

- intellectual property litigation involving our COVID-19 vaccine and COVID-19 vaccines in general; and

- our manufacturing and distribution capabilities for our COVID-19 vaccine.

We cannot accurately predict the revenues our COVID-19 vaccine will generate in future periods or for how long our COVID-19 vaccine will continue to generate material revenues and we cannot ensure it will maintain its competitive position. Uncertainty in the demand for our COVID-19 vaccine and difficulties in targeting appropriate supply of our COVID-19 vaccines have in the past resulted, and may in the future result, in significant inventory write-offs and cancellations of contract manufacturing orders. Our business and financial condition could be materially affected by lowered COVID-19 vaccine revenues resulting from any of the above factors, or by production and supply chain difficulties. In addition, if our revenues or market share of, or other financial metrics relating to our COVID-19 vaccine do not meet the expectations of investors or securities analysts, the market price of the ADSs representing our ordinary shares may decline.

46

***Our reported commercial revenue is based on preliminary estimates of COVID-19 vaccine sales and costs from Pfizer that are likely to change in future periods, which may impact our reported financial results.***

Our reported commercial revenue is based on preliminary estimates from Pfizer, and other assumptions and judgments that we have made, which may be subject to significant uncertainties. Our commercial revenue includes preliminary estimates in part due to a difference in Pfizer's fiscal quarter for subsidiaries outside the United States, which consequently creates an additional time lag between the recognition of revenues and the receipt of payment. Although our revenue recognition policy is based on facts and circumstances known to us and various other assumptions that we believe to be reasonable under the circumstances, our actual results may deviate from such reported revenue.

We depend on Pfizer to determine and provide estimates of the costs and profits to be shared with us in the countries where it is commercializing our COVID-19 vaccine under our collaboration agreement with Pfizer for our COVID-19 vaccine, which we refer to as the Pfizer Agreement. Because the information supplied by Pfizer is preliminary and subject to change, the commercial revenue we report based on such information is also subject to finalization. This is particularly true for vaccine sales outside of the United States, where Pfizer has a different reporting cycle than ours. As a result, we may not have the complete sales and costs results outside of the United States for months not covered by the reporting period, but we are nonetheless required to report estimated figures.

Pfizer has historically provided us with profit figures for our COVID-19 vaccine sales in the United States using standard U.S. transfer prices and manufacturing and shipping cost variances (as far as those have been identified) that could be subject to adjustment (e.g., due to changes in manufacturing costs or the price of our COVID-19 vaccine). Pfizer has also provided estimated profits for COVID-19 vaccine sales outside of the United States that were preliminary in nature for the last month of a quarter, as Pfizer's subsidiaries outside of the United States have a different reporting cycle than ours. These estimated figures have changed, and in the future such estimated figures are likely to change, as we receive final data from Pfizer for the applicable period in accordance with the reporting cycle of Pfizer's ex-U.S. subsidiaries and as actual costs become known. Further, to the extent that Pfizer does not provide such preliminary information in the future, our provisional sales figures for territories outside of the United States will be subject to an even greater level of estimate and judgment. Any changes to the preliminary data we report herein may have an impact on our reported revenues and expenses, profitability or financial position.

***Our COVID-19 vaccine is sensitive to temperature, shipping and storage conditions and could be subject to risk of loss or damage.***

Our COVID-19 vaccine is, and other product candidates we develop could be, sensitive to temperature, storage and handling conditions. In particular, while we have improved the required shipping and storage conditions of our COVID-19 vaccine, it must be shipped and stored at cold temperatures. Loss in supply of our COVID-19 vaccine and our product candidates could occur if the product or product intermediates are not stored or handled properly. Shelf life for our product candidates may vary by product, and it is possible that supply of our COVID-19 vaccine or our product candidates could be lost due to expiration prior to use. This has in the past led, and could in the future lead, to additional manufacturing costs and delays in our ability to supply required quantities for clinical trials or for commercial purposes. Such distribution challenges may make our COVID-19 vaccine a less attractive product than other COVID-19 vaccines that do not require as cold storage, and our COVID-19 vaccine may become increasingly less competitive as additional other vaccines become authorized for emergency use. If we, our partners and customers are unable to adequately manage these issues, we may be exposed to product liability claims and the market opportunity for our COVID-19 vaccine may be reduced, each of which could adversely affect our business prospects and materially harm our financial condition.

