**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ADRIANO LADEWIG, Individually and on Behalf of All Others Similarly Situated, <br><br>             Plaintiff, <br><br>       v. <br><br> BIONTECH SE, UGUR SAHIN, and JENS HOLSTEIN <br><br>             Defendants. | Case No. 1:24-cv-05310-KPF |

**SUPPLEMENTAL DECLARATION OF SARAH EICHEBERGER IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, SARAH EICHENBERGER, declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am a member of the bar of this Court and a partner of the law firm, Katten Muchin Rosenman LLP, counsel for Defendants BioNTech SE ("BioNTech"), Ugur Sahin, and Jens Holstein (collectively, "Defendants").  I respectfully make this supplemental declaration in further support of Defendants' Motion to Dismiss the Amended Class Action Complaint for Violation of the Federal Securities Laws (the "Motion").

2.     I submit this supplemental declaration to put before the Court a true and correct copy of the following document cited in the Reply Memorandum of Law in Further Support of Defendants' Motion:

3.     Attached hereto as Exhibit **Q** is a true and correct copy of relevant excerpts of a redacted version of an Advance Purchase Agreement between the European Commission, on the one hand, and Pfizer Inc. and BioNTech Manufacturing GmbH, on the other hand, dated November 20, 2020, which (i) is published on the European Commission's website at https://commission.europa.eu/system/files/2021-03/redacted_advance_purchase_agreement_biontech-pfizer_0.pdf, and (ii) was filed in

1

substantially the same form by BioNTech with the SEC on March 30, 2021, as an attachment to BioNTech's Form 20-F for the 2020 fiscal year.  For the Court's convenience, relevant content in the exhibit has been highlighted in yellow.

4.    I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  March 13, 2025
New York, New York

By:    */s/ Sarah Eichenberger*
Sarah Eichenberger