# EXHIBIT Q

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**



EUROPEAN COMMISSION
Directorate-General for Health and Food Safety

ADVANCE PURCHASE AGREEMENT ("APA")[1] for the development, production, priority-purchasing options and supply of a successful COVID-19 vaccine for EU Member States

SANTE/2020/C3/043 - SI2.838335

1.    **The European Commission**, acting on behalf and in the name of the Member States set out in Annex III (hereinafter referred to as "Participating Member States"),[2]:

being represented for the purposes of the signature of this APA by Ms Stella Kyriakides, Commissioner of Health and Food Safety

on the one part and

2.    **Pfizer Inc.**

Incorporated in Delaware (Registration Number 0383418) with its registered address at 235 East 42nd Street, 10017 New York City, NY (UNITED STATES)

appointed as the leader of the group by the members of the group that submitted the joint tender (hereinafter referred to as **"Pfizer"**)

and

**BioNTech Manufacturing GmbH**

Registered with the commercial register of the lower court (*Amtsgericht*) of Mainz, Germany under HRB 47548, with its registered address at An der Goldgrube 12, 55131 MAINZ, GERMANY

(hereinafter referred to as **"BioNTech"**)

as a member of the group (collectively '**the Contractor'**), represented for the purposes of the signature of this APA which has the form of a framework contract by ▆▆▆▆▆▆, ▆▆▆▆▆▆ ▆▆▆▆▆▆,

on the other part,

---

[1]    This APA is based on the agreement between the Commission and the Member States as approved by Commission Decision C(2020) 4192 final on approving the agreement with Member States on procuring Covid-19 vaccines on behalf of the Member States and related procedures.

[2]    As provided for in Article 4(5)(b) of Council Regulation (EU) 2016/369 of 15 March 2016 on the provision of emergency support within the Union as amended by Council Regulation (EU) 2020/521 of 14 April 2020 activating the emergency support under Regulation (EU) 2016/369, and amending its provisions taking into account the COVID-19 outbreak.

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**

HAVE AGREED

to the **special conditions and the general conditions of this APA** and the following Annexes and Attachments:

**Annex I** – Model for Vaccine Order Form

**Annex II** – Agreement between the Commission and Member States on procuring Covid-19 vaccines on behalf of the Member States and related procedures, annexed to the Commission Decision C(2020) 4192 final of 18 June 2020

**Annex III** – Participating Member States

**Annex IV** – Subcontractors

**Annex V** – Participating Contractor Affiliates

Attachment 1 – Specifications

Attachment 2 – Delivery Documentation

Attachment 3 – Delivery Specification

Attachment 4 – Labelling and Packaging Specifications

Attachment 5 – Return and Disposal of Product Materials

which form an integral part of this APA.

The full content of the Attachments will be provided as soon as possible after Authorisation has been obtained and prior to the first shipment

This APA sets out:

1. the procedure and conditions by which the Commission and the Participating Member States will pay for the services and/or supplies from the Contractor;

2. the provisions that apply to any Vaccine Order Form which the Participating Member States and the Contractor may conclude under this APA; and

3. the obligations of the parties during and after the duration of this APA.

All documents issued by the Contractor (end-user agreements, general terms and conditions, etc.) except its tender are held inapplicable, unless explicitly mentioned in the special conditions of this APA. In all circumstances, in the event of contradiction between this APA and documents issued by the Contractor, this APA prevails, regardless of any provision to the contrary in the Contractor's documents.

