**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DOCDEER FOUNDATION; ADRIANO
LADEWIG; and XIA RONGPENG, individually and
on behalf of all others similarly situated,

                Plaintiffs,

   -against-                               24 **CIVIL** 5310 (KPF)

                              **JUDGMENT**

BIONTECH SE; UĞUR ŞAHIN; and JENS
HOLSTEIN,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2025, Defendants' motion to dismiss is GRANTED.

**Dated:** New York, New York

      September 30, 2025

                                                          **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                     **BY:**              *K. Mango*

                                                              **Deputy Clerk**