***If we discover safety issues with our products, including our COVID-19 vaccine, that were not known at the time of approval, commercialization efforts for our products could be negatively affected, approved products could lose their approval or sales could be suspended, we could be subject to product liability claims and our business and reputation could be materially harmed.***

Our COVID-19 vaccine and any other product candidates for which we receive approval or emergency use authorization are subject to continuing regulatory oversight, including the review of additional safety information. Billions of doses of our COVID-19 vaccination have now been delivered worldwide, and our COVID-19 vaccine is being more widely used by patients as an authorized product than it was used in clinical trials. As a result, undesirable effects and other problems may be observed that were not seen or anticipated, or were not as prevalent or severe, during clinical trials. We cannot provide assurance that newly discovered or developed safety issues will not arise, and we have received, and expect to continue to receive, product liability claims relating to our COVID-19 vaccine. With the use of any vaccine by a wide patient population, serious adverse events may occur from time to time that did not arise in clinical trials or that initially appeared to be unrelated to the vaccine itself and only with the collection of subsequent information were found to be causally related to the product. Safety events that arise outside of a clinical trial setting are difficult to monitor, and given the widespread use of our COVID-19 vaccine, we have experienced difficulty tracking

potential treatment-related adverse events on a global basis. Any safety issues could cause us to suspend or cease marketing of our approved products, possibly subject us to substantial liabilities and adversely affect our ability to generate revenue and our financial condition. The subsequent discovery of previously unknown problems with a product could negatively affect commercial sales of the product, result in restrictions on the product or lead to the withdrawal of the product from the market. The reporting of adverse safety events involving our products or public speculation about such events could cause the price of the ADSs representing our ordinary shares to decline or experience periods of volatility.

Unexpected safety issues, including any that we have not yet observed in our clinical trials for our COVID-19 vaccine or in real world data, could lead to significant reputational damage for us and our product development platforms going forward and other issues, including delays in our other programs, the need for re-design of our clinical trials and the need for significant additional financial resources.

*Failure to comply with continuing regulatory requirements by us or our collaboration partners could adversely impact regulatory approvals for our products, result in product recalls or suspensions, subject us to fines and/or other types of liabilities.*

If we or our collaborators fail to comply with applicable continuing regulatory requirements, including good industry practices, such as good manufacturing practices (GMP), we or our collaborators may be subject to fines, suspension or withdrawal of regulatory approvals for specific drugs, product recalls and seizures, operating restrictions and/or criminal prosecutions. In addition, the manufacturers we engage to make our products and the manufacturing facilities in which our products are made are subject to periodic review and inspection by the U.S. Food and Drug Administration, or the FDA, and foreign regulatory authorities. If problems are identified during the review or inspection of these manufacturers or manufacturing facilities, it could result in our inability to use the facility to make our product or a determination that inventories are not safe for commercial sale. Any of these factors could adversely affect our business prospects and our financial position could be materially harmed.

*We may be unsuccessful in adapting our COVID-19 vaccine or developing future versions of our COVID-19 vaccine to protect against variants of the SARS-CoV-2 virus, and even if we are successful, a market for vaccines against these variants may not develop.*

Our COVID-19 vaccine was initially developed based upon the genetic sequence of the original SARS-CoV-2 virus that was first detected. The SARS-CoV-2 virus continues to evolve, and new strains of the virus or those that are already in circulation may prove more transmissible or cause more severe forms of COVID-19 disease than the predominant strains observed to date. Our vaccine may not be as effective in protecting against existing and future variant strains of the SARS-CoV-2 virus as it is against the original virus. While we continue to monitor emerging SARS-CoV-2 strains, undertake investigations into the immunogenicity of our COVID-19 vaccine against new variants as they emerge and develop modified versions of our COVID-19 vaccine against new variants, these efforts may be unsuccessful, and failure to timely and successfully adapt our vaccine to variants of the SARS-CoV-2 virus could lead to significant reputational harm and adversely affect our financial results. It is also possible that we may expend significant resources adapting our COVID-19 vaccine to protect against certain variants of the SARS-CoV-2 virus, but that a market for adapted vaccines does not develop for one or more variants or that demand does not align with our projections or cost expenditures. Moreover, even if we are successful in developing an adapted vaccine and there is a market for the new vaccine, new variants continue to emerge and any adapted vaccine may not be as effective in protecting against such future variant strains.