2

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**

## Table of Content

TABLE OF CONTENT ..................................................................................................... 3

I.      SPECIAL CONDITIONS ...................................................................................... 5

    I.1      Order of Priority of Provisions ..................................................................... 5

    I.2      Definitions .................................................................................................... 5

    I.3      Subject Matter............................................................................................... 9

    I.4      Entry into force and duration of the APA .................................................. 10

    I.5      Implementation of the APA ....................................................................... 11

    I.6      Supply of the Vaccine................................................................................ 11

    I.7      Prices........................................................................................................... 20

    I.8      Payment Arrangements............................................................................... 20

    I.9      Communication Details .............................................................................. 23

    I.10     Project management.................................................................................... 23

    I.11     Exploitation of the results of the APA ....................................................... 23

    I.12     Indemnification........................................................................................... 24

    I.13     Applicable Law and Settlement of Disputes.............................................. 26

    I.14     Other Special Conditions ........................................................................... 27

II.     GENERAL CONDITIONS FOR THE FRAMEWORK CONTRACT FOR SERVICES ...... 29

    II.1     Definitions .................................................................................................. 29

    II.2     Roles and responsibilities in the event of a joint tender ........................... 29

    II.3     Severability ................................................................................................. 29

    II.4     Provision of services and supplies ............................................................. 29

    II.5     Communication between the parties ........................................................... 29

    II.6     Liability....................................................................................................... 30

    II.7     Conflict of interest and professional conflicting interests ......................... 32

    II.8     Representations and warranties................................................................... 33

    II.9     Confidentiality ............................................................................................ 34

    II.10    Announcements and publicity..................................................................... 36

    II.11    Processing of personal data......................................................................... 36

    II.12    Subcontracting ............................................................................................ 37

    II.13    Amendments ............................................................................................... 37

    II.14    Assignment ................................................................................................. 37

    II.15    Force majeure ............................................................................................. 38

    II.16    Suspension of the implementation of the APA........................................... 38

    II.17    Termination of the APA ............................................................................. 39

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**

II.18    Invoices, value added tax and e-invoicing ....................................................... 41

II.19    Payments and guarantees ................................................................................ 42

II.20    Recovery ........................................................................................................ 43

II.21    Checks and audits .......................................................................................... 44

II.22    Relationship of the parties ............................................................................. 45

II.23    Waiver............................................................................................................ 45

II.24    Further documents ......................................................................................... 45

II.25    Headings ........................................................................................................ 45

II.26    Electronic Delivery and Storage .................................................................... 45

II.27    Entire Agreement........................................................................................... 46

II.28    Costs .............................................................................................................. 46

ANNEX I: MODEL FOR VACCINE ORDER FORM........................................................ 47

ANNEX II: AGREEMENT BETWEEN THE COMMISSION AND MEMBER STATES ON
            PROCURING COVID-19 VACCINES ON BEHALF OF THE MEMBER STATES AND
            RELATED PROCEDURES, ANNEXED TO THE COMMISSION DECISION C(2020)
            4192 FINAL OF 18 JUNE 2020 ...................................................................... 52

ANNEX III: PARTICIPATING MEMBER STATES ........................................................ 57

ANNEX IV: SUBCONTRACTORS ................................................................................. 58

ANNEX V – PARTICIPATING CONTRACTOR AFFILIATES ........................................ 59

ATTACHMENT 1: SPECIFICATION ............................................................................. 60

ATTACHMENT 2: DELIVERY DOCUMENTATION ...................................................... 73

ATTACHMENT 3: DELIVERY SPECIFICATION............................................................ 74

ATTACHMENT 4 : LABELLING AND PACKAGING SPECIFICATIONS................................ 103

ATTACHMENT 5: RETURN AND DISPOSAL OF PRODUCT MATERIALS............................ 104

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**

## I.    SPECIAL CONDITIONS

### I.1    ORDER OF PRIORITY OF PROVISIONS

If there is any conflict between different provisions in this APA, the following rules must be applied:

(a)    The provisions set out in the special conditions and Article II.6 of the general conditions (Liability) take precedence over those in the other parts of the APA.

(b)    The other provisions set out in the general conditions take precedence over those in the Annexes and Attachments.

(c)    The provisions set out in the APA take precedence over those in the Vaccine Order Forms.