*The successful commercialization of our product candidates will depend in part on the extent to which governmental authorities, private health insurers and other third-party payors provide coverage and adequate reimbursement levels and implement pricing policies favorable to our product candidates. Failure to obtain or maintain coverage and adequate reimbursement for our product candidates, if approved, and/or delayed payments from government authorities could limit our ability to market those products and decrease our ability to generate revenue.*

The availability and extent of reimbursement by governmental and private payors is essential for most patients to be able to afford certain treatments, including our COVID-19 vaccine and other product candidates we may develop and sell. In addition, because our mRNA product candidates represent an entirely new therapeutic modality, we cannot accurately estimate how future products we may develop and sell would be priced, whether reimbursement could be obtained, or any potential revenue. Sales of our product candidates will depend substantially, both domestically and abroad, on the extent to which the costs of our product candidates will be paid by health maintenance, managed care, pharmacy benefit, and similar healthcare management organizations, or reimbursed by government health administration authorities, private health coverage insurers and other third-party payors. If reimbursement is not available, or is available only to limited levels, we may not be able to successfully commercialize our product candidates. Even if coverage is provided, the approved reimbursement amount may not be high enough to allow us to establish or maintain pricing sufficient to realize an adequate return on our investment in any of our products.

48

- the use of a software program, including proprietary and open source components, which is hosted in the cloud and a part of our product candidate, to assist with the design of the patient-specific mRNA, which software must be maintained and secured;

- effective design of the patient-specific mRNA that encodes for the required neoantigens;

- batch-specific manufacturing failures or issues that arise due to the uniqueness of each patient-specific batch that may not have been foreseen;

- quality control testing failures;

- unexpected failures of batches placed on stability;

- shortages or quality control issues with single-use assemblies, consumables or critical parts sourced from third-party vendors that must be changed out for each patient-specific batch;

- significant costs associated with individualized manufacturing that may adversely affect our ability to continue development;

- successful and timely manufacture and release of the patient-specific batch;

- shipment issues encountered during transport of the batch to the site of patient care;

- the ability to define a consistent safety profile at a given dose when each participant receives a unique treatment; and

- our reliance on single source suppliers.

We also continue to evolve our own custom manufacturing equipment. This equipment may not function as designed, which may lead to deviations in the drug product being produced. This can lead to increased batch failure and the inability to supply patients enrolled in the clinical trial. If our clinical development plans are expanded, due to the custom nature of the equipment and single-use assemblies, we may not be able to supply this expanded need reliably without significant investments. In addition, there will be considerable time to scale up our facilities or build new facilities before we can begin to meet any commercial demand if one or more of our product candidates are approved. This expansion or addition of new facilities could also lead to product comparability issues, which can further delay introduction of new capacity.

As certain of our product candidates are manufactured for each individual patient, we will be required to maintain a chain of identity with respect to each patient's tissue sample, sequence data derived from such tissue sample, analyze results of such patient's genomic analysis and the custom manufactured product for each patient. Maintaining such a chain of identity is difficult and complex, and failure to do so could result in product mix-up, adverse patient outcomes, loss of product, or regulatory action, including withdrawal of any approved products from the market. Further, as our product candidates are developed through early-stage clinical studies to later-stage clinical trials towards approval and commercialization, we expect that multiple aspects of the complicated collection, analysis, manufacture and delivery processes will be modified in an effort to optimize processes and results. These changes may not achieve the intended objectives, and any of these changes could cause our product candidates to perform differently than we expect, potentially affecting the results of clinical trials.

***Our inability to manufacture sufficient or appropriate quantities of our COVID-19 vaccine or any of our product candidates, or our failure to comply with applicable regulatory requirements, could materially and adversely affect our business.***

Manufacturing is a vital component of our individualized immunotherapy approach, and we have invested significantly in our manufacturing facilities, including the acquisition of a manufacturing site in Marburg, Germany and the construction of a novel modular manufacturing facility that we refer to as a "*BioNTainer*". All internal manufacturing is performed under GMP guidelines. We also rely on a network of CMOs for the manufacture of our COVID-19 vaccine. We do not rely on any external CMOs for the manufacture of our individualized product candidates and at this time, and we have limited redundancy among our facilities. Due to the individualized nature of our product candidates, we do not maintain product reserves. If any of our or our external CMOs' manufacturing facilities, including our recently introduced *BioNTainer*, experience difficulties, including related to manufacturing, product release, shelf life, testing, storage and supply chain management or shipping, our clinical development programs may be delayed or suspended until we or our external CMOs can resume operations. We may also be required to incur significant expenditures to resolve such difficulties.