### I.2    DEFINITIONS

The following definitions shall apply to this APA:

**'Additional Order'**: has the meaning set forth in Article I.6.2;

**'Additional Product'**: has the meaning set forth in Article I.6.2;

**'Adjusted Delivery Schedule'**: has the meaning set forth in Article I.6.3(ii);

**'Advance Payment'**: has the meaning set forth in Article I.8.1

**'Affiliate':** means in relation to a body corporate, any other entity which directly or indirectly Controls, is Controlled by, or is under direct or indirect common Control of that body corporate from time to time;

**'Authorisation'**: means a Conditional Marketing Authorisation and/or Marketing Authorisation that permits the Products to be placed on the market in the European Economic Area;

**'Best Reasonable Efforts'**:

5

SANTE/2020/C3/043 - SI2.838335

**SESITIVE**

‘**Conditional Marketing Authorisation**’: means a conditional marketing authorisation granted by the European Commission as referred to in Article 14-a of Regulation (EC) No 726/2004;

‘**Confidential Information**’: means any information disclosed to or obtained by one party to the other party, either directly or indirectly, or which the disclosing party indicates in writing at the time of disclosure to, or receipt by, the recipient is to be considered confidential or proprietary, or which such recipient knows or ought reasonably to know is information of a confidential or proprietary nature, including the terms of this APA and any Vaccine Order Form. Confidential Information shall not include any information (i) the receiving party can prove was known to it prior to the date of disclosure; (ii) the receiving party can prove was lawfully obtained from a third party without any obligation of confidentiality; (iii) is or becomes part of the public domain other than through any act or omission of the receiving party; or (iv) is independently developed by the receiving party without use of or reference to the disclosing party’s Confidential Information, as evidenced by the receiving party’s records;

‘**Conflict of interest**’: a situation where the impartial and objective *Implementation of the APA* by the Contractor is compromised for reasons involving family, emotional life, political or national affinity, economic interest, any other direct or indirect personal interest, or any other shared interest with the Commission, the Participating Member State or any third party related to the subject matter of the APA;

‘**Contracted Doses**’: has the meaning set forth in Article I.6.2;

‘**Control**’: means the possession by a person or an entity, directly or indirectly, of the power to direct or cause the direction of the management and policies of the other person or entity (whether through the ownership of voting shares, by contract or otherwise) and **"Controls"** and **"Controlled"** shall be interpreted accordingly;

‘**Delivery Price**’: has the meaning set forth in Article I.8.2;

‘**Delivery Schedule**’: means the Interim Delivery Schedule or the Adjusted Delivery Schedule, as applicable;

‘**Effective Date**’: has the meaning set forth in Article I.4.1;

‘**Force majeure**’: any unforeseeable, exceptional situation or event beyond the reasonable control of the parties that prevents either of them from fulfilling any of their obligations under the APA,

6

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**

'**Formal notification**' (or 'formally notify'): form of communication between the parties made in writing by mail or email, which provides the sender with compelling evidence that the message was delivered to the specified recipient;

'**Fraud**': an act or omission committed in order to make an unlawful gain for the perpetrator or another by causing a loss to the Union's financial interests, and relating to: i) the use or presentation of false, incorrect or incomplete statements or documents, which has as its effect the misappropriation or wrongful retention of funds or assets from the Union budget, ii) the non-disclosure of information in violation of a specific obligation, with the same effect or iii) the misapplication of such funds or assets for purposes other than those for which they were originally granted, which damages the Union's financial interests, it being understood that the Union's financial interests are impacted under this APA only by reason of the Advance Payment;

'**Good Manufacturing Practice**': means the current practices for manufacture required by the standards, rules, principles and guidelines set out in Directive 2001/83/EC (as amended by Directive 2004/27/EC), Directive 2017/1572, Directive 2003/94/EC and EudraLex - Volume 4 of the Rules Governing Medicinal Products in the EU entitled "EU Guidelines to Good Manufacturing Practice Medicinal Products for Human and Veterinary Use";

'**Implementation of the APA**': the purchase of services or supplies envisaged in the APA through the signature and *performance of* Vaccine Order Forms;

'**Indemnified Persons**': has the meaning set forth in Article I.12.1;

'**Interim Delivery Schedule**': has the meaning set forth in Article I.6.3;