We also face the risk of inventory write-offs or redundant production capacities with respect to our COVID-19 vaccine. Planned new formulations of our COVID-19 vaccine, including versions that could protect against new

variants of COVID-19, have resulted or may result in significant research and development expense that was not or may not be recouped. In addition, we have experienced in the past, and may experience in the future, redundant production capacities under our agreements with CMOs due to planned new formulations, adaptations of our COVID-19 vaccine and increased internal manufacturing capacities. Significant inventory write-offs or redundant manufacturing expenses would negatively impact our results of operations.

Our facilities are subject to various regulatory requirements and may be subject to the inspection of the FDA or other regulatory authorities.

If we or our external CMOs cannot successfully manufacture material that conforms to our specifications and the strict regulatory requirements of the FDA, the EMA or comparable regulatory authorities in other jurisdictions, we may not be able to rely on our or our external CMOs' manufacturing facilities for the manufacture of our product candidates. If the FDA, the EMA or another comparable regulatory authority finds our facilities inadequate for the manufacture of our COVID-19 vaccine or our product candidates or if such facilities are subject to enforcement action in the future or are otherwise inadequate, we may need to find alternative manufacturing facilities, which would significantly impact our ability to develop, obtain regulatory approval for or market our COVID-19 vaccine or our product candidates.

Additionally, we may experience manufacturing difficulties due to resource constraints or as a result of labor disputes or, in the case of jurisdictions into which we intend to expand our operations, unstable political environments. If we were to encounter any of these difficulties, our ability to provide our COVID-19 vaccine or our product candidates to patients in clinical trials, or to provide products for the treatment of patients, once approved, would be jeopardized.

*We are subject to regulatory and operational risks associated with the physical and digital infrastructure at both our internal manufacturing facilities and at those of our external service providers.*

The designs of our facilities are based on current standards for biotechnology facilities. They have been reviewed and approved by local authorities and have also received GMP manufacturing licenses. We have designed our facilities to incorporate a significant level of automation of equipment with integration of several digital systems to improve efficiency of operations. We have attempted to achieve a high level of digitization for clinical and commercial manufacturing facilities relative to industry standards. While this is meant to improve operational efficiency, this may pose additional risk of process equipment malfunction and even overall manufacturing system failure or shutdown due to internal or external factors including, but not limited to, design issues, system compatibility or potential cybersecurity breaches. This may lead to delay in supply or shutdown of our facilities. Any disruption in our manufacturing capabilities could cause delays in our production capacity for our drug substances or drug products, impose additional costs, or may require us to identify, qualify and establish an alternative manufacturing site, the occurrence of which could have a material adverse effect on our business, financial condition, results of operations and prospects.

As we expand our development and commercial capacity, we may establish additional manufacturing capabilities and expand to other locations or geographies, which may lead to regulatory delays or prove costly. If we fail to select the correct location, complete the construction in an efficient manner, recruit the required personnel, and generally manage our growth effectively, the development and production of our product candidates could be delayed or curtailed. Additional investments may be needed if changes in our manufacturing process lead to required changes in our infrastructure.

*Our COVID-19 vaccine and certain of our product candidates rely on the availability of specialty raw materials, which may not be available to us on acceptable terms or at all.*

Our product candidates require many specialty raw materials, some of which are manufactured by small companies with limited resources and experience to support a commercial product, and the suppliers may not be able to deliver raw materials to our specifications. In addition, some such suppliers normally support blood-based hospital businesses and generally do not have the capacity to support commercial products manufactured under GMP by biopharmaceutical firms. These suppliers may be ill-equipped to support our needs, especially in non-routine circumstances like an FDA inspection or medical crisis, such as widespread contamination. We also do not have contracts with many of these suppliers, and we may not be able to contract with them on acceptable terms or at all. Accordingly, we have experienced and we may in the future experience delays in receiving key raw materials to support clinical or commercial manufacturing.