'**Irregularity**': any infringement of a provision of Union law resulting from an act or omission by the Contractor within the meaning of Article 1(2) of the Council (EC, Euratom) Regulation 2988/95 of 18 December 1995 on the protection of the European Communities financial interests (in OJ 23.12.95, L 312/1) , which has, or would have, the effect of prejudicing the Union's budget, it being understood that the Union's financial interests are impacted under this APA only by reason of the Advance Payment;

**SENSITIVE**

**'Latent Defect'**: means a defect causing the Product to not conform to the applicable Specifications that the relevant Participating Member State can show was present at the time of delivery of the Product and which could not have been detected by the Participating Member State, its designee, or their personnel at delivery through visual inspection;

**'Law(s)'**: means, collectively, all applicable supranational, national and local laws, common laws, statutes, ordinances, codes, rules, regulations, orders, decrees or other pronouncements of any government, administrative or judicial authority having the effect of law;

**'Losses':** has the meaning set forth in Article I.12.1;

**'Marketing Authorisation'**: means the marketing authorisation (other than Conditional Marketing Authorisation), in respect of the Product granted by the European Commission, as amended or varied from time to time, that allows the Product to be placed on the market in the European Economic Area according to applicable Law;

**'Non-Complying Product'**: has the meaning set forth in Article I.6.14;

**'Notification'** (or 'notify'): form of communication between the parties made in writing including by electronic means;

**'Participating Contractor Affiliate'**: means an Affiliate of Pfizer or BioNTech as identified in Annex V;

**'Product'**: means the Vaccine;

**'Product Materials'**: means all packaging materials and components needed for delivery of the Product;

**'Professional conflicting interest':** a situation in which the Contractor's previous or ongoing professional activities affect its capacity to implement the APA or to perform a Vaccine Order Form to an appropriate quality standard;

**'Record':** means books, documents, and other data, of all matters relating to performance of obligations under this APA;

**'Related person':** any natural or legal person who is a member of the administrative, management or supervisory body of the Contractor, or who has powers of representation, decision or control with regard to the Contractor;

**'Specifications'**: means the specifications for the manufacture, testing and testing procedures, and supply of the Product as set out in Attachment 1 (Specifications), and as such specifications may be amended, supplemented or otherwise modified by the Contractor and communicated to the Commission;

**'Taxes':** has the meaning set forth in Article II.18.1;

8

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**

'**Term**': means the term of the APA set out in Article I.4.2 of the APA;

'**Thermal Shipper**': has the meaning set forth in Article I.6.8;

'**Third Party Claim**': has the meaning set forth in Article I.12.4.

'**Vaccine**': BNT162b2, a nucleoside-modified messenger RNA (modRNA) vaccine that encodes an optimized SARS-CoV-2 full-length spike glycoprotein (S) for which a rolling submission for BNT162b2 has been initiated with the European Medicines Agency;

'**Vaccine IP Rights**': has the meaning set forth in Article I.11 and

'**Vaccine Order Form**': has the meaning set forth in Article I.5.2I.3.

Except where the context expressly requires otherwise, (a) the use of any gender herein shall be deemed to encompass references to either or both genders, and the use of the singular shall be deemed to include the plural (and vice versa), (b) the words "include", "includes" and "including" shall be deemed to be followed by the phrase "without limitation", (c) the word "will" shall be construed to have the same meaning and effect as the word "shall", (d) any definition of or reference to any agreement, instrument or other document herein shall be construed as referring to such agreement, instrument or other document as from time to time amended, supplemented or otherwise modified (subject to any restrictions on such amendments, supplements or modifications set forth herein), (e) any reference herein to any person shall be construed to include the person's successors and assigns, (f) the words "herein", "hereof" and "hereunder", and words of similar import, shall be construed to refer to this APA in its entirety and not to any particular provision hereof, (g) all references herein to Articles, Annexes or Attachments shall be construed to refer to Articles, Annexes or Attachments of this APA, and references to this APA include all Annexes and Attachments hereto, (h) the word "notice" means notice in writing or by email (whether or not specifically stated) and shall include notices, consents, approvals and other written communications contemplated under this APA, (i) provisions that require that a party or parties "agree", "consent" or "approve" or the like shall require that such agreement, consent or approval be specific and in writing, whether by written agreement, letter, approved minutes or otherwise (including e-mail), (j) references to any specific law, rule or regulation, or article, section or other division thereof, shall be deemed to include the then-current amendments thereto or any replacement or successor law, rule or regulation thereof.