In addition, some raw materials are currently available from a single supplier, or a small number of suppliers. We cannot be sure that these suppliers will remain in business or that they will not be purchased by one of our competitors or another company that is not interested in continuing to produce these materials for our intended purpose. In addition, the lead time needed to establish a relationship with a new supplier can be lengthy, and we may experience delays in

80

BIONTECH

## Disclaimer

### Forward-Looking Statements

This quarterly report contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, as amended, including, but not limited to, statements concerning: our expected revenues and net profit related to sales of our COVID-19 vaccine, referred to as *Comirnaty* where approved for use under full or conditional marketing authorization, in territories controlled by our collaboration partners, particularly for those figures that are derived from preliminary estimates provided by our partners; the rate and degree of market acceptance of our COVID-19 vaccine and, if approved, our investigational medicines; expectations regarding anticipated changes in COVID-19 vaccine demand, including changes to the ordering environment and expected regulatory recommendations to adapt vaccines to address new variants or sublineages; the initiation, timing, progress, results, and cost of our research and development programs, including those relating to additional formulations of our COVID-19 vaccine, and our current and future preclinical studies and clinical trials, including statements regarding the timing of initiation and completion of studies or trials and related preparatory work and the availability of results; our expectations with respect to our intellectual property; the impact of the Company's acquisition of InstaDeep Ltd. and collaboration and licensing agreements with OncoC4, Inc., Duality Biologics (Suzhou) Co. Ltd and others; the development of sustainable vaccine production and supply solutions, including BioNTainer, and the nature and feasibility of these solutions; our expectations with respect to legal claims and proceedings; and our estimates of commercial and other revenues, cost of sales, research and development expenses, sales and marketing expenses, general and administrative expenses, capital expenditures, income taxes, net profit, cash, cash equivalents and security investments, shares outstanding. contingencies, cash outflows and share consideration. In some cases, forward-looking statements can be identified by terminology such as "will," "may," "should," "expects," "intends," "plans," "aims," "anticipates," "believes," "estimates," "predicts," "potential," "continue," or the negative of these terms or other comparable terminology, although not all forward-looking statements contain these words. The forward-looking statements in this quarterly report are neither promises nor guarantees, and you should not place undue reliance on these forward-looking statements because they involve known and unknown risks, uncertainties, and other factors, many of which are beyond BioNTech's control and which could cause actual results to differ materially from those expressed or implied by these forward-looking statements. These risks and uncertainties include, but are not limited to: our pricing and coverage negotiations with governmental authorities, private health insurers and other third-party payors after our initial sales to national governments; the future commercial demand and medical need for initial or booster doses of a COVID-19 vaccine; competition from other COVID-19 vaccines or related to our other product candidates, including those with different mechanisms of action and different manufacturing and distribution constraints, on the basis of, among other things, efficacy, cost, convenience of storage and distribution, breadth of approved use, side-effect profile and durability of immune response; the timing of and our ability to obtain and maintain regulatory approval for our product candidates; the ability of our COVID-19 vaccine to prevent COVID-19 caused by emerging virus variants; our and our counterparties' ability to manage and source necessary energy resources; our ability to identify research opportunities and discover and develop investigational medicines; the ability and willingness of our third-party collaborators to continue research and development activities relating to our development candidates and investigational medicines; the impact of the spread of COVID-19 on our development programs, supply chain, collaborators and financial performance; unforeseen safety issues and claims for personal injury or death arising from the use of our COVID-19 vaccine and other products and product candidates developed or manufactured by us; our ability and that of our collaborators to commercialize and market our product candidates, if approved, including our COVID-19 vaccine; our ability to manage our development and expansion; regulatory developments in the United States and other countries; our ability to effectively scale our production capabilities and manufacture our products, including our target COVID-19 vaccine production levels, and our product candidates; risks relating to the global financial system and markets; and other factors not known to us at this time. You should review the risks and uncertainties described under the heading "Risk Factors" in this quarterly report for the three and six months ended June 30, 2023 and in subsequent filings made by BioNTech with the SEC, which are available on the SEC's website at https://www.sec.gov/. Except as required by law, BioNTech disclaims any intention or responsibility for updating or revising any forward-looking statements contained in this quarterly report in the event of new information, future developments or otherwise. These forward-looking statements are based on BioNTech's current expectations and speak only as of the date hereof.