## I.3    SUBJECT MATTER

The subject of the call for tenders SANTE/2020/C3/043 is securing the purchase of certain vaccine doses for the Participating Member States.

By Decision C(2020) 4192 final of 18 June 2020, the Commission approved the agreement with Member States on procuring COVID-19 vaccines on behalf of the Member States ("the Decision"). This agreement is based on Article 4(5)(b) of Regulation (EU) 2016/369 of 15

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**

March 2016 on the provision of emergency support within the Union[3] ("the ESI Regulation") which provides that the Commission may grant emergency support in the form of procurement on behalf of the Member States based on an agreement between the Commission and Member States. In order to implement such action, the Commission is running procurement procedures on behalf of Participating Member States, with a view to signing EU-level APAs with vaccine manufacturers. In view of its importance, this APA will be approved for signature on behalf and in the name of the Participating Member States by a separate individual Commission decision.

The Contractor is currently in Phase 3 clinical development of the Vaccine and is using its Best Reasonable Efforts to secure Authorisation of such vaccine candidate by the Commission, expected at the earliest in December 2020.

The Commission, on behalf of the Participating Member States, wishes to purchase the Vaccine during the pandemic period through this APA. It acknowledges that the clinical development might not be successful or regulatory approval may not be obtained and subsequently an authorised Vaccine may not be available.

On the basis of this APA, the European Commission commissions the Contractor to commit to produce and deliver in priority 200 million doses of the Vaccine which shall be ordered by the Participating Member States (via specific Vaccine Order Forms) at the price and conditions, including timeframe, agreed under this APA.

In case the Contractor succeeds to develop a safe and effective Vaccine according to the terms laid down in this APA, the Contractor or an Affiliate of the Contractor shall supply to the Participating Member States the agreed doses of the Vaccine pursuant to the Vaccine Order Forms.

The Vaccine Order Forms shall be signed by the Contractor and shall incorporate by reference this APA.

**I.4     ENTRY INTO FORCE AND DURATION OF THE APA**

I.4.1     The APA enters into force on the date on which the last party signs it (**"Effective Date"**).

I.4.2     The APA is concluded for a period of 24 months with effect from the Effective Date (**"Term"**).

I.4.3     Contractor and the Participating Member States may not sign any Vaccine Order Form after the APA expires.

The APA continues to apply to such Vaccine Order Forms after its expiry.

---

[3]     OJ L 70, 16.3.2016, p.1, as amended by Council Regulation (EU) 2020/521 of 14 April 2020 activating the emergency support under Regulation (EU) 2016/369, and amending its provisions taking into account the COVID-19 outbreak, OJ L 117, 15.4.2020, p. 3.

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**

### I.4.4    Renewal of the APA

The APA will expire automatically at the end of the Term, unless it is extended in mutual written agreement between the parties. Renewal does not change or postpone any existing obligations.

### I.5    IMPLEMENTATION OF THE APA

### I.5.1    Period of provision of the supplies

The period for the provision of the supplies starts to run as foreseen in Article I.6.3.

### I.5.2    Implementation of the APA

The APA shall be implemented following signature between the Commission and the Contractor as follows:

In order to guarantee the right of the Participating Member States to acquire Vaccine doses in a given timeframe and at a certain price and conditions, the Commission will pay the Advance Payment.

The Contractor shall use Best Reasonable Efforts to build manufacturing capacity or utilise existing capacity to be capable of manufacturing and supplying the Product to the Commission in accordance with the provisions of this APA.

The Contractor agrees to supply an initial total number of 200 million Vaccine doses to Participating Member States collectively, upon their order, in accordance with this APA and the respective Vaccine Order Forms.

The Participating Member States shall place orders for supplies of 200 million Vaccine doses in total in accordance with the allocation communicated by the Commission to the Contractor pursuant to Article I.6.3, by sending the Contractor a completed copy of Annex I ("**Vaccine Order Form**") in paper format or emailed pdf                        . This Vaccine Order Form shall be signed by an authorised representative of the Participating Member State and the Contractor.

the Contractor must send back to the Participating Member States the duly signed and dated Vaccine Order Form in paper format or emailed pdf.

### I.6    SUPPLY OF THE VACCINE

### I.6.1    Creation of the Vaccine

During the term of this APA, and subject to the successful development and authorisation of the Vaccine as set out in this APA, the Contractor shall use Best Reasonable Efforts to supply or have supplied the Product to the relevant Participating Member States, and the Participating Member States shall purchase the Product, subject to and in accordance with the terms and conditions of this APA.

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**

### I.6.2    Product supply

At the Effective Date, the Commission orders 200 million doses (**"Contracted Doses"**) of the Product on behalf of the Participating Member States to be delivered if the Contractor succeeds to develop a safe and effective Vaccine according to the terms laid down in this APA.

The parties acknowledge that the Commission may wish to place an additional binding order (the **"Additional Order"**) for a maximum of up to 100 million doses of the Vaccine. The parties also agree that such Additional Order may be placed by the Commission only after (i) being advised by the Contractor that the Contractor has availability of supply of such additional requested doses at the time of the proposed Additional Order (the **"Additional Product"**) (ii) the Contractor agrees, in its sole discretion, to allocate the Additional Product to the Commission (iii) the Contractor confirms how many doses can be delivered and by when (iv) the Commission confirms the required allocation between Participating Member States and (v) The Additional Order will be placed by way of an additional Vaccine Order Form and, as such, be subject to the same terms and conditions set forth in this APA.

The Commission shall communicate to the Contractor the allocation of the Contracted Doses supplied pursuant to the initial order and any Additional Product among the governments of the Participating Member States. The parties acknowledge that should resale to any third country take place, the Participating Member State reselling doses has an obligation to reimburse the Commission the Advance Payment per dose paid by the Commission to the Contractor.

### I.6.3    Supply mechanism

Vaccine supply in Europe will primarily come from          manufacturing site          ,           and shall incorporate RNA produced at          manufacturing sites including sites operated by the following sub-contractors

12

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**



Subject to points (i) to (v) below, it is estimated that the order will be delivered as set out in the table below (the **"Interim Delivery Schedule"**) assuming Authorisation being granted by ▇▇▇▇▇▇▇▇ The Interim Delivery Schedule and logistics will be further refined by the Contractor after the Commission has communicated how to apportion the 200 million Vaccine doses amongst the Participating Member States pursuant to the provisions of this Article I.6.3.

The Interim Delivery Schedule is as follows (subject to the limitations set forth below):

| Quarter | | | | | |
|---|---|---|---|---|---|
| Doses (million) | | | | | |

(i)    No doses will be shipped to the Member States prior to the Contractor receiving Authorisation.

(ii)    If Authorisation is received after ▇▇▇▇▇▇▇ then the Interim Delivery Schedule will shift accordingly and be adjusted to reflect the delay between ▇ ▇▇▇▇▇▇ and the date of Authorisation (**"Adjusted Delivery Schedule"**).

13

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**

(vi)



For the avoidance of doubt, the Participating Member States will not have the right to terminate the Vaccine Order Forms                  in the event that the Commission has not exercised its right to terminate the APA.

If the Vaccine is successfully developed and obtains Authorisation in the foreseen time-line                 the Contractor shall use Best Reasonable Efforts to ensure that the doses are supplied in accordance with the Interim Delivery Schedule, or if applicable, the Adjusted Delivery Schedule. Allocations shall be made pursuant to Article I.6.3(iv) in case of insufficient supply to deliver the full amount of Contracted Doses.

Within      following the Effective Date, the Commission shall communicate to the Contractor a table how to allocate the 200 million Vaccine doses amongst the Participating Member States.

Each Participating Member State shall have a commitment to purchase the number of Vaccine doses as set out in the above-mentioned allocation table and to sign a Vaccine Order Form to this effect as set out below.

To operationalise the ordering of the Vaccine, each Participating Member State will enter into a Vaccine Order Form. Each Vaccine Order Form will specify in particular the number of doses that the Participating Member State will purchase from the above-mentioned allocation table, the price of all Vaccine doses pursuant to Article I.7, and the liability and indemnification undertakings by the Participating Member State (which will be incorporated by reference from the APA into the Vaccine Order Form).                For the avoidance of doubt, the Contractor shall have no obligation to supply any Vaccine doses to any Participating Member State where there is not a Vaccine Order Form , including provisions related to liability and indemnity (which will be incorporated by reference from the APA into the Vaccine Order Form executed by the Participating Member State and the Contractor). It is agreed that the Contractor may discharge its obligations under the Vaccine Order Form acting with one or more Participating Contractor Affiliates.

### I.6.4    Manufacturing

The Contractor confirms that it is in possession of all necessary manufacturing authorisations to undertake the manufacturing of the Vaccine.

### I.6.5    Legal and regulatory filings and requests

The Contractor shall ensure that all Product is properly labelled and packaged in accordance with the provisions of Article I.6.8 and Good Manufacturing Practice and in accordance with the applicable EU legislation on information on packaging (Title V of Directive 2001/83/EC).

Notwithstanding the above,          , the Contractor shall comply with all conditions (in the relevant timescales) set out in the Authorisation (where applicable), subject to any

14

Ref. Ares(2021)256798 - 12/01/2021

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**

## SIGNATURES

For the Contractor,

For the Commission, on behalf and in the name of the Participating Member States,

Stella Kyriakides

Commissioner of Health and Food Safety

Signature:

Signature

Done at

Done at                    ,

In duplicate in English.

28

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**

### ANNEX I: VACCINE ORDER FORM

This Vaccine Order Form is submitted by:

[*The Government of [•]*] (the "**Participating Member State**"), represented for the purposes of signing this Vaccine Order Form by [*forename, surname, function, department of authorising officer*],

to:

[Add details for Contractor]

The Participating Member State and Contractor are together referred to as the "**Parties**" and each individually as a "**Party**".

WHEREAS

— Contractor and the European Commission, acting on behalf of and in the name of the Participating Member States, entered into an Advance Purchase Agreement for the purchase and supply of Contractor's Vaccine for EU Member States dated [•] 2020 (the "**APA**"), the terms of which are binding on the Participating Member States and must be read in conjunction with this Vaccine Order Form.

— The APA provides that each Participating Member State will submit to Contractor a Vaccine Order Form through which Contractor shall make available and deliver to the relevant Participating Member State a proportion of the Contracted Doses or Additional Order as applicable, in accordance with the allocation provided by the Commission pursuant to Article I.6.3 of the APA and at the price and conditions as set out in the APA.

— In accordance with Article I.5.2 of the APA, the [name of Participating Member State] hereby places its order for its full allocated portion of the Contracted Doses or Additional Order (as applicable).

### Article I

### Subject matter

1.  This Vaccine Order Form is submitted by [name of the Participating Member State] to Contractor in accordance with the terms of the APA, and forms an integral part of the APA. The terms and conditions of the APA are incorporated into this Vaccine Order Form by reference. In the event of contradiction between this Vaccine Order Form and the APA, the terms of the APA prevail regardless of any provision to the contrary. Any capitalised terms in this Vaccine Order Form will have the meaning attributed to them in the definitions list included in Article I.2 of the APA.

47

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**

2.  This Vaccine Order Form relates to the order for the Participating Member State's full allocated portion of the Contracted Doses or the relevant Additional Order (as applicable) as set out in the allocation provided by the Commission to Contractor pursuant to Article I.6.2 of the APA. The submission of this signed Vaccine Order Form by the Member State to Contractor constitutes a binding order by the Member State for the purchase of its full allocated portion of the Contracted Doses or the relevant Additional Order (as applicable) as follows

    a.  [Name of the Member State] will purchase [insert amount] number of doses of [Contracted Doses] [Additional Order] of the Vaccine, on the basis of the following delivery schedule: [                              ].

    b.  The Delivery Price of Contracted Doses is [insert price here] euros per dose excl. VAT.

        The total amount payable by the Participating Member State for the [Contracted Doses] [Additional Order] is [insert amount], excluding [insert applicable percentage]% VAT.

3.  By signature of this Vaccine Order Form, the undersigned Member State warrants to Contractor that:

        a       it is irrevocably and unconditionally bound by the terms of the APA (as concluded by the Commission on behalf and in the name of the Participating Member States), including the indemnification obligations and the liability, limitation of liability and exclusions terms set out therein;

        b       the provisions of the APA are enforceable against it in accordance with its terms;

        c       it shall indemnify the Indemnified Persons in accordance with Article I.12 (*Indemnification*) of the APA;

        d       it has full right, power and authority to enter into this Vaccine Order Form and to perform its respective obligations under it;

        e       the person executing this Vaccine Order Form is duly authorized to execute and bind the undersigned Participating Member State to the terms set forth herein and incorporated by reference.

4.

48

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**

5. The Participating Member State represents and warrants that all necessary permissions and approvals have been or will be obtained prior to the time for performance by the Participating Member State, to authorise performance of all of the obligations contained herein.

## Article II

### Delivery, Supply

1. <u>Delivery Address</u>.  The Delivery Address for the Participating Member State is as follows:

    [• - *Member State to enter location of its distribution hub*]

2. Supply of the Products

    The Contractor shall supply the Products as further described in the APA: [**Note:** Include any additional details concerning the supply here.]

## Article III
### Invoices; Notices

1. <u>Invoice and Payments</u>.  Contractor shall invoice the Participating Member State in accordance with the terms of the APA.  All payments to Contractor or its designated Affiliate shall be made in accordance with the terms of the APA.

    Payment shall be made in the following currency pursuant to the provisions of Article II.19.2: [to be completed].

2. <u>Notice</u>.  Any notice given under this Vaccine Order Form must a) be made in writing in English in paper or electronic format; b) bear the APA number and the number of this Vaccine Order Form; c) be made using the relevant communication details set out below with respect to the Member State and Contractor (as applicable); d) be sent by mail and email:

    Participating <u>Member State</u>:

    [*Name of Participating Member State*]
    [*Full official address of Participating Member State*]
    [*Full name of addressee physical person (contact person)*]
    [*Function of addressee physical person (contact person)*]
    E-mail: [*complete email of addressee physical person (contact person)*]

49

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**

Contractor: [Add details]

**Article IV.**

**Entry into Force and Duration**

1.  This Vaccine Order Form shall enter into force on the date of signature by the Parties and will remain into force until termination of the APA, or if the APA expires, until the last delivery of Product

**Article V.**
**Applicable Law and Settlement of Disputes**

1.  For the avoidance of doubt, Article I.13 (*Applicable Law and Settlement of Disputes*) of the APA shall apply to any dispute arising out of the implementation of or in connection with this Vaccine Order Form and the Participating Member State irrevocably agrees to be bound by the provisions set out therein.

(Signature page follows)

50

SANTE/2020/C3/043 - SI2.838335

**SENSITIVE**

**SIGNATURES**

For the **Participating Member State**,

[*forename/surname/position*]


Signature:_____

Done at [*place*], [*date*]




For acceptance of the Vaccine Order Form,

[Contractor],

[*forename/surname/position*]


Signature: _____

Done at [*place*], [*date*]


The invoice will be paid only once the Contractor has returned the signed Vaccine Order Form.